1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In Re:

DMCA SUBPOENA TO
REDDIT, INC.

Service Provider.

Case No.:

DECLARATION IN SUPPORT OF
REQUEST FOR DMCA SUBPOENA
TO REDDIT, INC.

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, Jason Tucker, the undersigned, declare that:

1.      I am the President of Battleship Stance, Inc ("Battleship"). Battleship Stance, Inc. is an intellectual property management, anti-piracy, and legal services company. We help companies to identify, develop, protect, and manage their intellectual property rights around the world. Our clients include award winning production companies, publishers, media and technology corporations, internet advertising networks, filmmakers, documentarians, photographers, news outlets, and physical product manufacturers and distributors. We are one of the largest managers of registered copyrights in the world.

2.      The exclusive Licensor and Copyright Owners of the content at issue in this Declaration and supporting exhibits retained Battleship to address infringement of their works.

3.      I am the authorized Agent for the Owners of the content at issue and am authorized to act on their behalf. I have personal knowledge of the facts contained herein and, if called upon to do so, could and would testify competently thereto. Our clients, referenced in the supporting documentation, own the copyrights in the referenced copyrighted works ("hereinafter, "Parties").

4.      As an Agent for the Parties, Battleship is investigating copyright violations for the copyright owners to enforce their intellectual property rights. I submit this declaration in support of Parties' request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), to Reddit, Inc. (hereinafter, "Reddit"), relating to the posting of Parties copyrighted material on domains for which Reddit provides hosting, content delivery network ("CDN") and other services, identified on **EXHIBIT A.**

5.      It has come to the attention of the Parties that their copyrighted content has been reproduced and published on Reddit.com. This infringing content can be found listed on **EXHIBIT A**.

DECLARATION IN SUPPORT OF REQUEST FOR
DMCA SUBPOENA TO REDDIT, INC. - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

6.      I have personal knowledge of the copyrights owned by Parties and the ongoing infringements of those copyrights that occur on the internet. I also have personal knowledge of the countless instances that Parties copyrighted works have been posted without Parties authorization on the URL's identified on **EXHIBIT A.**

7.      Based on information and belief, the copyrighted material was captured from the copyright owner's respective premium fan websites, located at:

https://onlyfans.com/bundleofbec; https://onlyfans.com/carolinesimpson;

https://onlyfans.com/laurenjasmine; https://onlyfans.com/lilwaifulia;

https://onlyfans.com/littlekendell; https://onlyfans.com/livvalittle;

https://onlyfans.com/milamontexo; https://onlyfans.com/splatxo;

https://onlyfans.com/sedonasky; https://onlyfans.com/skylarmaexo;

https://onlyfans.com/sundaebunsdae; https://onlyfans.com/itskhloeexoxo;

https://onlyfans.com/calliemurphy; https://onlyfans.com/goddessguzman;

https://onlyfans.com/alliecatt; https://onlyfans.com/luvbunsxoxo;

https://onlyfans.com/bunnybunsxo; https://onlyfans.com/therealbrittfit;

https://onlyfans.com/themadilisa without permission and has similarly been reproduced and published on Reddit.com without permission.

8.      On April 21, 2021, May 3, 2021, and May 4, 2021, I as authorized agent for Parties, issued and served a copyright infringement notification on Reddit's DMCA Agent relating to pages identified on **EXHIBIT A.** Pursuant to Section 512(c)(3)(A), the notification was properly signed by Parties' Agent, identified the copyrighted material being infringed, set forth a listing of the URLs containing posts of infringing material, confirmed that such use of Parties copyrighted works was not authorized by Parties, and gave contact information such that the DMCA Agent could reach him with questions. A true and correct copy of the April 21, 2021, May 3, 2021, and May 4, 2021 notifications are attached as **EXHIBIT B**.

DECLARATION IN SUPPORT OF REQUEST FOR
DMCA SUBPOENA TO REDDIT, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

9.      The purpose of the DMCA Subpoena is to obtain information sufficient in **EXHIBIT C** to identify alleged infringers who, without authorization from Parties, posted material to the webpages identified in **EXHIBIT A**, all of which infringed copyrights held by Parties. The information received as a result of the Subpoena will only be used by Parties to protect its rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 4th day of May, 2021, at Riviera Nayarit, Mexico.

Jason Tucker

DECLARATION IN SUPPORT OF REQUEST FOR
DMCA SUBPOENA TO REDDIT, INC. - 4

# Exhibit A

EXHIBIT A

| MODEL NAME | USER NAME | INFRINGING URL |
| --- | --- | --- |
| @bundleofbec | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2F |
| @bundleofbec | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fjoc3kp%2F_%2F |
| @bundleofbec | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fjov1to%2Fher_twerk_video%2F |
| @bundleofbec | | https://old.reddit.com/r/beccastylite/comments/e0a12f/bundleofbec_discord_join/ |
| @bundleofbec | | https://old.reddit.com/r/BestBabes/comments/ebly88/becca_bundleofbec/ |
| @bundleofbec | | https://old.reddit.com/r/BestBabes/comments/ec95g0/becca_bundleofbec/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/g8gd0o/anyone_here_got_this_chicks_onlyfans/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gg0kxe/super_phat_pussy/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gg0ygg/more_pussy/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gg0yrp/jeezus/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gg0z1g/bottoms_views/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gg46j4/nudes/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ghcc9r/ehhh_there_okay/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ghccfh/yw/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ghccll/nice_one/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ghccth/decent/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ghcd58/kinda_trash/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gj16yt/ass_fat/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gj1aso/big_ole_butt/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gmx1sq/megas/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gmx9xe/titties/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/guewla/here/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/gy8wo3/was_she_cappin/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/h9lteu/anything_new/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hf6uif/rbundleofbec_hit_1k_subscribers_yesterday/ |

| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hlxu52/cheeks/ |
|---|---|---|
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hlxzig/spandex/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hly6hu/_/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hly6vo/ass/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hly77l/thickness/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hm3iuw/_/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/fxa0rp9/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hn5qf3/ass_clapping_vid/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqey4w/becy/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqeyfi/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqeym7/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqeys8/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqeyyb/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqez57/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqezar/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqf08j/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqf0dp/g/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hqf0kb/g/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hrc8fa/h/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hrc933/how_sexy/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/hunxli/bundleofbec_onlyfans/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ilrymv/for_the_boys_if_you_want_more_show_some_love/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ima821/here_you_go/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/imh04i/i_got_videos_but_cant_post_for_some_reason_so/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/itrzvp/ur_welcome/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/iugbbs/pussy_content/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/iv4b8q/welp/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/iv8vyl/anotha_one/ |

| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/iwu5fa/hurry_guys_this_discord_server_have_everything/ |
|---|---|---|
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/ixaxxf/so_much_ass/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/iyxt0c/i_wanna_see_her_full_nip_so_bad_bruh/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/j27pna/mega_link/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/joc3kp/_/ |
| @bundleofbec | | https://old.reddit.com/r/bundleofbec/comments/jov1to/her_twerk_video/ |
| @bundleofbec | | https://old.reddit.com/r/InternetStars/comments/entobe/becca_craig_bundleofbec/ |
| @bundleofbec | | https://old.reddit.com/r/InternetStars/comments/f1cx8h/becca_craig_bundleofbec/ |
| @bundleofbec | | https://old.reddit.com/r/KKVSHOF/comments/ht9nhl/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/onlyfansleaksfreee/comments/ht9mpc/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/PacksLatinas/comments/ht9nr0/super_rica_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/Piabunny/comments/ht9nvf/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/Sheismichaela/comments/ht9o0k/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/StrellaKatUncut/comments/ht9o86/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/r/WonderfulWoman/comments/f9st7c/bundleofbec/ |
| @bundleofbec | | https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/ht9p7l/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://old.reddit.com/over18?dest=https%3A%2F%2Fwww.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fiyxis8%2Fhere_ya_go%2F |
| @bundleofbec | | https://www.reddit.com/over18?dest=https%3A%2F%2Fwww.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fiyxtsg%2Fcameltoe_for_the_boys%2F |
| @bundleofbec | | https://www.reddit.com/r/beccastylite/comments/e0a12f/bundleofbec_discord_join/ |
| @bundleofbec | | https://www.reddit.com/r/beccastylite/comments/fn4xvg/first_post/ |
| @bundleofbec | | https://www.reddit.com/r/beccastylite/comments/fv6fit/what_is_her_onlyfans_like_worth_it/ |
| @bundleofbec | | https://www.reddit.com/r/bigtitsinbikinis/comments/evqfzm/bundleofbec2/ |

| @bundleofbec | | https://www.reddit.com/r/bootyshorts/comments/fi75ge/bundleofbec/ |
|---|---|---|
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/hlxzig/spandex/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/hunxli/bundleofbec_onlyfans/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/imh04i/i_got_videos_but_cant_post_for_some_reason_so/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/itrzvp/ur_welcome/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/iv4b8q/welp/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/iv8vyl/anotha_one/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/iyxis8/here_ya_go/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/iyxt0c/i_wanna_see_her_full_nip_so_bad_bruh/ |
| @bundleofbec | | https://www.reddit.com/r/bundleofbec/comments/iyxtsg/cameltoe_for_the_boys/ |
| @bundleofbec | | https://www.reddit.com/r/FrogButt/comments/ikme7i/ig_bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/goddesses/comments/j5672b/becca_bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/instahotties/comments/bp268h/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/instahotties/comments/dbhjvw/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/InternetStars/comments/i526o5/becca_bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/InternetStars/comments/i526o5/becca_bundleofbec/g0m75m0/ |
| @bundleofbec | | https://www.reddit.com/r/InternetStars/comments/jewsjh/nice_bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/KKVSHOF/comments/ht9nhl/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://www.reddit.com/r/onlyfansleaksfreee/comments/ht9mpc/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://www.reddit.com/r/RiceGumStreamBaddies/comments/lshdpo/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/RiceGumStreamBaddies/comments/lt74j6/here_ya_go/ |
| @bundleofbec | | https://www.reddit.com/r/RiceGumStreamBaddies/comments/lt75k1/one_more/ |
| @bundleofbec | | https://www.reddit.com/r/SideStripeShorts/comments/bor7d9/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/SlimThick/comments/haqh2b/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/SlimThick/comments/hckqhw/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/SlimThick/comments/i161h8/bundleofbec/ |

| | | |
|---|---|---|
| @bundleofbec | | https://www.reddit.com/r/StrellaKatUncut/comments/ht9o86/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @bundleofbec | | https://www.reddit.com/r/thick/comments/i161mm/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/ThotClub/comments/gcjs6r/bundleofbec/ |
| @bundleofbec | | https://www.reddit.com/r/YOUNGPRETTYHOES2/comments/ht9p7l/super_hot_chick_full_0nly_fan_leak_bundleofbc/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc1rrb/rcarolinesimpson_lounge/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc1u54/shes_so_damn_hot/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc1yip/her_soapy_boobie_photos/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc1z0q/hottest_bikini_outfit_out_there/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2iil/her_pussy_is_so_nice/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2irz/that_juicy_assssss/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2j5i/those_tits_what_size_do_you_think_the_are/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2jtu/her_fully_naked_my_god_shes_hot_af_i_have_the/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2o59/httpsdiscordggxajuzkfwfb/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2oo6/nip_slip/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2pjl/i_wanna_raw_dog_rn_so_bad/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2pto/beauty/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kc2q5w/5_post_wasnt_worth_it/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kcx4zf/flash/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kcxb73/mega/ |
| @crooks | | https://old.reddit.com/r/CarolineSimpson/comments/kdwsj4/dm_me_if_u_follow_her_lets_put_as_much_as_we_can/ |
| @crooks | | https://www.reddit.com/r/bigtitsinbikinis/comments/cfquzs/caroline_simpson/ |
| @crooks | | https://www.reddit.com/r/bigtitsinbikinis/comments/eod9z9/caroline_simpson/ |
| @crooks | | https://www.reddit.com/r/bigtitsinbikinis/comments/gxpalb/caroline_simpson/ |
| @crooks | | https://www.reddit.com/r/bigtitsinbikinis/duplicates/eod9z9/caroline_simpson/ |
| @crooks | | https://www.reddit.com/r/bigtitsinbikinis/duplicates/gxpalb/caroline_simpson/ |

| | | |
|---|---|---|
| @crooks | | https://www.reddit.com/r/BikiniBodies/comments/eodbjd/caroline_simpson/ |
| @crooks | | https://www.reddit.com/r/CarolineSimpson/comments/kc2iil/her_pussy_is_so_nice/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasminexoxo | | https://old.reddit.com/r/InternetStars/comments/cv5v4y/lauren_jasmine_laurenjasmine/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/InternetStars/comments/drx5lg/lauren_jasmine_laurenjasmine/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/InternetStars/comments/gh21kc/lauren_jasmine_laurenjasmine/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i15cqh/got_yall/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i4gquw/sorry_for_bad_quality/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i5befa/for_the_boiiischeck_out_my_profile_for_the_latest/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i6h2jh/pinky/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i6om9b/soooo/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i6ra07/interesting_angle/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i77dss/_/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i7j0o9/jiggle_jiggle/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i8iipx/_/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i9abqs/huh/ |
| @laurenjasminexoxo | | https://old.reddit.com/r/Laurenjasmine/comments/i9atlq/yeehaw/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ib4tne/rlaurenjasmine_hit_1k_subscribers_yesterday/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/icwfvb/ahegao/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/icwgvb/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iees95/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ieeu4a/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ifd5w1/from_ig_but/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ig3zs3/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/igaikw/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ihi410/hmmmm_swipe/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ihineg/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/il1k4d/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ilpi13/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ilqai9/lauren_jasmine_steve_jobs_would_be_proud/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/insjii/for_the_boys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/inslr3/for_the_boys/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/int0vn/for_the_boys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/io1aed/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ip1e0l/join_the_onlyfans_free_nsfw_discord_server_ill/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ipxs0s/cum_and_join_lol/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/irurdh/lauren_jasmin_riding/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iso0ke/found_this_idk_if_you_guys_have_seen_it_or_not/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iu44c5/yo/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iubtw5/does_anyone_have_her_onlyfans_and_will_send_me/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iunnqe/does_anyone_have_a_video_of_her_deepthroating/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iv1e6a/lauren_discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ivndn7/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iw8s1z/lauren_just_got_into_a_car_accident_earlier_guys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/iwfebu/join_the_onlyfans_nudes_nsfw_discord_server/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/ixxoea/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/izelw7/lauren_jasmine_discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j002jj/discord/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j0uhxd/lauren_jasmine_sexy_tik_tok/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j0uhxd/lauren_jasmine_sexy_tik_tok/g6yofje/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j0vndl/discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j2yd7y/her_onlyfans_sucks_save_your_money_guys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j346pp/making_lauren_jasmine_discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7me5id/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7me9rv/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7pt93w/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7tqwyu/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g84ac92/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g7s2gge/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g8125w1/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g9ehrl2/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g9utdkh/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j5v2x5/discord_link/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j7iolh/discord_link/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j83c4o/discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/j9z12c/is_there_a_discord_with_her_stuff_without/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordn udes/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jeoygi/stop_fucking_posting_the_1_h our_link/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jftz8u/laurenjasmine_riding/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9rb8rf/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9rbscf/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9rc2bq/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9rqdml/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9sdi2e/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_ gross_man/g9sf9r0/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9t6999/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/controversial/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/duplicates/j561ed/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/new/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/Laurenjasmine/top/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/?count=100&after=t3_kl1cxk |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k0dj9v/httpsmeganzfolderarsw1azib8_t6qfkwcojl9htru2a3q/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k0dt3g/lauren/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k0dte8/more_of_lauren/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k0dttx/damm_them_fat_tittys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k0du5a/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k1a1i7/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k1tfuf/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k42328/yes/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k51q63/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k5ow0r/you_welcome_guys/ |

| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/k5q1es/there_ya_go/ |
|---|---|---|
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kiwjmw/free_lauren_content_and_more_join_up/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/ku7qqy/hope_you_like_it_boys/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/ku8bc5/not_her_best/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kva7be/come_find_me/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kvi89d/back_again/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kvjvtr/youre_welcome/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kw1lru/video_link/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kwvqgk/youre_welcome_again/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/kwvqu4/_/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/l00oqc/laurens_new_bf_wes/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/la1fwy/lauren_jasmine_nude_onlyfans/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/laswal/lauren_jasmine_nude/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/lhcba0/join_the_onlyfans_lauren_jasmine_discord_server/ |
| @laurenjasmin exoxo | | https://old.reddit.com/r/laurenjasmineOFS/comments/lhxk9t/lauren_jasmine_mega_dm_me_if_interested/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/bigtitsinbikinis/comments/i4l83g/lauren_jasmine/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://www.reddit.com/r/bigtitsinbikinis/comments/ihj5nx/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/bigtitsinbikinis/comments/ij1fv7/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/bigtitsinbikinis/comments/j0fgpj/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/bigtitsinbikinis/duplicates/i4l83g/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/burstingout/comments/i4li8q/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/CosplayBoobs/comments/glyow2/lauren_jasmine_as_princess_jasmine_from_aladdin/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/CosplayBoobs/comments/goa8im/lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/DiscordNudes/comments/jrxhh5/omg_lauren_jasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/DiscordNudes/comments/jsaa61/lauren_jasmine_mega_album_free_in_comments/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/InternetStars/comments/cv5v4y/lauren_jasmine_laurenjasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/InternetStars/comments/drx5lg/lauren_jasmine_laurenjasmine/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/htxdlb/rlaurenjasmine_lounge/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/i15cqh/got_yall/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/i4gquw/sorry_for_bad_quality/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/i4hmel/from_her_latest_ppv_dm_me_for_video_i_guess/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/i5befa/for_the_boiiischeck_out_my_profile_for_the_latest/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/ig3zs3/_/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/ihi410/hmmmm_swipe/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/il1m4z/round_2_begin/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/j346pp/making_lauren_jasmine_discord/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/j3haxf/lauren_jasmine_full_onlyfans_collection_mega_pm/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/j5zwlm/join_for_more_httpsdiscorddggukhjbj/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/j64vka/laurenjasmine_vids/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordnudes/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordnudes/?ref=readnext |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/?ref=readnext |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jeoygi/stop_fucking_posting_the_1_hour_link/?ref=readnext |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mjt2w/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mkb1z/ |

| | | |
|---|---|---|
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mlces/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mldcf/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mowgo |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mowgo/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9moxy2/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nmj27 |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nmj27/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9no15u/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nxtq0/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9o1ssm/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9o1tuf/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9ou76c/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9q3jgz/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9rpmkw/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9rpxbf/ |
| @laurenjasminexoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9vjs6u/ |

| | | |
|---|---|---|
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/gac619a/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/gac61ow/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jftz8u/laurenjasmine_riding/?ref=readnext |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rb8rf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rb9dn |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sdo7j |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sjvqf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jlqt19/22_im_a/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/comments/jmxc2u/lauren_jasmine_velma/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/Laurenjasmine/new/ |
| @laurenjasmin exoxo | | https://www.reddit.com/r/laurenjasmineOFS/comments/kufhic/im_gonna_keep_posting_these/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/laurenjasmineOFS/comments/kuiw3s/is_smoking_hot/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/laurenjasmineOFS/comments/kusqud/ive_been_told_im_the_plug/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/laurenjasmineOFS/comments/kusw4b/decided_to_spend_a_little_extra/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| @laurenjasmin exoxo | | https://www.reddit.com/r/ThickAsians/comments/ijrjw9/lauren_jasmine/ |

| @laurenjasmin exoxo | | https://www.reddit.com/user/johnthemanthatcan/comments/i5bb9m/for_the_boiiis/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
|---|---|---|
| @laurenjasmin exoxo | mariya234; beakraxest; LuanaMain | https://www.reddit.com/r/LaurenJasmin/ |
| @lilwaifulia | Greziul; Kormandur | https://old.reddit.com/r/lilwaifulia/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw46k7/rlilwaifulia_lounge/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw48xz/doggy/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw49k7/latex_booty/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4a91/so_cute/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4egx/damnnn/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4jtz/shawty_got_cake/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4l4v/d_va_cosplay/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4mu1/cake_for_daysss/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4z2i/legs_wide_open/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw4zh1/heart_shaped/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iw5bvq/new_widowmaker_post/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iwato3/flexible/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iwax1n/lucy_heartfilia/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iwbbwm/peach_fat_afff/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/iwbcvb/yall_think_this_cap/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ix5kjp/only_found_this/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ix87hk/showing_the_goods/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j8hrwd/mega/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j8hu69/mega_anyone_want_it/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j926a5/join_the_mega_link_central_discord_server/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j97s71/more/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j9c1zz/join/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j9eh94/can_we_get_10_upvotes/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j9fkbf/free_nudes/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j9j313/free_megas_and_dropboxes_in_the_discord_i_got_yall/ |

| | | |
|---|---|---|
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/j9l29s/since_you_guys_gave_a_lot_of_up votes_heres_more/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ja21c7/someone_asked_for_her_pussy_an d_since_you_guys/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ja64wx/all_her_leaks/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jalafy/because_you_guys_keeo_upvoting/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jasrt6/does_the_discord_links_even_work _for_you_guys_i/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jds1i6/httpsdiscordggjendmey/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jdxplh/here/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je94iy/vibrator/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je954w/nude/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je95f2/the_goods/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je95py/stretch/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je976g/school_girl/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/je97jq/tits/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jh5kyb/more/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jhdz4x/here_u_go/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jhe52e/wanna_see_what_shes_covering/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ji9qgb/more/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jjel3o/cake/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jkrymy/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jlcj08/current_of_thumbnail/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jlfgpi/help/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jni9h3/latest_post/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jnibhj/what_do_think_should_i_buy_the m/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jnidqp/enjoy/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jnpd08/here_ya_lads_go/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jnuqt0/beautiful_lil/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jogq66/another_one_for_lil_3/ |

| | | |
|---|---|---|
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jogrwn/enjoy_that_ass_guys_and_thank_me_later/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jogzpj/dat_ass/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/joh6a1/surprise_for_you_guys/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jowmyp/her_of_leaks/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/joxgdt/free_onlyfans_content/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jp1r38/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jp3hci/that_clit/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jqdmmg/more_hot_shots/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jr6w2p/orange_spacesuit/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jrcmyk/thecurrent_updates_on_her_of/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jrdizy/gotta_love_that_booty/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jrqx3s/sum_crazy_ass_megas_on_there/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/js5s09/purple_wig/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsg0lw/lilwaifulia_anal_lucy_heartfilia_enjoy_the_video/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsoskk/lol_xd/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsp9q8/do_you_want_one_more_video_anal_dildo_riding/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsroby/dat_ass/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsronx/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsrx0d/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jsy5fr/lilwaifulia_dildo_riding/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jt7bso/purple_wig_update_1/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jvs467/new_one/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jvs52i/this_one_is_rare/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jvs6oy/hot_one/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jvxseu/join_the_the_plug_18_discord_server/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jx1ugb/enjoy/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jxzonb/give_me_a_award/ |

| | | |
|---|---|---|
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jy37cf/give_this_three_awards_and_150_upvotes_and_ill/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jy944o/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jy95bi/here_some_pussy_for_u_guys/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jydfwd/hinata_set_pt1/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jydgn1/hinata_set_pt2_get_all_my_post_to_500_up_votes/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/jydh4v/sakura_set/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/k15fqb/give_me_a_award_and_100_upvotes_it_would_be/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/k425z1/dogie_lia/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ka3qan/proof_i_have_it_for_those_that_doubt_it_490_pics/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ka7q9v/im_a_man_of_my_word_find_it_in_comments/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kaxi2j/i_will_post_more_later/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kaypfe/i_dont_know_why_it_doesnt_show_the_full_thing/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kaypyd/this_ones_a_gif_idk_if_itll_make_a_difference/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbdenm/there_you_have_boyss_i_still_have_more_posts_if/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbetzp/enjoy/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbevqs/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbex3m/ill_post_as_much_as_i_can_today/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbey59/no_one_cares_about_your_lame_fucking_discords/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbg59u/there_you_have_boys_enjoy_it/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbiyf2/you_asked_boys_enjoy_it/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbo5ir/ill_post_this_video_if_this_gets_120_upvote_and/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kbznj9/lilwaifuia_as_wonder_woman/ |

| | | |
|---|---|---|
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kc53ed/as_promised_yall_are_kings/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kcaemp/lilwaifulia_mega_dm_me_now/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kcqv24/free_mega_link_for_the_boys_dm_me/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kd50qr/lilwaifulia_nude_sexy_and_masturbating_onlyfans/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kdg9az/found_some_gold/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kdq7bq/in_case_you_dont_have_it/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/klyf8l/who_wants_to_buy_all_her_stuff_4tb_of_other/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kmqzli/if_youre_interested_in_buying_my_7tb_collection/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kpz3uk/oldies_but_goodies/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kqlv77/when_lia_was_a_character_called_ahri/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ktbua0/raven/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ktc0w3/_/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ktlinj/leaving_this_here_for_safe_keeping/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kugmtp/thanks_for_the_upvotes/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kunmdz/mikasa/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kupeit/raven/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kv4rjz/heres_the_full_dropbox_as_promised/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kvnyii/purple_panty/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kvo12o/tifa_lockhart/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/kx0afs/can_someone_send_a_mega_link_please/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l4hai3/just_one/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l4jnxn/kittyi_think/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l5uttw/wide_and_inviting/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l6l842/leopard_print/ |

| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l79nja/her_onlyfans_leak_there/ |
|---|---|---|
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l9vlyn/mikasa/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/l9vr1g/dropbox_lots_of_hot_pictures_are_in_here/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lad0td/oldie_but_a_goldie/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lam0xz/hinata/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lamqec/raven/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/livye9/no_bs/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/liyucz/there_you_go/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lj1wbq/no_bs_pt_2_no_link_enjoy/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lj4t5o/a_distant_christmas/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lj4z8w/velma_1/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lj511x/velma_2/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ljgvpe/fck_links_pt_2/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/ljtlc2/jessica_rabbit_has_this_been_posted/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lkz1gn/idk_if_this_is_posted_but_here_you_go/ |
| @lilwaifulia | | https://old.reddit.com/r/lilwaifulia/comments/lkzd40/the_progress_lia_made_with_her_ass_is_amazing/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/about/moderators |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/comments/l81p9h/_/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/comments/lx70um/_/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/comments/mm0o6b/has_all_the_best_leaks/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/controversial/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/duplicates/mm0o6b/has_all_the_best_leaks/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/gilded/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/new/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/rising/ |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/submit |
| @Littlekendell | | https://old.reddit.com/r/littlekendell/top/ |

| | | |
|---|---|---|
| @Littlekendell | | https://www.reddit.com/r/littlekendell/comments/mm0o6b/has_all_the_best_leaks/ |
| @Littlekendell | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/lis0ob/anyone_got_anything_on_little_kendall_kendall/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/AllisonParkersexypics/comments/jtx34u/livvalittle_so_hot/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/AllisonParkersexypics/comments/kb5yzj/livvalittle_sex_tape_with_nalafitness_7_hmu/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/AllisonParkersexypics/comments/lcf7mj/livvalittle_sex_tape_with_nalafitness_7_hmu/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/babesdirectory/comments/jgtxyj/liv_livvfitcheeks_instagram/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/bathroomselfies/comments/i10fdu/sexy_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/bigasses/comments/j8x929/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/bigasses/comments/j9m3h0/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Blonde/comments/j7rxp3/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Blonde/comments/j8x9m3/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Blonde/comments/j9m3it/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/booty/comments/j7egmy/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/booty/comments/j8x96z/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/booty/comments/j9m3l6/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/booty_queens/comments/j7ry2i/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/booty_queens/comments/kbguhl/liv_livvfitcheeks/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/BrandBabes/comments/i10gau/sexy_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/DiscordNudes/comments/kfgi59/livvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/DressingRoomGW/comments/ifx33f/at_the_store_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FamosasGostosas/comments/ljniig/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FamosasGostosas/comments/ljx1ph/livvfitcheeks_nsfw/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FitModels/comments/hf05yi/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FlashingAndFlaunting/comments/j8x9t5/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FreePremiumOnlyfanz/comments/l5c7cf/18_gb_worth_of_livva littles_content_is_in_the/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/FreePremiumOnlyfanz/duplicates/l5c7cf/18_gb_worth_of_livva littles_content_is_in_the/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/girlsflashing/comments/ifi9tp/at_the_store_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/hotclub/comments/kmvn2w/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/hotclub/comments/laxyvt/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/HotInTheKitchen/comments/js0wo8/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/idx55y/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/ifh0gb/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/iq3m7d/liv_livvfitt/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/iq3nup/liv_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/iq3ot6/liv_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Instagirlz/comments/jskhl7/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstagramHotties/comments/fysa81/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstagramHotties/comments/fzl5f4/ig_livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstagramHotties/comments/fznpya/i_could_help_with_that_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstagramHotties/comments/g4bhva/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstagramHotties/comments/ij28ql/liv/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/fystx1/rlivvalittle_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/fysupk/rlivvalittle_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/fzl4pa/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/fznqc4/i_could_help_with_that_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/fzy8qd/rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InstaSnapsAndMore/comments/g4bi6k/rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/g4p754/liv_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/j7dymh/livvfitcheeks/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/j7h2us/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/j8qnri/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/j9ajte/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/j9lo8f/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jgg3c8/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jkirbw/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jonz3t/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jq2ekz/livvfitcheeks_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jtndgu/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jxhwjh/she_needs_sunscreen_on_her_buns_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/jy85em/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/kbgui5/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/InternetStars/comments/ljwy2l/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivStyler/comments/jirk9s/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivStyler/comments/jy3evx/she_needs_sunscreen_on_her_buns_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivStyler/comments/kbpllx/liv_livvfitcheeks/ |

| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/ |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/i1knvr/onlyfans_discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/i1rc48/yuh/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/i7scdn/httpsdiscordggvuad5p/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/i8hycd/livvalittle_content/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iccl8v/mega/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ienn33/let_me_know_if_you_wanna_trade/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/if3y5i/dropped_a_mega_of_her_free_in_my_gc_pm_4_link/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ihtlhi/yo_she_collab_with_bundle_of_bec_we_need_it/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iigbex/someone_who_want_make_me_happy_and_send_me_her/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iige9j/someone_who_want_make_me_happy_and_send_me_her/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ij3vks/if_yall_got_some_of_her_shit_send_em_and_ill/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ijnfmb/we_need_it/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ikovek/yw/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ikzdii/enjoy/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ioiflj/_/ |

| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ioifve/_/ |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ip4vhl/here_it_is_boys/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ip5bpd/more_of_nudes/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iqmmjs/here_yous_go/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iqsq1s/get_it/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ir730h/someone_send_me_this_full_vid_pls/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/irt1c9/heres_what_u_want/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/is396s/join_the_only_fans_nsfw_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/is3nsp/her_only_fans/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/is6yvs/pls_her_vids_for_free/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/isc3iq/only_fans/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/israv3/anyone_want_some_more/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iteqjj/heres_some_more/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/itetut/_/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/itiavg/httpsdiscordggbdhxzh/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/itiaxp/httpsdiscordggbdhxzh/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/itkk4p/ill_be_dropping_more_soon/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/itschx/she_knows_what_she_likes/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iu0qre/selfie/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ivocza/discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ivokbn/join_the_snap_leaks_nsfw_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ivshkj/discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/ivzhrr/discord_link/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iw3kxj/join_the_onlyfans_unlocked_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iw7rm6/her_free_onlyfans_discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iw8eej/free_onlyfans/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iw91oh/10tb_only_fans_content/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iw9i5g/of/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwad1r/join_the_onlyfans_unlocked_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwadhl/10_terabyte_of_livvalittle_content_newest_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwbs99/enjoy/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwgu6n/join_the_onlyfans_leaks_nsfw_discord_server/ |

| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwgynm/ignore_all_the_discord_links_they_arent_real_if/ |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwh38t/car_dildo/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwh98i/livvalittle_mega_add_me_on_snapchat_if_you_want/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwheri/livvalittle_discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/iwi5vb/join_nsfw_content/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/j93l70/mega_files/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/j9wf87/_/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jao8fz/httpsmeganzfolder3zullklauyjtymcipwmzqv7_d4aka/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jares2/mega_link/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jawxyq/join_the_onlyfans_premium_nsfw_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jb6mbn/if_someone_send_me_her_mega_i_have_many_megas_i/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jb8ge5/discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jbhwsx/join_the_onlyfans_premium_nsfw_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jbog66/join_the_onlyfans_premium_nsfw_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jbtwok/httpsdiscordggx8xkuh_join_discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jbvwqh/real/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jc5imm/join_the_%F0%9D%99%8A%F0%9D%99%A3%F0%9D%99%A1%F0%9D%99%AE%F0%9D%99%81%F0%9D%99%96%F0%9D%99%A3%F0%9D%99%A8_%F0%9D%98%BE%F0%9D%99%A1%F0%9D%99%AA%F0%9D%99%97_discord_server/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jc5t3f/join_the_discord_community_server_for_special/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jc6p6y/for_the_bois/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jc758z/never_before_seen_exclusive/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jcavra/for_the_lads/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jcxlc0/of_discord/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Livvalittle/comments/jdrhbc/i_need_invites_join_you_horny_asshats/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivvalittleOF/comments/ksff80/mega_link_below/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivvalittleOF/comments/kyqrgi/does_someone_have_this_for_free/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivvalittleOF/comments/l4yfut/mega_link_below/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/LivvalittleOF/comments/le2y2e/livvalittle_mega_link/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/k5xg4h/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/k5xg6o/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/k5xg9b/livvfitcheeks/ |

| | | |
|---|---|---|
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/k5xgkm/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kc0ato/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kc0ax0/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kj4chs/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kj4cuh/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kj4cx6/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/livvfitcheeks/comments/kj4d0p/livvfitcheeks/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/love4livvalittle/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/love4livvalittle/comments/hncbg8/lets_get_started_livvalittle_livvfit/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/love4livvalittle/comments/hr7ekf/livvalittle_livvfit/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/MegalinkNSFW/comments/k64hjt/livvfitcheeks_mega/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/MegalinkNSFW/comments/ku629p/livvfitcheeks_mega/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/MyCalvins/comments/hf065g/livvfitt/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/notonlyforfans/comments/igcq2l/httpsinstagramcomlivvfitt/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/notonlyforfans/comments/imwqfh/livvfitt_request_link_in_instagram/ |
| @Livvfitcheeks , @fitdonk | | https://old.reddit.com/r/OnlyFansLeakedPhotos/comments/kt5yzi/i_got_some_livvalittles_onlyfan_pics_lmk/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/pokies/comments/hf068u/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/pornID/comments/iq4rpt/who_is_she/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/pornID/comments/ldjerl/anybody_know_who_this_is/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SauceforNSFWads/comments/l8l7gs/sauce_to_the_video_the_person_is_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SauceforNSFWads/comments/l8u4x1/its_livvfitcheeks_but_cant_this_find_the_video/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Sexdoll/comments/kkqdr7/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Sexdoll/comments/kmvnro/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/Sexdoll/comments/laxzqx/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SexyFrex/comments/jglwk0/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/sillygirls/comments/i10fn1/sexy_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/sillygirls/comments/ifi98a/at_the_store_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/koq70l/livvalittle_i_think_some_of_you_guys_have/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/ks87ux/anyone_got_some_stuff_from_livvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lmvcz8/livvalittle_video/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lornou/lmk_5_pay_pal/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/SkylarMaeAndOtters/duplicates/lmvcz8/livvalittle_video/ |

| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/STAWG/comments/j9m3qg/ig_livvfitcheeks/ |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/tipofmypenis/comments/id8bcl/who_is_the_girl_in_the_image_she_got_some_awesome/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/tipofmypenis/comments/kftr3a/who_is_this_blonde_shaking_a_beer_bottle/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/WorldPacks/comments/j6a6q7/livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/WorldPacks/comments/klirzv/if_you_have_content_of_her_pm_me/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/l5ccik/18_gb_of_livvalittles_content_is_in_the_comment/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/user/markbr89/comments/ljyf9j/liv_livvfitcheeks_nsfw/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/user/phineasglass/comments/hbc7d0/liv_livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://old.reddit.com/user/sleepwalker2344/comments/j7r93f/ig_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/gallery/ikzdii |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/gallery/le2y2e |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/gallery/ljniig |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/AllisonParkersexypics/comments/jtx34u/livvalittle_so_hot/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/bathroomselfies/comments/i10fdu/sexy_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/FreePremiumOnlyfanz/comments/l5c7cf/18_gb_worth_of_livvalittles_content_is_in_the/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InstagramHotties/comments/fzya0i/livvfitt_rlivvalittle/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InstagramHotties/comments/fzya0i/livvfitt_rlivvalittle/?utm_source=amp&utm_medium=&utm_content=post_vote |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InstaSnapsAndMore/comments/fzl4pa/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InstaSnapsAndMore/comments/fzy8qd/rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InstaSnapsAndMore/comments/g4bi6k/rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InternetStars/comments/fyrbm3/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InternetStars/comments/fzl6k5/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InternetStars/comments/g00ozq/livvfitt_rlivvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/InternetStars/comments/j7h2us/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/LivStyler/comments/jirk9s/liv_livvfitcheeks/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/livvalittle |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/fy3gbc/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/g2xxe5/onlyfans/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/g4bfqo/keep_adding_content_please/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/g636wa/livvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/g73hp8/an_interesting_title/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gjvo0h/livvalittle_nude_dildo_ride_onlyfans_video/ |

| | | |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gkx0b0/livvalittle_nude_masturbation_onlyfans_video/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gtdmld/this_girl_is_scamer_pass_the_word/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gukx1j/get_nudes/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gy3pk6/last_post_important/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/gzoi0b/of_page/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/hmipyi/lets_make_dis_sub_interesting/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/i8hycd/livvalittle_content/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/imm660/livvfitt_nude/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/ip5bpd/more_of_nudes/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/iqmmjs/here_yous_go/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/iqsq1s/get_it/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/itkk4p/ill_be_dropping_more_soon/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/Livvalittle/comments/itschx/she_knows_what_she_likes/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/LivvalittleOF/comments/le2y2e/livvalittle_mega_link/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/love4livvalittle/comments/hr7ekf/livvalittle_livvfit/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/MegalinkNSFW/comments/k64hjt/livvfitcheeks_mega/ |

| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/MyCalvins/comments/hf065g/livvfitt/ |
|---|---|---|
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/OnlyFansLeakedPhotos/comments/k5vojf/livvalittle/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/pokies/comments/hf068u/livvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/realonlyfansreviews/comments/hfqwpk/livvfit_onlyfans_trash/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/sillygirls/comments/i10fn1/sexy_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/sillygirls/comments/ifi98a/at_the_store_iglivvfitt/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/koq70l/livvalittle_i_think_some_of_you_guys_have/ |
| @Livvfitcheeks, @fitdonk | | https://www.reddit.com/user/kalih420/comments/i2ji1m/livvalittle/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/comments/jv62pk/rmilamontexo_lounge/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/comments/l2jryd/free_shit/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/comments/lew1ru/join_this_its_gonna_have_way_better_content_bois/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/comments/lr6a7y/can_someone_dm_me_mila_monte_vids/ |
| @milamontexo | | http://www.reddit.com/r/milamontexo/comments/ls5ncd/dm_me_for_full_uncovered_vid/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4al2l/freaky/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xmko/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xmyn/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xn5b/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xncn/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xnl3/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xnsi/mil%C3%A1_montexo/ |

| | | |
|---|---|---|
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xo1m/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/k4xoa9/mil%C3%A1_montexo/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lefvrw/for_the_boys/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lf31iu/for_the_boys/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lf5oph/for_the_boys/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lfdzfv/for_the_boys/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lknm6g/mila/ |
| @milamontexo | | https://old.reddit.com/r/milamontexo/comments/lkwzzy/for_the_boys/ |
| @milamontexo | heroecrack | https://www.reddit.com/r/milamontexo/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/jv62pk/rmilamontexo_lounge/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/l2jryd/free_shit/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/lew1ru/join_this_its_gonna_have_w ay_better_content_bois/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/lf5oph/for_the_boys/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/lr6a7y/can_someone_dm_me_mila_ monte_vids/ |
| @milamontexo | | https://www.reddit.com/r/milamontexo/comments/ls5ncd/dm_me_for_full_uncovered_ vid/ |
| @rubyreidxo | | https://www.reddit.com/r/splatxo/comments/kqruwo/god_forgive_me_for_i_have_sinn ed/ |
| @rubyreidxo | | https://www.reddit.com/r/splatxo/comments/kqrwxf/not_the_best_in_my_opinion_but_ hey_this_is_what/ |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo %2Fcomments%2Fkbyctz%2Fselling_video_and_pic_5_each_10_for_both_message% 2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo %2Fcomments%2Flfonxj%2Fmilk_jugs%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo %2Fcomments%2Fm053bn%2Fdildo_video_have_fun%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo %2Fcomments%2Fm8l6gc%2Fshe_followed_me_boys%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo %2Fcomments%2Fm8lt72%2Fthings%2F |

| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmd7vbl%2Ffucking_video%2F |
|---|---|---|
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmda3ex%2Fmake_splatxo_great_again%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmfjsxo%2Fthis_is_the_best_one_yet%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmj9l55%2Fshe_goes_now_by_rubyreidxoxo%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqe81l%2Fany_valid_discords_of_splat_that_are_non%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqugbp%2Fsome_discord%2F |
| @rubyreidxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqwsly%2Fsomething_i_found%2F |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kbyctz/selling_video_and_pic_5_each_10_for_both_message/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kdauli/for_the_boys_cant_send_videos_for_some_reason_but/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kdbkav/free_em_baby/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/khftj0/here_guys_im_not_the_same_guy_that_posted_shots/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kn66mj/just_got_this_one/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kqruwo/god_forgive_me_for_i_have_sinned/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kqrwxf/not_the_best_in_my_opinion_but_hey_this_is_what/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/krlo2p/for_the_boys/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/kxmeby/new_splatxo_video_deepthroat/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/l075sk/splat_video/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/l0sybf/im_weak/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/l2wrcj/oop/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/l4rb7u/ass_and_feet/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/l7a6nb/all_of_her_stuff_and_more/ |

| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lcnv4l/twitter/ |
|---|---|---|
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lfonxj/milk_jugs/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/ljlpl4/my_new_page_rchaturbate_babes_is_gonna_start/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk26uj/rchaturbate_babes_has_her_content_now_come_join_in/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk2yf8/her_ig_handle_is_short_like_a_rare_xbox_gamertag/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk31ey/found_searching_through_websites_in_google/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk4puf/splat/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk6s00/not_the_best_in_my_opinion_but_hey_its_still_good/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lk8tmu/yeah/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/lq5v67/discord_link/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/m053bn/dildo_video_have_fun/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/m8l6gc/she_followed_me_boys/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/m8lt72/things/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/md7vbl/fucking_video/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/mda3ex/make_splatxo_great_again/ |
| @rubyreidxo | ashettv | https://old.reddit.com/r/splatxo/comments/mfjsxo/this_is_the_best_one_yet/ |
| @rubyreidxo | swnz2001 | https://old.reddit.com/r/splatxo/comments/mj9l55/she_goes_now_by_rubyreidxoxo/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/mqe81l/any_valid_discords_of_splat_that_are_non/ |
| @rubyreidxo | caza_putas42 | https://old.reddit.com/r/splatxo/comments/mqugbp/some_discord/ |
| @rubyreidxo | | https://old.reddit.com/r/splatxo/comments/mqwsly/something_i_found/ |
| @sedonaskyxo | | https://old.reddit.com/r/sedonasky/comments/iec0fy/rsedonasky_lounge/ |
| @sedonaskyxo | | https://old.reddit.com/r/sedonasky/comments/ieoz0o/hot/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/kqct0g/a_little_delayed_xmas_spirit_hny_everyone/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/kqs0a1/sedona_sky/ |

| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/kwzfti/anyone_got_a_mega/ |
|---|---|---|
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/ky7nes/everything_is_in_there_go_check_fast/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/l0xrw4/anyone_got_anything/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/l144nq/sedonasky_of_content/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/la8v2x/sedona_sky_onlyfans_video_leaked/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/lm48t5/got_anything/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/ly7mb3/she_got_a_boobjob/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/lynqgj/new_boobs_pictures/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/lzlt29/the_boobjob/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/lzmacx/before_boobjob_reveal_of/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/lzmb58/boobjob_of/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m02ast/sedona_sky/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m02vvg/sedonaaaa/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m03xdf/cumshot/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m26ax2/the_sex_tape/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m322dx/_/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m3h8cu/a_little_seethru/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/m9weki/anyone_got_a_mega_or_a_sextape/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/mcfpfu/sedona_sky/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/mcfpo8/sedona_sky/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/mcfpre/sedona_sky/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/mcfpwd/sedona_sky/ |
| @sedonaskyxo | | https://old.reddit.com/r/SedonaSkyOF/comments/mffbki/_/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k7n0yf/always_showing_off_that_ass/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k7n3aq/a_little_bit_of_side_boob_and_ass/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k7n4jm/little_maid_sedona/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k7vqhi/another_wonderful_post/ |

| | | |
|---|---|---|
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k82qp1/new_post_from_the_sexy_sedonaskyxo/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k8jlu0/school_girl_sedona/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k8ltu5/brand_new_post/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/k8ta0t/santas_little_helper/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/ka0r2h/heres_some_more/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/kal1ry/new_post_sexy_as_all_ways/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/kb798x/new_pic_from_her_story_sedonaskyxo/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/kb9a26/showing_off_that_fat_ass_as_all_ways/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/kds871/pink_hair_dont_care/ |
| @sedonaskyxo | | https://old.reddit.gsn.com/r/Sedonaskyxo/comments/kegsn4/new_post/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/kgcttm/super_hot_new_post/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/khnknp/sexy_new_christmas_post/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lao1dz/post_her_stuff_in_here_at_least_some_of_you_guys/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lb3sxy/newpost/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lh3r3o/here_boys_spread_the_word/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/loa0xo/shower_ass_pic/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lp6hfw/cheeky_new_post/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lp8v0f/i_have_a_pussy_vid_if_her_idk_how_to_post_tho/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lq0oof/maddog2322_posted/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lq0oy3/maddog2322/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lq89o9/im_a_rich_bitch_6_some_outfits_of_her/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lq8nhl/6_tall_rich_bitch/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lq8qak/rich_bitch_6_feet_tall_continued/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lttig8/stay_strong_men_one_titty_pic_is_t_worth_it/ |

| | | |
|---|---|---|
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/lw8f1n/reddit_really_took_down_her_insta_pics_too/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/m2j3iw/lmao_cum_shot_and_a_new_tits_job_ig/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/m3ipcq/new_posts/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/mbxca9/dm_me_for_her_sex_video/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/me41qu/here/ |
| @sedonaskyxo | | https://old.reddit.com/r/Sedonaskyxo/comments/mha3fu/_/ |
| @sedonaskyxo | | https://old.reddit.com/user/spiderman537626/ |
| @sedonaskyxo | | https://www.reddit.com/r/AbsoluteWeapons/comments/htnnuk/sedona_sky/ |
| @sedonaskyxo | | https://www.reddit.com/r/sedonasky/comments/jhgjc6/well_then/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc3k4q/new_pics/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc4pcz/first_time_seeing_her_asshole_and_goddamn_i_would/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc4usu/school_girl_video_part_2/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/je5f1k/heres_a_skylar_picture/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeaqrt/her_body_is_fucking_amazing/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeeezx/sorry_boys_videos_will_be_coming_soon/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeejom/sorry_for_being_so_mia_will_try_to_post_more/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jev1br/_/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jfbrwq/x/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jffabz/god_damn/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jfok0i/_/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg00xe/anyone_have_this_one/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg4h9m/does_anyone_know_her_true_name/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg73f8/heres_another_clip_from_the_school_girl_video/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgdhuk/not_nudes_but_just_a_instagram_post_god_damn_shes/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgdu7x/part_2_blue_lingerie_vid/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jge7yx/blue_lingerie_part_3/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgec98/blue_lingerie_final_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgnph9/before_her_boob_job/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jh53wg/no_nudes_which_picture_is_the_best/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jhqk28/che_from_clueless_cosplay/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jjb6ka/not_nude_instagram_post/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jjovoz/not_nudes_video_is_pretty_uncommon_and_old_but_i/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jkjdxd/not_nude_please_tell_me_she_has_a_video_with_that/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jl2736/no_nudes_no_videos_on_the_hub_anymore/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jl84wd/not_nude_alien_skylar/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jm8h7q/little_bunny/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jm9j81/not_nude_instagram_post_god_shes_such_a_beauty/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmbcvj/from_her_personal_instagram_account/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmrpts/44_minute_compilation_of_skylar_huge_credit_to/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmv10v/which_kind_of_videos_you_want_from_skylar/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmzo9y/not_nude_some_pictures_from_her_personal_and_main/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jn61mg/for_more_pics/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jnizr7/not_nude_she_posted_more_pink_bikini_pics/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jnxrrn/onlyfans_leak_discord/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jociat/beautiful/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/josf2r/i_just_want_some_new_skylar_content_from_her/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jp9eqk/so_i_was_her_top_1_fan_i_guess_i_bought_her/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jp9ukj/short_video_showing_her_tight_lil_body/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpa5ez/gym_clothes_striptease/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpacdi/cute_lil_ass/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpaoqq/pink_thong/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpe844/clueless_cosplay_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpul5s/big_things_coming_soon/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jqktuv/_/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jqonaa/from_her_personal_insta/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr4007/talk_about_a_perfect_ass/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr58u2/x/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr939f/fuck_that_body_man/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jrb6de/x/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jt3i6g/heres_a_nude_pic_from_the_discord/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jt62xp/new_video_gentlemen_more_coming_soon/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jvfojg/dm_me_for_mega_link_free/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jvgi1n/theres_the_link_bois/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jx9yxp/her_under_boob/ |

| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jxcnxk/for_those_who_keep_a sking_heres_the_discord_link/ |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jyhaly/will_she_ever_do_boy_ girl_stuff/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jz6c2b/her_body_is_amazing/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/jzbcxq/here_it_is_boys_a_2_h our_compilation_of_skylar/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k2vzfs/shes_taken_down_my_ videos/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k3mlol/videos/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k4xqew/damn_she_so_fine/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k52o83/damn_i_wish_i_had_h er_onlyfans/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k698ag/nice/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k6qqpn/here_you_go_enjoy_u p_votes_are_welcome/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k6thu6/mega_link/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k71dgx/rubbing_oil_on_her_tit s/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k7l73n/does_anyone_have_her _anal_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k7ljfz/skylar_mae_leaked_nud es_httpsdiscordggnpyg7h8r/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k8o2q2/i_have_her_onlyfans_ how_would_you_guys_feel_about/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k9071e/from_her_personal/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/k9dw51/skylar_has_a_5_minut e_18_fingering_video_whos/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kamocf/school_girl/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kargyb/can_someone_post_ne w_link/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/karxt6/_/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kauu8q/skylars_professional_photoshoot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbgojl/skylarmaexo_photo_dump/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbgojl/skylarmaexo_photo_dump/gfighgj/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbk6sl/for_the_boys/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbkdhv/part_2_tokyo_drift/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbnl2o/pretty_and_horny_busty_teen_skylar_vox/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbs57y/skylar_mae/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbvecj/sister_makes_step_brother_confess_true_desires/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbxn1l/any_one_have_pussy_and_asshole_pics_from_her/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kc1011/perfect/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kc2s9r/only_fans_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kceoza/hot_ass_shot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kci5y6/her_ass_is_perfect/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kcsh5t/pain/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kdaxeg/can_someone_dm_me_an_invite_to_the_discord_please/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kdd6uz/thoughts/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/ke0wqi/_/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kfatfv/ass_shaking/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kfuv5a/probably_no_new_videos_anytime_soon_sorry_guys/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kg1585/for_the_boys/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kgmyn8/i_cant_get_over_her_body_man/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kh3har/shes_so_fucking_hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/khcnge/vibrator_video/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/khrui9/past_location_for_her_videos_probably_a_bunch_of/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kivnyb/link_to_mega_in_comments/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kjlf0x/fuck_shes_hot_btw_for_those_who_werent_able_to/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kjuj1z/new_mega_is_up_dm_me_for_link_keeping_it_in_the/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kka1oi/guys_i_found_a_way_to_make_money_through_cashapp/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkcgch/new_video_is_up_in_the_mega_dm_for_link/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkvam0/jadeteen_mega_link_up_on_the_website_if_i_already/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkw1wd/btw_could_you_guys_not_share_my_link_on_popular/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkwjbv/fuck_shes_hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl0srw/christmas_themed_video_thanks_to_the_guy_who/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl80lg/skylar_and_jade_are_in_the_same_link_the_link_has/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl9a5u/jade_and_skylar/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kldrjt/skylar_with_pigtails/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmjk5o/rare_skylarmaexo_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmjp6i/its_a_shame_she_doesnt_do_more_than_just_solo/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmqhuf/do_you_guys_want_this_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kncuse/short_skylar_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/knsu3d/this_is_probably_the_closest_well_get_to_a/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/ko1par/we_can_only_dream_of_her_making_a_sextape_waste/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kp3hki/i_dont_charge_for_links_but_i_also_dont_have_a/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpdee1/skylar_mae_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpneta/not_a_video_but_youre_welcome/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpzduf/skylarmaexo_damn_she_looks_fine_in_this_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpzuxk/this_is_honestly_hotter_than_her_ptv_videos/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqkkjb/though_id_drop_some_super_rare_videos_thanks_to/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqkthl/heres_another_one/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqqolt/you_guys_want_this_one_might_be_a_little/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqsnk0/new_mega_is_up_and_running/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kreq8h/s_mae_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/krf0hc/full_new_set/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/krxont/2_pics_making_a_hot_new_video_tonight/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzkw8/shes_so_hot_but_her_vids_are_boring/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzn9c/skylar_showing_off_her_great_cooch/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzrtu/damn_shes_fine/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kslq5t/newest_pics_no_mega/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/ktm6o9/this_outfit_alone_makes_me_want_to_buy_her_new/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kusda4/fuck_why_does_she_have_to_be_so_hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuw8b0/_/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuwa6b/she_finally_did_something_else_for_a_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuyz8y/dildo_ride_arguably_her_best_video_yet/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kw98ke/god_damn_if_only_they_both_did_of/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kwahnl/always_wish_she_would_have_gone_full_nude_lx_nn/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kwukzk/god_damn/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kz1hrt/felt_generous_tonight_so_i_got_this_30_for_you/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/l1oucx/alright_this_pic_is_actually_kinda_hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/l2cfvu/masterbation_video/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/l4ibf0/suck_and_dildo_fuck/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/l6ndhi/_/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/l9sax2/showing_her_ass_in_the_snow/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lalr3c/school_girl/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lampiq/more_ass_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lefzxb/3_pics_insanely_hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lf0gap/super_bowl_sunday_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lgjpx6/sexy_asf/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lje5lm/must_be_cold/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lje824/honestly_she_should_show_more_of_her_personality/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lklt1d/shower_masterbation/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/llc7rb/maid_pic/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lljbbd/sexy_asf/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lm43ag/showing_her_booty_in_a_car/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lmeet5/more_car_pics/ |

| | | |
|---|---|---|
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lniucj/this_goes_out_for_skylar_fans_who_are_willing_to/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/loab0r/hot/ |
| @skylarmaexo | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lolpzm/more_hotness/ |
| @skylarmaexo | | https://old.reddit.com/r/Skylarmaexo/ |
| @skylarmaexo | | https://old.reddit.com/r/Skylarmaexo/comments/ldhcze/yo_can_i_get_a_mega_link_for_brittfit/ |
| @skylarmaexo | | https://www.reddit.com/r/bikinis/comments/m5k8wv/skylarmaexo_bikini_nude_compilation_video/ |
| @skylarmaexo | | https://www.reddit.com/r/EvilXx/comments/joe8fa/skylarmaexo_onlyfans/ |
| @skylarmaexo | ghostaw1203 | https://www.reddit.com/r/Skylarmaexo/ |
| @skylarmaexo | DKJGHADFG | https://www.reddit.com/r/Skylarmaexo/comments/n1iu56/free_3gb_mega_link_below/ |
| @sundaebunsdae | | https://www.reddit.com/r/BikiniBodies/comments/lytc2l/sundaebunsdae_violet/ |
| @sundaebunsdae | | https://www.reddit.com/r/HungryButts/comments/lmnybt/ig_sundaebunsdae/ |
| @sweettcheeksxo | Tittylovrr | https://old.reddit.com/r/itskhloeexoxo/ |
| @sweettcheeksxo | | https://old.reddit.com/r/itskhloeexoxo/comments/lig5jh/follow_rchaturbate_babes/ |
| @sweettcheeksxo | | https://old.reddit.com/r/itskhloeexoxo/comments/litjmi/mega_link_to_sloppy_bj_follow_rchaturbate_babes/ |
| @sweettcheeksxo | | https://old.reddit.com/r/itskhloeexoxo/comments/lj03nn/dont_forget_rchaturbate_babes_is_getting_all_the/ |
| @sweettcheeksxo | | https://old.reddit.com/r/itskhloeexoxo/comments/lk3x07/giveaway_started_at_rchaturbate_babes_come_quickly/ |
| @sweettcheeksxo | | https://www.reddit.com/r/itskhloeexoxo/comments/m370he/discord_2/ |
| @sweettcheeksxo | | https://www.reddit.com/r/itskhloeexoxo/comments/m410qt/khloee_video_link_below/ |
| @thecalliemurphy | | https://www.reddit.com/r/popass/comments/921rv8/callie_murphy/ |

| | | |
|---|---|---|
| @thecalliemurphy | | https://www.reddit.com/user/Last654Scallion/comments/hb3ry0/download_link_yourmegafileinfocallie_murphy_aka |
| @valerialovexoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fgoddess_guzman%2Fcomments%2Fgx150c%2Ffrom_her_twitter%2F |
| @valerialovexoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fgoddess_guzman%2Fcomments%2Fhfzzxg%2Fonlyfans_is_it_worth_it%2F |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/gx1071/guzman/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/gx150c/from_her_twitter/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/hfzzxg/onlyfans_is_it_worth_it/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/hj4yje/wow/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jgxo81/free_only_fans_content_easy_access/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jly2rr/_/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jly8rf/_/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jmbl6c/leak/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jmc16h/_/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jmc2ej/_/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jmc46k/_/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddess_guzman/comments/jmc4gp/_/ |

| | | |
|---|---|---|
| @valerialovexoxo | | https://old.reddit.com/r/goddessguzmann/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddessguzmann/comments/k6fbqn/perfect/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddessguzmann/comments/k6p9l8/ / |
| @valerialovexoxo | | https://old.reddit.com/r/goddessguzmann/comments/ke5vta/sucky/ |
| @valerialovexoxo | | https://old.reddit.com/r/goddessguzmann/comments/kx7eo8/gg/ |
| @valerialovexoxo | | https://old.reddit.com/user/Leading-Lemon-7611 |
| @valerialovexoxo | | https://www.reddit.com/r/GirlswithGlasses/comments/cqj6gt/goddessguzman/ |
| @valerialovexoxo | | https://www.reddit.com/r/Hotchickswithtattoos/comments/cqj6jt/goddessguzman/ |
| @valerialovexoxo | | https://www.reddit.com/r/Mooning/comments/iaci6f/goddessguzman_pants_down_and _with_a_moon/ |
| @valerialovexoxo | | https://www.reddit.com/r/Siterip_Onlyfanz/comments/mjd3so/goddessguzman_onlyfans_leak212_images_251_videos/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjehhc0%2Fi_love_to_show_off_to_you%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjek0me%2Fcouple_pics_of_her_enjoy_guys%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjekwox%2Fis_there_a_discord%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjeq7wq%2Fwhat_happened_to_the_chat%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjf6mvl%2Fallie_catt%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjfgttj%2Fallie_cat_feeling_spicy%2F |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjfn1ed%2Ffat%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjh18es%2Fanal_vid%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjh9gf8%2Fshake_that_ass_girl%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhf9hl%2Fwatch_alliecatt_leaked_video%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhhtbe%2Fdiscord%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhrque%2Fmore_in_here%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhs2qi%2Fnever_expiring_link_some_good_content%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji1p3t%2Fjoin%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji2q62%2Fdiscord_with_allicatt_mega_being_posted_soon%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji79sb%2Fsomeone_share_her_mega_link_and_help_a_brother%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji8zos%2Fallie_cat_discord%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjilnbx%2Fdiscord_featuring_alliecatt_content%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjin48e%2Fnsfw_discord_server%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjiul6t%2Fanybody_have_alliecatt_anal_vid%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjkrtd6%2Fvelma%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjlo2dj%2Ffingering%2F |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjlogtr%2Fchair_riding_video%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjn6egi%2Fmega_link%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjodwbg%2Falliecatt%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjow4h8%2Ffor_the_boys%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjqd20u%2Falliecat_riding%2F |
| alliecattxoxo | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjqg08a%2F_%2F |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kpjesw/_/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kpl7wv/_/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kqe5ea/dropbox_link_in_comments/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kqe5ea/dropbox_link_in_comments/gi39f5s/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kqx0d0/anal/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kqx5f3/the_one_and_only/ |
| alliecattxoxo | | https://old.reddit.com/r/Allie_cattOF/comments/kqzbdt/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/isfnur/ralliecatt_lounge/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/iur8fk/alliecatt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/iurccf/alliecatt_play_time/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/iv0fmx/missphatass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/iy5bft/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/iy8wuz/30_to_see_her_get_face_fucked_its_above_my_budget/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/izlk5e/she_is_putting_out_good_content_but_her_price_is/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/izqpze/re_selling_her_latest_55_video_and_the_bj_video/ |

| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/izyeoe/of_pay_to_view/ |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j01kzj/got_some_onlyfans_stuff_hmu_5_venmo/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j0ibn4/got_a_folder_for_sale_vids_and_pics_dm_me/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j0j8li/alliecatt_anal/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j0jkln/the_blowjob_video_no_one_wants_to_share/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j0lkvo/alliecatt_riding/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j0xvj5/join_the_onlyfans_leaks_nsfw_discord_server/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j17xz0/meg_file/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j1g4gy/mega/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j1gu9d/i_got_the_boys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j29dco/alliecatt_bj/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j2g63g/new_alliecatt_mega/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j2h983/new_discord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j2i8bo/damn_she_is_only_20_years_old/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j33xp8/join_the_onlyfans_free_nsfw_discord_server/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j38rxx/she_is_only_20_god_damn/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j38zik/her_asshole_is_so_pink_and_clear_wish_i_can_lick/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3ed64/should_i_continue_to_post_her_photos/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3fzhe/allie_cat_chair_fuck/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3j6dl/whos_down_to_pitch_on_new_riding_video/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3jgbj/allie_catt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3nto0/yw/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3othu/disord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3pa4z/owner_here/ |

| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3xxom/pussy/ |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3y3n4/ass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j3zfi9/pussy_lips_fat_i_have_a_video_of_her_ass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j42yu3/are_there_any_megas/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j46hs8/alliecatt_chair_fucking/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j4lmy8/perfect/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j4n6ft/another_one/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j4p9q7/should_i_post/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j4s9tv/alliecatt_mega_dm_me/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j51ndn/spreading/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j58t9e/anyone_who_knows_where_her_ig_went/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j660db/who_has_a_mega_link_pls_dm/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j6cd4w/pussy/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j6r4rq/act_fast/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7lrqs/yes_guys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7nx1a/ralliecatt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7oane/pussy_spread/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7p7j9/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7pskz/bubble_cheeks/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7qhus/help_us_out/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j7wdmv/join_the_mega_nsfw_discord_server/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j82z58/join_the_mega_nsfw_discord_server/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j897gj/someone_have_free_videos_of_alliecatt_please/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j89nxo/havent_seen_this_1_here/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j8p1i2/post_title_required/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j8zg4w/yoo/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j91nv5/dm_for_full_updated_alliecatt_mega/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j92oem/spreading/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j94c72/anyone_who_can_hook_me_up_with_anything_new/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j952w4/spreaded_wide/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/j9i5np/some_lesbian_dildo_action/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/japead/from_ig/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/japs16/wanna_smack_so_bad/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb0d55/new_3_minute_fuck_vid_released/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb4vgo/art/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb72d6/from_her_mega/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb760e/found_this_on_erome_it_might_be_old_but_i_thought/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb83wk/god_i_love_her_ass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jb94qd/ready/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jbdk5m/enjoy/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jbemtp/dm_for_newest_fuck_vid_taking_donations_via/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jbnott/free_only_fans_guys_check_fast/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jbq1kj/join/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jbumd1/who_has_the_new_video/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jc2zki/anyone_have_it/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jc4dyv/dm_for_whole_packet_cheap/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jc8ozi/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jc90ys/mirror_pics/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jc9d5v/hmu/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jcd5xr/sexy_alliecattxoxo_butty/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jd37ky/camsoda_big_tit_fuck_pov_blowjob_big_cum_in_mouth/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jd49ol/wanna_smack_that_ass_so_bad/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jd4cq7/lips/ |

| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jdc86f/everything_nsfw/ |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jdsjp9/what/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jdvweb/free_mega_links/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jehhc0/i_love_to_show_off_to_you/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jek0me/couple_pics_of_her_enjoy_guys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jekwox/is_there_a_discord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jeq7wq/what_happened_to_the_chat/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jf6mvl/allie_catt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jfgttj/allie_cat_feeling_spicy/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jfn1ed/fat/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jh18es/anal_vid/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jh9gf8/shake_that_ass_girl/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jhf9hl/watch_alliecatt_leaked_video/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jhhtbe/discord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jhrque/more_in_here/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jhs2qi/never_expiring_link_some_good_content/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/ji1p3t/join/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/ji2q62/discord_with_allicatt_mega_being_posted_soon/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/ji79sb/someone_share_her_mega_link_and_help_a_brother/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/ji8zos/allie_cat_discord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jilnbx/discord_featuring_alliecatt_content/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jin48e/nsfw_discord_server/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jiul6t/anybody_have_alliecatt_anal_vid/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jjb0fx/big/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jkrtd6/velma/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jlo2dj/fingering/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jlogtr/chair_riding_video/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jn6egi/mega_link/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jodwbg/alliecatt/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/joe19p/sweaty/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jow4h8/for_the_boys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jqd20u/alliecat_riding/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatt/comments/jqg08a/_/ |
| alliecattxoxo | | https://old.reddit.com/r/alliecattof |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/jyvjls/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/jyvjuw/doggy/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/jyvlqm/look_at_the_cheeks/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/jzvv0c/yall_to_me_dirty_allie/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k17ueb/discord_or_mega/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1knfd/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1kyhj/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1l6x1/chair_riding/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1l7g2/happy_thanksgiving/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1ll8r/dildo/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k1lpbg/enjoy/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k3l5b8/alliecatt_telegram_in_comments/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k4gjql/for_the_boys/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k50bd7/another_1/ |
| alliecattxoxo | | https://old.reddit.com/r/AlliecattOF/comments/k8bjpj/i_wont_be_selling_all_the_rime_but_this_vid_was/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/igcq7o/this_is_the_model_this_will_be_the_only_instagram/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlaem/allie_griffin/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlbpc/hot/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihle8y/hand_bra/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihleev/no_bra/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihleje/completely_nude/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihleo9/with_her_friend/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihleud/a_goddess_butt/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihljjj/wet/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihljsr/cute_tits/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlk3b/a_beauty_body/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlk7r/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlkgu/titties/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlkkw/damn/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlkry/so_fucking_hot/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihllhv/in_the_mirror/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihlow4/mirror/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ihungp/spread_pussy_and_asshole/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCattXoxo/comments/ij1lil/fine_ass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jb5ij8/ass_for_days/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jb5ok1/had_to_post_this_one_too/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jbj0w4/does_anyone_else_wanna_be_that_cat/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jbj4gc/dick_riding/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jc31u1/bj/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jct8uq/alliecat/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jdb7ny/that_clap_tho/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jek2t5/wishing_that_was_my_hand/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jevgp0/enjoy/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jf8zm2/daaaat_ass/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jfx0my/twerk/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jjlw1a/slomo_ass_shake/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jl5nm3/there_u_go_boys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jlfet6/fingering/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jlh4sc/dildo_riding/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jls1md/twerk/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jm1u3r/twerking/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/jwk06k/enjoy_folks/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k08wiv/from_her_ig/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k2qhaz/pov_shes_sitting_on_top_of_you/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k2u5hy/sexiest_bitch_ive_ever_seen/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k3o8ka/sexy_blond_bitch/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k4lpn3/finally_found_the_anal_video_with_sound/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k5677e/fucking_machine_video/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k5o6bf/alliecatt/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k6bbeg/_/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k6z0q7/anyone_got_her_discord/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k6z8e3/a_view_to_die_for/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k7e8po/shaking/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k7j9yz/could_not_find_it_in_here_so_here_you_go_boys/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/comments/k8p8ac/i_wont_always_be_selling_i_will_post_some_free/ |
| alliecattxoxo | | https://old.reddit.com/r/AllieCatXoXo/duplicates/jwk06k/enjoy_folks/ |
| alliecattxoxo | | https://old.reddit.com/r/BlackMeetsWhite_BMW/comments/cey9ak/19_yo_allie_griffin_previous_relationship_was/ |
| alliecattxoxo | | https://old.reddit.com/r/goddesses/comments/dberkp/allie_griffin/ |
| alliecattxoxo | | https://old.reddit.com/r/Hypnotik/comments/hol2wk/alliegfit/ |
| alliecattxoxo | | https://old.reddit.com/r/InternetStars/comments/dmzzfb/allie_griffin_alliegriffin/ |
| alliecattxoxo | | https://old.reddit.com/r/InternetStars/comments/jeosmo/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://old.reddit.com/r/mistyfront/comments/d7gzzf/allie_griffin_rinstagramsluts/ |
| alliecattxoxo | | https://old.reddit.com/r/PlanetThick/comments/flcyys/allie_griffin/ |
| alliecattxoxo | | https://old.reddit.com/r/twerking/comments/hq3r40/allie_griffin/ |
| alliecattxoxo | | https://old.reddit.com/r/TwerkingPorn/comments/hq3rzq/allie_griffin_slow_mo/ |
| alliecattxoxo | | https://www.reddit.com/r/alliecatt/ |
| alliecattxoxo | | https://www.reddit.com/r/AllieCatt/comments/iurccf/alliecatt_play_time/ |
| alliecattxoxo | | https://www.reddit.com/r/AllieCatt/comments/j0j8li/alliecatt_anal/ |
| alliecattxoxo | | https://www.reddit.com/r/AllieCatt/comments/jsk0u4/enjoy/?utm_medium=android_app&utm_source=share |

| | | |
|---|---|---|
| alliecattxoxo | | https://www.reddit.com/r/alliecatt3/ |
| alliecattxoxo | | https://www.reddit.com/r/alliecatt3/comments/lsk1id/reverse_cowgirl/ |
| alliecattxoxo | | https://www.reddit.com/r/alliecatt3/comments/lsk1id/reverse_cowgirl/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| alliecattxoxo | | https://www.reddit.com/r/alliecatt3/gilded |
| alliecattxoxo | | https://www.reddit.com/r/ass/comments/jc0ebp/alliecatt_fit_the_shakes/ |
| alliecattxoxo | | https://www.reddit.com/r/bigasses/comments/fl6noj/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/bigasses/comments/flnlml/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/bigasses/comments/jeev0a/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/booty/comments/lm6tlf/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/bootyshorts/comments/isunrj/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/BubbleButts/comments/flnlys/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/CasualJiggles/comments/jrwlf7/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/girlsinyogapants/comments/fypjje/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/GirlswithGlasses/comments/lm6xkn/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/goddesses/comments/jc67c8/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/HighCut/comments/j3cirv/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InstagramHotties/comments/kbwe2i/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/id1kmj/allie_catt_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/iywitt/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/j1wo7a/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/j4f7h2/alliecat_alliecattfitness/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/j84o4h/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jb0fid/americas_favorite_pawg_alliecattfit/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jbjqrn/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jd1vci/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jd4sem/lovelyalliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jdtgi5/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jh6afw/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/jpf4jg/alliecat_alliecattxoxo/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/ju4xnq/bouncing_that_assalliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/juapp1/killer_booty_clap_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k4aoum/alliecat_alliecattfit/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k57e0e/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k6c2el/purple_leggings_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k6tzla/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k7rbir/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/k9quc9/her_delicious_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/kmhzl5/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/knwotu/her_thong_should_smell_delicious_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/comments/lxjd3c/alliecatt_oliviamaebae/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/duplicates/iywitt/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/duplicates/j365qz/alliecat_alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/duplicates/j4f7h2/alliecat_alliecattfitness/ |
| alliecattxoxo | | https://www.reddit.com/r/InternetStars/duplicates/jb0fid/americas_favorite_pawg_alliecattfit/ |
| alliecattxoxo | | https://www.reddit.com/r/JustHotWomen/comments/kbwe58/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/cpllz7/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/hpytq9/allie_griffin_slomo_twerk/?utm_source=share&utm_medium=web2x |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/if8c98/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/ilkjmz/alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/jbk1jx/alliecatt_fit_shake/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/jbzjn4/alliecatt_fit_reup/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/jc7mhr/alliecat/ |
| alliecattxoxo | | https://www.reddit.com/r/pawg/comments/jjm01d/alliecattxoxo/ |
| alliecattxoxo | | https://www.reddit.com/r/SlimThick/comments/flgaun/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/STAWG/comments/flnlsq/allie_griffin/ |

| | | |
|---|---|---|
| alliecattxoxo | | https://www.reddit.com/r/ThickThighs/comments/flnlvq/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/twerking/comments/hq3r40/allie_griffin/ |
| alliecattxoxo | | https://www.reddit.com/r/twerking/comments/jc3n7k/alliecatt_fit_the_shakes/ |
| alliecattxoxo | | https://www.reddit.com/user/Gaun/comments/hc1hgg/allie_griffin_and_16tb_reup_lena_the_plug_jeda/ |
| alliecattxoxo | | https://www.reddit.com/user/TheGodAsanagi/comments/j3db8d/alliecat_alliecattxoxo/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lu86ea/schoolgirl_outfit/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lu8ahs/gorgeous/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/luj8mg/how_is_she_so_hot/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lvsmeg/some_tittie_pics/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lwg3j6/dm_me/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lx8u4s/_/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lzjl2d/some_more_pictures_for_the_boys/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/lzjodd/_/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mddr5h/enjoy/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mddtzs/up_vote_for_more_vids_and_pics/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mg6sux/drop_another_vid/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mg8byj/enjoy_upvote_for_more/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mjr8dv/some_pics/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mjrcxq/happy_easter/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mkg6b6/another_one/ |
| Kali Ray | | https://old.reddit.com/r/Luvbunsxoxo/comments/mna5mp/some_one_put_a_sex_tape_of_her_and_i_guy_i_will/ |
| Luvbunsxoxo | | https://www.reddit.com/r/Luvbunsxoxo/ |
| Luvbunsxoxo | | https://www.reddit.com/r/Luvbunsxoxo/hot/ |
| Luvbunsxoxo | | https://www.reddit.com/r/Luvbunsxoxo/new/ |
| Luvbunsxoxo | | https://www.reddit.com/r/Luvbunsxoxo/rising/ |
| supremewaifulia | | https://www.reddit.com/r/ass/comments/hhfawy/supremewaifulia/ |

| | | |
|---|---|---|
| supremewaifulia | | https://www.reddit.com/r/assinthong/comments/hhfb60/supremewaifulia/ |
| supremewaifulia | | https://www.reddit.com/r/Just18/comments/hhfbcc/supremewaifulia/ |
| supremewaifulia | | https://www.reddit.com/r/latinas/comments/fwkciw/lia_supremewaifulia/ |
| Tayylavie | | http://www.reddit.com/r/babesdirectory/comments/jx9hfj/tayy_lavie_tayylavie_instagram/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jpe1a8/taylor_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jqytdo/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jsy64k/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jtdbpv/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jx0ri1/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/jxh21f/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/k1vwmt/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/k2lau3/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/kdug97/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/keviuk/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/kfj9q1/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/InternetStars/comments/l4c89o/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/LivStyler/comments/iz3ii8/tayy_lavie_tayylavie/ |
| Tayylavie | | http://www.reddit.com/r/TayyLavieNSFW |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/fz7sbr/tay_tayylavie/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/g1r757/tay_tayylavie/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/gxw1et/tayy_lavie_tayylavie/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd0xbef/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd114q1/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd11olq/ |
| Tayylavie | | https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd1m3vw/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jgjowt/contribute_your_fav_pics/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jhg2f9/tayylavie/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jhg5vf/tayylavie/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jhtwwk/for_the_boys/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jhv3fk/swipe_it_gets_better/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/ji2uia/nice/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/ji2uzv/another_one/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jjec1k/a_different_view/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jjq9g9/i_never_know_what_to_title_lol/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jlb8tv/tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jlb978/more_tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jlb9ka/and_thats_all_for_now_folks/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jlf6dg/jugs/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jljx45/not_a_nudey_but_thought_she_looked_good_in_her/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jm08xe/titties/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jmvhku/more_coming/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jrou3j/her_ass_is_so_nice/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gbxom4t/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc0n87x/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10lp1/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10yht/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10zop/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc113ro/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jv2lp4/enjoy/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jv2nez/public_gym_shower/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jv2ohe/enjoy/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jv975r/taylor_lavie/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jvno8p/does_she_have_a_bj_video/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxdeiv/_/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/go9l0fd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goeaoir/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goxij51/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goz29pq/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gp9dm08/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpijluo/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpoyxuh/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpu40jw/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpzmsgg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq1u6f0/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq4tzlt/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq98tum/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqfa5m8/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqfrsly/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqif89l/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqjbpz2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqkayp1/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqsxjev/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqzp2p7/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/greip8w/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gs5horx/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbhzp8/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbi768/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbi9o1/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskeegg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskekgk/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskelli/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskem5r/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxloza/another_one/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxlt6n/one_more/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxtbmf/tgif/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jxurve/nnn/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jy4c5t/pussy/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/jy69va/thank_me_later/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/k33hxm/hello/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/k3zohb/cybermonday/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/k3zsg6/dildo_fuck_strwbrrycakexo/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/k91o1h/anyone_got_her_new_jois/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/keosr6/masturbation/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/kg6iie/just_a_picture_of_her_ass_hole_would_you_lick_it/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/laf8c5/not_exactly_nsfw_but_this_sub_needs_content/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/le8uyx/would_you_like_to_cum_on_her_tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lgd12r/chain_lingerie/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lif2xo/tays_beautiful_ass_hole_who_wants_to_lick_it/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/ljn7tl/happy_valentines_day/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gnxw7w2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gnxycnd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gny7tsg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5i7ey/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5knje/ |

| | | |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5lgmn/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gobf8ze/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/godu9v2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/goduqml/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gq5ixsh/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lqub1x/she_does_have_beatiful_tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gokqs30/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/goktxno/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gomejaz/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gomem0w/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gor01al/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gorgrrc/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gossi65/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gp1b49v/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gpc4gav/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gpqo8aj/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lsist4/anyone_have_her_mega_they_can_send_me_for_free/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/govzdo0/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gow40y1/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowanzi/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowp3u3/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowxatn/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowyrmp/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gox7fet/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/goyuqd2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/goyv6g9/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp0mr6v/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp2puhi/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp7dk2n/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp8u950/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gpg4iju/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lv38pq/tayylaviensfw_subreddit_statistics/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lw8xoj/no_clever_name/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lwsk8h/exercise_ball/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lxdvln/milkers/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lxjeft/spread/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/lyzyrk/from_behind/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m155ct/free_the_tits/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m162ef/the_hand_bra/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqutp86/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqvuwwd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqx8b6y/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gr3i8ng/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m6gbzp/school_girl/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m70clc/would_you_hold_them/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m75vkk/got_buns/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m762ov/how_about_alittle_spread/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m77pwc/glazed/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m77xys/happy_st_pattys_day/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/grpev2l/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/gru62hk/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7o2h1/httpsdiscordggcdcwzhqape/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7owak/public_shower_fun/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/m7vynb/hey_boys/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/gru33ow/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/grubs2d/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/gruc90w/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/grxsdam/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/matko4/i_have_to_decided_to_reupload_this_video_i_have/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbckr0/naked_yoga_poses/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbfxmk/rise_and_shine/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/grydp25/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gryfnus/ |

| | | |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs030p3/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs03g1t/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs0nohl/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs16jzd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs16kid/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs5hur1/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gspauxs/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gsrb62f/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mbth75/after_gym/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mccdx7/bf_plays_with_her_body/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/gsa1a3b/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/gsdl25s/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskle88/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsklf18/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskqd1v/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskr6u8/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskr8k9/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsl3xzg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmbdi2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsml11r/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmp63s/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmzjjx/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsno0n1/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsnstx8/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gspasi4/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsraw16/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gt7p7fm/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gt7p8fy/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gtajmbh/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gszidoj/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0hyrv/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0ki2t/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0kmgt/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt125xx/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt1rjdh/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt224zi/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt28e1f/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt2l5lh/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt5vqxe/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt7ylmz/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mill7h/she_bought_a_cowboy_hat/ |

| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mm6m4o/post_639479936958234624_by_spankbankmytopgirls/ |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqg0le/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqg70j/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqhfny/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqhs7v/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqkawd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqn6ci/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqoxmw/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqqckg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqvqxg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqxapt/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtrgome/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/gtruk2x/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/gtuqwfb/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gtr0sa9/ |

| | | |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gts3sbx/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gts3uh9/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtrua39/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gts168m/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtsvzae/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gttxz4e/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtty2t9/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6w4ig/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6x1qc/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6xgqg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6xp0v/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6yek3/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6z674/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6zpbg/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu718lb/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu71prm/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu73hiq/ |

| | | |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7egvb/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7r1ez/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7u60f/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu827nb/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu88brd/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu894of/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8bw5z/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cujb/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cvp2/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cvso/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8igun/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu955nt/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu95g59/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/guao49i/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/guao57o/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/duplicates/js7vo2/swipe/ |
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/duplicates/mez7ie/_/ |

| | | |
|---|---|---|
| Tayylavie | | https://old.reddit.com/r/TayyLavieNSFW/duplicates/mp05tx/tayylavie_records_a_video_with_a_fan/ |
| Tayylavie | | https://www.reddit.com/r/babesdirectory/comments/jx9hfj/tayy_lavie_tayylavie_instagram/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/hej4pq/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/hkoofw/tayy_lavie_how_to_jump/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/i7hb2b/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/j9ckc0/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/jtejyg/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/jznixc/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/klw45g/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/kqwplz/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/comments/kuvv3t/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/duplicates/jtejyg/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bigtitsinbikinis/duplicates/kqwplz/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/BigTitsInLingerie/comments/k0k4as/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bikinis/comments/k3i8yf/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bimbofetish/comments/lxhy5i/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/boobbounce/comments/j9ztuv/jaw_dropped_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/boobbounce/comments/jypx1z/tayy_lavie_loves_to_bounce_them/ |
| Tayylavie | | https://www.reddit.com/r/boobs/comments/jskya2/tayylavie_strwbrrycakexo/ |
| Tayylavie | | https://www.reddit.com/r/Brawesome/comments/jyxfse/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/Brawesome/comments/kuvvpa/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/ |
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/?f=flair_name%3A%22Instagram%22 |
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/comments/l8kk0c/in_case_you_havent_heard_previously_know_taylavie/ |
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/comments/lm2qmi/which_hole_would_you_explore_first/ |
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/comments/ln7sum/rbunnybunsxo_hit_1k_subscribers_yesterday/ |

| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/comments/lnu4yi/_/ |
|---|---|---|
| Tayylavie | | https://www.reddit.com/r/bunnybunsxo/new/ |
| Tayylavie | | https://www.reddit.com/r/BustyPetite/comments/jsl09k/tayylavie_boobs_bouncing/ |
| Tayylavie | | https://www.reddit.com/r/ginger/comments/inikak/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/goddesses/comments/jy8d2h/tayy_lavie_big_bouncy_boobs/ |
| Tayylavie | | https://www.reddit.com/r/goddesses/comments/jzprkn/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/goddesses/comments/jzx49b/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/goddesses/comments/k29mmf/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/goddesses/comments/ktyjx8/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/handbra/comments/k42y6z/tayylavie_taking_an_outdoor_shower/ |
| Tayylavie | | https://www.reddit.com/r/handbra/comments/k5ffwo/tayylavie_needs_help_holding_them_up/ |
| Tayylavie | | https://www.reddit.com/r/hotclub/comments/k9qh53/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/hotclub/comments/kd9r6r/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/hotclub/comments/kqi91s/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/InstagramHotties/comments/g118hx/while_grocery_shopping_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InstagramHotties/comments/m0ecd3/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/in421c/tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5ne56f |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5ngtvl |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5nrr6m |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g7wg1ot |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/g6m7w1q |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/g7hkt9w |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iwj3v4/tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iyrs8h/her_name_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/iz1ir2/tayy_lavie_tayylavie/ |

| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jcpjus/tayy_lavie_tayylavie/ |
|---|---|---|
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jgidow/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jguu9c/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jkuabo/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jodnyq/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jpe1a8/taylor_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jqytdo/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jsy64k/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jtdbpv/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jx0ri1/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jxh21f/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/gd7zipi |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/gd86f3n |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jzg6rm/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jzg6rm/tayy_lavie_tayylavie/gdcc1tv |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/jzpruo/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/k1vwmt/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/k2lau3/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/k5lj28/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/kdug97/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/keviuk/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/kfj9q1/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/ktyioe/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/comments/l4c89o/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/iuu3r9/tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/jguu9c/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/jkuabo/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/jyng7s/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/jzg6rm/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/InternetStars/duplicates/jzpruo/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/JerkOffToCelebs/comments/j8ctly/tayy_lavie_goddamn/ |

| Tayylavie | | https://www.reddit.com/r/LeakedArchive/comments/jswif0/strwbrrycakexo_tayylavie_onlyfans_archive_mega/ |
|---|---|---|
| Tayylavie | | https://www.reddit.com/r/LivStyler/comments/iz3ii8/tayy_lavie_tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/sexygirls/comments/k3i9s0/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/sexygirls/comments/kgzj86/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/Stacked/comments/jzx4lw/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/r/strugglingstrings/comments/hslwri/tayylavie/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/jxt69p/cumshot/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/l7x2uu/this_subreddit_has_gone_to_shit/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/ldhj23/stop_with_the_discord_links_and_start_posting/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/ldrl3w/good_news_boys/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/lfukzs/rtayylaviensfw_hit_20k_subscribers_yesterday/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/lm2gig/which_hole_would_you_explore_first/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/ |
| Tayylavie | | https://www.reddit.com/r/TikThots/comments/jsa140/sfw_tayylavie_tiktok/ |
| Tayylavie | | https://www.reddit.com/r/TiktokNaked/comments/jsk4bn/link_tayylavie_nudes_strwbrrycakexo_nude_onlyfans/ |
| Tayylavie | | https://www.reddit.com/r/TiktokNaked/comments/jskprb/link_tayylavie_nudes_tayy_lavie_naked_pussy/ |
| Tayylavie | | https://www.reddit.com/r/tiktoknsfw/comments/jsh5wy/tayylavie_tits_bouncing/ |
| Tayylavie | | https://www.reddit.com/r/tiktoknsfw/comments/jypxt9/tayy_lavie_from_her_insta_post/ |
| Tayylavie | | https://www.reddit.com/r/tiktokporn/comments/jskqvj/tayylavie_nudes_compilation/ |

| | | |
|---|---|---|
| Tayylavie | | https://www.reddit.com/r/tiktokthots/comments/jkubym/tayy_lavie_knows_how_to_shake_her_tits/ |
| Tayylavie | | https://www.reddit.com/r/tiktokthots/duplicates/jkubym/tayy_lavie_knows_how_to_shake_her_tits/ |
| Tayylavie | | https://www.reddit.com/r/TitsUpInTheAir/comments/jzx911/tayy_lavie/ |
| Tayylavie | | https://www.reddit.com/user/hotwifekayc/comments/jzsvys/tayy_lavie_tayylavie/ |
| Tayylavie | it_is_i_2896 | https://www.reddit.com/user/it_is_i_2896/ |
| Tayylavie | | https://www.reddit.com/user/Junz68/comments/l34m34/bunnybunsxo_onlyfans/ |
| Tayylavie | | https://www.reddit.com/r/TayyLavieNSFW/ |
| Tayylavie | Aggressive-Anybody-9 | https://www.reddit.com/r/tiktoknsfw/comments/m4nir2/ooooh_yeabunnyrayxo/ |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2F18_20%2Fcomments%2Fm0c3z6%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2F18_20%2Fcomments%2Fm64rzg%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAdorableOnlyfans%2Fcomments%2Fkqckn9%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAdorableOnlyfans%2Fcomments%2Fl3us3q%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcomments%2Fkqcki0%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcomments%2Fl3upoz%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcomments%2Flubdgk%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcomments%2Fm0bzzn%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllison Parkersexypics%2Fcomments%2Fm1b7k3%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllison Parkersexypics%2Fcomments%2Fm64ru1%2Fthe_real_britt_fit_nud3s_and_s3xtape_c ollection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fallthem egas%2Fcomments%2Fm1b4x7%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllthots exposed%2Fcomments%2Flyv95r%2FThe Real Britt Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllthots exposed%2Fcomments%2Flyz3ia%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateu rWhores%2Fcomments%2Fm64sah%2Fthe_real_britt_fit_nud3s_and_s3xtape_collecti on%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateu rWhores%2Fcomments%2Fm75la8%2FThe Real Britt Fit_nude_champagne_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateu rWhores%2Fcomments%2Fmczgja%2FThe Real Britt Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmazin gCurves%2Fcomments%2Fl806bd%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fassford ays%2Fcomments%2Fl7zvqf%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fasshole %2Fcomments%2Flvps21%2FThe Real Britt Fit_anal_dildo_mastrubation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBabesIn Paradise%2Fcomments%2Fl7yfdv%2Fthe_real_brittfit_showoff_her_amazing_body% 2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBaddest Girls%2Fcomments%2Fm0c4pv%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBaddest Girls%2Fcomments%2Fm6d4hv%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection %2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellatho rnestuff%2Fcomments%2Flkdmyy%2Fbrittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellatho rnestuff%2Fcomments%2Flm5jrt%2Fbrittfit_ggg_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellatho rnestuff%2Fcomments%2Flm5pid%2Fbrittfit_ggg_scene%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBigTit Models%2Fcomments%2Fl3zsxl%2Fthe_real_britt_fit_new_january_2021_updated_m ega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBlacktit tyworld%2Fcomments%2Fm6d59a%2Fthe_real_britt_fit_nud3s_and_s3xtape_collectio n%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBoners 4life%2Fcomments%2Fm6d5wt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fboobs% 2Fcomments%2Fm0c5ba%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fboobs% 2Fcomments%2Fm6d6mo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBoobsA ndTities%2Fcomments%2Fl7zims%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbooty% 2Fcomments%2Fl8017x%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_ Lovers%2Fcomments%2Fl806w3%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_ Lovers%2Fcomments%2Fm0c778%2Fthe_real_britt_fit_biggest_pack25_gb_link_in% 2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_Lovers%2Fcomments%2Fm6d7ga%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbooty_queens%2Fcomments%2Fl7zu80%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittanyaClub%2Fcomments%2Fm6d7lt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fit55ea%2Fi_have_britt_fits_nude_pics_and_vids_fucking_and%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fiyow5x%2Fbrittfit_discord%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fj0a6yh%2Fbrittfit_of_leaks_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fj0jeg2%2Fbrittfit_only_fans_leaked_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fja7w6r%2Fi_have_all_brittfit_exclusives_dm_me_asap%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fjai9fr%2Fbrittfit_onlyfans_sextape_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fjvkzsp%2Fadd_free_full_pool_dildo_fuck_video_other%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fk3hzqw%2FThe_Real_Britt_Fit_complete_onlyfans_13gb_all_paid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fk5ap4p%2F12gb_brittfit_mega_for_5_dm_me%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkkkxrph%2Fnew_brittfit_mega_here%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkqcnre%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkvm2j1%2Fdoes_anyone_have_this_video_of_brittfit%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl0o14x%2Fbest_of_links_including_brittfit_bella_thorne_and%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl0png6%2Fjoin_the_brittfit_leaks_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl3cegp%2Fnew_The_Real_Britt_Fit_paid_video_bundle_3_vids_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl3zwdx%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl5jimj%2Fbrittfit_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl5xz1k%2Fi_cant_post_videos_in_here_but_i_got_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl7xqrb%2Fthe_real_brittfit_showoff_her_amazing_body%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fl8781y%2Fbrittfit_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fld1rmc%2Fbrittfit_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fldc109%2FThe_Real_Britt_Fit_onlyfans_mega_free_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fldqt0y%2Fbrittfit_nsfw_leaks_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fgwiin%2Fmega_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Flldeom%2Fmega_The_Real_Britt_Fit_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Flm157f%2Fonlyfans_15_packs_free_brittfit_and_others_link%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Flm5kvt%2Fbrittfit_ggg_vid%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flmc6e0%2Fbrittfit_subreddit_statistics%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flmpppx%2Flink_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flopopo%2Fik_this_is_brittfit_only_but_livvfitcheeks_and%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Floxnkx%2Fyou_wouldnt_have_thought_this_was_a_reddit_page%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flp4fap%2Fbrittfit_and_hella_other_girls_here%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flswc3d%2Fbrittfitt_updated_mega_2021_in_comments_50gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltfr7h%2Fbody_more_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltfv1o%2Fcum_more_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltjumt%2Fbrittfit_pov_sexy_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltr4xo%2FThe_Real_Britt_Fit_shower_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltyuni%2Fbrittfit_67%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flu0biy%2Fbrittfit_nude_video_new_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flubdwc%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fluqlqv%2Fmega_The_Real_Britt_Fit_new_threesome_video_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fluyx2g%2Fget_the_full_video_in_the_comments%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flv36r5%2Fbrittfit_subreddit_statistics%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flw66l1%2Fbrittfit_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyvl4p%2Fmasturbating_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyy02h%2FThe_Real_Britt_Fit_onlyfans_video_30%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyz2ac%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm08acd%2Fnew_threesome_of_The_Real_Britt_Fit_full_lenght%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm0c7al%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm0heti%2FThe_Real_Britt_Fit_theatre_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm1t3a1%2Fhot_brittfit_anal_pov_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm2j5ew%2Fhi_guys_anyone_have_subscribe_for_The_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm2pibk%2Fbrittfit_nude_video_new_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm3eu8n%2F_%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm3famc%2FThe_Real_Britt_Fit_hot_sex_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm4gjzi%2Flatest_mega_pack_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5huze%2FThe_Real_Britt_Fit_nude_brittney_onlyfans_1%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5rkj1%2Fbrittfitt_full_mega_in_comments%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5z3l6%2Fbrittfit_onlyfan_threesome_uncensored_version_is%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm64pps%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm67tbo%2FThe_Real_Britt_Fit_onlyfans_video_30%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm6f89l%2FThe_Real_Britt_Fit_of_limited_edition_trio_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm6ri9q%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm73w2t%2Fbrittfitt_fulll_leaked_mega_in_comments_50gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm76cma%2Fthe_new_updated_brittfit_onlyfans_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7830c%2Fabsolutely_stunning_full_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7ccf0%2Fnew_doggy_video_from_dms_here_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7cuye%2FThe_Real_Britt_Fitt_latest_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7ppmn%2Fthe_new_brittfit_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7s8gm%2F_%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7tbzp%2Fbrittfitt_full_mega_in_commentsfull_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm80p75%2FThe_Real_Britt_Fitt_latest_mega_folderall_sextapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8ezs2%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8f7o0%2FThe Real Britt Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8f8cr%2Fhot_brittfit_anal_pov_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8h6h8%2Fso_gorgeous_mega_in_comments_profile%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8os97%2Fsexy_view%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8rman%2FThe Real Britt Fitt_latest_mega_folderall_sextapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8xxgc%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9b4fa%2Fthe_new_updated_brittfit_onlyfans_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9h6p1%2FThe Real Britt Fitt_new_updated_onlyfans_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9w2x6%2Fthe_new_brittfit_onlyfans_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9ywvj%2Fbrittfitt_full_mega_in_comments_updated_50gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fma07le%2Fmega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fma94us%2Fhi_everyone_i_dont_have_bf_if_you_interesting%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmak9s3%2Frealbrittfit_nude_video_new_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmance3%2Fbethany_lily_april_new_2021_pack_link_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmave1d%2Fthe_new_brittfit_of_pack_below%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fmavuq6%2Fbrittfitt_full_mega_in_comments_updated_50gb%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmaybxm%2Fthe_new_brittfit_onlyfans_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmb96kw%2Fbrittfit_park_bootcamp_promo%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbbjhn%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbbxil%2FThe_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbdmy8%2FThe_Real_Britt_Fit_porn_blowjob_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbbhv4g%2Fhi_guys_anyone_have_chanel_on_telegram_which%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbo5gs%2Ffull_mega_in_comments_boys%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbqazg%2Famazing_nipple_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbqb6p%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbs0td%2Ffitness_girl_1253gb_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbvayp%2Fsexy_view%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmc1400%2FThe_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmc79wd%2Fmost_requested_2_babes_love_lilah_and_venus%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmce5ua%2Ftherelbritttfittt_13gb_updated_content_link_in%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcg34a%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcghpo%2Fbrittfitt_full_mega_in_comments_updated_30gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcjfsg%2FThe_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmct92s%2Fhiking_buddy%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcujsm%2FThe_Real_Britt_Fit_onlyfans_blowjob_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcv5lb%2FThe_Real_Britt_Fit_onlyfans_video_33%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmd1n8i%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmda6zk%2Ffull_new_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbursting_out%2Fcomments%2Fl3us1q%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbutt%2Fcomments%2Fm1b9ty%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FButtSnorklers%2Fcomments%2Fmb8bo3%2Fbrittney_The_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbuyingcontent%2Fcomments%2Fm1immm%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_dm%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbuyingnudes%2Fcomments%2Fm1iliq%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBuyMyContent%2Fcomments%2Fm1ilwr%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChaturbatevideos%2Fcomments%2Fm6d7vf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCherryBarbie%2Fcomments%2Fm0c7df%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCherryBarbie%2Fcomments%2Fm6d85u%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChicasOnlyfans%2Fcomments%2Fm7y62p%2Fthe_new_brittfit_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChicasOnlyfans%2Fcomments%2Fm8f9lq%2FThe_Real_Britt_Fit_nude_videos_link_in_commment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCourtney_Tailor2%2Fcomments%2Fht3wmi%2Fthe_real_britt_fit_better%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fcurvy%2Fcomments%2Fm6d8bh%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDabofkya_GOAT%2Fcomments%2Fl3ztfk%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDabofkya_GOAT%2Fcomments%2Fm6d8jr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDeliciousnessXXX%2Fcomments%2Flubemu%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDeliciousnessXXX%2Fcomments%2Flyv5wq%2FThe_Real_Britt_Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDesiBoners_2%2Fcomments%2Fma39e6%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fl3zut5%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fm0c7no%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fm6d9kh%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDhakaAfterDark%2Fcomments%2Fma3erc%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiamondkayv2%2Fcomments%2Fm6d9uu%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Flvpt6p%2FThe Real Britt Fit_anal_dildo_mastrubation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Fm6da03%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Fm8eg5n%2FThe Real Britt Fit_testing_new_dildo_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNSFWLINKS%2Fcomments%2Flkdnjy%2Fbrittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Fizs3ru%2Fbrittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Fk0ojtn%2Ftyga_real_britt_fit_and_meg_nut_in_this_discord%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Flf4zp4%2Fnew_brittfit_mega_join_free_discord%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Flm5j1i%2Fbrittfit_ggg_vid%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscord Nudes%2Fcomments%2Flxi5uz%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscord Nudes%2Fcomments%2Fma5ypw%2Fbaby_ashlee_mega_The Real Britt Fit_mega_and_many%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscord Nudess%2Fcomments%2Flxkin7%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscord Nudess%2Fcomments%2Flyz87y%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiscord porn_nudes%2Fcomments%2Flxigpq%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiscord servers%2Fcomments%2Fj7wqki%2Flive_fit_and_britt_fits_nudes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fenamor andonos%2Fcomments%2Fm8f929%2FThe Real Britt Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FErotic_I ndian%2Fcomments%2Fma399w%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotH ub%2Fcomments%2Fl3zuvt%2Fthe_real_britt_fit_new_january_2021_updated_mega %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotH ub%2Fcomments%2Fm0elv1%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotH ub%2Fcomments%2Fm6dae4%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2 F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTit sWorship%2Fcomments%2Fl3zuxw%2Fthe_real_britt_fit_new_january_2021_updated _mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTit sWorship%2Fcomments%2Fm0em0d%2Fthe_real_britt_fit_biggest_pack25_gb_link_i n%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTit sWorship%2Fcomments%2Fm6daj5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collecti on%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFantasy Dreamz%2Fcomments%2Fman9j2%2Fbrittney_The Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ffapgra ms%2Fcomments%2Flyvjhz%2FThe Real Britt Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFreeMe gaFiles%2Fcomments%2Fm6dau5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collectio n%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFreeOnl yFansPage%2Fcomments%2Fm6db1f%2Fthe_real_britt_fit_nud3s_and_s3xtape_collec tion%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFuckTh atsHot%2Fcomments%2Fm6exsa%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGIFgas m%2Fcomments%2Fl3zv5f%2Fthe_real_britt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGirlsTa kingOver%2Fcomments%2Fm0em9f%2Fthe_real_britt_fit_biggest_pack25_gb_link_in %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGirlsWi thGirls%2Fcomments%2Flx9g9w%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGolemS exy%2Fcomments%2Fm0emdy%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGolemSexy%2Fcomments%2Fm6eyat%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGradeAPorn%2Fcomments%2Flvppl9%2FThe_Real_Britt_Fit_anal_dildo_mastrubation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGradeAPorn%2Fcomments%2Flyv4x0%2FThe_Real_Britt_Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHipsterGirlsNSFW%2Fcomments%2Fm6eypx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHornyOnlyfans%2Fcomments%2Fkqcl0i%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHornyOnlyfans%2Fcomments%2Fl3zvef%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fhornyvideosclub%2Fcomments%2Flyv8ye%2FThe_Real_Britt_Fit_sex_tapes_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotDesiSluts%2Fcomments%2Fma39j3%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotHub%2Fcomments%2Fl3zvnx%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotHub%2Fcomments%2Fm6ezbf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotOnlyfans%2Fcomments%2Fl3zvt0%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotOnlyfans%2Fcomments%2Fm1y8ae%2Fnalaray_and_brittfit_d_m%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotTiktokBabes%2Fcomments%2Fkl07c0%2Freal_britt_fit_brittney_new_update_check_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2Fl3zvxj%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2Fm0emrg%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2Fm6ezl3%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fibradome%2Fcomments%2Flvaaa7%2FThe_Real_Britt_Fit_nude_champagne_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fibradome%2Fcomments%2Flz5knp%2FThe_Real_Britt_Fit_nude_threesome_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Findianjobuds%2Fcomments%2Fma3cre%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIndianPussyy%2Fcomments%2Fma3enk%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInfluencersGonewild%2Fcomments%2Fl3zwgs%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInfluencersGonewild%2Fcomments%2Flyz9a8%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInstagrammodels%2Fcomments%2Fl7zk5s%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIWantToSuckCock%2Fcomments%2Fm6ezx7%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FJailyneOjeda%2Fcomments%2Fm6f02p%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FJasmineBanks%2Fcomments%2Fm6f08e%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fjuicybooty%2Fcomments%2Fl8053a%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fjuicybooty%2Fcomments%2Fm6f0en%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKattLeyaAndStrellaKat%2Fcomments%2Fkqcl4i%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKattLeyaAndStrellaKat%2Fcomments%2Fl3zwwf%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fl3zx1l%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fm0en3s%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fm6f0m2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKendraKarter_%2Fcomments%2Fm6f1gk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fkl083w%2Freal_britt_fit_brittney_new_update_check_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm0enll%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm1bbsz%2Fthe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm6f0zr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flaceykingxo%2Fcomments%2Fm0eo5t%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flaceykingxo%2Fcomments%2Fm6f156%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm0eoo6%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm1b7g1%2Fthe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm6f1ao%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Fkl06jp%2Freal_britt_fit_brittney_new_update_check_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Flyv6q4%2FThe Real Britt Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Fm1isce%2FThe Real Britt Fit_threesome_100_%F0%9D%97%96%F0%9D%97%B5%F0%9D%97%B2%F0%9D%97%B0%F0%9D%97%B8_%F0%9D%97%96%F0%9D%97%BC%F0%9D%97%BA%F0%9D%97%BA%F0%9D%97%B2%F0%9D%97%BB%F0%9D%98%81_%F0%9D%97%99%F0%9D%97%BC |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedOnlyfans4UI%2Fcomments%2Fm1i479%2FThe Real Britt Fitt_leaked_onlyfans_full_paid%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Fl5k6xm%2FThe Real Britt Fit_champagne_tits%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Flvhqnb%2FThe Real Britt Fit_anal_dildo_mastrubation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Flx5f6t%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLookAtTheBounce%2Fcomments%2Fm6f1yx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMaliJ%2Fcomments%2Fm6o5wm%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMariagjieli69%2Fcomments%2Fm6o643%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMarissaDaNae%2Fcomments%2Fm0eos2%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMarissaDaNae%2Fcomments%2Fm6o690%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMasturbationGoneWild%2Fcomments%2Fm6o6cr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegafilesforfree%2Fcomments%2Fkqclkv%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegafilesforfree%2Fcomments%2Fl3zxdp%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaFilesFreeForU%2Fcomments%2Fmd5m6w%2FThe Real Britt Fitt_leaked_onlyfans_and_all_sextapes%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flmg3fg%2Fbritt_fit_mackj_and_more_paid_content_join%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flubfsg%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flyz5jr%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fkqclr6%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fl403ei%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fm6o6l0%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Fkndfgm%2Fbrittfit_file_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Fl56991%2Fbrittfit_updated_file_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Flv9rat%2Fbrittfit_new_file_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fl403zo%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fly3ct7%2FThe_Real_Britt_Fit_threesome_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fm0eovp%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fm6o6pa%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMiinaMariie%2Fcomments%2Fm6o6vo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2Fm0epew%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2Fm6o708%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2Fma3cn1%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2Fl4060z%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2Fm1b8j6%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2Fm6o740%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyNerdGirls%2Fcomments%2Fm0epmc%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyNerdGirls%2Fcomments%2Fm6o7a6%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomments%2Fkqcm0w%2Fthe_real_britt_fit_latest_new_year_special_video%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomments%2Fl4066d%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomments%2Fm6o7g9%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNipSlip_Nation%2Fcomments%2Fl438q8%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Cams%2Fcomments%2Fm0eptw%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Cams%2Fcomments%2Fm6o7ov%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Porn_101%2Fcomments%2Fmczg6v%2FThe_Real_Britt_Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Porn_4_You%2Fcomments%2Fmczgv4%2FThe_Real_Britt_Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fm0epql%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fm67ym1%2FThe_Real_Britt_Fit_nude_new_theatre_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fm6o7u3%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fm75lhs%2FThe_Real_Britt_Fit_nude_champagne_tits%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fm8ehah%2FThe_Real_Britt_Fit_testing_new_dildo_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomments%2Fmczgrg%2FThe_Real_Britt_Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fkqcm5v%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fl438xn%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fm6o7y8%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fnsfwgg%2Fcomments%2Fm6o82a%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fik11wd%2Freal_brittfit_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fkqcmco%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fl4394p%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fm0epy9%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fnudeonlyfans_%2Fcomments%2Fltrlht%2FThe_Real_Britt_Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNudes7%2Fcomments%2Fm75hx3%2FThe_Real_Britt_Fit_nude_champagne_tits%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNudes7%2Fcomments%2Fmczed1%2FThe Real Britt Fit_nipple_clamps_video%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonionboo%2Fcomments%2Fm6e0yf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyFans_2u%2Fcomments%2Fm6o8i2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfans_get_noticed%2Fcomments%2Fm6o8nx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansAmateurs%2Fcomments%2Fm1y1f9%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanschicks%2Fcomments%2Fl439vn%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanschicks%2Fcomments%2Fm1y7qn%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansFREE__%2Fcomments%2Fm6o8vi%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanshottest%2Fcomments%2Fl43a8r%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanshottest%2Fcomments%2Fm1y80b%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfansleaked0%2Fcomments%2Fm0i5hw%2Fmiss_britt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfansreddit_%2Fcomments%2Flwte3e%2FThe Real Britt Fit_new_blowjob%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansSlutz%2Fcomments%2Fm1y37v%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flwbekv%2FThe Real Britt Fit_12%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flwbw2p%2FThe Real Britt Fit_22%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flx2jsc%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flxzi9c%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flyvm9s%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fkqcou2%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fl43axu%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fm0jeu4%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fm6p8x5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyForDaBoys%2Fcomments%2Fkhotrk%2Frozay_molly_and_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyleakers%2Fcomments%2Flzztxo%2FThe Real Britt Fit_onlyfans_theatre_sex_tape_leaked%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyleakqc%2Fcomments%2Fmc5rc4%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyParadise%2Fcomments%2Fladecb%2Fbritt_fit_dp%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fkqcp2c%2Fthe_real_britt_fit_latest_new_year_special_video%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fkxtdeo%2Fmega_The Real Britt Fitt%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fl43buz%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fm6p9a2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPackOnlyFanss%2Fcomments%2Fm6p9gk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fkl07sj%2Freal_britt_fit_brittney_new_update_check_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fkqpcfg%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fl43c96%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm0eq4o%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm6p9mg%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm8f8uo%2FThe Real Britt Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fkl07hl%2Freal_britt_fit_brittney_new_update_check_comment%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fkqpcjk%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| --- | --- | --- |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fl43cg9%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm0eqdh%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm1b9y9%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm45ro0%2Frich_af_instagram_model_The_Real_Britt_Fitt%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm64qft%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPawgLove%2Fcomments%2Fl43cpu%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPerfectNSFW%2Fcomments%2Fl7zbjy%2Fthe_real_brittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPerfectNSFW%2Fcomments%2Fm6pa0f%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPhatasswhitegirls%2Fcomments%2Fm1y630%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Flvadx4%2FThe_Real_Britt_Fit_nude_champagne_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Flz60mk%2FThe_Real_Britt_Fit_nude_threesome_sextape%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPolitics NSFW%2Fcomments%2Fm0eqhe%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPolitics NSFW%2Fcomments%2Fm67yt1%2FThe_Real_Britt_Fit_nude_new_theatre_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPolitics NSFW%2Fcomments%2Fm6pa65%2Fthe_real_britt_fit_nud3s_and_s3xtape_collectio n%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPolitics NSFW%2Fcomments%2Fmczgfo%2FThe_Real_Britt_Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornSh op%2Fcomments%2Fjbgjmy%2Fthe_britt_fit_chronicles%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornsta rsnow%2Fcomments%2Fl43d6r%2Fthe_real_britt_fit_new_january_2021_updated_me ga%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntikt ok%2Fcomments%2Flj45ne%2Fget_The_Real_Britt_Fit_new_paid_fuck_video_her_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntikt ok%2Fcomments%2Flyv65c%2FThe_Real_Britt_Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntikt ok%2Fcomments%2Fmdagji%2FThe_Real_Britt_Fit_nude_threesome_fucking_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornVi deos%2Fcomments%2Fmas2jh%2FThe_Real_Britt_Fit_google_drive%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornW orlds%2Fcomments%2Fm0hzsh%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornW orlds%2Fcomments%2Fm6pat1%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoundi ng_Hard%2Fcomments%2Fm0i07k%2Fthe_real_britt_fit_biggest_pack25_gb%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoundig_Hard%2Fcomments%2Fm6pb5i%2Fthe_real_britt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpremiumcontentonly%2Fcomments%2Fm6gt1a%2FThe Real Britt Fit_onlyfans_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpyaasa%2Fcomments%2Fma3epj%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRedBoneEbony%2Fcomments%2Fm6pbhc%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2Fl43dey%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2Fm0c0c9%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2Fm6pbno%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsellingonline%2Fcomments%2Flr8j2d%2Fselling_the_real_brittfit_145gb_mega_for_10%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSellingOnlineNSFW%2Fcomments%2Fm1ijue%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSensualFingers%2Fcomments%2Fl7yl1d%2Fthe_real_brittfit_showoff_her_amazing_body%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsexdumb%2Fcomments%2Fl73yrw%2Fbrittfit_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSexy%2Fcomments%2Fm1vsi9%2Fbrittfit_and_nalaray_pack_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimplySidney%2Fcomments%2Fm6pbtw%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimply TheBestOFs%2Fcomments%2Flj3bjr%2Fget_The Real Britt Fit_new_paid_fuck_video_her_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimply TheBestOFs%2Fcomments%2Flub84i%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimply TheBestOFs%2Fcomments%2Flyz0b2%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSkylar MaeAndOtters%2Fcomments%2Fkpnfpq%2FThe Real Britt Fit_gets_fucked_hard_thanks_to_the%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThi ccHotties%2Fcomments%2Fllnfnk%2Fpm_for_The Real Britt Fit_14gb_exclusive_contentsex%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThi ccHotties%2Fcomments%2Fltft0n%2FThe Real Britt Fit_more_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThi ccHotties%2Fcomments%2Fm6pcbe%2Fthe_real_britt_fit_nud3s_and_s3xtape_collect ion%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Flyvh39%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Flz5pd0%2FThe Real Britt Fit_nude_threesome_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Fm0i10s%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Fm67y5j%2FThe Real Britt Fit_nude_new_theatre_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Fm6pcnz%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2 Fcomments%2Fm75l73%2FThe Real Britt Fit_nude_champagne_tits%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm8egsa%2FThe Real Britt Fit_testing_new_dildo_video%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fslutmesh%2Fcomments%2Fm6pctt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments%2Fl43dxs%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments%2Fly4fq2%2Fd_m_for_the_brittfit_tapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments%2Fm0i1av%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments%2Fm6pcz2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSluttyOnlyfans%2Fcomments%2Fm6pd3k%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSnowBunnies%2Fcomments%2Flapxlp%2Fbrittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSocialMediachicks%2Fcomments%2Fm1bct3%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSocialmediagirls%2Fcomments%2Fm6pd8g%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FStreetsIsWatchin%2Fcomments%2Fm7iokv%2FThe Real Britt Fit_gets_fucked_on_cam_with_her_gf%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTangoseen%2Fcomments%2Fma3esm%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTeen_nudez%2Fcomments%2Fkyxy8m%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTeen_nudez%2Fcomments%2Fm6pdgo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Flv2kh4%2Fthe_real_britt_fit_new_17_mins_long_threesome%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Flvpu75%2FThe Real Britt Fit_anal_dildo_mastrubation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Fm6pdlm%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Fm75ldr%2FThe Real Britt Fit_nude_champagne_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Fm8egx8%2FThe Real Britt Fit_testing_new_dildo_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fcomments%2Fmczgnu%2FThe Real Britt Fit_nipple_clamps_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTheRareOnes%2Fcomments%2Fm0jg6u%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_%2Fcomments%2Fluqm82%2Fmega_The Real Britt Fit_new_threesome_video_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt |

| | | |
|---|---|---|
| | | Fit_%2Fcomments%2Fm6rj1r%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_nudes%2Fcomments%2Fm08pym%2Fnew_threesome_of_The Real Britt Fit_full_lenght%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_nudes%2Fcomments%2Fm1b40k%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_nudes%2Fcomments%2Fm3n5gx%2FThe Real Britt Fit_latest_mega_full_leaked%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_nudes%2Fcomments%2Fma7w30%2FThe Real Britt Fitt_new_updated_onlyfans_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit_nudes%2Fcomments%2Fmcjqf7%2FThe Real Britt Fit_nude_new_theatre_ppv_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2 |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2F%3Fcount%3D100%26after%3Dt3_kyn455 |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fju6ozb%2FThe Real Britt Fit_porn_blowjob_onlyfans_leaked_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk2q0kh%2FThe Real Britt Fit_nude_skinny_dipping_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk3dy8l%2FThe Real Britt Fit_leaked_onlyfans_fucking_creampie%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk5hc3e%2FThe Real Britt Fit_mile_high_fuck_vid%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk65fmt%2FThe Real Britt Fit_galaxy_lights%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk6qs4j%2Fshe_has_the_best_booty%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk6tze8%2Fguys_i_got_a_hot_video_put_i_cant_post_vid_here %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk8mrro%2FThe Real Britt Fit_new_video_in_commentcheck_it_now%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk91vv4%2FThe Real Britt Fit_leaked_onlyfans_fucking_creampie%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk9d8bz%2FThe Real Britt Fit_nude_skinny_dipping_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fk9ep2d%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkb351n%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkb3a6k%2FThe Real Britt Fit_blowjob_video_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkb9uci%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkb9v13%2Fthe_queen%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkb9vkz%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkbc4uu%2FThe Real Britt Fit_onlyfans_nude_leaks_20_photos%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkda9qb%2FThe Real Britt Fit_nude_baby_oil_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkdacv5%2FThe Real Britt Fit_nude_baby_oil%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fki8276%2FThe Real Britt Fit_pink_see_through_lingerie%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fki947e%2FThe Real Britt Fit_pink_see_through_lingerie%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkidj0x%2FThe Real Britt Fit_pink_see_through_lingerie%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkj22rh%2FThe Real Britt Fit_porn_dildo_butt_plug_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkl07xi%2Freal_britt_fit_brittney_new_update_check_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkl83uh%2FThe Real Britt Fit_onlyfans_airplane_sex_vid_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkm0uqx%2FThe Real Britt Fit_10_inch_dildo_blowjob_onlyfans%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkqcnhv%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkqcp7n%2FThe Real Britt Fit_10_inch_dildo_blowjob_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkqdu6x%2FThe Real Britt Fit_onlyfans_airplane_sex_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkqkyal%2Ftherealbrittfill_all_onlyfans_videos_for_free%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkqzvmd%2FThe Real Britt Fit_fantasy_hotel%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkuk8bu%2FThe Real Britt Fit_blowjob_video_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkul1i7%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkul1oq%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkv3mgq%2FThe Real Britt Fit_updated_mega_pack_get_her_free%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkvzk8n%2FThe Real Britt Fit_mile_high_fuck_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkwlwlo%2FThe Real Britt Fit_testing_new_dildo_onlyfans_video%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkwmp44%2FThe Real Britt Fit_leaked_onlyfans_fucking_creampie%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkwmqd4%2FThe Real Britt Fit_nude_skinny_dipping_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fkxnz46%2FThe Real Britt Fit_gaming_butt_plug_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl02ra7%2FThe Real Britt Fit_gaming_butt_plug_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl033dv%2FThe Real Britt Fit_fantasy_hotel%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl038j9%2FThe Real Britt Fit_gets_fucked_hard%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl03ajj%2FThe Real Britt Fit_10_inch_dildo_blowjob_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl2l6uw%2FThe Real Britt Fit_gaming_butt_plug_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl2l732%2FThe Real Britt Fit_fantasy_hotel%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl2qumm%2FThe Real Britt Fit_gets_fucked_hard%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl4wib6%2FThe Real Britt Fit_galaxy_lights_dildo_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl4wn2m%2FThe Real Britt Fit_nude_cowgirl_dildo_onlyfans_video%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5hz6j%2FThe Real Britt Fit_hot_booty_christmas_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5m9d4%2FThe Real Britt Fit_galaxy_lights_dildo_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5o1w0%2Fanyone_got_the_video_of_brittfit_and_the_guy_from%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5ue16%2Fget_her_new_bj_video_updated_pack_of_2021link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl64k0j%2Fhas_anyone_downloaded_it_alguien_lo_tiene%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl69jph%2Fbrittfit_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl6a050%2Fjoin_the_onlyfans_hub_v2_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl6mnt5%2Fback_again_with_her_15gb_packlink_in_comment_box%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl70wd9%2Fall_new_january_content%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl70xrn%2Fall_new_january%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl72s3r%2Fjoin%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl751ct%2Fbrittfit_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl78c99%2Fhttpsdiscordggyg3rm3ru%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl7xoy5%2Fthe_real_brittfit_showoff_her_amazing_body%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl87vv4%2Fthereall_britt_fitt_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fla4pe2%2FThe Real Britt Fit_fantasy_hotel_leaked_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flb1q0h%2FThe Real Britt Fit_pov_fucking_onlyfans_video_leaked%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fld5umr%2FThe Real Britt Fit_nude_nipple_clamps_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fldmg6w%2Fbritfit_mega_of_paid_vids_link_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fle61n2%2FThe Real Britt Fit_nude_nipple_clamps_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flj17q6%2FThe Real Britt Fit_nude_pussy_masturbation_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flj93n2%2FThe Real Britt Fit_nude_pussy_masturbation_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fljoh4r%2Fall_about_The Real Britt Fit%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fllaroa%2FThe Real Britt Fit_nude_pussy_masturbation_onlyfans%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fllb4rx%2FThe Real Britt Fit_90_dollar_sex_tape_leaked_2021%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fllddcz%2Fmega_The Real Britt Fit_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flp49c5%2FThe Real Britt Fit_nude_baby_oil_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flpynsh%2FThe Real Britt Fit_mile_high_fuck_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flpyp7y%2FThe Real Britt Fit_blowjob_video_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flpyr5f%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flquh5t%2FThe Real Britt Fit_nude_butt_plug_try_on_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flunyqy%2FThe Real Britt Fit_nude_lesbian_shower_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmavn9n%2FThe Real Britt Fit_threesome_sextape_onlyfans_porn%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmaycxc%2Fthe_new_brittfit_onlyfans_mega_below%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmbriz5%2Ffitness_girl_1253gb_pack%2F |
| --- | --- | --- |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmc145w%2FThe Real Britt Fit_onlyfans_gorgeous_tits_reveal%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmcjfjv%2FThe Real Britt Fit_nude_new_theatre_ppv_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmcujuw%2FThe Real Britt Fit_onlyfans_blowjob_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmcv670%2FThe Real Britt Fit_onlyfans_video_33%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmcx8q0%2Fupvote_and_grab_that_mega_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmd7zj5%2Fi_knew_this_was_it%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fmdaff5%2FThe Real Britt Fit_nude_threesome_fucking_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2F%3Fcount%3D200%26after%3Dt3_ldgysz |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk38pf7%2FThe Real Britt Fit_3%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk3ffeo%2Fwhite%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk82iao%2FThe Real Britt Fit_in_the_pool%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk82k12%2FThe Real Britt Fit%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk8ticr%2FThe Real Britt Fit_sextap%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk8tj22%2FThe Real Britt Fit_bathroom_creampie%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fk9dp4f%2FThe Real Britt Fit_nude_cowgirl%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkah8x7%2FThe Real Britt Fit_in_black%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkaut0s%2Fnew_The Real Britt Fit_blowjob%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkbacx4%2FThe Real Britt Fit_maid_dildo_riding%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkbogd1%2FThe Real Britt Fit_3%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkboh4y%2FThe Real Britt Fit_ufc%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkcil3x%2Fmask%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkcimgi%2Fhight_heels%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkd2uu7%2Fenjoy%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkd5koo%2FThe Real Britt Fit_nude%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkd5myo%2FThe Real Britt Fit_big_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkd94bq%2Fanother%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkdfl40%2Fgood_night%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkduuth%2FThe Real Britt Fit_nude_baby_oil_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkg78fn%2Fone%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkh0o4t%2Fanother%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkhdpf9%2FThe Real Britt Fit_nude_oil_massage_leaked_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkipbrc%2FThe Real Britt Fit_nude_10_dildo%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkkm32s%2Fcheck_comment_for_her_23gb_update%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkkpinw%2FThe Real Britt Fit_10_inch_dildo_blowjob_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkmbrc9%2FThe Real Britt Fit_yummmy_sexyyy%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fko4j6h%2FThe Real Britt Fit_file_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkqa8re%2Fjoin_the_mega_onlyfans_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkqcnul%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkqdcke%2FThe Real Britt Fit_hot_dance%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkqdon5%2FThe Real Britt Fit_gets_fucked_hard%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkv3ls1%2FThe Real Britt Fit_updated_mega_pack_get_her_free%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkvfbyy%2F3%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkvff2t%2Fdat_ass%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkwobiu%2FThe Real Britt Fit_testing_new_dildo_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fkxy4lh%2FThe Real Britt Fit_gaming_butt_plug_onlyfans_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fl1n2ld%2FThe Real Britt Fit_nude_10_inch_dildo%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fl3cdcz%2Fnew_The Real Britt Fit_paid_video_bundle_3_vids_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fl43ea1%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fl4b9q4%2FThe Real Britt Fit_nude_champagne_tits%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flb2xlh%2F15gb_in_comment_box_deleting_soon%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flcp3vo%2Fsquirtqueencleo_leaked_shower_nude_porn_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fldgysz%2Fmega_The Real Britt Fit_update_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flditr1%2FThe Real Britt Fit_nude_dance%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fldmfdx%2Fbrittfit_of_mega_link_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fldph1r%2Fnew_videocheck_comment_box%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flgwkei%2Fupvote_and_check_comments_for_mega_link%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flj46pm%2Fget_The Real Britt Fit_new_paid_fuck_video_her_full%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flk15yq%2FThe Real Britt Fit_nude_and_sex_tape_2021%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fllde2h%2Fmega_The Real Britt Fit_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flnq0yc%2Fdiamond_kay_alva_jay_blonde_bella_havaryk%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flnwbqr%2FThe Real Britt Fit_nude_and_more_rnakedonlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flo4aet%2Fupvote_link_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flp4t9v%2FThe Real Britt Fit_fucking_leaked_cum_on_tits_porn%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flpvrh7%2Fjoin_the_leakland_discord_server%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flqmait%2Fyou_want_all_of_britty_fit_hot_stuff_and_onlyfans%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fluqldj%2Fmega_The Real Britt Fit_new_threesome_video_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Flvfhg8%2Famazing_view%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fly4ec1%2Fd_m_for_the_brittfit_tapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fly9y8v%2Fan_ass_worth_some_pinkeye%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm1b3k8%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm2qosu%2Fd_m_for_all_britt_tapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm2zwo1%2FThe Real Britt Fitt_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm36fnm%2Fi_have_her_mega%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm3dp5f%2FThe Real Britt Fit_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm3n4q8%2FThe Real Britt Fit_latest_mega_full_leaked%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm41gdb%2Fd_m_britt_full_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm41npw%2Fthe_real_brittfit_nudes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm64pkt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm6faaw%2FThe Real Britt Fit_of_limited_edition_trio_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm6ghkz%2Fd_m_for_britt_big_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm718ms%2Fdm_if_youre_interested_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm76eh9%2Fthe_new_updated_brittfit_onlyfans_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm7hl5c%2Fi_have_all_of_The Real Britt Fit_of_content_20_hmu%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm7ins4%2FThe Real Britt Fit_gets_fucked_and_bring_her_gf_100%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm7pnpt%2Fthe_new_brittfit_mega_below%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm80pus%2FThe Real Britt Fitt_latest_mega_folderall_sextapes%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm8eyzz%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm8f853%2FThe Real Britt Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm8rmun%2FThe Real Britt Fitt_latest_mega_folderall_sextapes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm8tjbv%2Frealbrittfit_nude_video_new_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm8xy90%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm9b37n%2Fthe_new_updated_brittfit_onlyfans_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm9h714%2FThe Real Britt Fitt_new_updated_onlyfans_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm9rymh%2Fd_m_for_britt_biggest_collection%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fm9w3pj%2Fthe_new_brittfit_onlyfans_mega_below%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fma7vsq%2FThe Real Britt Fitt_new_updated_onlyfans_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmavdea%2Fthe_new_brittfit_of_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmayco4%2Fthe_new_brittfit_onlyfans_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmbqaln%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmbrhol%2Ffitness_girl_1253gb_pack%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmc1466%2FThe Real Britt Fit_onlyfans_gorgeous_tits_reveal%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmcgkht%2Fbrittfitt_full_mega_in_comments_updated_30gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmcujtf%2FThe Real Britt Fit_onlyfans_blowjob_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmcv67u%2FThe Real Britt Fit_onlyfans_video_33%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt |

| | | |
|---|---|---|
| | | FitNude%2Fcomments%2Fmcx2xy%2Fupvote_now_get_that_new_mega_check_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmczfmw%2Fjoin_the_%F0%9D%97%A0%F0%9D%97%B2%F0%9D%97%B4%F0%9D%97%AE_%F0%9D%97%A3%F0%9D%97%BF%F0%9D%97%B2%F0%9D%97%BA%F0%9D%97%B6%F0%9D%98%82%F0%9D%97%BA_%F0%9D%97%A1%F0%9D%97%A6%F0%9D%97%99%F0%9D%97%AA_di |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmd1mk6%2Ffor_you_guys_full_onlyfans_pack_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitNude%2Fcomments%2Fmda7wf%2Fshes_too_hot_full_new_mega_in_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fl7xnif%2Fthe_real_brittfit_showoff_her_amazing_body%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fldn0vs%2FThe Real Britt Fit_dance%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flk712y%2FThe Real Britt Fit_90_anal_fuck%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fltr54c%2FThe Real Britt Fit_shower_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flungaf%2FThe Real Britt Fit_nude_lesbian_shower%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flva7b1%2FThe Real Britt Fit_100_dollar_threesome_vid%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flww8hj%2FThe Real Britt Fit_onlyfans_wall_mounted_dildo_fuck%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fm0hen5%2FThe Real Britt Fit_theatre_vid%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm0i1i5%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm1bauu%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm6rj8j%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthickncurvy%2Fcomments%2Fl43elv%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThickThighs%2Fcomments%2Fm0i1or%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotCore%2Fcomments%2Fm7zwre%2FThe Real Britt Fit_testing_new_dildo_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotNetwork%2Fcomments%2Fm0i1ts%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotNetwork%2Fcomments%2Fm6rjxo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flubcov%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyvgio%2FThe Real Britt Fit_sex_tapes_below%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyz4u6%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyze2x%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Fm6rk4b%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Fmdagac%2FThe Real Britt Fit_nude_threesome_fucking_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flj4b44%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flln7ai%2FThe Real Britt Fit_more_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Fltftua%2FThe Real Britt Fit_more_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flyv5dt%2FThe Real Britt Fit_sex_tapes_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Flubc1q%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Flyv4ja%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Flyvhdh%2FThe Real Britt Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2Flubbnc%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2Flyv0k0%2FThe Real Britt Fit_sex_tapes_in_the_comments%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2Flyz4aq%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fin8vru%2Fbrittfit_dm_me_for_more%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fkqpcve%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fl3uqpw%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Flkt2kf%2FThe_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Flnw16q%2FThe_Real_Britt_Fit_more_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Flyvg6a%2FThe_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fm0c0ae%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fm64r6v%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fm6rkj2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fm8f9os%2FThe_Real_Britt_Fit_nude_videos_link_in_comment%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2Fmaeliq%2Fbrittney_The_Real_Britt_Fit%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok Nudes%2Fcomments%2Fm0i1zl%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2 F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok Nudes%2Fcomments%2Fm6rkn9%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok Nudity%2Fcomments%2Fl43eyh%2Fthe_real_britt_fit_new_january_2021_updated_m ega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok Nudity%2Fcomments%2Flyz43a%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Fl3kudj%2Fnew_The Real Britt Fit_nude_unreleased_tiktok_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Fl43j33%2Fthe_real_britt_fit_new_january_2021_updated_me ga%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Fltftll%2FThe Real Britt Fit_more_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Flubaru%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Flyv0rn%2FThe Real Britt Fit_sex_tapes_in_the_comments%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTok XXX%2Fcomments%2Flyz3qn%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTomxc ontentsX%2Fcomments%2Fm12vjv%2FThe Real Britt Fit_v%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTwerkStop%2Fcomments%2Fm6rkzo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUkPakiBeauty%2Fcomments%2Fma39kz%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUnratedPanda%2Fcomments%2Fm6rl56%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUnratedPanda%2Fcomments%2Fma3cn0%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUpvotedBecauseButt%2Fcomments%2Flsayo0%2Fbritt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwackofftothis%2Fcomments%2Fl8jt03%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwackofftothis%2Fcomments%2Fm6riiq%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWife2share%2Fcomments%2Fl43jmt%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWife2share%2Fcomments%2Fm6rlqk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwifeporn%2Fcomments%2Fm0i2bs%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwifeporn%2Fcomments%2Fm6rlva%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWifeSwapping%2Fcomments%2Fm0i2gv%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWifeSwapping%2Fcomments%2Fm6rm0y%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flkt30h%2FThe_Real_Britt_Fit_anal_sex_tape_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flnw2kh%2FThe_Real_Britt_Fit_more_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fltfrqb%2FThe_Real_Britt_Fit_more_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flyzf0p%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm0i3zj%2Fthe_real_britt_fit_biggest_pack25_gb%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm1bds4%2FThe_Real_Britt_Fit_15gb_mega_folder_in_c0mments_also%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm1y8rx%2Fnalaray_and_brittfit_d_m%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm64qsp%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FXGirlsPorn%2Fcomments%2Fm6rm7y%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycelebs%2Fcomments%2Fkqpdce%2Fthe_real_britt_fit_latest_new_year_special_video%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycelebs%2Fcomments%2Fm6sziy%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F |

| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycel ebs%2Fcomments%2Fma3cnc%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoung ExoticHoes%2Fcomments%2Fl3ur4d%2Fthe_real_britt_fit_new_january_2021_update d_mega%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoung ExoticHoes%2Fcomments%2Fm0i2l1%2Fthe_real_britt_fit_biggest_pack25_gb_link_i n%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoung ExoticHoes%2Fcomments%2Fm6sznc%2Fthe_real_britt_fit_nud3s_and_s3xtape_colle ction%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fyoungp orn%2Fcomments%2Fm0i2rc%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fyoungp orn%2Fcomments%2Fm6szrt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2 F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYOUN GPRETTYHOES2%2Fcomments%2Fm0i2xu%2Fthe_real_britt_fit_biggest_pack25_g b_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYOUN GPRETTYHOES2%2Fcomments%2Fm6t0b7%2Fthe_real_britt_fit_nud3s_and_s3xtap e_collection%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FZaylaS kye%2Fcomments%2Fm0jeom%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FZaylaS kye%2Fcomments%2Fm6t0fo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2 F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FATL ien913%2Fcomments%2Fm6ja18%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection %2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fbigc hil3%2Fcomments%2Fkijiaa%2Fthe_real_britt_fit%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FCapi-Salado%2Fcomments%2Fm82khv%2Fthe_new_brittfit_mega_below%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fdannyboy5639%2Fcomments%2Fjb5pzd%2Fbritt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ffenrirthekeeper%2Fcomments%2Flv6hj3%2Fthe_real_britt_fit_new_17_mins_long_threesome%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fgapegod%2Fcomments%2Fmb1b1a%2Fbrittney_The_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fjoshchoco%2Fcomments%2Fho8yz7%2Fbrittfit_mega_on_this_server_check_comments_for%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fladykillar_29%2Fcomments%2Fm0e3np%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fcomments%2Fluggy4%2Fbritt_fit_pussy_and_ass_full_of_cum%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fcomments%2Flugi9a%2Fbrittfit_threesome%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fcomments%2Flxfjp9%2Fbrittfit_threesome%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fnova69scotia%2Fcomments%2Fj6wl4k%2Fbrittfit_compilation_The_Real_Britt_Fit_full_10_min%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fprincedevittbcog%2Fcomments%2Fmau5fh%2Fbrittney_The_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Friquueee20%2Fcomments%2Fhztmlc%2Fthe_real_britt_fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FStreet-Performer-401%2Fcomments%2Flbmubs%2FThe_Real_Britt_Fit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fterminezio%2Fcomments%2Flz9936%2FThe_Real_Britt_Fit_nude_threesome_sextape%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_ |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm2e72f%2FThe Real Britt Fitanal_dildo%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm2zol6%2FThe Real Britt Fit_anal_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm32owj%2FThe Real Britt Fit_pool_dildo_ride%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm32qlo%2FThe Real Britt Fit_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33r6d%2FThe Real Britt Fitcar_dildo%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33tyx%2FThe Real Britt Fit_sex_tape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33xni%2FThe Real Britt Fitsextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33yyb%2FThe Real Britt Fit_threesome%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm3405g%2FThe Real Britt Fit_sextape%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm341ph%2FThe Real Britt Fit_shower_masterbation%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm3446s%2FThe Real Britt Fit_dildo_ride%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm349fq%2FThe Real Britt Fit_cowgirl_cosplay%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm34qhy%2FThe Real Britt Fit_car_fingering%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FTop Train45%2Fcomments%2Fm22gqw%2Fbrittney_The Real Britt Fit_200_premium_onlyfans%2F |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ftt24xxft%2Fcomments%2Fj99aon%2Fbrittfit_compilation_The Real Britt Fit_full_10_min%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ftyum-v%2Fcomments%2Fljjcex%2Fbrittfit%2F |
| The Real Britt Fit | | https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FVaiserassimamor%2Fcomments%2Fm72w7s%2FThe Real Britt Fitt_latest_mega_folder%2F |
| The Real Britt Fit | | https://old.reddit.com/r/18_20/comments/m0c3z6/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/18_20/comments/m64rzg/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/AdorableOnlyfans/comments/kqckn9/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/AdorableOnlyfans/comments/l3us3q/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/j7kuiv/pm_for_The Real Britt Fit_new_premium_content/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/kqcki0/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/l3upoz/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/lubdgk/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/m0bzzn/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/m1b7k3/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/comments/m64ru1/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/AllisonParkersexypics/duplicates/j7kuiv/pm_for_The Real Britt Fit_new_premium_content/ |

| The Real Britt Fit | | https://old.reddit.com/r/allthemegas/comments/m1b4x7/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Allthotsexposed/comments/lyv95r/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Allthotsexposed/comments/lyz3ia/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/AmateurWhores/comments/m64sah/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/AmateurWhores/comments/m75la8/The Real Britt Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/AmateurWhores/comments/mczgja/The Real Britt Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/AmazingCurves/comments/l806bd/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/angelicbeauty/comments/l7yim1/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/angelicbeauty/duplicates/l7yim1/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/AntjeUtgaard/comments/hjg8i6/The Real Britt Fit_onlyfans_blowjob/ |
| The Real Britt Fit | | https://old.reddit.com/r/AntjeUtgaard/duplicates/hjg8i6/The Real Britt Fit_onlyfans_blowjob/ |
| The Real Britt Fit | | https://old.reddit.com/r/assfordays/comments/l7zvqf/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/asshole/comments/lvps21/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://old.reddit.com/r/Ayonna/comments/ldad1h/The Real Britt Fit_onlyfans_mega_free_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Ayonna/comments/ldad1h/The Real Britt Fit_onlyfans_mega_free_link_in/gm4n27p/ |
| The Real Britt Fit | | https://old.reddit.com/r/Ayonna/comments/ldad1h/The Real Britt Fit_onlyfans_mega_free_link_in/gm4n7ef/ |

| The Real Britt Fit | | https://old.reddit.com/r/Ayonna/comments/ldad1h/The Real Britt Fit_onlyfans_mega_free_link_in/grcqxvk/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/izxq7w/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j0gay6/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j4t9mm/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j6lse9/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j6lse9/brittney_The Real Britt Fit_instagram/g7z9h0j/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j7rq0k/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/j8q3gm/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/comments/mahgpj/The Real Britt Fit_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/izxq7w/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/j4t9mm/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/j6lse9/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/j7rq0k/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/j8q3gm/brittney_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/babesdirectory/duplicates/mahgpj/The Real Britt Fit_The Real Britt Fit_instagram/ |
| The Real Britt Fit | | https://old.reddit.com/r/BabesInParadise/comments/l7yfdv/the_real_brittfit_showoff_her_amazing_body/ |

| The Real Britt Fit | | https://old.reddit.com/r/BaddestGirls/comments/m0c4pv/the_real_britt_fit_biggest_pack25_gb_link_in/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/BaddestGirls/comments/m6d4hv/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/BeckyCrockerr/comments/mbhup3/i_got_therealbrittfitt_if_anyone_wants_to_trade_up/ |
| The Real Britt Fit | | https://old.reddit.com/r/bellathornestuff/comments/lkdmyy/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/bellathornestuff/comments/lm5jrt/brittfit_ggg_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/bellathornestuff/comments/lm5pid/brittfit_ggg_scene/ |
| The Real Britt Fit | | https://old.reddit.com/r/BigTitModels/comments/l3zsxl/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Blacktittyworld/comments/m6d59a/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Boners4life/comments/m6d5wt/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/boobs/comments/m0c5ba/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/boobs/comments/m6d6mo/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/BoobsAndTities/comments/l7zims/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/booty/comments/l8017x/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Booty_Lovers/comments/l806w3/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Booty_Lovers/comments/m0c778/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Booty_Lovers/comments/m6d7ga/the_real_britt_fit_nud3s_and_s3xtape_collection/ |

| The Real Britt Fit | | https://old.reddit.com/r/booty_queens/comments/l7zu80/the_real_brittfit/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/BrittanyaClub/comments/m6d7lt/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/it55ea/i_have_britt_fits_nude_pics_and_vids_fucking_and/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/iyow5x/brittfit_discord/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/j0a6yh/brittfit_of_leaks_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/j0jeg2/brittfit_only_fans_leaked_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ja7w6r/i_have_all_brittfit_exclusives_dm_me_asap/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/jai9fr/brittfit_onlyfans_sextape_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/jvkzsp/add_free_full_pool_dildo_fuck_video_other/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/k3hzqw/The Real Britt Fit_complete_onlyfans_13gb_all_paid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/k5ap4p/12gb_brittfit_mega_for_5_dm_me/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/kkxrph/new_brittfit_mega_here/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/kqcnre/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/kvm2j1/does_anyone_have_this_video_of_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l0o14x/best_of_links_including_brittfit_bella_thorne_and/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l0png6/join_the_brittfit_leaks_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l3cegp/new_The Real Britt Fit_paid_video_bundle_3_vids_full/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l3zwdx/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l5jimj/brittfit_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l5xz1k/i_cant_post_videos_in_here_but_i_got_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l7xqrb/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/l8781y/brittfit_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ld1rmc/brittfit_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ldc109/The Real Britt Fit_onlyfans_mega_free_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ldqt0y/brittfit_nsfw_leaks_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/letu32/brittfit_mega_5_hmu_if_ur_interested/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lf1vnn/never_expires/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lf208h/britt_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lg7loa/mega_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lg8tkk/brittfit_and_more/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lgwiin/mega_link_in_the_comments/ |

| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lj40e2/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ljaag3/get_brittfitt_latest_fuck_video_50gb_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ljixcc/join_the_onlyfans_hub_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lkt2ck/sexy_anal_sex_tape_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lkyweg/brittfit_145_gb_mega_cheap_dm/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lldeom/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lm157f/onlyfans_15_packs_free_brittfit_and_others_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lm5kvt/brittfit_ggg_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lmc6e0/brittfit_subreddit_statistics/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lmpppx/link_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lopopo/ik_this_is_brittfit_only_but_livvfitcheeks_and/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/loxnkx/you_wouldnt_have_thought_this_was_a_reddit_page/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lp4fap/brittfit_and_hella_other_girls_here/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lswc3d/brittfitt_updated_mega_2021_in_comments_50gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ltfr7h/body_more_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ltfv1o/cum_more_in_the_comments/ |

| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ltjumt/brittfit_pov_sexy_onlyfans_video/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ltr4xo/The_Real_Britt_Fit_shower_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ltyuni/brittfit_67/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lu0biy/brittfit_nude_video_new_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lubdwc/The_Real_Britt_Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/luqlqv/mega_The_Real_Britt_Fit_new_threesome_video_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/luyx2g/get_the_full_video_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lv36r5/brittfit_subreddit_statistics/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lw661l/brittfit_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lyvl4p/masturbating_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lyy02h/The_Real_Britt_Fit_onlyfans_video_30/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/lyz2ac/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m08acd/new_threesome_of_The_Real_Britt_Fit_full_lenght/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m0c7al/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m0heti/The_Real_Britt_Fit_theatre_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m1t3a1/hot_brittfit_anal_pov_video/ |

| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m2j5ew/hi_guys_anyone_have_subscribe_for_The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m2pibk/brittfit_nude_video_new_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m3eu8n/_/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m3famc/The_Real_Britt_Fit_hot_sex_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m4gjzi/latest_mega_pack_full/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m5huze/The_Real_Britt_Fit_nude_brittney_onlyfans_1/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m5rkj1/brittfitt_full_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m5z3l6/brittfit_onlyfan_threesome_uncensored_version_is/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m64pps/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m67tbo/The_Real_Britt_Fit_onlyfans_video_30/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m6f89l/The_Real_Britt_Fit_of_limited_edition_trio_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m6ri9q/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m73w2t/brittfitt_fulll_leaked_mega_in_comments_50gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m76cma/the_new_updated_brittfit_onlyfans_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7830c/absolutely_stunning_full_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7ccf0/new_doggy_video_from_dms_here_brittfit/ |

| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7cuye/The Real Britt Fitt_latest_mega_folder/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7ppmn/the_new_brittfit_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7s8gm/_/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m7tbzp/brittfitt_full_mega_in_commentsfull_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m80p75/The Real Britt Fitt_latest_mega_folderall_sextapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8ezs2/the_new_updated_brittfit_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8f7o0/The Real Britt Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8f8cr/hot_brittfit_anal_pov_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8h6h8/so_gorgeous_mega_in_comments_profile/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8os97/sexy_view/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8rman/The Real Britt Fitt_latest_mega_folderall_sextapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m8xxgc/the_new_updated_brittfit_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m9b4fa/the_new_updated_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m9h6p1/The Real Britt Fitt_new_updated_onlyfans_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m9w2x6/the_new_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/m9ywvj/brittfitt_full_mega_in_comments_updated_50gb/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ma07le/mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/ma94us/hi_everyone_i_dont_have_bf_if_you_interesting/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mak9s3/realbrittfit_nude_video_new_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mance3/bethany_lily_april_new_2021_pack_link_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mave1d/the_new_brittfit_of_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mavuq6/brittfit_full_mega_in_comments_updated_50gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/maybxm/the_new_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mb96kw/brittfit_park_bootcamp_promo/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbbjhn/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbbxil/The_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbdmy8/The_Real_Britt_Fit_porn_blowjob_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbhv4g/hi_guys_anyone_have_chanel_on_telegram_which/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbo5gs/full_mega_in_comments_boys/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbqazg/amazing_nipple_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbqb6p/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbs0td/fitness_girl_1253gb_pack/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mbvayp/sexy_view/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mc1400/The Real Britt Fit_onlyfans_gorgeous_tits_reveal/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mc79wd/most_requested_2_babes_love_lilah_and_venus/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mce5ua/therelbritttfittt_13gb_updated_content_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mcg34a/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mcghpo/brittfitt_full_mega_in_comments_updated_30gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mcjfsg/The Real Britt Fit_nude_new_theatre_ppv_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mct92s/hiking_buddy/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mcujsm/The Real Britt Fit_onlyfans_blowjob_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mcv5lb/The Real Britt Fit_onlyfans_video_33/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/md1n8i/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Brittfit/comments/mda6zk/full_new_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/burstingout/comments/l3us1q/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/butt/comments/m1b9ty/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/ButtSnorklers/comments/mb8bo3/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/buyingcontent/comments/m1immm/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |

| The Real Britt Fit | | https://old.reddit.com/r/buyingnudes/comments/m1iliq/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/BuyMyContent/comments/m1ilwr/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/Chaturbatevideos/comments/m6d7vf/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/CherryBarbie/comments/m0c7df/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/CherryBarbie/comments/m6d85u/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/ChicasOnlyfans/comments/m7y62p/the_new_brittfit_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/ChicasOnlyfans/comments/m8f9lq/The_Real_Britt_Fit_nude_videos_link_in_commment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Courtney_Tailor2/comments/ht3wmi/the_real_britt_fit_better/ |
| The Real Britt Fit | | https://old.reddit.com/r/curvy/comments/m6d8bh/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Dabofkya_GOAT/comments/l3ztfk/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Dabofkya_GOAT/comments/m6d8jr/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/DeliciousnessXXX/comments/lubemu/The_Real_Britt_Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/DeliciousnessXXX/comments/lyv5wq/The_Real_Britt_Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/DesiBoners_2/comments/ma39e6/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/DesireeScholtz/comments/m900kv/anyone_got_her_mega_or_anything_ill_trade_got/ |
| The Real Britt Fit | | https://old.reddit.com/r/desnudas/comments/l3zut5/the_real_britt_fit_new_january_2021_updated_mega/ |

| The Real Britt Fit | | https://old.reddit.com/r/desnudas/comments/m0c7no/the_real_britt_fit_biggest_pack25_gb_link_in/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/desnudas/comments/m6d9kh/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/DhakaAfterDark/comments/ma3erc/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/diamondkayv2/comments/m6d9uu/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Dildo_Gifs/comments/lvpt6p/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://old.reddit.com/r/Dildo_Gifs/comments/m6da03/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Dildo_Gifs/comments/m8eg5n/The Real Britt Fit_testing_new_dildo_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNSFWLINKS/comments/lkdnjy/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/izs3ru/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/jhluyh/beand_new_best_of_has_mia_khalifa/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/k0ojtn/tyga_real_britt_fit_and_meg_nut_in_this_discord/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/l370qb/britfitt_gym_bj/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/lf4zp4/new_brittfit_mega_join_free_discord/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/lm5j1i/brittfit_ggg_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/lxi5uz/new_threesome_of_The Real Britt Fitt_the_uncensored/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudes/comments/ma5ypw/baby_ashlee_mega_The Real Britt Fit_mega_and_many/ |

| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudess/comments/lord3c/britfitt_mackjones_and_more_free_discord/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudess/comments/lxkin7/new_threesome_of_The_Real_Britt_Fitt_the_uncensored/ |
| The Real Britt Fit | | https://old.reddit.com/r/DiscordNudess/comments/lyz87y/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/discordporn_nudes/comments/lxigpq/new_threesome_of_The_Real_Britt_Fitt_the_uncensored/ |
| The Real Britt Fit | | https://old.reddit.com/r/discordservers/comments/j7wqki/live_fit_and_britt_fits_nudes/ |
| The Real Britt Fit | | https://old.reddit.com/r/enamorandonos/comments/m8f929/The_Real_Britt_Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Erotic_Indian/comments/ma399w/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/eThotHub/comments/l3zuvt/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/eThotHub/comments/m0elv1/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/eThotHub/comments/m6dae4/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/FakeTitsWorship/comments/l3zuxw/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/FakeTitsWorship/comments/m0em0d/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/FakeTitsWorship/comments/m6daj5/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/FantasyDreamz/comments/man9j2/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/fapgrams/comments/lyvjhz/The_Real_Britt_Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/FreeMegaFiles/comments/m6dau5/the_real_britt_fit_nud3s_and_s3xtape_collection/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/FreeOnlyFansPage/comments/m6db1f/the_real_britt_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/FuckThatsHot/comments/m6exsa/the_real_britt_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/GIFgasm/comments/l3zv5f/the_real_britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/GirlsTakingOver/comments/m0em9f/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/GirlsWithGirls/comments/lx9g9w/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/GolemSexy/comments/m0emdy/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/GolemSexy/comments/m6eyat/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/GradeAPorn/comments/lvppl9/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://old.reddit.com/r/GradeAPorn/comments/lyv4x0/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/HipsterGirlsNSFW/comments/m6eypx/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/hollywoodhotcelebs/comments/l7xkvl/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/hollywoodhotcelebs/duplicates/l7xkvl/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/HornyOnlyfans/comments/kqcl0i/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/HornyOnlyfans/comments/l3zvef/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/hornyvideosclub/comments/lyv8ye/The Real Britt Fit_sex_tapes_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/HotDesiSluts/comments/ma39j3/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |

| The Real Britt Fit | | https://old.reddit.com/r/HotHub/comments/l3zvnx/the_real_britt_fit_new_january_2021_updated_mega/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/HotHub/comments/m6ezbf/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/HotOnlyfans/comments/l3zvt0/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/HotOnlyfans/comments/m1y8ae/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/HotTiktokBabes/comments/kl07c0/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/HugeHangers/comments/l3zvxj/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/HugeHangers/comments/m0emrg/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/HugeHangers/comments/m6ezl3/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/ibradome/comments/lvaaa7/The_Real_Britt_Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/ibradome/comments/lz5knp/The_Real_Britt_Fit_nude_threesome_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/indianjobuds/comments/ma3cre/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/IndianPussyy/comments/ma3enk/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/InfluencersGonewild/comments/l3zwgs/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/InfluencersGonewild/comments/lyz9a8/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/insecuritittiex/comments/m45r4k/rich_af_instagram_model_The_Real_Britt_Fitt/ |
| The Real Britt Fit | | https://old.reddit.com/r/insecuritittiex/duplicates/m45r4k/rich_af_instagram_model_The_Real_Britt_Fitt/ |

| The Real Britt Fit | | https://old.reddit.com/r/Instagrammodels/comments/l7zk5s/the_real_brittfit/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs34zfg/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs3koj3/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4d49l/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4fpja/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4hotq/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4mc7k/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4oo8q/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4sr04/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4t5va/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4ttda/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4v5tw/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4xem8/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4ypai/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs4z9sp/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs50iiq/ |

| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs518nr/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs51gkd/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs57vuv/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5bew4/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5eui0/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5evsi/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5jptm/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5neh1/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs5ucxl/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs6fr69/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fs9ttfq/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fsfaixi/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fsjzbje/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fwdtuqo/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/hai4no/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/ivpnl4/brittney_The Real Britt Fit/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/izq03q/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0a12w/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6uf46m/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6uu7m2/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6v3ie2/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g75kaiy/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j2juvw/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j2juvw/brittney_The Real Britt Fit/g75rl5c/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j4ong8/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j6aize/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j7gy8x/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8atn1a/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8b504j/ |

| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bduap/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8biggx/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bjq7r/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8blu5p/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bn684/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bw3eu/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8c1fhv/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8c9dm6/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8cqfdt/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8d7pfb/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8d8xxe/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8dkpm5/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8du9hy/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8e8bt5/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8emikv/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f00ls/ |

| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f092e/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f0a0g/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8fdeqm/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8gqdcy/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gbojndw/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gc52mpf/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gc54u89/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gcyb0xn/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/j9oh0l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/g8s9h2i/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/ljnaup/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/lnpx8t/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/lnt4j6/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/lnt4j6/brittney_The Real Britt Fit/go26fs8/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/lq1o5b/brittney_The Real Britt Fit/ |

| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/ltyjn7/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/m3vmp8/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/m516ms/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/m516ms/The Real Britt Fit/gqxcguj/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/comments/madlyd/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/ivpnl4/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/izq03q/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j0a12w/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j2juvw/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j5x37l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j6aize/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j7gy8x/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/j8hdzu/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/ltyjn7/brittney_The Real Britt Fit/ |

| The Real Britt Fit | | https://old.reddit.com/r/InternetStars/duplicates/m516ms/The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/IWantToSuckCock/comments/m6ezx7/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/JailyneOjeda/comments/m6f02p/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/JasmineBanks/comments/m6f08e/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/jordanlewisOF/comments/l1xbmw/i_will_trade_skylarmae_brit_fit_mega_for_jordan/ |
| The Real Britt Fit | | https://old.reddit.com/r/juicybooty/comments/l8053a/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/juicybooty/comments/m6f0en/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/KattLeyaAndStrellaKat/comments/kqcl4i/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/KattLeyaAndStrellaKat/comments/l3zwwf/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Katvong/comments/l3zx1l/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Katvong/comments/m0en3s/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Katvong/comments/m6f0m2/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/KendraKarter_/comments/m6f1gk/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/KKVSHOF/comments/htuyag/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/knockmeup/comments/kl083w/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/knockmeup/comments/m0enll/the_real_britt_fit_biggest_pack25_gb_link_in/ |

| The Real Britt Fit | | https://old.reddit.com/r/knockmeup/comments/m1bbsz/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/knockmeup/comments/m6f0zr/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/laceykingxo/comments/m0eo5t/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/laceykingxo/comments/m6f156/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/LadyLebraa/comments/m0eoo6/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/LadyLebraa/comments/m1b7g1/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/LadyLebraa/comments/m6f1ao/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/LeakedArchive/comments/kl06jp/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/LeakedArchive/comments/lyv6q4/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/LeakedArchive/comments/m1isce/The Real Britt Fit_threesome_100_%F0%9D%97%96%F0%9D%97%B5%F0%9D%97%B2%F0%9D%97%B0%F0%9D%97%B8_%F0%9D%97%96%F0%9D%97%BC%F0%9D%97%BA%F0%9D%97%BA%F0%9D%97%B2%F0%9D%97%BB%F0%9D%98%81_%F0%9D%97%99%F0%9D%97%BC |
| The Real Britt Fit | | https://old.reddit.com/r/LeakedOnlyfans4UI/comments/m1i479/The Real Britt Fitt_leaked_onlyfans_full_paid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Leakedsextapes/comments/hjg7v1/The Real Britt Fit_onlyfans_blowjob_porn_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Leakedsextapes/comments/hjg7v1/The Real Britt Fit_onlyfans_blowjob_porn_video/fzmm19c/ |
| The Real Britt Fit | | https://old.reddit.com/r/Leakedsextapes/comments/hme811/The Real Britt Fit_onlyfans_maid_dildo_riding_porn/ |
| The Real Britt Fit | | https://old.reddit.com/r/Leakedsextapes/duplicates/hjg7v1/The Real Britt Fit_onlyfans_blowjob_porn_video/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Leakhub_II/comments/ix93ep/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Leakhub_II/duplicates/ix93ep/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/lewdweb/comments/l5k6xm/The Real Britt Fit_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/lewdweb/comments/lvhqnb/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://old.reddit.com/r/lewdweb/comments/lx5f6t/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/LivStyler/comments/ivs6i6/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/LivStyler/comments/j0bqw7/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/LivStyler/comments/j4xw69/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/LookAtTheBounce/comments/m6f1yx/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/MaliJ/comments/m6o5wm/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Mariagjieli69/comments/m6o643/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/MarissaDaNae/comments/m0eos2/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/MarissaDaNae/comments/m6o690/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/MasturbationGoneWild/comments/m6o6cr/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megafilesforfree/comments/kqclkv/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megafilesforfree/comments/l3zxdp/the_real_britt_fit_new_january_2021_updated_mega/ |

| The Real Britt Fit | | https://old.reddit.com/r/MegaFilesFreeForU/comments/md5m6w/The Real Britt Fitt_leaked_onlyfans_and_all_sextapes/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/MegalinkNSFW/comments/lmg3fg/britt_fit_mackj_and_more_paid_content_join/ |
| The Real Britt Fit | | https://old.reddit.com/r/MegalinkNSFW/comments/lubfsg/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/MegalinkNSFW/comments/lyz5jr/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/megalinksfreee/comments/kqclr6/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/megalinksfreee/comments/l403ei/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/megalinksfreee/comments/m6o6l0/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megas4Free/comments/kndfgm/brittfit_file_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megas4Free/comments/l56991/brittfit_updated_file_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megas4Free/comments/lv9rat/brittfit_new_file_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megaz4Free/comments/l403zo/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megaz4Free/comments/ly3ct7/The Real Britt Fit_threesome_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megaz4Free/comments/m0eovp/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Megaz4Free/comments/m6o6pa/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/MiinaMariie/comments/m6o6vo/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/muslimgirls/comments/m0epew/the_real_britt_fit_biggest_pack_25_gb_link_in/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/muslimgirls/comments/m6o708/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/muslimgirls/comments/ma3cn1/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/Nategotkeys/comments/l4060z/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Nategotkeys/comments/m1b8j6/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/Nategotkeys/comments/m6o740/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NaughtyNerdGirls/comments/m0epmc/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/NaughtyNerdGirls/comments/m6o7a6/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NaughtyOnlyfans/comments/kqcm0w/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NaughtyOnlyfans/comments/l4066d/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/NaughtyOnlyfans/comments/m6o7g9/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NipSlip_Nation/comments/l438q8/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Cams/comments/m0eptw/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Cams/comments/m6o7ov/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Porn_101/comments/mczg6v/The Real Britt Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Porn_4_You/comments/mczgv4/The Real Britt Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Rare_Content/comments/m6zgxn/therealbritfit_13gb_onlyfans_mar21_updated/ |

| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/m0epql/the_real_britt_fit_bigge st_pack25_gb_link_in/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/m67ym1/The_Real_Britt Fit_nude_new_theatre_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/m6o7u3/the_real_britt_fit_nud3 s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/m75lhs/The_Real_Britt Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/m8ehah/The_Real_Britt Fit_testing_new_dildo_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFW_Uncensored/comments/mczgrg/The_Real_Britt Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWexchange/comments/kqcm5v/the_real_britt_fit_latest_ne w_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWexchange/comments/l438xn/the_real_britt_fit_new_janu ary_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWexchange/comments/m6o7y8/the_real_britt_fit_nud3s_a nd_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/nsfwgg/comments/m6o82a/the_real_britt_fit_nud3s_and_s3xta pe_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWRare/comments/ik11wd/real_brittfit_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWRare/comments/kqcmco/the_real_britt_fit_latest_new_ye ar_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWRare/comments/l4394p/the_real_britt_fit_new_january_ 2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/NSFWRare/comments/m0epy9/the_real_britt_fit_biggest_pack 25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/nudeonlyfans_/comments/ltrlht/The_Real_Britt Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/Nudes7/comments/m75hx3/The_Real_Britt Fit_nude_champagne_tits/ |

| The Real Britt Fit | | https://old.reddit.com/r/Nudes7/comments/mczed1/The Real Britt Fit_nipple_clamps_video/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/onionboo/comments/m6e0yf/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyFanPACKS/comments/j9ixib/The Real Britt Fit_11gb_uptodate_onlyfans_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyFanPACKS/duplicates/j9ixib/The Real Britt Fit_11gb_uptodate_onlyfans_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyFans_2u/comments/m6o8i2/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfans_get_noticed/comments/m6o8nx/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansAmateurs/comments/m1y1f9/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfanschicks/comments/l439vn/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfanschicks/comments/m1y7qn/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansFREE__/comments/m6o8vi/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfanshottest/comments/l43a8r/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfanshottest/comments/m1y80b/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfansleaked0/comments/m0i5hw/miss_britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfansreddit_/comments/lwte3e/The Real Britt Fit_new_blowjob/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyfansreviews4u/comments/ised5o/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansSlutz/comments/m1y37v/nalaray_and_brittfit_d_m/ |

| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansThots_/comments/lwbekv/The Real Britt Fit_12/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansThots_/comments/lwbw2p/The Real Britt Fit_22/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansThots_/comments/lx2jsc/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansThots_/comments/lxzi9c/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansThots_/comments/lyvm9s/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansXXX/comments/kqcou2/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansXXX/comments/l43axu/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansXXX/comments/m0jeu4/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyfansXXX/comments/m6p8x5/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyForDaBoys/comments/khotrk/rozay_molly_and_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/onlyleakers/comments/lzztxo/The Real Britt Fit_onlyfans_theatre_sex_tape_leaked/ |
| The Real Britt Fit | | https://old.reddit.com/r/Onlyleakqc/comments/mc5rc4/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyParadise/comments/lad5le/britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyParadise/comments/ladecb/britt_fit_dp/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyPorn_RedLight/comments/m3tmqs/free_onlyfans_first_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyPremiumOfficial/comments/kqcp2c/the_real_britt_fit_latest_new_year_special_video/ |

| The Real Britt Fit | | https://old.reddit.com/r/OnlyPremiumOfficial/comments/kxtdeo/mega_The Real Britt Fitt/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/OnlyPremiumOfficial/comments/l43buz/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/OnlyPremiumOfficial/comments/m6p9a2/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/OTBAssaddicts/comments/lbdlau/britfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/PackOnlyFanss/comments/m6p9gk/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/kl07sj/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/kqpcfg/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/l43c96/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/m0eq4o/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/m6p9mg/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/packs_porno_gratis/comments/m8f8uo/The Real Britt Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/jz5z6e/dropbox_britfitt/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/kl07hl/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/kqpcjk/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/l43cg9/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/m0eqdh/the_real_britt_fit_biggest_pack25_gb_link_in/ |

| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/m1b9y9/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/m45ro0/rich_af_instagram_model_The Real Britt Fitt/ |
| The Real Britt Fit | | https://old.reddit.com/r/PacksLatinas/comments/m64qft/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/PawgLove/comments/l43cpu/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/PerfectNSFW/comments/l7zbjy/the_real_brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/PerfectNSFW/comments/m6pa0f/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Phatasswhitegirls/comments/m1y630/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/lvadx4/The Real Britt Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/lz60mk/The Real Britt Fit_nude_threesome_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/m0eqhe/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/m67yt1/The Real Britt Fit_nude_new_theatre_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/m6pa65/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/PoliticsNSFW/comments/mczgfo/The Real Britt Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/pornID/comments/jvxe7b/dont_know_if_its_porn_but_i_really_want_to_know/ |
| The Real Britt Fit | | https://old.reddit.com/r/PornShop/comments/jbgjmy/the_britt_fit_chronicles/ |
| The Real Britt Fit | | https://old.reddit.com/r/Pornstarsnow/comments/l43d6r/the_real_britt_fit_new_january_2021_updated_mega/ |

| The Real Britt Fit | | https://old.reddit.com/r/Porntiktok/comments/lj45ne/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Porntiktok/comments/lyv65c/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/Porntiktok/comments/mdagji/The Real Britt Fit_nude_threesome_fucking_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/PornVideos/comments/mas2jh/The Real Britt Fit_google_drive/ |
| The Real Britt Fit | | https://old.reddit.com/r/PornWorlds/comments/m0hzsh/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/PornWorlds/comments/m6pat1/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Pounding_Hard/comments/m0i07k/the_real_britt_fit_biggest_pack25_gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/Pounding_Hard/comments/m6pb5i/the_real_britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/premiumcontentonly/comments/m6gt1a/The Real Britt Fit_onlyfans_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/premiumshit/comments/kq4f4r/therealbritfit_links_in_the_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/premiumunlocked/comments/fyarzc/a_big_one_lads_therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/pyaasa/comments/ma3epj/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/harmu4/The Real Britt Fit_410/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/g5pp2zr/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/g5yutl3/ |

| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5hoef/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5j08a/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5jftl/ |
| The Real Britt Fit | | https://old.reddit.com/r/realonlyfansreviews/comments/kxf1hv/brittfit_onlyfans_is_it_worth_it/ |
| The Real Britt Fit | | https://old.reddit.com/r/RedBoneEbony/comments/m6pbhc/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/RosaAcosta/comments/l43dey/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/RosaAcosta/comments/m0c0c9/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/RosaAcosta/comments/m6pbno/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Sedlife/comments/m5ptid/onlyfanscom_The Real Britt Fit_megapack_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/sellingonline/comments/lr8j2d/selling_the_real_brittfit_145gb_mega_for_10/ |
| The Real Britt Fit | | https://old.reddit.com/r/SellingOnlineNSFW/comments/m1ijue/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/SensualFingers/comments/l7yl1d/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/sexdumb/comments/l73yrw/brittfit_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/Sexy/comments/m1vsi9/brittfit_and_nalaray_pack_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/SimplySidney/comments/m6pbtw/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/SimplyTheBestOFs/comments/lj3bjr/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |

| The Real Britt Fit | | https://old.reddit.com/r/SimplyTheBestOFs/comments/lub84i/The Real Britt Fit_new_threesome_video_17_minutes/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/SimplyTheBestOFs/comments/lyz0b2/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl4min/The Real Britt Fit_link_is_in_the_picture_just_type/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/km7qjf/The Real Britt Fit_fans_there_you_go_boys/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/knlvs2/The Real Britt Fit_shower_masterbation_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpnfpq/The Real Britt Fit_gets_fucked_hard_thanks_to_the/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lj6h7w/anyone_have_subscribe_for_The Real Britt Fit_on/ |
| The Real Britt Fit | | https://old.reddit.com/r/SkylarMaeAndOtters/comments/lkuqsr/anal_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/SlimThiccHotties/comments/llnfnk/pm_for_The Real Britt Fit_14gb_exclusive_contentsex/ |
| The Real Britt Fit | | https://old.reddit.com/r/SlimThiccHotties/comments/ltft0n/The Real Britt Fit_more_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/SlimThiccHotties/comments/m6pcbe/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/lyvh39/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/lz5pd0/The Real Britt Fit_nude_threesome_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/m0i10s/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/m67y5j/The Real Britt Fit_nude_new_theatre_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/m6pcnz/the_real_britt_fit_nud3s_and_s3xtape_collection/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/m75l73/The Real Britt Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slut/comments/m8egsa/The Real Britt Fit_testing_new_dildo_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/slutmesh/comments/m6pctt/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slutsofonlyfans/comments/l43dxs/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slutsofonlyfans/comments/ly4fq2/d_m_for_the_brittfit_tapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slutsofonlyfans/comments/m0i1av/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Slutsofonlyfans/comments/m6pcz2/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/SluttyOnlyfans/comments/m6pd3k/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/SnowBunnies/comments/lapxlp/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/SocialMediachicks/comments/m1bct3/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/Socialmediagirls/comments/m6pd8g/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/StreetsIsWatchin/comments/m7iokv/The Real Britt Fit_gets_fucked_on_cam_with_her_gf/ |
| The Real Britt Fit | | https://old.reddit.com/r/Tangoseen/comments/ma3esm/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/TeannaTrumpXXX/comments/llpwsp/will_trade_these_for_a_teanna_trump_mega_have/ |
| The Real Britt Fit | | https://old.reddit.com/r/Teen_nudez/comments/kyxy8m/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Teen_nudez/comments/m6pdgo/the_real_britt_fit_nud3s_and_s3xtape_collection/ |

| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/lv2kh4/the_real_britt_fit_new_17_mins_long_threesome/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/lvpu75/The_Real_Britt_Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m6pdlm/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m75ldr/The_Real_Britt_Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m8egx8/The_Real_Britt_Fit_testing_new_dildo_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/mczgnu/The_Real_Britt_Fit_nipple_clamps_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TheRareOnes/comments/m0jg6u/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_/comments/luqm82/mega_The_Real_Britt_Fit_new_threesome_video_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_/comments/m6rj1r/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/comments/lp6vtp/rThe_Real_Britt_Fit_nudes_lounge/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/comments/lp6vtp/rThe_Real_Britt_Fit_nudes_lounge/gqe0hr0/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/comments/luqmnz/mega_The_Real_Britt_Fit_new_threesome_video_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The_Real_Britt_Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/gs0aga3/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m08pym/new_threesome_of_The Real Britt Fit_full_lenght/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m1b40k/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m3n5gx/The Real Britt Fit_latest_mega_full_leaked/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m6e5kv/this_is_latest_update_for_The Real Britt Fit_march/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/ma7w30/The Real Britt Fitt_new_updated_onlyfans_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/mcjqf7/The Real Britt Fit_nude_new_theatre_ppv_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/comments/mdafzc/The Real Britt Fit_nude_threesome_fucking_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/duplicates/m6e5kv/this_is_latest_update_for_The Real Britt Fit_march/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit_nudes/duplicates/mdafzc/The Real Britt Fit_nude_threesome_fucking_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/fx9k4o/mega_folder_enjoy/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/g59iki/her_blowjob_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/g5liy5/bj_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/g9dbzn/heres_the_new_joi_but_her_face_is_hardly_in_it/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/g9nw6r/heres_her_new_joi/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gaotac/link/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gbyxgn/new_video/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gcmbqp/new_lotion_video/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjft7g/pillow_humping_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjhzea/happy_birthday_enjoy/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjqdbh/discord_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjrntz/discord/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjx6pm/britt_436gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gjy74q/tried_my_best_to_get_all_of_the_content_i_could/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/gt6e77/join_the_premium_onlyfans_nsfw_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hkdj14/repost/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/htsd8c/onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hugsvu/free/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hun4tt/join_the_mega_network_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/huvead/prem_content/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hv3f4r/is_there_a_vid_on_this_from_twitter/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hwqpe1/mega_link_just_for_you_guys/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hwvuci/idk_if_someone_posted_this_but_if_they_did_sorry/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/hx9nsr/enjoy_ig/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/i34pt4/stop_saying_i_aint_doing_anything_im_literally/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/i8j8at/who_has_this_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iep954/handbra/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ifswts/dm_for_full_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ifynwp/mirror/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ig2bok/im_tired_of_everyone_asking_for_dms_heres_almost/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/igctic/who_ever_has_the_one_of_her_getting_fucked_in_the/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/igfdvt/lesbian/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ighw4s/someone_pm_me_the_newest_mega_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/igst4x/anyone_got_a_mega_link_i_already_have_the_one/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/igw7nc/telegram/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/igwvs4/britfit_mega_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ih2s80/does_anyone_have_this_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ihfui8/old_pic_selfie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ihikf4/can_someone_please_pm_me_an_updated_mega_file/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iht9a7/maid_outfit_solo_dildo_play_link_in_the_comments/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ihuwtq/throatfuck/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ihxg2u/dm_me_if_you_have_an_updated_mega_im_willing_to/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ihyq75/anyone_got_a_working_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iifi60/the_way_she_gags_is_something_special_link_in_the/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iiglzr/the_under_boob/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ijje8q/she_used_to_cover_up_unless_you_tipped_in_a_few/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ijnhfk/i_hope_she_became_a_pornstar/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ijuzv7/another_one_of_her_tits_without_you_having_to_tip/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/il1in8/who_wants_to_see_this/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iro7gf/anyone_got_this/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iru3zq/here_you_go_guys_hotel_balcony_sex_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/irz45k/what_is_missionary_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is1dky/whos_gonna_clutch_up_and_share_this_vid_i/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is2jqn/super_hot_share_missionary_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is4ehq/The Real Britt Fit_missionary_sex_video_i_already/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is857q/anyone_wants_to_take_over_my_role_as_moderator_im/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is8w1t/The Real Britt Fit_hotel_balcony_sex/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is8xkq/The Real Britt Fit_nude_big_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/is92gm/The Real Britt Fit_hotel_balcony_sex/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/isaapk/The Real Britt Fit_missionary_sex_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/istfxk/here_another_new_video_dildo_fuck_in_public/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/it59z4/mirror/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/it88i4/im_waiting_for_you/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/itaplh/punch/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/itbd1m/i_got_a_lot_of_mega_i_will_trade_for_britfitt/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ittp1g/filming_for_my_of_be_like/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/itvpr3/The Real Britt Fit_nurse_with_butt_plug_site_was/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/itxd3n/cant_wait_for_the_day_she_just_lets_them_hang_out/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ityfpp/i_have_a_145gb_mega_link_of_all_her_stuff_who/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iu11dp/The Real Britt Fit_school_girl_rolplay_another_new/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iu7whl/i_got_the_full_mega_of_brittfit_dm_me_on_snap/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iu8bf6/base64code_for_her_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iu8m8v/mirror/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iuokuq/The Real Britt Fit_The Real Britt Fit_google_drive/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iupdtd/The Real Britt Fit_onlyfans_nude_horny_pussy_rub/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iupe03/The Real Britt Fit_school_girl_rolplay/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iutalu/The Real Britt Fit_missionary_sex_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iutbu9/The Real Britt Fit_onlyfans_nude_horny_pussy_rub/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iuzhzf/aight/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iv3p4e/anyone_got_a_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iv5nj6/who_wants_to_lick_her_ass_hole/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ive7t0/pm_me_the_discord_link_please/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivi4i5/on_the_pool/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivkku9/dm_if_you_want_i_have_her_full_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivn9qo/anybody_have_the_new_school_girl_bg_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivtf99/1st_place_prize/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivuecr/mega/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ivzh92/has_anyone_gotten_her_new_of_vid_that_she_told/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iw0wd4/should_i_start_posting_new_videos/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iw15fe/finally_the_cousin_comes_home/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iw5zdc/assup/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iwj2u2/The Real Britt Fit_strip_video_here_is_another_new/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iwmnqy/school_girl_pov/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iwqrah/dm_for_mega_ready_to_trade_too_i_have_megas_of/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/iwy2on/wanna_fight/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ix4nf7/daddy_yes_for_the_pussy_please/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ix6z6q/The Real Britt Fit_strip_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ix7zmx/i_know_its_not_onlyfans_but_its_still_a_great/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ix8u25/new_schoolgirl_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ix98j9/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ixbcea/that_smile/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit1/comments/ixj207/anybody_got_the_creampie_or_bg_anal/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2 |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/?count=100&after=t3_kyn455 |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ju6ozb/The Real Britt Fit_porn_blowjob_onlyfans_leaked_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k2q0kh/The Real Britt Fit_nude_skinny_dipping_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k3dy8l/The Real Britt Fit_leaked_onlyfans_fucking_creampie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k5hc3e/The Real Britt Fit_mile_high_fuck_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k65fmt/The Real Britt Fit_galaxy_lights/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k6qs4j/she_has_the_best_booty/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k6tze8/guys_i_got_a_hot_video_put_i_cant_post_vid_here/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k8mrro/The Real Britt Fit_new_video_in_commentcheck_it_now/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k91vv4/The Real Britt Fit_leaked_onlyfans_fucking_creampie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k9d8bz/The Real Britt Fit_nude_skinny_dipping_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/k9ep2d/The Real Britt Fit_nude_brittney_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kb351n/The Real Britt Fit_nude_brittney_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kb3a6k/The Real Britt Fit_blowjob_video_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kb9uci/The Real Britt Fit/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kb9v13/the_queen/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kb9vkz/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kbc4uu/The Real Britt Fit_nude_leaks_20_photos/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kda9qb/The Real Britt Fit_nude_baby_oil_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kdacv5/The Real Britt Fit_nude_baby_oil/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ki8276/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ki947e/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kidj0x/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kj22rh/The Real Britt Fit_porn_dildo_butt_plug_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kl07xi/real_britt_fit_brittney_new_update_check_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kl83uh/The Real Britt Fit_onlyfans_airplane_sex_vid_full/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/km0uqx/The Real Britt Fit_10_inch_dildo_blowjob_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kqcnhv/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kqcp7n/The Real Britt Fit_10_inch_dildo_blowjob_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kqdu6x/The Real Britt Fit_onlyfans_airplane_sex_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kqkyal/therealbrittfill_all_onlyfans_videos_for_free/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kqzvmd/The Real Britt Fit_fantasy_hotel/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kuk8bu/The Real Britt Fit_blowjob_video_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kul1i7/The Real Britt Fit_nude_brittney_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kul1oq/The Real Britt Fit_nude_brittney_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kv3mgq/The Real Britt Fit_updated_mega_pack_get_her_free/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kvzk8n/The Real Britt Fit_mile_high_fuck_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kwlwlo/The Real Britt Fit_testing_new_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kwmp44/The Real Britt Fit_leaked_onlyfans_fucking_creampie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kwmqd4/The Real Britt Fit_nude_skinny_dipping_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/kxnz46/The Real Britt Fit_gaming_butt_plug_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l02ra7/The Real Britt Fit_gaming_butt_plug_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l033dv/The Real Britt Fit_fantasy_hotel/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l038j9/The Real Britt Fit_gets_fucked_hard/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l03ajj/The Real Britt Fit_10_inch_dildo_blowjob_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l2l6uw/The Real Britt Fit_gaming_butt_plug_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l2l732/The Real Britt Fit_fantasy_hotel/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l2qumm/The Real Britt Fit_gets_fucked_hard/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l4wib6/The Real Britt Fit_galaxy_lights_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l4wn2m/The Real Britt Fit_nude_cowgirl_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l5hz6j/The Real Britt Fit_hot_booty_christmas_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l5m9d4/The Real Britt Fit_galaxy_lights_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l5o1w0/anyone_got_the_video_of_brittfit_and_the_guy_from/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l5ue16/get_her_new_bj_video_updated_pack_of_2021link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l64k0j/has_anyone_downloaded_it_alguien_lo_tiene/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l69jph/brittfit_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l6a050/join_the_onlyfans_hub_v2_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l6mnt5/back_again_with_her_15gb_packlink_in_comment_box/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l70wd9/all_new_january_content/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l70xrn/all_new_january/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l72s3r/join/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l751ct/brittfit_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l78c99/httpsdiscordggyg3rm3ru/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l7xoy5/the_real_brittfit_showoff_her_amazing_body/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/l87vv4/thereall_britt_fitt_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/la4pe2/The Real Britt Fit_fantasy_hotel_leaked_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lb1q0h/The Real Britt Fit_pov_fucking_onlyfans_video_leaked/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ld5umr/The Real Britt Fit_nude_nipple_clamps_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ldmg6w/britfit_mega_of_paid_vids_link_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/le61n2/The Real Britt Fit_nude_nipple_clamps_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lj17q6/The Real Britt Fit_nude_pussy_masturbation_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lj93n2/The Real Britt Fit_nude_pussy_masturbation_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/ljoh4r/all_about_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/llaroa/The Real Britt Fit_nude_pussy_masturbation_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/llb4rx/The Real Britt Fit_90_dollar_sex_tape_leaked_2021/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/llddcz/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lp49c5/The Real Britt Fit_nude_baby_oil_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lpynsh/The Real Britt Fit_mile_high_fuck_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lpyp7y/The Real Britt Fit_blowjob_video_onlyfans/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lpyr5f/The Real Britt Fit_nude_brittney_onlyfans_video/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lquh5t/The Real Britt Fit_nude_butt_plug_try_on_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/lunyqy/The Real Britt Fit_nude_lesbian_shower_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mavn9n/The Real Britt Fit_threesome_sextape_onlyfans_porn/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/maycxc/the_new_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mbriz5/fitness_girl_1253gb_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mc145w/The Real Britt Fit_onlyfans_gorgeous_tits_reveal/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mcjfjv/The Real Britt Fit_nude_new_theatre_ppv_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mcujuw/The Real Britt Fit_onlyfans_blowjob_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mcv670/The Real Britt Fit_onlyfans_video_33/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mcx8q0/upvote_and_grab_that_mega_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/md7zj5/i_knew_this_was_it/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt Fit2/comments/mdaff5/The Real Britt Fit_nude_threesome_fucking_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/?count=200&after=t3_ldgysz |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k38pf7/The Real Britt Fit_3/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k3ffeo/white/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k82iao/The Real Britt Fit_in_the_pool/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k82k12/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k8ticr/The Real Britt Fit_sextap/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k8tj22/The Real Britt Fit_bathroom_creampie/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/k9dp4f/The Real Britt Fit_nude_cowgirl/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kah8x7/The Real Britt Fit_in_black/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kaut0s/new_The Real Britt Fit_blowjob/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kbacx4/The Real Britt Fit_maid_dildo_riding/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kbogd1/The Real Britt Fit_3/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kboh4y/The Real Britt Fit_ufc/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kcil3x/mask/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kcimgi/hight_heels/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kd2uu7/enjoy/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kd5koo/The Real Britt Fit_nude/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kd5myo/The Real Britt Fit_big_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kd94bq/another/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kdfl40/good_night/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kduuth/The Real Britt Fit_nude_baby_oil_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kg78fn/one/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kh0o4t/another/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/khdpf9/The Real Britt Fit_nude_oil_massage_leaked_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kiprbc/The Real Britt Fit_nude_10_dildo/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kkm32s/check_comment_for_her_23gb_update/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kkpinw/The Real Britt Fit_10_inch_dildo_blowjob_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kmbrc9/The Real Britt Fit_yummmy_sexyyy/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ko4j6h/The Real Britt Fit_file_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kqa8re/join_the_mega_onlyfans_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kqcnul/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kqdcke/The Real Britt Fit_hot_dance/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kqdon5/The Real Britt Fit_gets_fucked_hard/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kv3ls1/The Real Britt Fit_updated_mega_pack_get_her_free/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kvfbyy/3/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kvff2t/dat_ass/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kwobiu/The Real Britt Fit_testing_new_dildo_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/kxy4lh/The Real Britt Fit_gaming_butt_plug_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/l1n2ld/The Real Britt Fit_nude_10_inch_dildo/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/l3cdcz/new_The Real Britt Fit_paid_video_bundle_3_vids_full/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/l43ea1/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/l4b9q4/The Real Britt Fit_nude_champagne_tits/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lb2xlh/15gb_in_comment_box_deleting_soon/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lcp3vo/squirtqueencleo_leaked_shower_nude_porn_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ldgysz/mega_The Real Britt Fit_update_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lditr1/The Real Britt Fit_nude_dance/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ldmfdx/brittfit_of_mega_link_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ldph1r/new_videocheck_comment_box/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lgwkei/upvote_and_check_comments_for_mega_link/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lj46pm/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lk15yq/The Real Britt Fit_nude_and_sex_tape_2021/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/llde2h/mega_The Real Britt Fit_link_in_the_comments/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lnq0yc/diamond_kay_alva_jay_blonde_bella_havaryk/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lnwbqr/The Real Britt Fit_nude_and_more_rnakedonlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lo4aet/upvote_link_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lp4t9v/The Real Britt Fit_fucking_leaked_cum_on_tits_porn/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lpvrh7/join_the_leakland_discord_server/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lqmait/you_want_all_of_britty_fit_hot_stuff_and_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/luqldj/mega_The Real Britt Fit_new_threesome_video_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/lvfhg8/amazing_view/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ly4ec1/d_m_for_the_brittfit_tapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ly9y8v/an_ass_worth_some_pinkeye/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m1b3k8/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m2qosu/d_m_for_all_britt_tapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m2zwo1/The Real Britt Fitt_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m36fnm/i_have_her_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m3dp5f/The Real Britt Fit_mega/ |

| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m3n4q8/The Real Britt Fit_latest_mega_full_leaked/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m41gdb/d_m_britt_full_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m41npw/the_real_brittfit_nudes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m64pkt/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m6faaw/The Real Britt Fit_of_limited_edition_trio_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m6ghkz/d_m_for_britt_big_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m718ms/dm_if_youre_interested_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m76eh9/the_new_updated_brittfit_onlyfans_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m7hl5c/i_have_all_of_The Real Britt Fit_of_content_20_hmu/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m7ins4/The Real Britt Fit_gets_fucked_and_bring_her_gf_100/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m7pnpt/the_new_brittfit_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m80pus/The Real Britt Fitt_latest_mega_folderall_sextapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m8eyzz/the_new_updated_brittfit_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m8f853/The Real Britt Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m8rmun/The Real Britt Fitt_latest_mega_folderall_sextapes/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m8tjbv/realbrittfit_nude_video_new_link_in_comment/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m8xy90/the_new_updated_brittfit_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m9b37n/the_new_updated_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m9h714/The Real Britt Fitt_new_updated_onlyfans_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m9rymh/d_m_for_britt_biggest_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/m9w3pj/the_new_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/ma7vsq/The Real Britt Fitt_new_updated_onlyfans_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mavdea/the_new_brittfit_of_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mayco4/the_new_brittfit_onlyfans_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mbqaln/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mbrhol/fitness_girl_1253gb_pack/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mc1466/The Real Britt Fit_onlyfans_gorgeous_tits_reveal/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mcgkht/brittfitt_full_mega_in_comments_updated_30gb/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mcujtf/The Real Britt Fit_onlyfans_blowjob_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mcv67u/The Real Britt Fit_onlyfans_video_33/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mcx2xy/upvote_now_get_that_new_mega_check_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mczfmw/join_the_%F0%9D%97%A0%F0%9D%97%B2%F0%9D%97%B4%F0%9D%97%AE_%F0%9D%97%A3%F0%9D%97%BF%F0%9D%97%B |

| | | |
|---|---|---|
| | | 2%F0%9D%97%BA%F0%9D%97%B6%F0%9D%98%82%F0%9D%97%BA_%F0%9D%97%A1%F0%9D%97%A6%F0%9D%97%99%F0%9D%97%AA_di |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/md1mk6/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitNude/comments/mda7wf/shes_too_hot_full_new_mega_in_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/l7xnif/the_real_brittfit_showoff_her_amazing_body/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/ldn0vs/The Real Britt Fit_dance/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/lk712y/The Real Britt Fit_90_anal_fuck/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/ltr54c/The Real Britt Fit_shower_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/lungaf/The Real Britt Fit_nude_lesbian_shower/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/lva7b1/The Real Britt Fit_100_dollar_threesome_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/lww8hj/The Real Britt Fit_onlyfans_wall_mounted_dildo_fuck/ |
| The Real Britt Fit | | https://old.reddit.com/r/The Real Britt FitOF/comments/m0hen5/The Real Britt Fit_theatre_vid/ |
| The Real Britt Fit | | https://old.reddit.com/r/Therealtylercamile/comments/m0i1i5/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/Therealtylercamile/comments/m1bauu/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/Therealtylercamile/comments/m6rj8j/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/thickncurvy/comments/l43elv/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/ThickThighs/comments/m0i1or/the_real_britt_fit_biggest_pack25_gb_link_in/ |

| The Real Britt Fit | | https://old.reddit.com/r/ThotCore/comments/m7zwre/The Real Britt Fit_testing_new_dildo_video/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/ThotNetwork/comments/m0i1ts/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/ThotNetwork/comments/m6rjxo/the_real_britt_fit_nud3s_and_s 3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/lubcov/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/lyvgio/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/lyz4u6/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/lyze2x/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/m6rk4b/the_real_britt_fit_nud3s_and_s3 xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/thotstiktok/comments/mdagac/The Real Britt Fit_nude_threesome_fucking_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokAfterDark/comments/lj4b44/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokAfterDark/comments/lln7ai/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokAfterDark/comments/llogow/britfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokAfterDark/comments/ltftua/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokAfterDark/comments/lyv5dt/The Real Britt Fit_sex_tapes_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokHot/comments/lubc1q/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokHot/comments/lyv4ja/The Real Britt Fit/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/TikTokHot/comments/lyvhdh/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/tiktokleaked/comments/lubbnc/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/tiktokleaked/comments/lyv0k0/The Real Britt Fit_sex_tapes_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/tiktokleaked/comments/lyz4aq/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/in8vru/brittfit_dm_me_for_more/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/kqpcve/the_real_britt_fit_latest_new_year_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/l3uqpw/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/lkt2kf/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/lnw16q/The Real Britt Fit_more_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/lyvg6a/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/m0c0ae/the_real_britt_fit_biggest_pack_25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/m64r6v/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/m6rkj2/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/m8f9os/The Real Britt Fit_nude_videos_link_in_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNude/comments/maeliq/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNudes/comments/m0i1zl/the_real_britt_fit_biggest_pack25_gb_link_in/ |

| The Real Britt Fit | | https://old.reddit.com/r/TikTokNudes/comments/m6rkn9/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNudity/comments/l43eyh/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokNudity/comments/lyz43a/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/tiktokthots/comments/fw6dfh/The Real Britt Fit/fomfyvc/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokTreats/comments/l3kyct/new_The Real Britt Fit_nude_unreleased_tiktok_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/l3kudj/new_The Real Britt Fit_nude_unreleased_tiktok_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/l43j33/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/ltftll/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/lubaru/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/lyv0rn/The Real Britt Fit_sex_tapes_in_the_comments/ |
| The Real Britt Fit | | https://old.reddit.com/r/TikTokXXX/comments/lyz3qn/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/Tomxcontents/comments/h9boey/The Real Britt Fit_onlyfans_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/TomxcontentsX/comments/m12vjv/The Real Britt Fit_v/ |
| The Real Britt Fit | | https://old.reddit.com/r/TwerkStop/comments/m6rkzo/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/UkPakiBeauty/comments/ma39kz/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/UnratedPanda/comments/m6rl56/the_real_britt_fit_nud3s_and_s3xtape_collection/ |

| The Real Britt Fit | | https://old.reddit.com/r/UnratedPanda/comments/ma3cn0/youtuber_The Real Britt Fit_onlyfans_deep_throat/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/UpvotedBecauseButt/comments/lsayo0/britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/r/UpvotedBecauseButt/comments/m2o5c6/therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/UpvotedBecauseButt/comments/map6f2/therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/r/wackofftothis/comments/l8jt03/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/wackofftothis/comments/m6riiq/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/Wife2share/comments/l43jmt/the_real_britt_fit_new_january_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/Wife2share/comments/m6rlqk/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/wifeporn/comments/m0i2bs/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/wifeporn/comments/m6rlva/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/WifeSwapping/comments/m0i2gv/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/WifeSwapping/comments/m6rm0y/the_real_britt_fit_nud3s_and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/lkt30h/The Real Britt Fit_anal_sex_tape_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/lnw2kh/The Real Britt Fit_more_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/ltfrqb/The Real Britt Fit_more_below/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/lyzf0p/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |

| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/m0i3zj/the_real_britt_fit_biggest_pack2 5_gb/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/m1bds4/The_Real_Britt Fit_15gb_mega_folder_in_c0mments_also/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/m1y8rx/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://old.reddit.com/r/WorldPacks/comments/m64qsp/the_real_britt_fit_nud3s_and_s 3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/XGirlsPorn/comments/m6rm7y/the_real_britt_fit_nud3s_and_s 3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/xxxycelebs/comments/kqpdce/the_real_britt_fit_latest_new_yea r_special_video/ |
| The Real Britt Fit | | https://old.reddit.com/r/xxxycelebs/comments/m6sziy/the_real_britt_fit_nud3s_and_s3 xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/xxxycelebs/comments/ma3cnc/youtuber_The_Real_Britt Fit_onlyfans_deep_throat/ |
| The Real Britt Fit | | https://old.reddit.com/r/YoungExoticHoes/comments/l3ur4d/the_real_britt_fit_new_jan uary_2021_updated_mega/ |
| The Real Britt Fit | | https://old.reddit.com/r/YoungExoticHoes/comments/l6vxb0/real_fit_britt_content_is_i n_the_comment/ |
| The Real Britt Fit | | https://old.reddit.com/r/YoungExoticHoes/comments/m0i2l1/the_real_britt_fit_biggest _pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/YoungExoticHoes/comments/m6sznc/the_real_britt_fit_nud3s_ and_s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/youngporn/comments/m0i2rc/the_real_britt_fit_biggest_pack25 _gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/youngporn/comments/m6szrt/the_real_britt_fit_nud3s_and_s3xt ape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/m0i2xu/the_real_britt_fit_ biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/m6t0b7/the_real_britt_fit_ nud3s_and_s3xtape_collection/ |

| The Real Britt Fit | | https://old.reddit.com/r/ZaylaSkye/comments/m0jeom/the_real_britt_fit_biggest_pack2 5_gb_link_in/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/r/ZaylaSkye/comments/m6t0fo/the_real_britt_fit_nud3s_and_s3x tape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/user/2high4lifedal/comments/itu5yx/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/2high4lifedal/comments/ly6d5t/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/2high4lifedal/duplicates/ly6d5t/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/ATLien913/comments/m6ja18/the_real_britt_fit_nud3s_and _s3xtape_collection/ |
| The Real Britt Fit | | https://old.reddit.com/user/atown330/comments/hsxcgk/realbrittfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/bigchil3/comments/kijiaa/the_real_britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/BigSonnyAndrew3000/comments/ityypb/reddit_blocked_me _from_sending_the_links_the_link/ |
| The Real Britt Fit | | https://old.reddit.com/user/Capi-Salado/comments/m82khv/the_new_brittfit_mega_below/ |
| The Real Britt Fit | | https://old.reddit.com/user/carl1836/comments/hj1mye/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/dannyboy5639/comments/jb5pzd/britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/dolemite1969/comments/majmz2/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/dolemite1969/duplicates/majmz2/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/fenrirthekeeper/comments/lv6hj3/the_real_britt_fit_new_17 mins_long_threesome/ |
| The Real Britt Fit | | https://old.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/user/gapegod/comments/mb1b1a/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/jackred329/comments/kq0klw/new_2021_brittfit_mega_over_21gb_pics_and_vids/ |
| The Real Britt Fit | | https://old.reddit.com/user/jamesking010630/comments/javi67/therealbritfitt/ |
| The Real Britt Fit | | https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/ |
| The Real Britt Fit | | https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gkreom4/ |
| The Real Britt Fit | | https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gr0z3uo/ |
| The Real Britt Fit | | https://old.reddit.com/user/joshchoco/comments/ho8yz7/brittfit_mega_on_this_server_check_comments_for/ |
| The Real Britt Fit | | https://old.reddit.com/user/ladykillar_29/comments/m0e3np/the_real_britt_fit_biggest_pack25_gb_link_in/ |
| The Real Britt Fit | | https://old.reddit.com/user/LastUsernameAgain/comments/luggy4/britt_fit_pussy_and_ass_full_of_cum/ |
| The Real Britt Fit | | https://old.reddit.com/user/LastUsernameAgain/comments/lugi9a/brittfit_threesome/ |
| The Real Britt Fit | | https://old.reddit.com/user/LastUsernameAgain/comments/lxfjp9/brittfit_threesome/ |
| The Real Britt Fit | | https://old.reddit.com/user/nimblybimbly436/comments/m386l2/therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/nova69scotia/comments/j6wl4k/brittfit_compilation_The_Real_Britt_Fit_full_10_min/ |
| The Real Britt Fit | | https://old.reddit.com/user/princedevittbcog/comments/mau5fh/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/riqueee20/comments/hztmlc/the_real_britt_fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/rob1573/comments/htu35i/brittfit/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/user/Street-Performer-401/comments/lbmubs/The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/Substantial_Spot4406/comments/j4qnx2/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/Substantial_Spot4406/duplicates/j4qnx2/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://old.reddit.com/user/SupremeEats/comments/m8mrt6/proof_britfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/terminezio/comments/lz9936/The Real Britt Fit_nude_threesome_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/user/thadcastlelovesass/comments/m3zm9n/good_source_for_onlyfans_porn_mackzjones/ |
| The Real Britt Fit | | https://old.reddit.com/user/The___Finest/comments/lzuwdc/therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/The___Finest/comments/m0nilr/therealbritfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/The___Finest/comments/m2o4an/therealbritfit_gymfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m2e72f/The Real Britt Fitanal_dildo/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m2zol6/The Real Britt Fit_anal_sex_tape/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m32owj/The Real Britt Fit_pool_dildo_ride/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m32qlo/The Real Britt Fit_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m33r6d/The Real Britt Fitcar_dildo/ |

| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m33tyx/The Real Britt Fit_sex_tape/ |
|---|---|---|
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m33xni/The Real Britt Fitsextape/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m33yyb/The Real Britt Fit_threesome/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m3405g/The Real Britt Fit_sextape/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m341ph/The Real Britt Fit_shower_masterbation/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m3446s/The Real Britt Fit_dildo_ride/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m349fq/The Real Britt Fit_cowgirl_cosplay/ |
| The Real Britt Fit | | https://old.reddit.com/user/The Real Britt Fit_/comments/m34qhy/The Real Britt Fit_car_fingering/ |
| The Real Britt Fit | | https://old.reddit.com/user/TopTrain45/comments/m22gqw/brittney_The Real Britt Fit_200_premium_onlyfans/ |
| The Real Britt Fit | | https://old.reddit.com/user/tt24xxft/comments/j99aon/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | | https://old.reddit.com/user/tyum-v/comments/ljjcex/brittfit/ |
| The Real Britt Fit | | https://old.reddit.com/user/Vaiserassimamor/comments/m72w7s/The Real Britt Fitt_latest_mega_folder/ |
| The Real Britt Fit | | https://old.reddit.com/user/vnsjzhcnd/comments/jqjqla/brittfit/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbbjhn/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbmd42/beautiful_view/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbo5gs/full_mega_in_comments_boys/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbovho/brittfitt_full_mega_in_comments_updated_30gb/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbqazg/amazing_nipple_mega_in_comments/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbqb6p/for_you_guys_full_onlyfans_pack_below/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbs0td/fitness_girl_1253gb_pack/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mbvayp/sexy_view/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mc1400/The_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal/ |
| The Real Britt Fit | | https://reddit.com/r/Brittfit/comments/mc3ybv/premium_shet_telegram_cracked_accountsofleaks/ |
| The Real Britt Fit | | https://reddit.com/r/tiktoknsfw/comments/j91ocl/The_Real_Britt_Fit_full_rabbit_sex_toy_review_429/ |
| The Real Britt Fit | | https://www.reddit.com/gallery/jvxe7b |
| The Real Britt Fit | | https://www.reddit.com/gallery/kq0klw |
| The Real Britt Fit | | https://www.reddit.com/gallery/ldmfdx |
| The Real Britt Fit | | https://www.reddit.com/gallery/ldmg6w |
| The Real Britt Fit | | https://www.reddit.com/gallery/llddcz |
| The Real Britt Fit | | https://www.reddit.com/gallery/llde2h |
| The Real Britt Fit | | https://www.reddit.com/gallery/lldeom |
| The Real Britt Fit | | https://www.reddit.com/gallery/lsayo0 |

| The Real Britt Fit | | https://www.reddit.com/gallery/lws4rz |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/gallery/ly4df8 |
| The Real Britt Fit | | https://www.reddit.com/gallery/ly4ec1 |
| The Real Britt Fit | | https://www.reddit.com/gallery/ly4fq2 |
| The Real Britt Fit | | https://www.reddit.com/gallery/m0i5hw |
| The Real Britt Fit | | https://www.reddit.com/gallery/m12vjv |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1ijue |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1iliq |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1ilwr |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1immm |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1y37v |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1y7qn |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1y80b |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1y8ae |
| The Real Britt Fit | | https://www.reddit.com/gallery/m1y8rx |
| The Real Britt Fit | | https://www.reddit.com/gallery/m3dp5f |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/gallery/m45r4k |
| The Real Britt Fit | | https://www.reddit.com/r/ass/comments/j0ln48/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/bikinis/comments/f3xi8t/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/Blonde/comments/f3xcwt/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/bodyperfection/comments/l7z3w3/the_real_brittfit/ |
| The Real Britt Fit | | https://www.reddit.com/r/booty/comments/j6lifx/ig_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/iykwyp/The Real Britt Fit_onlyfans_videos_for_free/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/j0a6yh/brittfit_of_leaks_server/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jnbzy2/new_The Real Britt Fit_leaked_harley_quinn_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/js9q0w/The Real Britt Fit_full_90_paid_video_for_free_link/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jsolan/new_The Real Britt Fit_anal_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jsonv1/new_The Real Britt Fit_mile_high_ppv_video_full_of/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jsv3np/new_The Real Britt Fit_mile_high_video_full_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jtz0mq/The Real Britt Fit_brand_new_cowgirl_masturbation_vid/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jtz4eo/The Real Britt Fit_schoolgirl_sextape_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/jw1t68/mega_The Real Britt Fit_sextapes_link_in_the_comments/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/kbzhfa/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/kl82on/The Real Britt Fit_onlyfans_airplane_sex_vid_full/ |
| The Real Britt Fit | | https://www.reddit.com/r/Brittfit/comments/lldeom/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/Bustyfit/comments/f4a60w/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/buyingcontent/comments/m1immm/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/buyingnudes/comments/m1iliq/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/BuyMyContent/comments/m1ilwr/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/CelinaSmith/comments/j9srpe/brittfit_link_in_comments_feel_free_to_dm_me_or/ |
| The Real Britt Fit | | https://www.reddit.com/r/chicasyoutubers/comments/ltwlbt/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | | https://www.reddit.com/r/chicasyoutubers/duplicates/ltwlbt/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | | https://www.reddit.com/r/Dildo_Gifs/comments/jj2cx4/The Real Britt Fit_nude_shower_dildo_fuck/ |
| The Real Britt Fit | | https://www.reddit.com/r/Dildo_Gifs/comments/jmp72j/The Real Britt Fit_school_girl/ |
| The Real Britt Fit | | https://www.reddit.com/r/fitgirls/comments/f3xbw4/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/fitgirls/comments/l7zx65/the_real_brittfit/ |
| The Real Britt Fit | | https://www.reddit.com/r/GirlsWithGirls/comments/lx9g9w/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/GradeAPorn/comments/l0zfoy/The Real Britt Fit_in_hot_nude_sextape/ |

| The Real Britt Fit | | https://www.reddit.com/r/gymgirls/comments/j6lhqg/ig_The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/handbra/comments/l7ytnw/the_real_brittfit/ |
| The Real Britt Fit | | https://www.reddit.com/r/HotGirls/comments/kspedv/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | | https://www.reddit.com/r/HotGirlsEating/comments/jglsrc/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/HotOnlyfans/comments/m1y8ae/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/HotTiktokBabes/comments/iytrxw/The Real Britt Fit_brittney_2/ |
| The Real Britt Fit | | https://www.reddit.com/r/HotTiktokBabes/comments/jmqxxa/The Real Britt Fit_70gb_mega_archive/ |
| The Real Britt Fit | | https://www.reddit.com/r/insecuritittiex/comments/m45r4k/rich_af_instagram_model_The Real Britt Fitt/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/h7kb3r/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/h980li/britney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/iz8n4x/brittany_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/j187dq/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/g7vzb5d |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/j9oh0l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jcpq4b/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jd4y9f/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jepstl/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jfcvne/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jg6fqf/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jgkcf4/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jgocbn/favourite_The Real Britt Fit_demirose_courtneytailor/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jgukkz/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jgumpk/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jldpid/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jlzzku/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jpez54/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jpywqy/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jrgsoh/brittney_The Real Britt Fit/ |

| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/js66ub/brittney_The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/jtdvdv/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/k57apy/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/k5ijjj/britt_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/k6tc8p/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/k9cqy4/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kbxvvr/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kdub0f/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kh6ivk/her_sweet_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kki3n8/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kksgf5/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/knnkw0/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/kvc4o0/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/gosn1jw/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/gosxiau/ |

| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr7u7qc/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr7ucy6/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr8im1f/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr90bh7/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/duplicates/j5x37l/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/duplicates/jcpq4b/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/InternetStars/duplicates/jgkcf4/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/IWantToSuckCock/comments/jzrv45/The Real Britt Fit_november_23rd_new_bj_video_check/ |
| The Real Britt Fit | | https://www.reddit.com/r/IWantToSuckCock/comments/lv19lw/the_real_britt_fit_new_17_mins_long_threesome/ |
| The Real Britt Fit | | https://www.reddit.com/r/JizzedToThis/comments/jbjj4k/The Real Britt Fit_new_leaked_skinny_dipping_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/JizzedToThis/comments/juj5bj/new_The Real Britt Fit_stocking_dildo_video_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/Just18/comments/hb7c1e/The Real Britt Fit_the_best/ |
| The Real Britt Fit | | https://www.reddit.com/r/KingdomPacks/comments/lyvaj3/The Real Britt Fit_sex_tapes_in_the_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/KKVSHOF/comments/hxfsrv/The Real Britt Fit_sextape_copy_this_title_if_link/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| The Real Britt Fit | | https://www.reddit.com/r/leaked_packs/comments/ju1jjd/The Real Britt Fit_has_a_perfect_body/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/LeakedArchive/comments/jc6wgo/The Real Britt Fit_50_gb_archive_16102020_link/ |
| The Real Britt Fit | | https://www.reddit.com/r/LeakedArchive/comments/jc78fe/The Real Britt Fit_50_gb_archive_16102020_link/ |
| The Real Britt Fit | | https://www.reddit.com/r/LEAKEDonlyfans/comments/k8mqlp/The Real Britt Fit_new_video_in_commentcheck_it_now/ |
| The Real Britt Fit | | https://www.reddit.com/r/LiveCamGirlsx/comments/hmycln/The Real Britt Fit_butt_plug_doggy_dildo/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| The Real Britt Fit | | https://www.reddit.com/r/MariaGjieli157/comments/hxftpd/The Real Britt Fit_sextape_copy_this_title_if_link/ |
| The Real Britt Fit | | https://www.reddit.com/r/NSFW_Cams/comments/llvsed/The Real Britt Fit_nude_dance/ |
| The Real Britt Fit | | https://www.reddit.com/r/NSFW_Cams/comments/lv1fa4/the_real_britt_fit_new_17_mins_long_threesome/ |
| The Real Britt Fit | | https://www.reddit.com/r/NSFW_GIF/comments/lv1fg8/the_real_britt_fit_new_17_mins_long_threesome/ |
| The Real Britt Fit | | https://www.reddit.com/r/NSFWRare/comments/i14wg1/The Real Britt Fit_onlyfans_anal_video_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/Nudes7/comments/jjok2f/The Real Britt Fit_nude_strip_tease/ |
| The Real Britt Fit | | https://www.reddit.com/r/Nudes7/comments/jkzuor/The Real Britt Fit_masturbation/ |
| The Real Britt Fit | | https://www.reddit.com/r/Nudes7/comments/jmp4o1/The Real Britt Fit_school_girl/ |
| The Real Britt Fit | | https://www.reddit.com/r/Nudes7/comments/jv6htt/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://www.reddit.com/r/Nudes7/comments/jxsybj/The Real Britt Fit_nude_cowgirl_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/OFpacks/comments/ioblho/The Real Britt Fit_new_vids_pack/ |
| The Real Britt Fit | | https://www.reddit.com/r/OnlyFanPACKS/comments/jnbwvf/new_The Real Britt Fit_leaked_harley_quinn_video/ |

| The Real Britt Fit | | https://www.reddit.com/r/OnlyFanPACKS/duplicates/jnbwvf/new_The Real Britt Fit_leaked_harley_quinn_video/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/onlyfanschicks/comments/m1y7qn/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/onlyfanshottest/comments/m1y80b/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/onlyfansleaked0/comments/m0i5hw/miss_britt_fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/OnlyfansSlutz/comments/m1y37v/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/OnlyfansThots_/comments/lwbekv/The Real Britt Fit_12/ |
| The Real Britt Fit | | https://www.reddit.com/r/OnlyfansThots_/comments/lxzi9c/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/OTBAssaddicts/comments/lbdlau/britfit/ |
| The Real Britt Fit | | https://www.reddit.com/r/PillowHumping/comments/jjoqf0/The Real Britt Fit_nude_strip_tease/ |
| The Real Britt Fit | | https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jqa6cp/The Real Britt Fit_full_hoodie_sextape_7_minutes/ |
| The Real Britt Fit | | https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jtyz9m/The Real Britt Fit_brand_new_cowgirl_masturbation/ |
| The Real Britt Fit | | https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jzrr06/The Real Britt Fit_november_23rd_new_bj_video_link/ |
| The Real Britt Fit | | https://www.reddit.com/r/randomsexygifs/comments/gsx3ka/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/SellingOnlineNSFW/comments/m1ijue/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/SimplyTheBestOFs/comments/lub84i/The Real Britt Fit_new_threesome_video_17_minutes/ |
| The Real Britt Fit | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/kpnfpq/The Real Britt Fit_gets_fucked_hard_thanks_to_the/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l07a69/brit_dildo_ride/ |
| The Real Britt Fit | | https://www.reddit.com/r/SlimThiccHotties/comments/llnfnk/pm_for_The Real Britt Fit_14gb_exclusive_contentsex/ |
| The Real Britt Fit | | https://www.reddit.com/r/Slut/comments/jl0qod/The Real Britt Fit_masturbation/ |
| The Real Britt Fit | | https://www.reddit.com/r/Slut/comments/jxsz4b/The Real Britt Fit_nude_cowgirl_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/Slutsofonlyfans/comments/lws4rz/d_m_for_ashley_danielles_brittfit_nalaray/ |
| The Real Britt Fit | | https://www.reddit.com/r/Slutsofonlyfans/comments/ly4fq2/d_m_for_the_brittfit_tapes/ |
| The Real Britt Fit | | https://www.reddit.com/r/Socialmediagirls/comments/jsv59w/new_The Real Britt Fit_mile_high_sextape_full_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/Socialmediagirls/comments/jtz5i0/The Real Britt Fit_schoolgirl_sextape_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/Socialmediagirls/comments/juj5r2/new_The Real Britt Fit_stocking_dildo_video_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/Source_Porn/comments/jxt3dt/The Real Britt Fit_nude_cowgirl_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/ThanosbrckLeaks/comments/jzjbcq/new_The Real Britt Fit_bj_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jsd4cb/the_real_britt_fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jtjcsk/The Real Britt Fit_pov_fucking_s_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jv6r89/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/kimpl0/The Real Britt Fit_masturbating_with_10_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/klrvrd/The Real Britt Fit_nude_baby_oil/ |

| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit1/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit1/comments/i0k64e/The Real Britt Fit_double_dildo_onlyfans_porn_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit1/comments/i5700f/httpsibradomecomonlyfansvideo3613The Real Britt Fitnu/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit2/comments/jzjesy/new_The Real Britt Fit_bj_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit2/comments/k42zcj/brittfit_lookalike_fiona_fuchs_3/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit2/comments/ldmg6w/britfit_mega_of_paid_vids_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt Fit2/comments/llddcz/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt FitNude/comments/ldmfdx/brittfit_of_mega_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt FitNude/comments/llde2h/mega_The Real Britt Fit_link_in_the_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt FitNude/comments/ly4ec1/d_m_for_the_brittfit_tapes/ |
| The Real Britt Fit | | https://www.reddit.com/r/The Real Britt FitNude/comments/m3dp5f/The Real Britt Fit_mega/ |
| The Real Britt Fit | | https://www.reddit.com/r/ThotBooktv/comments/hkmwgi/The Real Britt Fit_riding_dildo_nude_shower_video/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| The Real Britt Fit | | https://www.reddit.com/r/ThotBooktv/comments/hmwffd/The Real Britt Fit_butt_plug_doggy_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/thothub/comments/lln72o/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/thothub/comments/lubbu1/The Real Britt Fit_new_threesome_video_17_minutes/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/ThotNetwork/comments/ggxdvb/The Real Britt Fit_nudes_with_solo_masturbation_mega/ |
| The Real Britt Fit | | https://www.reddit.com/r/ThotNetwork/comments/kmq2i5/The Real Britt Fit_nude_10_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/r/tightsqueeze/comments/j6v5a0/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jbjh2l/The Real Britt Fit_new_leaked_skinny_dipping_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jr18jp/The Real Britt Fit_new_90_ppv_anal_sex_video_full/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jsb5r2/The Real Britt Fit_new_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jst652/new_The Real Britt Fit_mile_high_ppv_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jtz1hk/The Real Britt Fit_brand_new_cowgirl_masturbation/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jtz5mn/The Real Britt Fit_schoolgirl_sextape_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/juj5uu/new_The Real Britt Fit_stocking_dildo_video_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/jzjel6/new_The Real Britt Fit_bj_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikThots/comments/lyvwa5/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTok_Ass/comments/j89gjk/The Real Britt Fit_rare_bubble_bath_video_link_in/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTok_Ass/comments/jcjipe/The Real Britt Fit_new_sexy_maid_outfit_masturbation/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTok_Ass/comments/jtz2a9/The Real Britt Fit_new_cowgirl_masturbation_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktoknsfw/comments/gwp0sm/The Real Britt Fit/ |

| The Real Britt Fit | | https://www.reddit.com/r/tiktoknsfw/comments/gwp1t0/The Real Britt Fit_2/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/tiktoknsfw/comments/j6fk4d/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktoknsfw/comments/jbfn60/the_britt_fit_chronicles/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktoknsfw/comments/jr05rw/The Real Britt Fit_new_90_ppv_anal_sex_video_full/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokNude/comments/jbjgth/The Real Britt Fit_new_leaked_skinny_dipping_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokNudes/comments/jqf1ve/new_The Real Britt Fit_sextape_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokNudes/comments/jsv5m3/new_The Real Britt Fit_mile_high_sextape_full_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktokporn/comments/j6fkft/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktokthots/comments/fw6dfh/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktokthots/comments/jjfvrl/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktokthots/comments/jk038i/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/tiktokthots/duplicates/jk038i/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokUnderboob/comments/jk1xv4/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokUnderboob/duplicates/jk1xv4/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokXXX/comments/jsp4qa/new_The Real Britt Fit_anal_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/TikTokXXX/comments/jtz623/The Real Britt Fit_schoolgirl_sextape_link_in/ |

| The Real Britt Fit | | https://www.reddit.com/r/Tomxcontents/comments/hzayz5/The Real Britt Fit_onlyfans_video/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/TomxcontentsX/comments/m12vjv/The Real Britt Fit_v/ |
| The Real Britt Fit | | https://www.reddit.com/r/u_2high4lifedal/comments/itu5yx/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/u_alucardsilva/comments/j3rl8h/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/u_FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/ |
| The Real Britt Fit | | https://www.reddit.com/r/u_lovingtinkerbell/comments/j0qrh9/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/UpvotedBecauseButt/comments/kkp88d/brittney_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/UpvotedBecauseButt/comments/lsayo0/britt_fit/ |
| The Real Britt Fit | | https://www.reddit.com/r/VerticalGifs/comments/jmpyvd/The Real Britt Fit_school_girl/ |
| The Real Britt Fit | | https://www.reddit.com/r/VerticalGifs/comments/jsioor/The Real Britt Fit_rabbit_toy_review/ |
| The Real Britt Fit | | https://www.reddit.com/r/WorldPacks/comments/jsomku/new_The Real Britt Fit_anal_video_link_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/WorldPacks/comments/lyzf0p/The Real Britt Fit_new_theatre_onlyfans_fuck_video/ |
| The Real Britt Fit | | https://www.reddit.com/r/WorldPacks/comments/m1y8rx/nalaray_and_brittfit_d_m/ |
| The Real Britt Fit | | https://www.reddit.com/r/youngporn/comments/kbg1oz/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | | https://www.reddit.com/r/YoungPrettyHoes/comments/j1fxrn/The Real Britt Fit_onlyfans_leak/ |
| The Real Britt Fit | | https://www.reddit.com/user/2high4lifedal/comments/itu5yx/brittney_aka_The Real Britt Fit/ |

| | | |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/user/2high4lifedal/comments/ly6d5t/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/user/2high4lifedal/duplicates/ly6d5t/brittney_aka_The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/user/akskamxma/comments/jfhsjt/the_realbrittfit/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g7pcefz/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g7qe1bu/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g88zfjs/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g8atlup/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g8y5s6b/ |
| The Real Britt Fit | | https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g90hcps/ |
| The Real Britt Fit | | https://www.reddit.com/user/CheekyCheeky849/comments/jepq84/The Real Britt Fit_oiled_up_boobies/ |
| The Real Britt Fit | | https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/ |
| The Real Britt Fit | | https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/g90ikoq/ |
| The Real Britt Fit | | https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/gcdr118/ |
| The Real Britt Fit | | https://www.reddit.com/user/jackred329/comments/kq0klw/new_2021_brittfit_mega_over_21gb_pics_and_vids/ |
| The Real Britt Fit | | https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/ |

| The Real Britt Fit | | https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gkreom4/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gr0z3uo/ |
| The Real Britt Fit | | https://www.reddit.com/user/MrRawH/comments/jleh1i/thereal_brittfit_anal_dildo_onlyfans/ |
| The Real Britt Fit | | https://www.reddit.com/user/rob1573/comments/htu35i/brittfit/ |
| The Real Britt Fit | | https://www.reddit.com/user/The Real Britt Fit |
| The Real Britt Fit | | https://www.reddit.com/user/The Real Britt Fit_/comments/m33r6d/The Real Britt Fitcar_dildo/ |
| The Real Britt Fit | | https://www.reddit.com/video/0pyt3e52jxv51 |
| The Real Britt Fit | | https://www.reddit.com/video/0rrzkk613in51 |
| The Real Britt Fit | | https://www.reddit.com/video/phjwuya1ydr51 |
| The Real Britt Fit | | https://www.reddit.com/video/svh6mbhvj1t51 |
| The Real Britt Fit | | https://www.reddit.com/video/wu043z556ys51 |
| The Real Britt Fit | | https://www.reddit.com/video/xwxoga1linq51 |
| The Real Britt Fit | nudes_day; mnny_tnk_007; nudes_packs; abaza_mestar; Apples411 | https://www.reddit.com/r/The Real Britt Fit2/ |
| The Real Britt Fit | joed13578 | https://www.reddit.com/r/The Real Britt FitOF/ |
| The Real Britt Fit | | https://www.reddit.com/r/DiscordNudes/comments/lch2pb/huge_of_discord_The Real Britt Fit_belle_delphine_etc/ |

| The Real Britt Fit | | https://www.reddit.com/r/nsfwTikTok/comments/jnc59a/new_The Real Britt Fit_leaked_harley_quinn_video/ |
|---|---|---|
| The Real Britt Fit | | https://www.reddit.com/r/iWantToFuckHer/comments/j9j3hc/The Real Britt Fit_11gb_uptodate_onlyfans_mega/ |
| The Real Britt Fit | | https://www.reddit.com/r/AnalGW/comments/j0bgz9/The Real Britt Fit_anal_dildo_show_onlyfree/ |
| The Real Britt Fit | | https://www.reddit.com/r/NSFW_Snapchat/comments/i0on8f/watch_The Real Britt Fit_on_rThe Real Britt Fit69_now/ |
| The Real Britt Fit | Actual_Room5568 | https://www.reddit.com/r/DiscordNudes/comments/ljann8/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/BabesNSFW/comments/lx9hqa/The Real Britt Fit/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lx9fxg/The Real Britt Fit/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/BonerMaterial/comments/kspelp/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/HotGirls/comments/kspedv/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/LingerieGW/comments/kspe5u/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/lingerie/comments/kspdr5/The Real Britt Fit_pink_see_through_lingerie/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/BabesNSFW/comments/kqgezu/The Real Britt Fit_shower_masturbation/ |
| The Real Britt Fit | anon-san- | https://www.reddit.com/r/BabesNSFW/comments/jy1drg/The Real Britt Fit_sex_vid/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/naughtyinpublic/comments/kbh6ea/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/O_Faces/comments/kbh4es/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/PetiteNSFW/comments/kbguqh/The Real Britt Fit_12gb_file_in_comments/ |

| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/Slut/comments/kbgtby/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/Slutsofonlyfans/comments/kbgrwp/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/STAWG/comments/kbg7zx/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/TikTokNude/comments/kbg5ps/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/whooties/comments/kbg4qe/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | BestOnlyFanzz | https://www.reddit.com/r/WifeSwapping/comments/kbg39d/The Real Britt Fit_12gb_file_in_comments/ |
| The Real Britt Fit | bpt_lmn483 | https://www.reddit.com/r/NSFW_Social/comments/m41yws/d_m_for_The Real Britt Fit/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/ly6xhq/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly6no9/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ly6g4m/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TittyDrop/comments/ly5lah/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly5kyn/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/ly5ahy/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/ly58v6/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly4mnr/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/ly3zrc/The Real Britt Fit_nude_real_sextape_leak_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly3odc/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ly3ib7/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly27ys/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ly21kr/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/ly1nas/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly1epk/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ly11da/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ly0avn/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ly02me/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lxzkh9/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxz6st/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxywva/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TittyDrop/comments/lxxr0h/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxxqq2/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/lxxd3x/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/lxxb77/The Real Britt Fit_nude_real_sextape_leak_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/youngporn/comments/lxx7vf/The Real Britt Fit_nude_real_sextape_leak_videos/ |
|---|---|---|
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxwiev/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lxvhmn/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxvf96/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxv06j/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxuqf2/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lxtv75/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxth86/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxt9nj/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxsj33/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxsa58/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lxrnhy/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lxrdo4/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lxqwuh/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/lwu80v/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/lwu5vl/The Real Britt Fit_nude_real_sextape_leak_videos/ |

| | | |
|---|---|---|
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/youngporn/comments/lwu20q/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwsqje/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lwrnt9/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwrlyj/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwrb45/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwqwfs/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lwqe54/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwq3rq/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwpvf7/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwpf43/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwpa0b/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lwoyqp/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lworti/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwogtw/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TittyDrop/comments/lwi6bb/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwi60o/The Real Britt Fit_nude_real_sextape_leak_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/Slutsofonlyfans/comments/lwhxkn/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/lwhttx/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/lwhrvf/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/youngporn/comments/lwhopc/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwgtpy/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lwftoa/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwfcsn/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwf5qw/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lweky5/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwe2mn/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwduf6/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwd5r1/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwcyus/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lwcdek/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwc0rt/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwbi1k/The Real Britt Fit_onlyfans_new_real_nude_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lwakaa/The Real Britt Fit_nude_real_sextape_leak_videos/ |
|---|---|---|
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lwa95a/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lw9kpq/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lw8vdp/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lw8ipp/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TittyDrop/comments/lw6sny/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lw6s1b/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/Slutsofonlyfans/comments/lw6fy2/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/lw6aa7/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/lw66gg/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/youngporn/comments/lw61fr/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lw581g/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu7msi/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu77ye/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu6ywx/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu5eaj/The Real Britt Fit_onlyfans_new_real_nude_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu4xhf/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu4bnb/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu42wq/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lu3kk8/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu3bm5/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu2wq8/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu22wh/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu1sfc/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lu17tf/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/lu0n83/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/lu0e45/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TittyDrop/comments/ltz7lj/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ltz758/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/Slutsofonlyfans/comments/ltyx5k/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansXXX/comments/ltyt6u/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/OnlyfansAmateurs/comments/ltyo4z/The Real Britt Fit_nude_real_sextape_leak_videos/ |

| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/youngporn/comments/ltye6y/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ltxizy/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/ltwsec/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ltwqf3/The Real Britt Fit_nude_real_sextape_leak_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ltw5o7/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/ltvpbp/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ltvdvw/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TikTokNude/comments/ltufl3/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ltu8yd/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TikTokNude/comments/lttwrs/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/ThotNetwork/comments/lttry5/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/TikTokNude/comments/ltthms/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/wifeporn/comments/ltth9r/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | Bright_Height2378 | https://www.reddit.com/r/BaddestGirls/comments/ltt21r/The Real Britt Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | CatherinaTarin | https://www.reddit.com/r/nsfwTikTok/comments/jnc5p2/new_The Real Britt Fit_harley_quinn_sexiest_twerking/ |
| The Real Britt Fit | CatherinaTarin | https://www.reddit.com/r/TikTokNude/comments/jnc4k8/new_The Real Britt Fit_leaked_harley_quinn_video/ |

| The Real Britt Fit | CChris14 | https://reddit.com/r/AssBootyButt/comments/gj9hvm/cereal_butt_show/fqnk0go/ |
|---|---|---|
| The Real Britt Fit | CChris14 | https://www.reddit.com/r/AssBootyButt/comments/gj9hvm/cereal_butt_show/fqnjyox/ |
| The Real Britt Fit | ClickableLinkBot | https://www.reddit.com/r/The Real Britt Fit1 |
| The Real Britt Fit | coachbrad17 | https://www.reddit.com/r/Blonde/comments/f3xcwt/The Real Britt Fit/ |
| The Real Britt Fit | coachbrad17 | https://www.reddit.com/r/fitgirls/comments/f3xbw4/The Real Britt Fit/ |
| The Real Britt Fit | Cokeman888 | https://www.reddit.com/r/NSFWverifiedamateurs/comments/lh0jc8/dianamitderbrille_The Real Britt Fit_und_viele_mehr/ |
| The Real Britt Fit | CommunicationSilly36 | https://www.reddit.com/r/tiktokporn/comments/l0tp4g/classic_tiktok/gjxa7wm/ |
| The Real Britt Fit | CommunicationSilly36 | https://reddit.com/r/pornID/comments/l121sw/who_is_she/gjxa4ox/ |
| The Real Britt Fit | Cowboy_Spongebob | https://www.reddit.com/r/Mooning/comments/ip1ufa/hope_you_enjoy_my_tits_just_as_much_as_the_guys/g4kgj2x/ |
| The Real Britt Fit | Daannnnnnnn | https://www.reddit.com/r/pornvids/comments/m64jdo/join_this_discord_multiple_videos_of/ |
| The Real Britt Fit | Dazzlevie | https://www.reddit.com/r/OnlyfansAmateurs/comments/kwsp27/The Real Britt Fit_testing_new_dildo_with_her_wet/ |
| The Real Britt Fit | dhomey | https://www.reddit.com/r/pornID/comments/l10aom/anybody_know_who_this/gjz4s40/ |
| The Real Britt Fit | Diuorueoi | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/m67yfd/The Real Britt Fit_nude_new_theatre_sex_tape/gr45vql/ |
| The Real Britt Fit | Diuorueoi | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/m67yfd/The Real Britt Fit_nude_new_theatre_sex_tape/ |
| The Real Britt Fit | ekeltic | https://www.reddit.com/r/TikTokNude/comments/jcrp2w/pm_for_The Real Britt Fit_october_update_mega_with/ |
| The Real Britt Fit | EmilyRomanRed | https://www.reddit.com/r/GirlsShowering/comments/mjxs9p/photo_The Real Britt Fit/ |

| The Real Britt Fit | fredFaraday147 | https://www.reddit.com/r/pornID/comments/m2b27q/anyone_know_who/gqik116/ |
|---|---|---|
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/HotOnlyfans/comments/lbsysl/The Real Britt Fit_onlyfans_pack_update_48gb/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/GolemSexy/comments/jxt23f/The Real Britt Fit_nude_cowgirl_dildo/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/Slut/comments/jxsz4b/The Real Britt Fit_nude_cowgirl_dildo/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/Slut/comments/jxswm9/The Real Britt Fit_nude_cowgirl_dildo_onlyfans_video/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/GolemSexy/comments/jvbm8l/The Real Britt Fit_nude_striptease/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/Slut/comments/jv6r3k/The Real Britt Fit_anal_dildo_mastrubation/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/Waif/comments/jtjksq/The Real Britt Fit_pov_fucking_s_video/ |
| The Real Britt Fit | Gloomy_Goal | https://www.reddit.com/r/Slut/comments/jtja5e/The Real Britt Fit_pov_fucking_s_video/ |
| The Real Britt Fit | GoncaloRM1 | https://www.reddit.com/r/TikTokNude/comments/jzry5o/The Real Britt Fit_november_23rd_new_bj_video_check/ |
| The Real Britt Fit | GoncaloRM1 | https://www.reddit.com/r/TikTokNude/comments/jtz2hk/The Real Britt Fit_brand_new_cowgirl_masturbation/ |
| The Real Britt Fit | GoncaloRM1 | https://www.reddit.com/r/TikTokNude/comments/jsb52i/The Real Britt Fit_new_video/ |
| The Real Britt Fit | guimartinsss | https://www.reddit.com/r/AdorableOnlyfans/comments/m177dt/The Real Britt Fit_new_bg_video_fuck_in_birthday_boy/ |
| The Real Britt Fit | Honey4016 | https://www.reddit.com/r/FreeOnlyFansPage/comments/juq3vx/The Real Britt Fit_onlyfans_special_13gb_folder_link/ |
| The Real Britt Fit | Honey4016 | https://www.reddit.com/r/belledelphine_/comments/js1nz6/The Real Britt Fit_90_stuff_check_comment_link_now/ |
| The Real Britt Fit | HttpsF0und | https://www.reddit.com/r/DiscordNudes/comments/l85s4v/The Real Britt Fit_updated_mega_on_our_server_join/ |

| | | |
|---|---|---|
| The Real Britt Fit | HttpsF0und | https://www.reddit.com/r/DiscordNudes/comments/l81ifc/The Real Britt Fit_mega_on_our_discord/ |
| The Real Britt Fit | iBusterHymen | https://www.reddit.com/r/OnlyfansPacks/comments/ke41ip/The Real Britt Fit_file_in_the_comments/ |
| The Real Britt Fit | ilovedmig33 | https://www.reddit.com/r/Sheismichaela/comments/iwu1ta/The Real Britt Fit_latest_onlyfan_leakget_it/ |
| The Real Britt Fit | ilovelifeitsgreatlol | https://www.reddit.com/r/onlyfanshottest/comments/jfajes/The Real Britt Fit_oiled_up_titties_onlyfans_vid/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpr1m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgppad/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgpoaq/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpmu4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpkfx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpjb7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgphsi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgpg3d/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgpen5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpd4g/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgpcgr/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp8nx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp7vy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp5pd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp4ii/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp2cw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgp17u/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgozlm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgoyag/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgox9u/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgovpm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgov69/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgouj4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgosop/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgoreb/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgopq6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgoob1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgonlp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgom6l/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgol2r/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgojyz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgojfk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgoipw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgohns/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgog7m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgn7ya/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgn2ri/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgmx4v/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgmwcj/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgmuut/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgmq0m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgmjr6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgmegm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgm8c6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgm7kz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgm60j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgm2ee/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lglw6m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgltsb/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lglqaw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgloyq/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lglmbl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgliks/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lglhub/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lglh8w/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lglcer/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgcx5y/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgcvks/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgcruc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgcfrd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgceru/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgcdbz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgc9wl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgc7g1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgbudd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgbr5g/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgbl91/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgbk86/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgbhtu/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgapc2/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgamkx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lgak1x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgaho8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgagw1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lgaawc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lga9v7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| | | |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lga691/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lga4o9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lga199/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9zo7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9x3b/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9vj9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg9tse/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9r9d/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg9qrd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9pik/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9mhr/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9eam/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg9d72/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg9ava/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg991e/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg96xx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg95v8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg94rx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg9340/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg90my/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg6ynl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg6s22/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg6qwe/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg6onz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg6hyv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg6gsp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg6e6i/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg687x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg675z/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg64u8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5yz8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg5xv9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5vc3/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5qak/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg5p86/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5n0a/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5hsn/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg5gqp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg5elz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg594n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg57x5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg55l0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4zjd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg4yid/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4wab/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4rqw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg4qmo/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4pie/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4m4j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4hiq/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg4gef/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg4fa0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg49tr/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg48wd/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg46as/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg41xa/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg410c/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3zw6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3yut/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3wog/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3rhs/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3q0x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3p3a/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3oc7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3ngr/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3llu/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3kij/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3ink/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3hr2/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3g0f/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3dqc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3a4o/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg38p7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg3834/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg3453/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg32ji/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2smt/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2r19/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg2pvz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2o22/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| | | |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2lei/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2k98/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg2iov/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg2gpn/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg2f44/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2dcf/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg2cp5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg28sj/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg27z1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg25lh/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg24h0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg228c/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg20x9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1z6e/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1y0t/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg1wv0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1v4n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg1uww/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1rjx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1fj5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1a9n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg14he/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg1353/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg12gw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg112o/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg104j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg0z3l/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg0yrl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg0y4y/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lg0x70/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lg0vv9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfzh2n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfz0wo/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfytbg/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfyiyp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfydqi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfxjg8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfxd2q/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfwv6x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfwlo6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfw55v/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfvv50/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfvndc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfvjsg/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfvdds/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfuvju/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfuoek/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfulqy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfug6y/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfu3o4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lftyqv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lftsak/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lftbro/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfta5a/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lft5lt/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lft3pm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfszrb/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfsxsl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfsv3j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfst3q/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfsrkl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfsok7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfsm45/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfsify/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| | | |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfsdzj/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfs9i1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfs6lm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfs2ix/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfs08x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfrxbw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfruhe/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfrsjz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfrqvg/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfrpns/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfrnug/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfrlhh/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfpu5g/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfpnik/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfpm6v/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfpik1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfpd2n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfpbyn/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfp9qg/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfp490/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfp35f/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfp0y9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfovu5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfoubz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfos89/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfomrx/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfoloq/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfojib/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfoe79/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfod02/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfoat4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfo5sn/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfo4em/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfo24k/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnx2b/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfnw1x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnu3j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnoxk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfnnxh/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnn1l/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnjfc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfne9x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfndbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfnbyk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfn5nv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfn4hb/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfn1fl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmwhy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfmvf7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmuf8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfmtcy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmqmv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmkd7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfmio1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmhn7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmgr4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfmfk6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfmd4h/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfmbpk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfm99m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfm828/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfm5l9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfm2i2/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lflxa0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lflvae/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lflua8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lflodo/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lflnxz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfllsw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfl8n6/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfl6c8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfl4qz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfl2e1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkyl9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkwz0/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfkuhh/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfkrjk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfkp9u/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkn2w/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkm51/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkfrf/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkep8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfkaor/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfk91k/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfk5lc/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfk46q/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfk1if/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjzue/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjxtm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjvf9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjv2j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfju1r/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjr3w/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjpm1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjmzm/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjks5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjjoy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjhdi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjfq1/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfje5k/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfjdaq/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjc8w/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfjact/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfj83m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfhe4k/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfhand/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfgx4z/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfguba/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfgsgv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfgpn7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfglcu/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfgixl/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfggf3/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfgd4t/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfga9d/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfg6jz/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfg55n/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffyb3/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffwzs/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffsyt/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffqt5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffn6h/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffl2o/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffimo/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffggr/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lffea3/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lffbjv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lffang/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lff96z/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lff5yv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lff3cu/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lff09t/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfexi2/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfew6m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfetbv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lferd5/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfepct/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfeobv/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfen6v/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lfelf8/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lfej1h/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf369x/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf34y7/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf332q/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2zz3/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2yov/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf2wup/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf2t0w/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2r6d/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2qbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2ln4/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2hyy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2dtj/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2cjt/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf2ajy/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf297c/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf27wi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf266o/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf245m/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf1wx2/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |

| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf1w1b/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
|---|---|---|
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf1tpi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf1sbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf1qqi/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf1q8j/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/lf1pej/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/lf1mg9/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/leyyaw/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/leypzk/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/DiscordNudes/comments/leyk91/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | Jaded_Surround_4586 | https://www.reddit.com/r/TikTokNude/comments/leyjcb/The Real Britt Fit_sextape_and_tits_new_onlyfans/ |
| The Real Britt Fit | jim_bo6969 | https://www.reddit.com/r/TikTokXXX/comments/ltftll/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | jim_bo6969 | https://www.reddit.com/r/TikTokNude/comments/ltftbi/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | jim_bo6969 | https://www.reddit.com/r/TikTokXXX/comments/lkt3ol/The Real Britt Fit_anal_sex_tape_below/ |
| The Real Britt Fit | jim_bo6969 | https://www.reddit.com/r/TikTokNude/comments/lkt2kf/The Real Britt Fit/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/IWantToSuckCock/comments/jzrv45/The Real Britt Fit_november_23rd_new_bj_video_check/ |

| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/iWantToFuckHer/comments/jzrv17/The Real Britt Fit_november_23rd_new_bj_video_check/ |
|---|---|---|
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/nsfwTikTok/comments/jtzika/The Real Britt Fit_brand_new_cowgirl_masturbation/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/gettingherselfoff/comments/jshzpd/The Real Britt Fit_rabbit_toy_review/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/jcjgrf/The Real Britt Fit_new_sexy_maid_outfit_masturbation/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktoknsfw/comments/jb5tkg/The Real Britt Fit_full_hoodie_sextape_732_minutes/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/jb5s1v/The Real Britt Fit_full_hoodie_sextape_732_minutes/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktoknsfw/comments/j9x5hs/The Real Britt Fit_full_creampie_sextape_631_minutes/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/j9x4je/The Real Britt Fit_full_creampie_sextape_631_minutes/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktokporn/comments/j9bdav/The Real Britt Fit_full_rabbit_sex_toy_review_429/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktokporn/comments/j9bcre/The Real Britt Fit_full_doggy_pov_video_link_in/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/j95jpq/The Real Britt Fit_full_doggy_pov_video_link_in/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktoknsfw/comments/j91wug/The Real Britt Fit_full_doggy_pov_video_link_in/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/tiktoknsfw/comments/j91ocl/The Real Britt Fit_full_rabbit_sex_toy_review_429/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/j8q5p6/The Real Britt Fit_full_rabbit_sex_toy_review_429/ |
| The Real Britt Fit | Lake_Objective | https://www.reddit.com/r/TikTokNude/comments/j89g71/The Real Britt Fit_rare_bubble_bath_video_link_in/ |
| The Real Britt Fit | letme69withyourmom | https://www.reddit.com/r/TikTokNude/comments/lnw16q/The Real Britt Fit_more_below/ |

| | | |
|---|---|---|
| The Real Britt Fit | letme69withyourmom | https://www.reddit.com/r/TikTokXXX/comments/lnw0kd/The Real Britt Fit_more_in_the_comments/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/lje8fz/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/ljdiyq/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/ljdiy6/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/ljd04y/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/ljbw16/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | LionLover96 | https://www.reddit.com/r/hotclub/comments/lj42p8/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krzp51/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krzc06/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krzbbs/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kruqbg/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krubyl/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krub97/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krpthz/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krpi8g/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krphrf/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |

| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krm9r2/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
|---|---|---|
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krm1tn/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krm1mc/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krllw0/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krlfcl/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krlf4k/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krk294/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krjpc0/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/krjnns/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/krf8ai/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kreuht/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kret91/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kr9pkd/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kr9a6h/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kr98t9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kr3org/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |

| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kr39fp/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
|---|---|---|
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqyktg/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqy9q2/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqy952/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqv2pa/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqutmm/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqusy4/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqs2zn/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqrt7l/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqrssv/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqor8o/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqoh1e/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqogpz/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kql6yj/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqkw2w/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqkvpm/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |

| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqh40k/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
|---|---|---|
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqgqc9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqgppu/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqcot9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kqccs3/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kqcc4t/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kq917w/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/TikTokNude/comments/kq8rfw/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | Longjumping_Volume38 | https://www.reddit.com/r/wifeporn/comments/kq8r34/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/ |
| The Real Britt Fit | lustyboi4012 | https://www.reddit.com/r/Sheismichaela/comments/k8mrxd/The Real Britt Fit_new_video_in_commentcheck_it_now/ |
| The Real Britt Fit | lustyboi4012 | https://www.reddit.com/r/Slut/comments/juq8rm/The Real Britt Fit_onlyfans_paid_12gb_folder_link_in/ |
| The Real Britt Fit | MichaelCantu96 | https://www.reddit.com/r/hotclub/comments/lcj18b/The Real Britt Fit/ |
| The Real Britt Fit | MichaelCantu96 | https://www.reddit.com/r/hotclub/comments/klwcxf/The Real Britt Fit/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/TeenBeauties/comments/i0rzex/The Real Britt Fit_dm/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/thickloads/comments/i0rslj/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/tightdresses/comments/i0mnka/The Real Britt Fit_dm_for_more/ |

| The Real Britt Fit | modelco305 | https://www.reddit.com/r/tiktokporn/comments/i0mlnt/The Real Britt Fit_dm_for_more/ |
|---|---|---|
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/snapleaks/comments/i0ldiq/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/AthleticBabes/comments/i0ld2s/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/NSFW_Snapchat/comments/i0l65r/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/TikTokNude/comments/hyits6/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | modelco305 | https://www.reddit.com/r/TikTokNude/comments/hyic4d/The Real Britt Fit_dm_for_more/ |
| The Real Britt Fit | Narrow_Reveal_3464 | https://www.reddit.com/r/Slutsofonlyfans/comments/jseymg/The Real Britt Fit/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokXXX/comments/lj4prt/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokNude/comments/lj4eq1/new_The Real Britt Fit_fuck_video_more_in_comment/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokNude/comments/lj4cgm/The Real Britt Fit_onlyfans_leaked_nudes_full_pack/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokXXX/comments/lj43xi/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokNude/comments/lj4394/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/BaddestGirls/comments/lj3yf9/get_The Real Britt Fit_new_paid_fuck_video_her_full/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokXXX/comments/l3kudj/new_The Real Britt Fit_nude_unreleased_tiktok_video/ |
| The Real Britt Fit | Natural_Shift_5660 | https://www.reddit.com/r/TikTokNude/comments/l3ksxx/new_The Real Britt Fit_nude_unreleased_tiktok_video/ |
| The Real Britt Fit | REALISABELLA | https://www.reddit.com/r/TikTokNude/comments/l1wy8k/the_newest_The Real Britt Fit_mega/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljqt57/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljqd5o/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljqbtq/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljq930/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljq8qg/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljq5om/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljq4lo/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljq3bi/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljq2yu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljq1jw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljq123/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpzpg/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpysf/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljptoi/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpt6v/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljps58/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljpqhe/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljplk5/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpk11/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpggs/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljpf65/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljpe43/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljpaff/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljp3q3/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljp23n/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljozwh/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljozbe/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljoxtg/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljowud/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljowa1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljouqd/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljotsf/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljot8m/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljosau/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljordl/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljopfl/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljoovj/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljol8m/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljoats/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljoa09/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljo5rx/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljo5ep/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljo27j/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljo1ty/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljo10y/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljnxsp/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljnupn/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljnuay/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljnsid/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljns6n/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljnleh/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljnkle/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljnhdv/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljndw4/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljndhu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljn40r/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljmz19/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmypz/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmxpm/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmxb0/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmwv4/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmrn9/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmor0/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmof9/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmngu/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmmk9/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmjml/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmjb7/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljmimr/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmico/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmhg6/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljmdsq/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljmdja/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljmcng/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljma04/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljm9fb/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljm93g/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljm881/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljm190/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljm0md/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljm0c8/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlzhv/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlwvx/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljlw94/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljlvw1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlv1z/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljls4i/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljlrg9/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljlr66/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlqt2/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljlpti/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlp11/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlmd2/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljllqt/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljlli6/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljll89/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljlcw7/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljlcmz/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljlbz7/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljlboy/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljl5r2/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljl564/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljl4uu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljl3z3/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljl3dh/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljl2my/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljl1bq/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljl110/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljl05m/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljkz1w/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkyle/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkvw1/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljkuvw/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljkuji/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljku54/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkra4/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljkqta/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkpij/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkiq1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkh6z/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljkg4h/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljkfrl/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljkeow/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljk8r9/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljk8di/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljk7h1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljk75b/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljk68v/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljk5mh/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljk01e/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjyy6/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljjwxw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjvz1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjv0n/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljjtty/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjtiz/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjs1z/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljjqz2/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljjqcj/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjnc8/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljjehp/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjdi1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljjcul/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljjchy/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljjblk/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljjatu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljj96z/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljj73y/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljj6te/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljj3nu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljj1yy/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljj1mr/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljiw3k/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljiv68/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljir4o/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljiqv4/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljin4w/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljimew/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljij4s/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljig6w/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljifwx/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljie50/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljidtj/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/lji7wc/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/lji782/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/lji3p7/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljhzha/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljhz55/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljhnxm/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljhi28/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljhhtd/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljhbb7/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljhavh/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljh9oz/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljh68d/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljh5x8/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljh3np/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljgz8i/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgytk/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljgy3w/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljgxt0/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgwql/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljgs13/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgqoo/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgmmt/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljglw1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljgllm/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgkh6/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgeom/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljgap0/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljg9xs/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljg9n3/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljg8fj/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfya5/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljfxi0/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljfx83/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfx0m/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljfvcc/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfu76/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljfpq3/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljfph9/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfp58/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfjww/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljfj3n/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljfi7z/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljfcd3/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljfbvf/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljfau9/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljfaj9/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljf9bt/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljezjx/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljeyjw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljexnd/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljevc8/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljeuwy/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljetkf/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljels7/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljelg5/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljel4q/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljeh4l/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljegsc/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljeghc/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljef6a/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/lje60t/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/lje591/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/lje3d3/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljdw4e/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljdv2m/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljdudl/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljdt6b/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljdsmy/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljdrfu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljdqzv/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljdhr8/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljdf6w/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljde2x/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljdcwx/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljdbdr/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljdb9n/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljda55/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljd8p6/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljd7se/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljd3zu/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljcsrw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljcrna/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljcrho/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljcq5d/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljcp0v/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljconf/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljcnff/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljcgap/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljce8h/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljcdyx/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljc7dw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljc6ji/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljc1jq/The Real Britt Fit_onlyfans_new_nude_videos/ |

| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljc12y/The Real Britt Fit_onlyfans_new_nude_videos/ |
|---|---|---|
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljbxdw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljbx4f/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljbshw/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokXXX/comments/ljbo0p/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljbnvg/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/TikTokNude/comments/ljblde/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/wifeporn/comments/ljbl02/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/BaddestGirls/comments/ljbdxf/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljbd65/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/ThotNetwork/comments/ljb8g1/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljb3iq/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljb30m/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | Reasonable_Pudding78 | https://www.reddit.com/r/DiscordNudes/comments/ljaq0p/The Real Britt Fit_onlyfans_new_nude_videos/ |
| The Real Britt Fit | RelativeNo2727 | https://www.reddit.com/r/onlyfanspromo/comments/lfkhwk/anyone_have_subscribe_for_The Real Britt Fit_on/ |
| The Real Britt Fit | RelativeNo2727 | https://www.reddit.com/r/PremiumCheeks/comments/lfkgl6/anyone_have_subscribe_for_The Real Britt Fit_on/ |

| The Real Britt Fit | Repulsive-Entrance-2 | https://www.reddit.com/r/fitgirls/comments/jc8nvn/want_to_seen_me_naked_check_the_link_and_have_fun/ |
|---|---|---|
| The Real Britt Fit | Repulsive-Entrance-2 | https://www.reddit.com/r/FitModels/comments/jc8nh6/want_to_see_me_naked_check_the_link_and_have_fun/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/anal_gifs/comments/k2zeqy/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/AsianHotties/comments/k2zeq5/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/BoobsBetweenArms/comments/k2zeof/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/onlyfanschicks/comments/k2zej7/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/Slutsofonlyfans/comments/k2zeih/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/DirtySocialMedia/comments/k2z24x/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/YoungPrettyHoes/comments/k2yfk4/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/FreeOnlyFansPage/comments/k2yfim/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/Sheismichaela/comments/k2yfb8/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/PetiteGirls/comments/k2yf7t/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/BoobsAndTities/comments/k2y96b/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/BestSnapchatNudes/comments/k2y7zn/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/BonerAlert/comments/k2y7k9/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/brunette/comments/k2y798/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |

| The Real Britt Fit | rercrabell | https://www.reddit.com/r/O_Faces/comments/k2y76z/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
|---|---|---|
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/shavedpussies/comments/k2y75l/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/WifeSwapping/comments/k2y70m/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/freeusefamily/comments/k2y6rx/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/STAWG/comments/k2y6qc/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/onlyfanshottest/comments/k2y6o8/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/PetiteNSFW/comments/k2y6gy/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/Slut/comments/k2y6f5/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/HugeHangers/comments/k2y6bk/The Real Britt Fit_brittney_her_new_70_gb_of_posts/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/BitedSizeSexy/comments/k2y1f7/The Real Britt Fit_brittney_29112020_update_premium/ |
| The Real Britt Fit | rercrabell | https://www.reddit.com/r/TikTokNude/comments/jc791e/The Real Britt Fit_50_gb_archive_16102020_link/ |
| The Real Britt Fit | sjjdhahsjdjjdhdj | https://www.reddit.com/r/onlyfanshottest/comments/ggxetb/The Real Britt Fit_nudes_with_solo_masturbation_mega/ |
| The Real Britt Fit | sjjdhahsjdjjdhdj | https://www.reddit.com/r/Slutsofonlyfans/comments/ggxelo/The Real Britt Fit_nudes_with_solo_masturbation_mega/ |
| The Real Britt Fit | sjjdhahsjdjjdhdj | https://www.reddit.com/r/Onlyfans_Promo/comments/ggusqs/The Real Britt Fit_mega_files_with_full_of/ |
| The Real Britt Fit | SleepDawn | https://www.reddit.com/r/Slut/comments/jmpfc1/The Real Britt Fit_school_girl/ |
| The Real Britt Fit | SleepDawn | https://www.reddit.com/r/gettingherselfoff/comments/jmpco6/The Real Britt Fit_school_girl/ |

| | | |
|---|---|---|
| The Real Britt Fit | SleepDawn | https://www.reddit.com/r/SchoolGirlSkirts/comments/jmpbc8/The Real Britt Fit_school_girl/ |
| The Real Britt Fit | SleepDawn | https://www.reddit.com/r/Slut/comments/jl0qod/The Real Britt Fit_masturbation/ |
| The Real Britt Fit | SleepDawn | https://www.reddit.com/r/BoobsInAction/comments/jl0q6d/The Real Britt Fit_masturbation/ |
| The Real Britt Fit | slk6400 | https://www.reddit.com/r/Selfie_Heaven/comments/g6xl9d/rThe Real Britt Fit1/ |
| The Real Britt Fit | slk6400 | https://www.reddit.com/r/GoneWildPetite/comments/g6xk2z/rThe Real Britt Fit1/ |
| The Real Britt Fit | slk6400 | https://www.reddit.com/r/nakedgirlsdancing/comments/g6xfot/The Real Britt Fit1/ |
| The Real Britt Fit | Snoo_14294 | https://www.reddit.com/r/FreeOnlyFansPage/comments/iw3ikz/The Real Britt Fit_new_video_dressed_as_a_nurse/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/gettingherselfoff/comments/kse0ld/The Real Britt Fit_nude_10_dildo/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/GolemSexy/comments/klrxhg/The Real Britt Fit_nude_baby_oil/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/klrvrd/The Real Britt Fit_nude_baby_oil/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/Slut/comments/klrvnp/The Real Britt Fit_nude_baby_oil/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/Slut/comments/jzl4t7/The Real Britt Fit_nude_sextape/ |
| The Real Britt Fit | sohoratbf | https://www.reddit.com/r/Slut/comments/jwk8ug/The Real Britt Fit_blowjob/ |
| The Real Britt Fit | SpeckSpicy | https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/kimpl0/The Real Britt Fit_masturbating_with_10_dildo/ |
| The Real Britt Fit | stephanievstheworld | https://www.reddit.com/r/fitgirls/comments/j6lhs9/ig_The Real Britt Fit/ |
| The Real Britt Fit | stephanievstheworld | https://www.reddit.com/r/gymgirls/comments/j6lhqg/ig_The Real Britt Fit/ |

| | | |
|---|---|---|
| The Real Britt Fit | stephanievstheworld | https://www.reddit.com/r/Blonde/comments/j6lhnm/ig_The_Real_Britt_Fit/ |
| The Real Britt Fit | Sunflowersred | https://www.reddit.com/r/BDSMGW/comments/mjruqa/The_Real_Britt_Fit_exclusive_anal_sex_full_vid_link/ |
| The Real Britt Fit | TechLion1598 | https://www.reddit.com/r/tiktoknsfw/comments/lu0qma/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | TechLion1598 | https://www.reddit.com/r/hotclub/comments/lttjdn/The_Real_Britt_Fit_onlyfans_new_real_nude_videos/ |
| The Real Britt Fit | TechLion1598 | https://www.reddit.com/r/tiktoknsfw/comments/lsrejj/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | TechLion1598 | https://www.reddit.com/r/TikTokNude/comments/lsre0r/brittney_The_Real_Britt_Fit/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jzjez5/new_The_Real_Britt_Fit_bj_video_link_in_comments/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/juj5ze/new_The_Real_Britt_Fit_stocking_dildo_video_link_in/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jtz5pl/The_Real_Britt_Fit_schoolgirl_sextape_link_in/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jsv5gw/new_The_Real_Britt_Fit_mile_high_sextape_full_video/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jsolzz/new_The_Real_Britt_Fit_anal_video_link_in_comments/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jsde1m/new_The_Real_Britt_Fit_anal_video/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jqf1pg/new_The_Real_Britt_Fit_sextape_link_in_comments/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jafl6m/The_Real_Britt_Fit_sextape_link_in_comments/ |
| The Real Britt Fit | Thanosbrck | https://www.reddit.com/r/TikTokNude/comments/jadu57/The_Real_Britt_Fit_sextape_link_in_comments/ |
| The Real Britt Fit | ThatOneMMR | https://www.reddit.com/r/SocialMediachicks/comments/m1bct3/The_Real_Britt_Fit_15gb_mega_folder_in_comments_also/ |

| The Real Britt Fit | ThatOneMMR | https://www.reddit.com/r/DirtySocialMedia/comments/m1bcra/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
|---|---|---|
| The Real Britt Fit | ThatOneMMR | https://www.reddit.com/r/knockmeup/comments/m1bbsz/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | ThatOneMMR | https://www.reddit.com/r/butt/comments/m1b9ty/The Real Britt Fit_15gb_mega_folder_in_comments_also/ |
| The Real Britt Fit | TheJSPMedia | https://www.reddit.com/r/tiktoknsfw/comments/jr05rw/The Real Britt Fit_new_90_ppv_anal_sex_video_full/ |
| The Real Britt Fit | TheJSPMedia | https://www.reddit.com/r/TikTokNude/comments/jbjgth/The Real Britt Fit_new_leaked_skinny_dipping_video/ |
| The Real Britt Fit | TheJSPMedia | https://www.reddit.com/r/TikTokNude/comments/j9j1zc/The Real Britt Fit_uptodate_of_pack_october_11th_2020/ |
| The Real Britt Fit | Top-Tart-9297 | https://www.reddit.com/r/OnlyFansLifestyle/comments/mgc6sm/The Real Britt Fit_onlyfans_nude_dildo_masturbating/ |
| The Real Britt Fit | Top-Tart-9297 | https://www.reddit.com/r/Onlyfanspromotion/comments/mgc2vb/The Real Britt Fit_onlyfans_nude_dildo_masturbating/ |
| The Real Britt Fit | Top-Tart-9297 | https://www.reddit.com/r/TikTokXXX/comments/mgbpp0/The Real Britt Fit_onlyfans_nude_dildo_masturbating/ |
| The Real Britt Fit | Training-Stress | https://www.reddit.com/r/onlyfanschicks/comments/fixqj9/The Real Britt Fit/ |
| The Real Britt Fit | Unlucky-Ad9700 | https://www.reddit.com/r/cumsluts/comments/lx0hzj/The Real Britt Fit_rides_shower_dildo/ |
| The Real Britt Fit | user123987654321 | https://www.reddit.com/r/porn_gifs/comments/j6i0k9/brittfit_compilation_tiktok_The Real Britt Fit_full/ |
| The Real Britt Fit | user123987654321 | https://www.reddit.com/r/TikTokNude/comments/j6fkjk/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | user123987654321 | https://www.reddit.com/r/tiktokporn/comments/j6fkft/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | user123987654321 | https://www.reddit.com/r/tiktoknsfw/comments/j6fk4d/brittfit_compilation_The Real Britt Fit_full_10_min/ |
| The Real Britt Fit | ZalimDaddy | https://www.reddit.com/r/FreeOnlyFansPage/comments/lxy2l6/The Real Britt Fit_onlyfans_collection/ |

| The Real Britt Fit | ZalimDaddy | https://www.reddit.com/r/FreeOnlyFansPage/comments/ljy91o/The Real Britt Fit_onlyfans_huge_collection/ |
|---|---|---|
| TheMadLisa | | https://www.reddit.com/r/Madisondicksonn/comments/kmfypi/madison_dickson/ |
| TheMadLisa | | https://www.reddit.com/r/Madisondicksonn/comments/l3nafd/_/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/klu4o6/madisondicksonxothemadilisa_anyone_have_anything/ |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/klxm3x/madisondicksonxo/ |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l04dkc/themadilisa_or_madisondicksonxo/ |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l28xpl/m4d1s0nd1cks0n_fucked/ |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l28xpl/m4d1s0nd1cks0n_fucked/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l2e09i/madison/ |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l2e09i/madison/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l78qg7/th3m4dil1sa_you_all_waiting_for/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/l7hmiu/you_are_welcome_fuckers_th3md1ls/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/lac44n/m4d1ls4/?utm_source=share&utm_medium=ios_app&utm_name=iossmf |
| TheMadLisa | | https://www.reddit.com/r/SkylarMaeAndOtters/comments/lcf3z6/%E1%83%A6%C3%A5%C3%B0%CE%B9lisa/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/iqeuiz/just_like_that/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/iv25cg/discord_or_just_videos_and_pictures_send_them_my/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/iwp6d1/any_pics_or_vids_i_can_get_would_be_very_cash/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/iwvsmt/enjoy_kings/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/iyoash/anyone_subscribed/ |

| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/j7524s/free_onlyfans/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/j8yx1d/exclusive/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/j972lv/got_a_discord_server_with _a_new_mega_link_with/ |
| TheMadLisa | | https://old.reddit.com/r/Madisondicksonn/comments/j9lsqw/dm_me_on_instagram_for _an_exclusve_discord_server/ |

# Exhibit B

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ██████████████ |
| **Sent:** | Wednesday, April 21, 2021 10:32 AM |
| **To:** | ██████████████ 'copyright@reddit.com'; 'abuse@fastly.com'; 'legal@reddit.com' |
| **Subject:** | RE: DMCA Takedown Notice for Copyright Infringement – GYBS |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: ██████████████  copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – GYBS

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
██████████████ - Tayy Lavie dba tayylavie.com
c/o: Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████ USA
Email: ██████████████

Location of original works owned by, exclusively licensed by ██████████████  and registered to Tayy Lavie dba https://onlyfans.com/bunnybunsxo

This correspondence and all of its contents is without prejudice to Tayy Lavie, ██████████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ██████████████, Tayy Lavie dba tayylavie.com

**Links to Infringing Material that we request be REMOVED** (ALL LINKS DISPLAYING CONTENT ON URL)**:**
https://www.reddit.com/r/TayyLavieNSFW/
https://www.reddit.com/r/bunnybunsxo/
https://www.reddit.com/user/Junz68/comments/l34m34/bunnybunsxo_onlyfans/


Jason Tucker
█████████
SKYPE: ████████
Twitter: @IntelPropHQ


The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████ |
| **Sent:** | Wednesday, April 21, 2021 9:59 AM |
| **To:** | ████████████████ 'copyright@reddit.com'; 'abuse@fastly.com'; 'legal@reddit.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement – GYBS |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: ███████████ copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – GYBS

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

My contact information is as follows:
██████████████████ - Tayy Lavie dba tayylavie.com
c/o: Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████████ USA
Email: ███████████████

Location of original works owned by, exclusively licensed by ██████████████████ and registered to Tayy Lavie dba tayylavie.com: https://tayylavie.com/

This correspondence and all of its contents is without prejudice to Tayy Lavie, ████████████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ████████████████████ , Tayy Lavie dba tayylavie.com

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/TayyLavieNSFW/ (ALL LINKS DISPLAYING CONTENT ON URL)
https://www.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/
https://www.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/
https://www.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gu1242u
https://www.reddit.com/r/TayyLavieNSFW/comments/mccdx7/bf_plays_with_her_body/
https://www.reddit.com/r/TayyLavieNSFW/comments/mbth75/after_gym/
https://www.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/
https://www.reddit.com/r/TayyLavieNSFW/comments/mbfxmk/rise_and_shine/
https://www.reddit.com/r/TayyLavieNSFW/comments/matko4/i_have_to_decided_to_reupload_this_video_i_have/
https://www.reddit.com/r/TayyLavieNSFW/comments/m7owak/public_shower_fun/
https://www.reddit.com/r/TayyLavieNSFW/comments/m7vynb/hey_boys/
https://www.reddit.com/r/TayyLavieNSFW/comments/m77xys/happy_st_pattys_day/
https://www.reddit.com/r/TayyLavieNSFW/comments/m77pwc/glazed/


Jason Tucker
████████
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

**From:**        Jason Tucker ████████████████████████
**Sent:**        Monday, May 3, 2021 12:07 PM
**To:**          'copyright@reddit.com'; 'abuse@fastly.com'
**Subject:**     DMCA Takedown Notice for Copyright Infringement - laurenjasmine

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – laurenjasmine

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites**:**
https://onlyfans.com/laurenjasmine
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████████ USA
Email: █████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for █████████████████ and Kali Ray aka laurenjasmine

**Links to Infringing Material that we request be REMOVED:**
https://old.reddit.com/r/InternetStars/comments/cv5v4y/lauren_jasmine_laurenjasmine/
https://old.reddit.com/r/InternetStars/comments/drx5lg/lauren_jasmine_laurenjasmine/
https://old.reddit.com/r/InternetStars/comments/gh21kc/lauren_jasmine_laurenjasmine/
https://old.reddit.com/r/Laurenjasmine/
https://old.reddit.com/r/Laurenjasmine/comments/i15cqh/got_yall/
https://old.reddit.com/r/Laurenjasmine/comments/i4gquw/sorry_for_bad_quality/
https://old.reddit.com/r/Laurenjasmine/comments/i5befa/for_the_boiiischeck_out_my_profile_for_the_latest/
https://old.reddit.com/r/Laurenjasmine/comments/i6h2jh/pinky/
https://old.reddit.com/r/Laurenjasmine/comments/i6om9b/soooo/
https://old.reddit.com/r/Laurenjasmine/comments/i6ra07/interesting_angle/
https://old.reddit.com/r/Laurenjasmine/comments/i77dss/_/
https://old.reddit.com/r/Laurenjasmine/comments/i7j0o9/jiggle_jiggle/
https://old.reddit.com/r/Laurenjasmine/comments/i8iipx/_/
https://old.reddit.com/r/Laurenjasmine/comments/i9abqs/huh/
https://old.reddit.com/r/Laurenjasmine/comments/i9atlq/yeehaw/
https://old.reddit.com/r/Laurenjasmine/comments/ib4tne/rlaurenjasmine_hit_1k_subscribers_yesterday/
https://old.reddit.com/r/Laurenjasmine/comments/icwfvb/ahegao/
https://old.reddit.com/r/Laurenjasmine/comments/icwgvb/_/
https://old.reddit.com/r/Laurenjasmine/comments/iees95/_/
https://old.reddit.com/r/Laurenjasmine/comments/ieeu4a/_/
https://old.reddit.com/r/Laurenjasmine/comments/ifd5w1/from_ig_but/
https://old.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/
https://old.reddit.com/r/Laurenjasmine/comments/ig3zs3/_/
https://old.reddit.com/r/Laurenjasmine/comments/igaikw/_/
https://old.reddit.com/r/Laurenjasmine/comments/ihi410/hmmmm_swipe/
https://old.reddit.com/r/Laurenjasmine/comments/ihineg/_/
https://old.reddit.com/r/Laurenjasmine/comments/il1k4d/_/
https://old.reddit.com/r/Laurenjasmine/comments/ilpi13/_/
https://old.reddit.com/r/Laurenjasmine/comments/ilqai9/lauren_jasmine_steve_jobs_would_be_proud/
https://old.reddit.com/r/Laurenjasmine/comments/insjii/for_the_boys/
https://old.reddit.com/r/Laurenjasmine/comments/inslr3/for_the_boys/
https://old.reddit.com/r/Laurenjasmine/comments/int0vn/for_the_boys/
https://old.reddit.com/r/Laurenjasmine/comments/io1aed/_/
https://old.reddit.com/r/Laurenjasmine/comments/ip1e0l/join_the_onlyfans_free_nsfw_discord_server_ill/
https://old.reddit.com/r/Laurenjasmine/comments/ipxs0s/cum_and_join_lol/
https://old.reddit.com/r/Laurenjasmine/comments/irurdh/lauren_jasmin_riding/
https://old.reddit.com/r/Laurenjasmine/comments/iso0ke/found_this_idk_if_you_guys_have_seen_it_or_not/
https://old.reddit.com/r/Laurenjasmine/comments/iu44c5/yo/
https://old.reddit.com/r/Laurenjasmine/comments/iubtw5/does_anyone_have_her_onlyfans_and_will_send_me/
https://old.reddit.com/r/Laurenjasmine/comments/iunnqe/does_anyone_have_a_video_of_her_deepthroating/
https://old.reddit.com/r/Laurenjasmine/comments/iv1e6a/lauren_discord/
https://old.reddit.com/r/Laurenjasmine/comments/ivndn7/_/
https://old.reddit.com/r/Laurenjasmine/comments/iw8s1z/lauren_just_got_into_a_car_accident_earlier_guys/
https://old.reddit.com/r/Laurenjasmine/comments/iwfebu/join_the_onlyfans_nudes_nsfw_discord_server/
https://old.reddit.com/r/Laurenjasmine/comments/ixxoea/_/
https://old.reddit.com/r/Laurenjasmine/comments/izelw7/lauren_jasmine_discord/

https://old.reddit.com/r/Laurenjasmine/comments/j002jj/discord/
https://old.reddit.com/r/Laurenjasmine/comments/j0uhxd/lauren_jasmine_sexy_tik_tok/
https://old.reddit.com/r/Laurenjasmine/comments/j0uhxd/lauren_jasmine_sexy_tik_tok/g6yofje/
https://old.reddit.com/r/Laurenjasmine/comments/j0vndl/discord/
https://old.reddit.com/r/Laurenjasmine/comments/j2yd7y/her_onlyfans_sucks_save_your_money_guys/
https://old.reddit.com/r/Laurenjasmine/comments/j346pp/making_lauren_jasmine_discord/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7me5id/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7me9rv/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7pt93w/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g7tqwyu/
https://old.reddit.com/r/Laurenjasmine/comments/j4t10r/wow/g84ac92/
https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/
https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g7s2gge/
https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g8125w1/
https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g9ehrl2/
https://old.reddit.com/r/Laurenjasmine/comments/j561ed/_/g9utdkh/
https://old.reddit.com/r/Laurenjasmine/comments/j5v2x5/discord_link/
https://old.reddit.com/r/Laurenjasmine/comments/j7iolh/discord_link/
https://old.reddit.com/r/Laurenjasmine/comments/j83c4o/discord/
https://old.reddit.com/r/Laurenjasmine/comments/j9z12c/is_there_a_discord_with_her_stuff_without/
https://old.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordnudes/
https://old.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/
https://old.reddit.com/r/Laurenjasmine/comments/jeoygi/stop_fucking_posting_the_1_hour_link/
https://old.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/
https://old.reddit.com/r/Laurenjasmine/comments/jftz8u/laurenjasmine_riding/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rb8rf/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rbscf/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rc2bq/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rqdml/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sdi2e/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sf9r0/
https://old.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9t6999/
https://old.reddit.com/r/Laurenjasmine/controversial/
https://old.reddit.com/r/Laurenjasmine/duplicates/j561ed/_/
https://old.reddit.com/r/Laurenjasmine/new/
https://old.reddit.com/r/Laurenjasmine/top/
https://old.reddit.com/r/laurenjasmineOFS/?count=100&after=t3_kl1cxk
https://old.reddit.com/r/laurenjasmineOFS/comments/k0dj9v/httpsmeganzfolderarsw1azib8_t6qfkwcojl9htru2a3q/
https://old.reddit.com/r/laurenjasmineOFS/comments/k0dt3g/lauren/
https://old.reddit.com/r/laurenjasmineOFS/comments/k0dte8/more_of_lauren/
https://old.reddit.com/r/laurenjasmineOFS/comments/k0dttx/damm_them_fat_tittys/
https://old.reddit.com/r/laurenjasmineOFS/comments/k0du5a/_/
https://old.reddit.com/r/laurenjasmineOFS/comments/k1a1i7/_/
https://old.reddit.com/r/laurenjasmineOFS/comments/k1tfuf/_/
https://old.reddit.com/r/laurenjasmineOFS/comments/k42238/yes/
https://old.reddit.com/r/laurenjasmineOFS/comments/k51q63/_/
https://old.reddit.com/r/laurenjasmineOFS/comments/k5ow0r/you_welcome_guys/
https://old.reddit.com/r/laurenjasmineOFS/comments/k5q1es/there_ya_go/

https://old.reddit.com/r/laurenjasmineOFS/comments/kiwjmw/free_lauren_content_and_more_join_up/
https://old.reddit.com/r/laurenjasmineOFS/comments/ku7qqy/hope_you_like_it_boys/
https://old.reddit.com/r/laurenjasmineOFS/comments/ku8bc5/not_her_best/
https://old.reddit.com/r/laurenjasmineOFS/comments/kva7be/come_find_me/
https://old.reddit.com/r/laurenjasmineOFS/comments/kvi89d/back_again/
https://old.reddit.com/r/laurenjasmineOFS/comments/kvjvtr/youre_welcome/
https://old.reddit.com/r/laurenjasmineOFS/comments/kw1lru/video_link/
https://old.reddit.com/r/laurenjasmineOFS/comments/kwvqgk/youre_welcome_again/
https://old.reddit.com/r/laurenjasmineOFS/comments/kwvqu4/_/
https://old.reddit.com/r/laurenjasmineOFS/comments/l00oqc/laurens_new_bf_wes/
https://old.reddit.com/r/laurenjasmineOFS/comments/la1fwy/lauren_jasmine_nude_onlyfans/
https://old.reddit.com/r/laurenjasmineOFS/comments/laswal/lauren_jasmine_nude/
https://old.reddit.com/r/laurenjasmineOFS/comments/lhcba0/join_the_onlyfans_lauren_jasmine_discord_server/
https://old.reddit.com/r/laurenjasmineOFS/comments/lhxk9t/lauren_jasmine_mega_dm_me_if_interested/
https://www.reddit.com/r/bigtitsinbikinis/comments/i4l83g/lauren_jasmine/
https://www.reddit.com/r/bigtitsinbikinis/comments/ihj5nx/lauren_jasmine/
https://www.reddit.com/r/bigtitsinbikinis/comments/ij1fv7/lauren_jasmine/
https://www.reddit.com/r/bigtitsinbikinis/comments/j0fgpj/lauren_jasmine/
https://www.reddit.com/r/bigtitsinbikinis/duplicates/i4l83g/lauren_jasmine/
https://www.reddit.com/r/burstingout/comments/i4li8q/lauren_jasmine/
https://www.reddit.com/r/CosplayBoobs/comments/glyow2/lauren_jasmine_as_princess_jasmine_from_aladdin/
https://www.reddit.com/r/CosplayBoobs/comments/goa8im/lauren_jasmine/
https://www.reddit.com/r/DiscordNudes/comments/jrxhh5/omg_lauren_jasmine/
https://www.reddit.com/r/DiscordNudes/comments/jsaa61/lauren_jasmine_mega_album_free_in_comments/
https://www.reddit.com/r/InternetStars/comments/cv5v4y/lauren_jasmine_laurenjasmine/
https://www.reddit.com/r/InternetStars/comments/drx5lg/lauren_jasmine_laurenjasmine/
https://www.reddit.com/r/Laurenjasmine/comments/htxdlb/rlaurenjasmine_lounge/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/i15cqh/got_yall/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/i4gquw/sorry_for_bad_quality/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/i4hmel/from_her_latest_ppv_dm_me_for_video_i_guess/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/i5befa/for_the_boiiischeck_out_my_profile_for_the_latest/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/
https://www.reddit.com/r/Laurenjasmine/comments/ig1547/i_have_a_little_more_ill_gradually_share/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/ig3zs3/_/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/ihi410/hmmmm_swipe/
https://www.reddit.com/r/Laurenjasmine/comments/il1m4z/round_2_begin/
https://www.reddit.com/r/Laurenjasmine/comments/j346pp/making_lauren_jasmine_discord/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/j3haxf/lauren_jasmine_full_onlyfans_collection_mega_pm/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/Laurenjasmine/comments/j5zwlm/join_for_more_httpsdiscordggukhjbj/
https://www.reddit.com/r/Laurenjasmine/comments/j64vka/laurenjasmine_vids/

https://www.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordnudes/
https://www.reddit.com/r/Laurenjasmine/comments/jco56p/httpswwwredditcomrdiscordnudes/?ref=readnext
https://www.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/
https://www.reddit.com/r/Laurenjasmine/comments/jd622h/lauren_jasmine_discord/?ref=readnext
https://www.reddit.com/r/Laurenjasmine/comments/jeoygi/stop_fucking_posting_the_1_hour_link/?ref=readne
xt
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mjt2w/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mkb1z/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mlces/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mldcf/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mowgo
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9mowgo/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9moxy2/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nmj27
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nmj27/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9no15u/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9nxtq0/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9o1ssm/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9o1tuf/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9ou76c/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9q3jgz/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9rpmkw/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9rpxbf/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/g9vjs6u/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/gac619a/
https://www.reddit.com/r/Laurenjasmine/comments/jftrn1/here_a_vid_for_yall/gac61ow/
https://www.reddit.com/r/Laurenjasmine/comments/jftz8u/laurenjasmine_riding/?ref=readnext
https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/
https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rb8rf
https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9rb9dn
https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sdo7j
https://www.reddit.com/r/Laurenjasmine/comments/jgb0d5/she_needs_to_shave_this_is_gross_man/g9sjvqf
https://www.reddit.com/r/Laurenjasmine/comments/jlqt19/22_im_a/
https://www.reddit.com/r/Laurenjasmine/comments/jmxc2u/lauren_jasmine_velma/
https://www.reddit.com/r/Laurenjasmine/new/
https://www.reddit.com/r/laurenjasmineOFS/comments/kufhic/im_gonna_keep_posting_these/?utm_source=sh
are&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/laurenjasmineOFS/comments/kuiw3s/is_smoking_hot/?utm_source=share&utm_medi
um=ios_app&utm_name=iossmf
https://www.reddit.com/r/laurenjasmineOFS/comments/kusqud/ive_been_told_im_the_plug/?utm_source=share
&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/laurenjasmineOFS/comments/kusw4b/decided_to_spend_a_little_extra/?utm_source=
share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/ThickAsians/comments/ijrjw9/lauren_jasmine/
https://www.reddit.com/user/johnthemanthatcan/comments/i5bb9m/for_the_boiiis/?utm_source=share&utm_m
edium=ios_app&utm_name=iossmf
https://www.reddit.com/r/LaurenJasmin/ (All video and image content)

Jason Tucker

SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ██████████████████ |
| **Sent:** | Monday, May 3, 2021 1:01 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - TheMadLisa |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – TheMadLisa

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ██████████████ ████████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/themadilisa

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████████ USA
Email: █████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ███████████████████ and TheMadLisa

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/Madisondicksonn/comments/kmfypi/madison_dickson/
https://www.reddit.com/r/Madisondicksonn/comments/l3nafd/_/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/klu4o6/madisondicksonxothemadilisa_anyone_have_anything/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/klxm3x/madisondicksonxo/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l04dkc/themadilisa_or_madisondicksonxo/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l28xpl/m4d1s0nd1cks0n_fucked/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l28xpl/m4d1s0nd1cks0n_fucked/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l2e09i/madison/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l2e09i/madison/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l78qg7/th3m4dil1sa_you_all_waiting_for/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l7hmiu/you_are_welcome_fuckers_th3md1ls/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/lac44n/m4d1ls4/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/SkylarMaeAndOtters/comments/lcf3z6/%E1%83%A6%C3%A5%C3%B0%CE%B9lisa/
https://old.reddit.com/r/Madisondicksonn
https://old.reddit.com/r/Madisondicksonn/comments/iqeuiz/just_like_that/
https://old.reddit.com/r/Madisondicksonn/comments/iv25cg/discord_or_just_videos_and_pictures_send_them_my/
https://old.reddit.com/r/Madisondicksonn/comments/iwp6d1/any_pics_or_vids_i_can_get_would_be_very_cash/
https://old.reddit.com/r/Madisondicksonn/comments/iwvsmt/enjoy_kings/
https://old.reddit.com/r/Madisondicksonn/comments/iyoash/anyone_subscribed/
https://old.reddit.com/r/Madisondicksonn/comments/j7524s/free_onlyfans/
https://old.reddit.com/r/Madisondicksonn/comments/j8yx1d/exclusive/
https://old.reddit.com/r/Madisondicksonn/comments/j972lv/got_a_discord_server_with_a_new_mega_link_with/
https://old.reddit.com/r/Madisondicksonn/comments/j9lsqw/dm_me_on_instagram_for_an_exclusve_discord_server/

Jason Tucker
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 11:17 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - alliecattxoxo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owners and ███████ ███████████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/alliecatt

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for █████████████████ and alliecattxoxo

**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjehhc0%2Fi_love_to_show_off_to_you%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjek0me%2Fcouple_pics_of_her_enjoy_guys%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjekwox%2Fis_there_a_discord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjeq7wq%2Fwhat_happened_to_the_chat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjf6mvl%2Fallie_catt%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjfgttj%2Fallie_cat_feeling_spicy%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjfn1ed%2Ffat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjh18es%2Fanal_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjh9gf8%2Fshake_that_ass_girl%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhf9hl%2Fwatch_alliecatt_leaked_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhhtbe%2Fdiscord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhrque%2Fmore_in_here%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjhs2qi%2Fnever_expiring_link_some_good_content%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji1p3t%2Fjoin%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji2q62%2Fdiscord_with_allicatt_mega_being_posted_soon%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji79sb%2Fsomeone_share_her_mega_link_and_help_a_brother%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fji8zos%2Fallie_cat_discord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjilnbx%2Fdiscord_featuring_alliecatt_content%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjin48e%2Fnsfw_discord_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjiul6t%2Fanybody_have_alliecatt_anal_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjkrtd6%2Fvelma%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjlo2dj%2Ffingering%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjlogtr%2Fchair_riding_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjn6
egi%2Fmega_link%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjod
wbg%2Falliecatt%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjo
w4h8%2Ffor_the_boys%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjqd
20u%2Falliecat_riding%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllieCatt%2Fcomments%2Fjqg
08a%2F_%2F

https://old.reddit.com/r/Allie_cattOF/

https://old.reddit.com/r/Allie_cattOF/comments/kpjesw/_/

https://old.reddit.com/r/Allie_cattOF/comments/kpl7wv/_/

https://old.reddit.com/r/Allie_cattOF/comments/kqe5ea/dropbox_link_in_comments/

https://old.reddit.com/r/Allie_cattOF/comments/kqe5ea/dropbox_link_in_comments/gi39f5s/

https://old.reddit.com/r/Allie_cattOF/comments/kqx0d0/anal/

https://old.reddit.com/r/Allie_cattOF/comments/kqx5f3/the_one_and_only/

https://old.reddit.com/r/Allie_cattOF/comments/kqzbdt/_/

https://old.reddit.com/r/AllieCatt/

https://old.reddit.com/r/AllieCatt/comments/isfnur/ralliecatt_lounge/

https://old.reddit.com/r/AllieCatt/comments/iur8fk/alliecatt/

https://old.reddit.com/r/AllieCatt/comments/iurccf/alliecatt_play_time/

https://old.reddit.com/r/AllieCatt/comments/iv0fmx/missphatass/

https://old.reddit.com/r/AllieCatt/comments/iy5bft/_/

https://old.reddit.com/r/AllieCatt/comments/iy8wuz/30_to_see_her_get_face_fucked_its_above_my_budget/

https://old.reddit.com/r/AllieCatt/comments/izlk5e/she_is_putting_out_good_content_but_her_price_is/

https://old.reddit.com/r/AllieCatt/comments/izqpze/re_selling_her_latest_55_video_and_the_bj_video/

https://old.reddit.com/r/AllieCatt/comments/izyeoe/of_pay_to_view/

https://old.reddit.com/r/AllieCatt/comments/j01kzj/got_some_onlyfans_stuff_hmu_5_venmo/

https://old.reddit.com/r/AllieCatt/comments/j0ibn4/got_a_folder_for_sale_vids_and_pics_dm_me/

https://old.reddit.com/r/AllieCatt/comments/j0j8li/alliecatt_anal/

https://old.reddit.com/r/AllieCatt/comments/j0jkln/the_blowjob_video_no_one_wants_to_share/

https://old.reddit.com/r/AllieCatt/comments/j0lkvo/alliecatt_riding/

https://old.reddit.com/r/AllieCatt/comments/j0xvj5/join_the_onlyfans_leaks_nsfw_discord_server/

https://old.reddit.com/r/AllieCatt/comments/j17xz0/meg_file/

https://old.reddit.com/r/AllieCatt/comments/j1g4gy/mega/

https://old.reddit.com/r/AllieCatt/comments/j1gu9d/i_got_the_boys/

https://old.reddit.com/r/AllieCatt/comments/j29dco/alliecatt_bj/

https://old.reddit.com/r/AllieCatt/comments/j2g63g/new_alliecatt_mega/

https://old.reddit.com/r/AllieCatt/comments/j2h983/new_discord/

https://old.reddit.com/r/AllieCatt/comments/j2i8bo/damn_she_is_only_20_years_old/

https://old.reddit.com/r/AllieCatt/comments/j33xp8/join_the_onlyfans_free_nsfw_discord_server/

https://old.reddit.com/r/AllieCatt/comments/j38rxx/she_is_only_20_god_damn/

https://old.reddit.com/r/AllieCatt/comments/j38zik/her_asshole_is_so_pink_and_clear_wish_i_can_lick/

https://old.reddit.com/r/AllieCatt/comments/j3ed64/should_i_continue_to_post_her_photos/

https://old.reddit.com/r/AllieCatt/comments/j3fzhe/allie_cat_chair_fuck/

https://old.reddit.com/r/AllieCatt/comments/j3j6dl/whos_down_to_pitch_on_new_riding_video/

https://old.reddit.com/r/AllieCatt/comments/j3jgbj/allie_catt/

https://old.reddit.com/r/AllieCatt/comments/j3nto0/yw/

https://old.reddit.com/r/AllieCatt/comments/j3othu/disord/

https://old.reddit.com/r/AllieCatt/comments/j3pa4z/owner_here/

https://old.reddit.com/r/AllieCatt/comments/j3xxom/pussy/
https://old.reddit.com/r/AllieCatt/comments/j3y3n4/ass/
https://old.reddit.com/r/AllieCatt/comments/j3zfi9/pussy_lips_fat_i_have_a_video_of_her_ass/
https://old.reddit.com/r/AllieCatt/comments/j42yu3/are_there_any_megas/
https://old.reddit.com/r/AllieCatt/comments/j46hs8/alliecatt_chair_fucking/
https://old.reddit.com/r/AllieCatt/comments/j4lmy8/perfect/
https://old.reddit.com/r/AllieCatt/comments/j4n6ft/another_one/
https://old.reddit.com/r/AllieCatt/comments/j4p9q7/should_i_post/
https://old.reddit.com/r/AllieCatt/comments/j4s9tv/alliecatt_mega_dm_me/
https://old.reddit.com/r/AllieCatt/comments/j51ndn/spreading/
https://old.reddit.com/r/AllieCatt/comments/j58t9e/anyone_who_knows_where_her_ig_went/
https://old.reddit.com/r/AllieCatt/comments/j660db/who_has_a_mega_link_pls_dm/
https://old.reddit.com/r/AllieCatt/comments/j6cd4w/pussy/
https://old.reddit.com/r/AllieCatt/comments/j6r4rq/act_fast/
https://old.reddit.com/r/AllieCatt/comments/j7lrqs/yes_guys/
https://old.reddit.com/r/AllieCatt/comments/j7nx1a/ralliecatt/
https://old.reddit.com/r/AllieCatt/comments/j7oane/pussy_spread/
https://old.reddit.com/r/AllieCatt/comments/j7p7j9/_/
https://old.reddit.com/r/AllieCatt/comments/j7pskz/bubble_cheeks/
https://old.reddit.com/r/AllieCatt/comments/j7qhus/help_us_out/
https://old.reddit.com/r/AllieCatt/comments/j7wdmv/join_the_mega_nsfw_discord_server/
https://old.reddit.com/r/AllieCatt/comments/j82z58/join_the_mega_nsfw_discord_server/
https://old.reddit.com/r/AllieCatt/comments/j897gj/someone_have_free_videos_of_alliecatt_please/
https://old.reddit.com/r/AllieCatt/comments/j89nxo/havent_seen_this_1_here/
https://old.reddit.com/r/AllieCatt/comments/j8p1i2/post_title_required/
https://old.reddit.com/r/AllieCatt/comments/j8zg4w/yoo/
https://old.reddit.com/r/AllieCatt/comments/j91nv5/dm_for_full_updated_alliecatt_mega/
https://old.reddit.com/r/AllieCatt/comments/j92oem/spreading/
https://old.reddit.com/r/AllieCatt/comments/j94c72/anyone_who_can_hook_me_up_with_anything_new/
https://old.reddit.com/r/AllieCatt/comments/j952w4/spreaded_wide/
https://old.reddit.com/r/AllieCatt/comments/j9i5np/some_lesbian_dildo_action/
https://old.reddit.com/r/AllieCatt/comments/japead/from_ig/
https://old.reddit.com/r/AllieCatt/comments/japs16/wanna_smack_so_bad/
https://old.reddit.com/r/AllieCatt/comments/jb0d55/new_3_minute_fuck_vid_released/
https://old.reddit.com/r/AllieCatt/comments/jb4vgo/art/
https://old.reddit.com/r/AllieCatt/comments/jb72d6/from_her_mega/
https://old.reddit.com/r/AllieCatt/comments/jb760e/found_this_on_erome_it_might_be_old_but_i_thought/
https://old.reddit.com/r/AllieCatt/comments/jb83wk/god_i_love_her_ass/
https://old.reddit.com/r/AllieCatt/comments/jb94qd/ready/
https://old.reddit.com/r/AllieCatt/comments/jbdk5m/enjoy/
https://old.reddit.com/r/AllieCatt/comments/jbemtp/dm_for_newest_fuck_vid_taking_donations_via/
https://old.reddit.com/r/AllieCatt/comments/jbnott/free_only_fans_guys_check_fast/
https://old.reddit.com/r/AllieCatt/comments/jbq1kj/join/
https://old.reddit.com/r/AllieCatt/comments/jbumd1/who_has_the_new_video/
https://old.reddit.com/r/AllieCatt/comments/jc2zki/anyone_have_it/
https://old.reddit.com/r/AllieCatt/comments/jc4dyv/dm_for_whole_packet_cheap/
https://old.reddit.com/r/AllieCatt/comments/jc8ozi/_/
https://old.reddit.com/r/AllieCatt/comments/jc90ys/mirror_pics/
https://old.reddit.com/r/AllieCatt/comments/jc9d5v/hmu/
https://old.reddit.com/r/AllieCatt/comments/jcd5xr/sexy_alliecattxoxo_butty/
https://old.reddit.com/r/AllieCatt/comments/jd37ky/camsoda_big_tit_fuck_pov_blowjob_big_cum_in_mouth/

https://old.reddit.com/r/AllieCatt/comments/jd49ol/wanna_smack_that_ass_so_bad/
https://old.reddit.com/r/AllieCatt/comments/jd4cq7/lips/
https://old.reddit.com/r/AllieCatt/comments/jdc86f/everything_nsfw/
https://old.reddit.com/r/AllieCatt/comments/jdsjp9/what/
https://old.reddit.com/r/AllieCatt/comments/jdvweb/free_mega_links/
https://old.reddit.com/r/AllieCatt/comments/jehhc0/i_love_to_show_off_to_you/
https://old.reddit.com/r/AllieCatt/comments/jek0me/couple_pics_of_her_enjoy_guys/
https://old.reddit.com/r/AllieCatt/comments/jekwox/is_there_a_discord/
https://old.reddit.com/r/AllieCatt/comments/jeq7wq/what_happened_to_the_chat/
https://old.reddit.com/r/AllieCatt/comments/jf6mvl/allie_catt/
https://old.reddit.com/r/AllieCatt/comments/jfgttj/allie_cat_feeling_spicy/
https://old.reddit.com/r/AllieCatt/comments/jfn1ed/fat/
https://old.reddit.com/r/AllieCatt/comments/jh18es/anal_vid/
https://old.reddit.com/r/AllieCatt/comments/jh9gf8/shake_that_ass_girl/
https://old.reddit.com/r/AllieCatt/comments/jhf9hl/watch_alliecatt_leaked_video/
https://old.reddit.com/r/AllieCatt/comments/jhhtbe/discord/
https://old.reddit.com/r/AllieCatt/comments/jhrque/more_in_here/
https://old.reddit.com/r/AllieCatt/comments/jhs2qi/never_expiring_link_some_good_content/
https://old.reddit.com/r/AllieCatt/comments/ji1p3t/join/
https://old.reddit.com/r/AllieCatt/comments/ji2q62/discord_with_allicatt_mega_being_posted_soon/
https://old.reddit.com/r/AllieCatt/comments/ji79sb/someone_share_her_mega_link_and_help_a_brother/
https://old.reddit.com/r/AllieCatt/comments/ji8zos/allie_cat_discord/
https://old.reddit.com/r/AllieCatt/comments/jilnbx/discord_featuring_alliecatt_content/
https://old.reddit.com/r/AllieCatt/comments/jin48e/nsfw_discord_server/
https://old.reddit.com/r/AllieCatt/comments/jiul6t/anybody_have_alliecatt_anal_vid/
https://old.reddit.com/r/AllieCatt/comments/jjb0fx/big/
https://old.reddit.com/r/AllieCatt/comments/jkrtd6/velma/
https://old.reddit.com/r/AllieCatt/comments/jlo2dj/fingering/
https://old.reddit.com/r/AllieCatt/comments/jlogtr/chair_riding_video/
https://old.reddit.com/r/AllieCatt/comments/jn6egi/mega_link/
https://old.reddit.com/r/AllieCatt/comments/jodwbg/alliecatt/
https://old.reddit.com/r/AllieCatt/comments/joe19p/sweaty/
https://old.reddit.com/r/AllieCatt/comments/jow4h8/for_the_boys/
https://old.reddit.com/r/AllieCatt/comments/jqd20u/alliecat_riding/
https://old.reddit.com/r/AllieCatt/comments/jqg08a/_/
https://old.reddit.com/r/alliecattof
https://old.reddit.com/r/AlliecattOF/
https://old.reddit.com/r/AlliecattOF/comments/jyvjls/_/
https://old.reddit.com/r/AlliecattOF/comments/jyvjuw/doggy/
https://old.reddit.com/r/AlliecattOF/comments/jyvlqm/look_at_the_cheeks/
https://old.reddit.com/r/AlliecattOF/comments/jzvv0c/yall_to_me_dirty_allie/
https://old.reddit.com/r/AlliecattOF/comments/k17ueb/discord_or_mega/
https://old.reddit.com/r/AlliecattOF/comments/k1knfd/_/
https://old.reddit.com/r/AlliecattOF/comments/k1kyhj/_/
https://old.reddit.com/r/AlliecattOF/comments/k1l6x1/chair_riding/
https://old.reddit.com/r/AlliecattOF/comments/k1l7g2/happy_thanksgiving/
https://old.reddit.com/r/AlliecattOF/comments/k1ll8r/dildo/
https://old.reddit.com/r/AlliecattOF/comments/k1lpbg/enjoy/
https://old.reddit.com/r/AlliecattOF/comments/k3l5b8/alliecatt_telegram_in_comments/
https://old.reddit.com/r/AlliecattOF/comments/k4gjql/for_the_boys/
https://old.reddit.com/r/AlliecattOF/comments/k50bd7/another_1/

https://old.reddit.com/r/AlliecattOF/comments/k8bjpj/i_wont_be_selling_all_the_rime_but_this_vid_was/
https://old.reddit.com/r/AllieCattXoxo/
https://old.reddit.com/r/AllieCattXoxo/comments/igcq7o/this_is_the_model_this_will_be_the_only_instagram/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlaem/allie_griffin/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlbpc/hot/
https://old.reddit.com/r/AllieCattXoxo/comments/ihle8y/hand_bra/
https://old.reddit.com/r/AllieCattXoxo/comments/ihleev/no_bra/
https://old.reddit.com/r/AllieCattXoxo/comments/ihleje/completely_nude/
https://old.reddit.com/r/AllieCattXoxo/comments/ihleo9/with_her_friend/
https://old.reddit.com/r/AllieCattXoxo/comments/ihleud/a_goddess_butt/
https://old.reddit.com/r/AllieCattXoxo/comments/ihljjj/wet/
https://old.reddit.com/r/AllieCattXoxo/comments/ihljsr/cute_tits/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlk3b/a_beauty_body/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlk7r/_/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlkgu/titties/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlkkw/damn/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlkry/so_fucking_hot/
https://old.reddit.com/r/AllieCattXoxo/comments/ihllhv/in_the_mirror/
https://old.reddit.com/r/AllieCattXoxo/comments/ihlow4/mirror/
https://old.reddit.com/r/AllieCattXoxo/comments/ihungp/spread_pussy_and_asshole/
https://old.reddit.com/r/AllieCattXoxo/comments/ij1lil/fine_ass/
https://old.reddit.com/r/AllieCatXoXo/
https://old.reddit.com/r/AllieCatXoXo/comments/jb5ij8/ass_for_days/
https://old.reddit.com/r/AllieCatXoXo/comments/jb5ok1/had_to_post_this_one_too/
https://old.reddit.com/r/AllieCatXoXo/comments/jbj0w4/does_anyone_else_wanna_be_that_cat/
https://old.reddit.com/r/AllieCatXoXo/comments/jbj4gc/dick_riding/
https://old.reddit.com/r/AllieCatXoXo/comments/jc31u1/bj/
https://old.reddit.com/r/AllieCatXoXo/comments/jct8uq/alliecat/
https://old.reddit.com/r/AllieCatXoXo/comments/jdb7ny/that_clap_tho/
https://old.reddit.com/r/AllieCatXoXo/comments/jek2t5/wishing_that_was_my_hand/
https://old.reddit.com/r/AllieCatXoXo/comments/jevgp0/enjoy/
https://old.reddit.com/r/AllieCatXoXo/comments/jf8zm2/daaaat_ass/
https://old.reddit.com/r/AllieCatXoXo/comments/jfx0my/twerk/
https://old.reddit.com/r/AllieCatXoXo/comments/jjlw1a/slomo_ass_shake/
https://old.reddit.com/r/AllieCatXoXo/comments/jl5nm3/there_u_go_boys/
https://old.reddit.com/r/AllieCatXoXo/comments/jlfet6/fingering/
https://old.reddit.com/r/AllieCatXoXo/comments/jlh4sc/dildo_riding/
https://old.reddit.com/r/AllieCatXoXo/comments/jls1md/twerk/
https://old.reddit.com/r/AllieCatXoXo/comments/jm1u3r/twerking/
https://old.reddit.com/r/AllieCatXoXo/comments/jwk06k/enjoy_folks/
https://old.reddit.com/r/AllieCatXoXo/comments/k08wiv/from_her_ig/
https://old.reddit.com/r/AllieCatXoXo/comments/k2qhaz/pov_shes_sitting_on_top_of_you/
https://old.reddit.com/r/AllieCatXoXo/comments/k2u5hy/sexiest_bitch_ive_ever_seen/
https://old.reddit.com/r/AllieCatXoXo/comments/k3o8ka/sexy_blond_bitch/
https://old.reddit.com/r/AllieCatXoXo/comments/k4lpn3/finally_found_the_anal_video_with_sound/
https://old.reddit.com/r/AllieCatXoXo/comments/k5677e/fucking_machine_video/
https://old.reddit.com/r/AllieCatXoXo/comments/k5o6bf/alliecatt/
https://old.reddit.com/r/AllieCatXoXo/comments/k6bbeg/_/
https://old.reddit.com/r/AllieCatXoXo/comments/k6z0q7/anyone_got_her_discord/
https://old.reddit.com/r/AllieCatXoXo/comments/k6z8e3/a_view_to_die_for/
https://old.reddit.com/r/AllieCatXoXo/comments/k7e8po/shaking/

https://old.reddit.com/r/AllieCatXoXo/comments/k7j9yz/could_not_find_it_in_here_so_here_you_go_boys/
https://old.reddit.com/r/AllieCatXoXo/comments/k8p8ac/i_wont_always_be_selling_i_will_post_some_free/
https://old.reddit.com/r/AllieCatXoXo/duplicates/jwk06k/enjoy_folks/
https://old.reddit.com/r/BlackMeetsWhite_BMW/comments/cey9ak/19_yo_allie_griffin_previous_relationship_was/
https://old.reddit.com/r/goddesses/comments/dberkp/allie_griffin/
https://old.reddit.com/r/Hypnotik/comments/hol2wk/alliegfit/
https://old.reddit.com/r/InternetStars/comments/dmzzfb/allie_griffin_alliegriffin/
https://old.reddit.com/r/InternetStars/comments/jeosmo/alliecat_alliecattxoxo/
https://old.reddit.com/r/mistyfront/comments/d7gzzf/allie_griffin_rinstagramsluts/
https://old.reddit.com/r/PlanetThick/comments/flcyys/allie_griffin/
https://old.reddit.com/r/twerking/comments/hq3r40/allie_griffin/
https://old.reddit.com/r/TwerkingPorn/comments/hq3rzq/allie_griffin_slow_mo/
https://www.reddit.com/r/alliecatt/
https://www.reddit.com/r/AllieCatt/comments/iurccf/alliecatt_play_time/
https://www.reddit.com/r/AllieCatt/comments/j0j8li/alliecatt_anal/
https://www.reddit.com/r/AllieCatt/comments/jsk0u4/enjoy/?utm_medium=android_app&utm_source=share
https://www.reddit.com/r/alliecatt3/
https://www.reddit.com/r/alliecatt3/comments/lsk1id/reverse_cowgirl/
https://www.reddit.com/r/alliecatt3/comments/lsk1id/reverse_cowgirl/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/alliecatt3/gilded
https://www.reddit.com/r/ass/comments/jc0ebp/alliecatt_fit_the_shakes/
https://www.reddit.com/r/bigasses/comments/fl6noj/allie_griffin/
https://www.reddit.com/r/bigasses/comments/flnlml/allie_griffin/
https://www.reddit.com/r/bigasses/comments/jeev0a/alliecat/
https://www.reddit.com/r/booty/comments/lm6tlf/alliecat/
https://www.reddit.com/r/bootyshorts/comments/isunrj/allie_griffin/
https://www.reddit.com/r/BubbleButts/comments/flnlys/allie_griffin/
https://www.reddit.com/r/CasualJiggles/comments/jrwlf7/alliecat/
https://www.reddit.com/r/girlsinyogapants/comments/fypjje/allie_griffin/
https://www.reddit.com/r/GirlswithGlasses/comments/lm6xkn/alliecat/
https://www.reddit.com/r/goddesses/comments/jc67c8/alliecat/
https://www.reddit.com/r/HighCut/comments/j3cirv/alliecat_alliecattxoxo/
https://www.reddit.com/r/InstagramHotties/comments/kbwe2i/alliecat/
https://www.reddit.com/r/InternetStars/comments/id1kmj/allie_catt_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/iywitt/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/j1wo7a/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/j4f7h2/alliecat_alliecattfitness/
https://www.reddit.com/r/InternetStars/comments/j84o4h/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jb0fid/americas_favorite_pawg_alliecattfit/
https://www.reddit.com/r/InternetStars/comments/jbjqrn/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jd1vci/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jd4sem/lovelyalliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jdtgi5/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jh6afw/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/jpf4jg/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/ju4xnq/bouncing_that_assalliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/juapp1/killer_booty_clap_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/k4aoum/alliecat_alliecattfit/
https://www.reddit.com/r/InternetStars/comments/k57e0e/alliecat_alliecattxoxo/

https://www.reddit.com/r/InternetStars/comments/k6c2el/purple_leggings_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/k6tzla/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/k7rbir/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/k9quc9/her_delicious_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/kmhzl5/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/knwotu/her_thong_should_smell_delicious_alliecattxoxo/
https://www.reddit.com/r/InternetStars/comments/lxjd3c/alliecatt_oliviamaebae/
https://www.reddit.com/r/InternetStars/duplicates/iywitt/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/duplicates/j365qz/alliecat_alliecattxoxo/
https://www.reddit.com/r/InternetStars/duplicates/j4f7h2/alliecat_alliecattfitness/
https://www.reddit.com/r/InternetStars/duplicates/jb0fid/americas_favorite_pawg_alliecattfit/
https://www.reddit.com/r/JustHotWomen/comments/kbwe58/alliecat/
https://www.reddit.com/r/pawg/comments/cpllz7/allie_griffin/
https://www.reddit.com/r/pawg/comments/hpytq9/allie_griffin_slomo_twerk/?utm_source=share&utm_medium=web2x
https://www.reddit.com/r/pawg/comments/if8c98/allie_griffin/
https://www.reddit.com/r/pawg/comments/ilkjmz/alliecattxoxo/
https://www.reddit.com/r/pawg/comments/jbk1jx/alliecatt_fit_shake/
https://www.reddit.com/r/pawg/comments/jbzjn4/alliecatt_fit_reup/
https://www.reddit.com/r/pawg/comments/jc7mhr/alliecat/
https://www.reddit.com/r/pawg/comments/jjm01d/alliecattxoxo/
https://www.reddit.com/r/SlimThick/comments/flgaun/allie_griffin/
https://www.reddit.com/r/STAWG/comments/flnlsq/allie_griffin/
https://www.reddit.com/r/ThickThighs/comments/flnlvq/allie_griffin/
https://www.reddit.com/r/twerking/comments/hq3r40/allie_griffin/
https://www.reddit.com/r/twerking/comments/jc3n7k/alliecatt_fit_the_shakes/
https://www.reddit.com/user/Gaun/comments/hc1hgg/allie_griffin_and_16tb_reup_lena_the_plug_jeda/
https://www.reddit.com/user/TheGodAsanagi/comments/j3db8d/alliecat_alliecattxoxo/

Jason Tucker
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

| | |
|---|---|
| **From:** | Jason Tucker ████████████████████ |
| **Sent:** | Monday, May 3, 2021 11:27 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Autumnhawk95 |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owners and ███████ ████████████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/sedonasky

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: █████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ███████████████ and Autumnhawk95
**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/r/sedonasky/comments/iec0fy/rsedonasky_lounge/
https://old.reddit.com/r/sedonasky/comments/ieoz0o/hot/
https://old.reddit.com/r/SedonaSkyOF/
https://old.reddit.com/r/SedonaSkyOF/comments/kqct0g/a_little_delayed_xmas_spirit_hny_everyone/
https://old.reddit.com/r/SedonaSkyOF/comments/kqs0a1/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/kwzfti/anyone_got_a_mega/
https://old.reddit.com/r/SedonaSkyOF/comments/ky7nes/everything_is_in_there_go_check_fast/
https://old.reddit.com/r/SedonaSkyOF/comments/l0xrw4/anyone_got_anything/
https://old.reddit.com/r/SedonaSkyOF/comments/l144nq/sedonasky_of_content/
https://old.reddit.com/r/SedonaSkyOF/comments/la8v2x/sedona_sky_onlyfans_video_leaked/
https://old.reddit.com/r/SedonaSkyOF/comments/lm48t5/got_anything/
https://old.reddit.com/r/SedonaSkyOF/comments/ly7mb3/she_got_a_boobjob/
https://old.reddit.com/r/SedonaSkyOF/comments/lynqgj/new_boobs_pictures/
https://old.reddit.com/r/SedonaSkyOF/comments/lzlt29/the_boobjob/
https://old.reddit.com/r/SedonaSkyOF/comments/lzmacx/before_boobjob_reveal_of/
https://old.reddit.com/r/SedonaSkyOF/comments/lzmb58/boobjob_of/
https://old.reddit.com/r/SedonaSkyOF/comments/m02ast/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/m02vvg/sedonaaaa/
https://old.reddit.com/r/SedonaSkyOF/comments/m03xdf/cumshot/
https://old.reddit.com/r/SedonaSkyOF/comments/m26ax2/the_sex_tape/
https://old.reddit.com/r/SedonaSkyOF/comments/m322dx/_/
https://old.reddit.com/r/SedonaSkyOF/comments/m3h8cu/a_little_seethru/
https://old.reddit.com/r/SedonaSkyOF/comments/m9weki/anyone_got_a_mega_or_a_sextape/
https://old.reddit.com/r/SedonaSkyOF/comments/mcfpfu/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/mcfpo8/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/mcfpre/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/mcfpwd/sedona_sky/
https://old.reddit.com/r/SedonaSkyOF/comments/mffbki/_/
https://old.reddit.com/r/Sedonaskyxo/comments/k7n0yf/always_showing_off_that_ass/
https://old.reddit.com/r/Sedonaskyxo/comments/k7n3aq/a_little_bit_of_side_boob_and_ass/
https://old.reddit.com/r/Sedonaskyxo/comments/k7n4jm/little_maid_sedona/
https://old.reddit.com/r/Sedonaskyxo/comments/k7vqhi/another_wonderful_post/
https://old.reddit.com/r/Sedonaskyxo/comments/k82qp1/new_post_from_the_sexy_sedonaskyxo/
https://old.reddit.com/r/Sedonaskyxo/comments/k8jlu0/school_girl_sedona/
https://old.reddit.com/r/Sedonaskyxo/comments/k8ltu5/brand_new_post/
https://old.reddit.com/r/Sedonaskyxo/comments/k8ta0t/santas_little_helper/
https://old.reddit.com/r/Sedonaskyxo/comments/ka0r2h/heres_some_more/
https://old.reddit.com/r/Sedonaskyxo/comments/kal1ry/new_post_sexy_as_all_ways/
https://old.reddit.com/r/Sedonaskyxo/comments/kb798x/new_pic_from_her_story_sedonaskyxo/
https://old.reddit.com/r/Sedonaskyxo/comments/kb9a26/showing_off_that_fat_ass_as_all_ways/
https://old.reddit.com/r/Sedonaskyxo/comments/kds871/pink_hair_dont_care/
https://old.reddit.com/r/Sedonaskyxo/comments/kegsn4/new_post/
https://old.reddit.com/r/Sedonaskyxo/comments/kgcttm/super_hot_new_post/
https://old.reddit.com/r/Sedonaskyxo/comments/khnknp/sexy_new_christmas_post/
https://old.reddit.com/r/Sedonaskyxo/comments/lao1dz/post_her_stuff_in_here_at_least_some_of_you_guys/
https://old.reddit.com/r/Sedonaskyxo/comments/lb3sxy/newpost/
https://old.reddit.com/r/Sedonaskyxo/comments/lh3r3o/here_boys_spread_the_word/

https://old.reddit.com/r/Sedonaskyxo/comments/loa0xo/shower_ass_pic/
https://old.reddit.com/r/Sedonaskyxo/comments/lp6hfw/cheeky_new_post/
https://old.reddit.com/r/Sedonaskyxo/comments/lp8v0f/i_have_a_pussy_vid_if_her_idk_how_to_post_tho/
https://old.reddit.com/r/Sedonaskyxo/comments/lq0oof/maddog2322_posted/
https://old.reddit.com/r/Sedonaskyxo/comments/lq0oy3/maddog2322/
https://old.reddit.com/r/Sedonaskyxo/comments/lq89o9/im_a_rich_bitch_6_some_outfits_of_her/
https://old.reddit.com/r/Sedonaskyxo/comments/lq8nhl/6_tall_rich_bitch/
https://old.reddit.com/r/Sedonaskyxo/comments/lq8qak/rich_bitch_6_feet_tall_continued/
https://old.reddit.com/r/Sedonaskyxo/comments/lttig8/stay_strong_men_one_titty_pic_is_t_worth_it/
https://old.reddit.com/r/Sedonaskyxo/comments/lw8f1n/reddit_really_took_down_her_insta_pics_too/
https://old.reddit.com/r/Sedonaskyxo/comments/m2j3iw/lmao_cum_shot_and_a_new_tits_job_ig/
https://old.reddit.com/r/Sedonaskyxo/comments/m3ipcq/new_posts/
https://old.reddit.com/r/Sedonaskyxo/comments/mbxca9/dm_me_for_her_sex_video/
https://old.reddit.com/r/Sedonaskyxo/comments/me41qu/here/
https://old.reddit.com/r/Sedonaskyxo/comments/mha3fu/_/
https://old.reddit.com/user/spiderman537626/
https://www.reddit.com/r/AbsoluteWeapons/comments/htnnuk/sedona_sky/
https://www.reddit.com/r/sedonasky/comments/jhgjc6/well_then/

Jason Tucker

SKYPE: ███████████

Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 11:42 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - bundleofbec |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owners and ████████ ████████████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/bundleofbecofficial

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████████ USA
Email: ████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ███████████████ and bundleofbec

**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fjoc3kp%2F_%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fjov1to%2Fher_twerk_video%2F
https://old.reddit.com/r/beccastylite/comments/e0a12f/bundleofbec_discord_join/
https://old.reddit.com/r/BestBabes/comments/ebly88/becca_bundleofbec/
https://old.reddit.com/r/BestBabes/comments/ec95g0/becca_bundleofbec/
https://old.reddit.com/r/bundleofbec/comments/g8gd0o/anyone_here_got_this_chicks_onlyfans/
https://old.reddit.com/r/bundleofbec/comments/gg0kxe/super_phat_pussy/
https://old.reddit.com/r/bundleofbec/comments/gg0ygg/more_pussy/
https://old.reddit.com/r/bundleofbec/comments/gg0yrp/jeezus/
https://old.reddit.com/r/bundleofbec/comments/gg0z1g/bottoms_views/
https://old.reddit.com/r/bundleofbec/comments/gg46j4/nudes/
https://old.reddit.com/r/bundleofbec/comments/ghcc9r/ehhh_there_okay/
https://old.reddit.com/r/bundleofbec/comments/ghccfh/yw/
https://old.reddit.com/r/bundleofbec/comments/ghccll/nice_one/
https://old.reddit.com/r/bundleofbec/comments/ghccth/decent/
https://old.reddit.com/r/bundleofbec/comments/ghcd58/kinda_trash/
https://old.reddit.com/r/bundleofbec/comments/gj16yt/ass_fat/
https://old.reddit.com/r/bundleofbec/comments/gj1aso/big_ole_butt/
https://old.reddit.com/r/bundleofbec/comments/gmx1sq/megas/
https://old.reddit.com/r/bundleofbec/comments/gmx9xe/titties/
https://old.reddit.com/r/bundleofbec/comments/guewla/here/
https://old.reddit.com/r/bundleofbec/comments/gy8wo3/was_she_cappin/
https://old.reddit.com/r/bundleofbec/comments/h9lteu/anything_new/
https://old.reddit.com/r/bundleofbec/comments/hf6uif/rbundleofbec_hit_1k_subscribers_yesterday/
https://old.reddit.com/r/bundleofbec/comments/hlxu52/cheeks/
https://old.reddit.com/r/bundleofbec/comments/hlxzig/spandex/
https://old.reddit.com/r/bundleofbec/comments/hly6hu/_/
https://old.reddit.com/r/bundleofbec/comments/hly6vo/ass/
https://old.reddit.com/r/bundleofbec/comments/hly77l/thickness/
https://old.reddit.com/r/bundleofbec/comments/hm3iuw/_/
https://old.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/
https://old.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/fxa0rp9/
https://old.reddit.com/r/bundleofbec/comments/hn5qf3/ass_clapping_vid/
https://old.reddit.com/r/bundleofbec/comments/hqey4w/becy/
https://old.reddit.com/r/bundleofbec/comments/hqeyfi/h/
https://old.reddit.com/r/bundleofbec/comments/hqeym7/h/
https://old.reddit.com/r/bundleofbec/comments/hqeys8/h/
https://old.reddit.com/r/bundleofbec/comments/hqeyyb/h/
https://old.reddit.com/r/bundleofbec/comments/hqez57/h/
https://old.reddit.com/r/bundleofbec/comments/hqezar/h/
https://old.reddit.com/r/bundleofbec/comments/hqf08j/h/
https://old.reddit.com/r/bundleofbec/comments/hqf0dp/g/
https://old.reddit.com/r/bundleofbec/comments/hqf0kb/g/
https://old.reddit.com/r/bundleofbec/comments/hrc8fa/h/

https://old.reddit.com/r/bundleofbec/comments/hrc933/how_sexy/
https://old.reddit.com/r/bundleofbec/comments/hunxli/bundleofbec_onlyfans/
https://old.reddit.com/r/bundleofbec/comments/ilrymv/for_the_boys_if_you_want_more_show_some_love/
https://old.reddit.com/r/bundleofbec/comments/ima821/here_you_go/
https://old.reddit.com/r/bundleofbec/comments/imh04i/i_got_videos_but_cant_post_for_some_reason_so/
https://old.reddit.com/r/bundleofbec/comments/itrzvp/ur_welcome/
https://old.reddit.com/r/bundleofbec/comments/iugbbs/pussy_content/
https://old.reddit.com/r/bundleofbec/comments/iv4b8q/welp/
https://old.reddit.com/r/bundleofbec/comments/iv8vyl/anotha_one/
https://old.reddit.com/r/bundleofbec/comments/iwu5fa/hurry_guys_this_discord_server_have_everything/
https://old.reddit.com/r/bundleofbec/comments/ixaxxf/so_much_ass/
https://old.reddit.com/r/bundleofbec/comments/iyxt0c/i_wanna_see_her_full_nip_so_bad_bruh/
https://old.reddit.com/r/bundleofbec/comments/j27pna/mega_link/
https://old.reddit.com/r/bundleofbec/comments/joc3kp/_/
https://old.reddit.com/r/bundleofbec/comments/jov1to/her_twerk_video/
https://old.reddit.com/r/InternetStars/comments/entobe/becca_craig_bundleofbec/
https://old.reddit.com/r/InternetStars/comments/f1cx8h/becca_craig_bundleofbec/
https://old.reddit.com/r/KKVSHOF/comments/ht9nhl/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://old.reddit.com/r/onlyfansleaksfreee/comments/ht9mpc/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://old.reddit.com/r/PacksLatinas/comments/ht9nr0/super_rica_bundleofbc/
https://old.reddit.com/r/Piabunny/comments/ht9nvf/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://old.reddit.com/r/Sheismichaela/comments/ht9o0k/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://old.reddit.com/r/StrellaKatUncut/comments/ht9o86/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://old.reddit.com/r/WonderfulWoman/comments/f9st7c/bundleofbec/
https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/ht9p7l/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://www.reddit.com/over18?dest=https%3A%2F%2Fwww.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fiyxis8%2Fhere_ya_go%2F
https://www.reddit.com/over18?dest=https%3A%2F%2Fwww.reddit.com%2Fr%2Fbundleofbec%2Fcomments%2Fiyxtsg%2Fcameltoe_for_the_boys%2F
https://www.reddit.com/r/beccastylite/comments/e0a12f/bundleofbec_discord_join/
https://www.reddit.com/r/beccastylite/comments/fn4xvg/first_post/
https://www.reddit.com/r/beccastylite/comments/fv6fit/what_is_her_onlyfans_like_worth_it/
https://www.reddit.com/r/bigtitsinbikinis/comments/evqfzm/bundleofbec2/
https://www.reddit.com/r/bootyshorts/comments/fi75ge/bundleofbec/
https://www.reddit.com/r/bundleofbec/comments/hlxzig/spandex/
https://www.reddit.com/r/bundleofbec/comments/hmrfmx/anyone_have_her_nudes/
https://www.reddit.com/r/bundleofbec/comments/hunxli/bundleofbec_onlyfans/
https://www.reddit.com/r/bundleofbec/comments/imh04i/i_got_videos_but_cant_post_for_some_reason_so/
https://www.reddit.com/r/bundleofbec/comments/itrzvp/ur_welcome/
https://www.reddit.com/r/bundleofbec/comments/iv4b8q/welp/
https://www.reddit.com/r/bundleofbec/comments/iv8vyl/anotha_one/
https://www.reddit.com/r/bundleofbec/comments/iyxis8/here_ya_go/
https://www.reddit.com/r/bundleofbec/comments/iyxt0c/i_wanna_see_her_full_nip_so_bad_bruh/
https://www.reddit.com/r/bundleofbec/comments/iyxtsg/cameltoe_for_the_boys/
https://www.reddit.com/r/FrogButt/comments/ikme7i/ig_bundleofbec/
https://www.reddit.com/r/goddesses/comments/j5672b/becca_bundleofbec/
https://www.reddit.com/r/instahotties/comments/bp268h/bundleofbec/
https://www.reddit.com/r/instahotties/comments/dbhjvw/bundleofbec/
https://www.reddit.com/r/InternetStars/comments/i526o5/becca_bundleofbec/
https://www.reddit.com/r/InternetStars/comments/i526o5/becca_bundleofbec/g0m75m0/

https://www.reddit.com/r/InternetStars/comments/jewsjh/nice_bundleofbec/
https://www.reddit.com/r/KKVSHOF/comments/ht9nhl/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://www.reddit.com/r/onlyfansleaksfreee/comments/ht9mpc/super_hot_chick_full_0nly_fan_leak_bundleof
bc/
https://www.reddit.com/r/RiceGumStreamBaddies/comments/lshdpo/bundleofbec/
https://www.reddit.com/r/RiceGumStreamBaddies/comments/lt74j6/here_ya_go/
https://www.reddit.com/r/RiceGumStreamBaddies/comments/lt75k1/one_more/
https://www.reddit.com/r/SideStripeShorts/comments/bor7d9/bundleofbec/
https://www.reddit.com/r/SlimThick/comments/haqh2b/bundleofbec/
https://www.reddit.com/r/SlimThick/comments/hckqhw/bundleofbec/
https://www.reddit.com/r/SlimThick/comments/i161h8/bundleofbec/
https://www.reddit.com/r/StrellaKatUncut/comments/ht9o86/super_hot_chick_full_0nly_fan_leak_bundleofbc/
https://www.reddit.com/r/thick/comments/i161mm/bundleofbec/
https://www.reddit.com/r/ThotClub/comments/gcjs6r/bundleofbec/
https://www.reddit.com/r/YOUNGPRETTYHOES2/comments/ht9p7l/super_hot_chick_full_0nly_fan_leak_bu
ndleofbc/


Jason Tucker
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████ |
| **Sent:** | Monday, May 3, 2021 11:44 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - calliemurphy |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA 94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – calliemurphy

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/calliemurphy
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████████ USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████ and calliemurphy

**Links to Infringing Material that we request be REMOVED:**
https://www.reddit.com/r/popass/comments/921rv8/callie_murphy/
https://www.reddit.com/user/Last654Scallion/comments/hb3ry0/download_link_yourmegafileinfocallie_murph
y_aka

Jason Tucker
███████████
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 11:48 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - CarolineSimpson |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – CarolineSimpson

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ████████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/carolinesimpson

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ███████████████████ and CarolineSimpson

## Links to Infringing Material that we request be REMOVED:

https://old.reddit.com/r/CarolineSimpson/comments/kc1rrb/rcarolinesimpson_lounge/
https://old.reddit.com/r/CarolineSimpson/comments/kc1u54/shes_so_damn_hot/
https://old.reddit.com/r/CarolineSimpson/comments/kc1yip/her_soapy_boobie_photos/
https://old.reddit.com/r/CarolineSimpson/comments/kc1z0q/hottest_bikini_outfit_out_there/
https://old.reddit.com/r/CarolineSimpson/comments/kc2iil/her_pussy_is_so_nice/
https://old.reddit.com/r/CarolineSimpson/comments/kc2irz/that_juicy_assssss/
https://old.reddit.com/r/CarolineSimpson/comments/kc2j5i/those_tits_what_size_do_you_think_the_are/
https://old.reddit.com/r/CarolineSimpson/comments/kc2jtu/her_fully_naked_my_god_shes_hot_af_i_have_the/
https://old.reddit.com/r/CarolineSimpson/comments/kc2o59/httpsdiscordggxajuzkfwfb/
https://old.reddit.com/r/CarolineSimpson/comments/kc2oo6/nip_slip/
https://old.reddit.com/r/CarolineSimpson/comments/kc2pjl/i_wanna_raw_dog_rn_so_bad/
https://old.reddit.com/r/CarolineSimpson/comments/kc2pto/beauty/
https://old.reddit.com/r/CarolineSimpson/comments/kc2q5w/5_post_wasnt_worth_it/
https://old.reddit.com/r/CarolineSimpson/comments/kcx4zf/flash/
https://old.reddit.com/r/CarolineSimpson/comments/kcxb73/mega/
https://old.reddit.com/r/CarolineSimpson/comments/kdwsj4/dm_me_if_u_follow_her_lets_put_as_much_as_we_can/
https://www.reddit.com/r/bigtitsinbikinis/comments/cfquzs/caroline_simpson/
https://www.reddit.com/r/bigtitsinbikinis/comments/eod9z9/caroline_simpson/
https://www.reddit.com/r/bigtitsinbikinis/comments/gxpalb/caroline_simpson/
https://www.reddit.com/r/bigtitsinbikinis/duplicates/eod9z9/caroline_simpson/
https://www.reddit.com/r/bigtitsinbikinis/duplicates/gxpalb/caroline_simpson/
https://www.reddit.com/r/BikiniBodies/comments/eodbjd/caroline_simpson/
https://www.reddit.com/r/CarolineSimpson/comments/kc2iil/her_pussy_is_so_nice/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

Jason Tucker
SKYPE: █████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

**From:**  Jason Tucker ███████████████████
**Sent:**  Monday, May 3, 2021 11:51 AM
**To:**  'copyright@reddit.com'; 'abuse@fastly.com'
**Subject:**  DMCA Takedown Notice for Copyright Infringement - Courtneymillz

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – Courtneymillz

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████████ ████████  the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/skylarmaexo

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: ██████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████  or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

1

Jason Tucker
Agent for ███████████████████ and Courtneymillz aka skylarmaexo

**Links to Infringing Material that we request BE REMOVED:**

https://old.reddit.com/r/SkylarMaeAndOtters/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc3k4q/new_pics/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc4pcz/first_time_seeing_her_asshole_and_goddamn_i_would/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jc4usu/school_girl_video_part_2/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/je5f1k/heres_a_skylar_picture/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeaqrt/her_body_is_fucking_amazing/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeeezx/sorry_boys_videos_will_be_coming_soon/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jeejom/sorry_for_being_so_mia_will_try_to_post_more/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jev1br/_/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jfbrwq/x/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jffabz/god_damn/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jfok0i/_/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg00xe/anyone_have_this_one/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg4h9m/does_anyone_know_her_true_name/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jg73f8/heres_another_clip_from_the_school_girl_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgdhuk/not_nudes_but_just_a_instagram_post_god_damn_shes/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgdu7x/part_2_blue_lingerie_vid/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jge7yx/blue_lingerie_part_3/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgec98/blue_lingerie_final_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jgnph9/before_her_boob_job/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jh53wg/no_nudes_which_picture_is_the_best/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jhqk28/che_from_clueless_cosplay/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jjb6ka/not_nude_instagram_post/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jjovoz/not_nudes_video_is_pretty_uncommon_and_old_but_i/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jkjdxd/not_nude_please_tell_me_she_has_a_video_with_that/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jl2736/no_nudes_no_videos_on_the_hub_anymore/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jl84wd/not_nude_alien_skylar/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jm8h7q/little_bunny/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jm9j81/not_nude_instagram_post_god_shes_such_a_beauty/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmbcvj/from_her_personal_instagram_account/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmrpts/44_minute_compilation_of_skylar_huge_credit_to/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmv10v/which_kind_of_videos_you_want_from_skylar/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jmzo9y/not_nude_some_pictures_from_her_personal_and_main/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jn61mg/for_more_pics/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jnizr7/not_nude_she_posted_more_pink_bikini_pics/

2

https://old.reddit.com/r/SkylarMaeAndOtters/comments/jnxrrn/onlyfans_leak_discord/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jociat/beautiful/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/josf2r/i_just_want_some_new_skylar_content_from_her/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jp9eqk/so_i_was_her_top_1_fan_i_guess_i_bought_her/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jp9ukj/short_video_showing_her_tight_lil_body/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpa5ez/gym_clothes_striptease/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpacdi/cute_lil_ass/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpaoqq/pink_thong/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpe844/clueless_cosplay_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jpul5s/big_things_coming_soon/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jqktuv/_/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jqonaa/from_her_personal_insta/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr4007/talk_about_a_perfect_ass/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr58u2/x/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jr939f/fuck_that_body_man/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jrb6de/x/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jt3i6g/heres_a_nude_pic_from_the_discord/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jt62xp/new_video_gentlemen_more_coming_soon/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jvfojg/dm_me_for_mega_link_free/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jvgi1n/theres_the_link_bois/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jx9yxp/her_under_boob/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jxcnxk/for_those_who_keep_asking_heres_the_discord_link/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jyhaly/will_she_ever_do_boy_girl_stuff/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jz6c2b/her_body_is_amazing/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/jzbcxq/here_it_is_boys_a_2_hour_compilation_of_skylar/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k2vzfs/shes_taken_down_my_videos/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k3mlol/videos/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k4xqew/damn_she_so_fine/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k52o83/damn_i_wish_i_had_her_onlyfans/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k698ag/nice/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k6qqpn/here_you_go_enjoy_up_votes_are_welcome/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k6thu6/mega_link/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k71dgx/rubbing_oil_on_her_tits/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k7l73n/does_anyone_have_her_anal_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k7ljfz/skylar_mae_leaked_nudes_httpsdiscordggnpyg7h8r/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k8o2q2/i_have_her_onlyfans_how_would_you_guys_feel_about/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k9071e/from_her_personal/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/k9dw51/skylar_has_a_5_minute_18_fingering_video_whos/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kamocf/school_girl/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kargyb/can_someone_post_new_link/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/karxt6/_/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kauu8q/skylars_professional_photoshoot/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbgojl/skylarmaexo_photo_dump/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbgojl/skylarmaexo_photo_dump/gfighgj/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbk6sl/for_the_boys/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbkdhv/part_2_tokyo_drift/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbnl2o/pretty_and_horny_busty_teen_skylar_vox/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbs57y/skylar_mae/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbvecj/sister_makes_step_brother_confess_true_desires/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kbxn1l/any_one_have_pussy_and_asshole_pics_from_her/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kc1011/perfect/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kc2s9r/only_fans_pic/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kceoza/hot_ass_shot/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kci5y6/her_ass_is_perfect/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kcsh5t/pain/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kdaxeg/can_someone_dm_me_an_invite_to_the_discord_please/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kdd6uz/thoughts/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/ke0wqi/_/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kfatfv/ass_shaking/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kfuv5a/probably_no_new_videos_anytime_soon_sorry_guys/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kg1585/for_the_boys/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kgmyn8/i_cant_get_over_her_body_man/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kh3har/shes_so_fucking_hot/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/khcnge/vibrator_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/khrui9/past_location_for_her_videos_probably_a_bunch_of/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kivnyb/link_to_mega_in_comments/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kjlf0x/fuck_shes_hot_btw_for_those_who_werent_able_to/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kjuj1z/new_mega_is_up_dm_me_for_link_keeping_it_in_the/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kka1oi/guys_i_found_a_way_to_make_money_through_cashapp/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkcgch/new_video_is_up_in_the_mega_dm_for_link/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkvam0/jadeteen_mega_link_up_on_the_website_if_i_already/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkw1wd/btw_could_you_guys_not_share_my_link_on_popular/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kkwjbv/fuck_shes_hot/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl0srw/christmas_themed_video_thanks_to_the_guy_who/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl80lg/skylar_and_jade_are_in_the_same_link_the_link_has/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl9a5u/jade_and_skylar/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kldrjt/skylar_with_pigtails/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmjk5o/rare_skylarmaexo_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmjp6i/its_a_shame_she_doesnt_do_more_than_just_solo/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kmqhuf/do_you_guys_want_this_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kncuse/short_skylar_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/knsu3d/this_is_probably_the_closest_well_get_to_a/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/ko1par/we_can_only_dream_of_her_making_a_sextape_waste/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kp3hki/i_dont_charge_for_links_but_i_also_dont_have_a/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpdee1/skylar_mae_pic/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpneta/not_a_video_but_youre_welcome/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpzduf/skylarmaexo_damn_she_looks_fine_in_this_video/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpzuxk/this_is_honestly_hotter_than_her_ptv_videos/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqkkjb/though_id_drop_some_super_rare_videos_thanks_to/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqkthl/heres_another_one/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqqolt/you_guys_want_this_one_might_be_a_little/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kqsnk0/new_mega_is_up_and_running/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kreq8h/s_mae_pic/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/krf0hc/full_new_set/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/krxont/2_pics_making_a_hot_new_video_tonight/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzkw8/shes_so_hot_but_her_vids_are_boring/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzn9c/skylar_showing_off_her_great_cooch/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/krzrtu/damn_shes_fine/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kslq5t/newest_pics_no_mega/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/ktm6o9/this_outfit_alone_makes_me_want_to_buy_her_new/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kusda4/fuck_why_does_she_have_to_be_so_hot/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuw8b0/_/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuwa6b/she_finally_did_something_else_for_a_video/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kuyz8y/dildo_ride_arguably_her_best_video_yet/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kw98ke/god_damn_if_only_they_both_did_of/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kwahnl/always_wish_she_would_have_gone_full_nude_lx_nn/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kwukzk/god_damn/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/kz1hrt/felt_generous_tonight_so_i_got_this_30_for_you/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/l1oucx/alright_this_pic_is_actually_kinda_hot/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/l2cfvu/masterbation_video/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/l4ibf0/suck_and_dildo_fuck/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/l6ndhi/_/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/l9sax2/showing_her_ass_in_the_snow/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lalr3c/school_girl/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lampiq/more_ass_pic/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lefzxb/3_pics_insanely_hot/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lf0gap/super_bowl_sunday_pic/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lgjpx6/sexy_asf/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lje5lm/must_be_cold/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lje824/honestly_she_should_show_more_of_her_personality/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lklt1d/shower_masterbation/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/llc7rb/maid_pic/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lljbbd/sexy_asf/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lm43ag/showing_her_booty_in_a_car/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lmeet5/more_car_pics/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lniucj/this_goes_out_for_skylar_fans_who_are_willing_to/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/loab0r/hot/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/lolpzm/more_hotness/
https://old.reddit.com/r/Skylarmaexo/
https://old.reddit.com/r/Skylarmaexo/comments/ldhcze/yo_can_i_get_a_mega_link_for_brittfit/
https://www.reddit.com/r/bikinis/comments/m5k8wv/skylarmaexo_bikini_nude_compilation_video/
https://www.reddit.com/r/EvilXx/comments/joe8fa/skylarmaexo_onlyfans/


Jason Tucker
█████████
SKYPE: ██████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ████████████████████ |
| **Sent:** | Monday, May 3, 2021 12:00 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - GoddessGuzman |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – GoddessGuzman

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ███████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/goddessguzman

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████ USA
Email: ████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ███████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for █████████████████████ and GoddessGuzman

**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fgoddess_guzman%2Fcomments%2Fgx150c%2Ffrom_her_twitter%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fgoddess_guzman%2Fcomments%2Fhfzzxg%2Fonlyfans_is_it_worth_it%2F

https://old.reddit.com/r/goddess_guzman/

https://old.reddit.com/r/goddess_guzman/comments/gx1071/guzman/

https://old.reddit.com/r/goddess_guzman/comments/gx150c/from_her_twitter/

https://old.reddit.com/r/goddess_guzman/comments/hfzzxg/onlyfans_is_it_worth_it/

https://old.reddit.com/r/goddess_guzman/comments/hj4yje/wow/

https://old.reddit.com/r/goddess_guzman/comments/jgxo81/free_only_fans_content_easy_access/

https://old.reddit.com/r/goddess_guzman/comments/jly2rr/_/

https://old.reddit.com/r/goddess_guzman/comments/jly8rf/_/

https://old.reddit.com/r/goddess_guzman/comments/jmbl6c/leak/

https://old.reddit.com/r/goddess_guzman/comments/jmc16h/_/

https://old.reddit.com/r/goddess_guzman/comments/jmc2ej/_/

https://old.reddit.com/r/goddess_guzman/comments/jmc46k/_/

https://old.reddit.com/r/goddess_guzman/comments/jmc4gp/_/

https://old.reddit.com/r/goddessguzmann/

https://old.reddit.com/r/goddessguzmann/comments/k6fbqn/perfect/

https://old.reddit.com/r/goddessguzmann/comments/k6p9l8/_/

https://old.reddit.com/r/goddessguzmann/comments/ke5vta/sucky/

https://old.reddit.com/r/goddessguzmann/comments/kx7eo8/gg/

https://old.reddit.com/user/Leading-Lemon-7611

https://www.reddit.com/r/GirlswithGlasses/comments/cqj6gt/goddessguzman/

https://www.reddit.com/r/Hotchickswithtattoos/comments/cqj6jt/goddessguzman/

https://www.reddit.com/r/Mooning/comments/iaci6f/goddessguzman_pants_down_and_with_a_moon/

https://www.reddit.com/r/Siterip_Onlyfanz/comments/mjd3so/goddessguzman_onlyfans_leak212_images_251_videos/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

Jason Tucker
████████████████
SKYPE: ███████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

**From:** Jason Tucker ███████████████████
**Sent:** Monday, May 3, 2021 12:05 PM
**To:** 'copyright@reddit.com'; 'abuse@fastly.com'
**Subject:** DMCA Takedown Notice for Copyright Infringement - Kali Ray

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement - Kali Ray

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ███████████  the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/luvbunsxoxo
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████  USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████████ ████████  or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ████████████████ and Kali Ray aka luvbunsxoxo

**Links to Infringing Material that we request be REMOVED:**
https://old.reddit.com/r/Luvbunsxoxo/
https://old.reddit.com/r/Luvbunsxoxo/comments/lu86ea/schoolgirl_outfit/
https://old.reddit.com/r/Luvbunsxoxo/comments/lu8ahs/gorgeous/
https://old.reddit.com/r/Luvbunsxoxo/comments/luj8mg/how_is_she_so_hot/
https://old.reddit.com/r/Luvbunsxoxo/comments/lvsmeg/some_tittie_pics/
https://old.reddit.com/r/Luvbunsxoxo/comments/lwg3j6/dm_me/
https://old.reddit.com/r/Luvbunsxoxo/comments/lx8u4s/_/
https://old.reddit.com/r/Luvbunsxoxo/comments/lzjl2d/some_more_pictures_for_the_boys/
https://old.reddit.com/r/Luvbunsxoxo/comments/lzjodd/_/
https://old.reddit.com/r/Luvbunsxoxo/comments/mddr5h/enjoy/
https://old.reddit.com/r/Luvbunsxoxo/comments/mddtzs/up_vote_for_more_vids_and_pics/
https://old.reddit.com/r/Luvbunsxoxo/comments/mg6sux/drop_another_vid/
https://old.reddit.com/r/Luvbunsxoxo/comments/mg8byj/enjoy_upvote_for_more/
https://old.reddit.com/r/Luvbunsxoxo/comments/mjr8dv/some_pics/
https://old.reddit.com/r/Luvbunsxoxo/comments/mjrcxq/happy_easter/
https://old.reddit.com/r/Luvbunsxoxo/comments/mkg6b6/another_one/
https://old.reddit.com/r/Luvbunsxoxo/comments/mna5mp/some_one_put_a_sex_tape_of_her_and_i_guy_i_will
/

Jason Tucker
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

**From:** Jason Tucker ███████████████████████
**Sent:** Monday, May 3, 2021 12:10 PM
**To:** 'copyright@reddit.com'; 'abuse@fastly.com'
**Subject:** DMCA Takedown Notice for Copyright Infringement - lilwaifulia

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA 94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – lilwaifulia

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/lilwaifulia
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████████ USA
Email: ████████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████ ███████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████ and lilwaifulia

**Links to Infringing Material that we request be REMOVED:**
https://old.reddit.com/r/lilwaifulia/ (all content displayed)
https://old.reddit.com/r/lilwaifulia/comments/iw46k7/rlilwaifulia_lounge/
https://old.reddit.com/r/lilwaifulia/comments/iw48xz/doggy/
https://old.reddit.com/r/lilwaifulia/comments/iw49k7/latex_booty/
https://old.reddit.com/r/lilwaifulia/comments/iw4a9l/so_cute/
https://old.reddit.com/r/lilwaifulia/comments/iw4egx/damnnn/
https://old.reddit.com/r/lilwaifulia/comments/iw4jtz/shawty_got_cake/
https://old.reddit.com/r/lilwaifulia/comments/iw4l4v/d_va_cosplay/
https://old.reddit.com/r/lilwaifulia/comments/iw4mu1/cake_for_dayss/
https://old.reddit.com/r/lilwaifulia/comments/iw4z2i/legs_wide_open/
https://old.reddit.com/r/lilwaifulia/comments/iw4zh1/heart_shaped/
https://old.reddit.com/r/lilwaifulia/comments/iw5bvq/new_widowmaker_post/
https://old.reddit.com/r/lilwaifulia/comments/iwato3/flexible/
https://old.reddit.com/r/lilwaifulia/comments/iwax1n/lucy_heartfilia/
https://old.reddit.com/r/lilwaifulia/comments/iwbbwm/peach_fat_afff/
https://old.reddit.com/r/lilwaifulia/comments/iwbcvb/yall_think_this_cap/
https://old.reddit.com/r/lilwaifulia/comments/ix5kjp/only_found_this/
https://old.reddit.com/r/lilwaifulia/comments/ix87hk/showing_the_goods/
https://old.reddit.com/r/lilwaifulia/comments/j8hrwd/mega/
https://old.reddit.com/r/lilwaifulia/comments/j8hu69/mega_anyone_want_it/
https://old.reddit.com/r/lilwaifulia/comments/j926a5/join_the_mega_link_central_discord_server/
https://old.reddit.com/r/lilwaifulia/comments/j97s71/more/
https://old.reddit.com/r/lilwaifulia/comments/j9c1zz/join/
https://old.reddit.com/r/lilwaifulia/comments/j9eh94/can_we_get_10_upvotes/
https://old.reddit.com/r/lilwaifulia/comments/j9fkbf/free_nudes/
https://old.reddit.com/r/lilwaifulia/comments/j9j313/free_megas_and_dropboxes_in_the_discord_i_got_yall/
https://old.reddit.com/r/lilwaifulia/comments/j9l29s/since_you_guys_gave_a_lot_of_upvotes_heres_more/
https://old.reddit.com/r/lilwaifulia/comments/ja21c7/someone_asked_for_her_pussy_and_since_you_guys/
https://old.reddit.com/r/lilwaifulia/comments/ja64wx/all_her_leaks/
https://old.reddit.com/r/lilwaifulia/comments/jalafy/because_you_guys_keeo_upvoting/
https://old.reddit.com/r/lilwaifulia/comments/jasrt6/does_the_discord_links_even_work_for_you_guys_i/
https://old.reddit.com/r/lilwaifulia/comments/jds1i6/httpsdiscordggjendmey/
https://old.reddit.com/r/lilwaifulia/comments/jdxplh/here/
https://old.reddit.com/r/lilwaifulia/comments/je94iy/vibrator/
https://old.reddit.com/r/lilwaifulia/comments/je954w/nude/
https://old.reddit.com/r/lilwaifulia/comments/je95f2/the_goods/
https://old.reddit.com/r/lilwaifulia/comments/je95py/stretch/
https://old.reddit.com/r/lilwaifulia/comments/je976g/school_girl/
https://old.reddit.com/r/lilwaifulia/comments/je97jq/tits/
https://old.reddit.com/r/lilwaifulia/comments/jh5kyb/more/
https://old.reddit.com/r/lilwaifulia/comments/jhdz4x/here_u_go/
https://old.reddit.com/r/lilwaifulia/comments/jhe52e/wanna_see_what_shes_covering/
https://old.reddit.com/r/lilwaifulia/comments/ji9qgb/more/
https://old.reddit.com/r/lilwaifulia/comments/jjel3o/cake/
https://old.reddit.com/r/lilwaifulia/comments/jkrymy/_/
https://old.reddit.com/r/lilwaifulia/comments/jlcj08/current_of_thumbnail/

https://old.reddit.com/r/lilwaifulia/comments/jlfgpi/help/
https://old.reddit.com/r/lilwaifulia/comments/jni9h3/latest_post/
https://old.reddit.com/r/lilwaifulia/comments/jnibhj/what_do_think_should_i_buy_them/
https://old.reddit.com/r/lilwaifulia/comments/jnidqp/enjoy/
https://old.reddit.com/r/lilwaifulia/comments/jnpd08/here_ya_lads_go/
https://old.reddit.com/r/lilwaifulia/comments/jnuqt0/beautiful_lil/
https://old.reddit.com/r/lilwaifulia/comments/jogq66/another_one_for_lil_3/
https://old.reddit.com/r/lilwaifulia/comments/jogrwn/enjoy_that_ass_guys_and_thank_me_later/
https://old.reddit.com/r/lilwaifulia/comments/jogzpj/dat_ass/
https://old.reddit.com/r/lilwaifulia/comments/joh6a1/surprise_for_you_guys/
https://old.reddit.com/r/lilwaifulia/comments/jowmyp/her_of_leaks/
https://old.reddit.com/r/lilwaifulia/comments/joxgdt/free_onlyfans_content/
https://old.reddit.com/r/lilwaifulia/comments/jp1r38/_/
https://old.reddit.com/r/lilwaifulia/comments/jp3hci/that_clit/
https://old.reddit.com/r/lilwaifulia/comments/jqdmmg/more_hot_shots/
https://old.reddit.com/r/lilwaifulia/comments/jr6w2p/orange_spacesuit/
https://old.reddit.com/r/lilwaifulia/comments/jrcmyk/thecurrent_updates_on_her_of/
https://old.reddit.com/r/lilwaifulia/comments/jrdizy/gotta_love_that_booty/
https://old.reddit.com/r/lilwaifulia/comments/jrqx3s/sum_crazy_ass_megas_on_there/
https://old.reddit.com/r/lilwaifulia/comments/js5s09/purple_wig/
https://old.reddit.com/r/lilwaifulia/comments/jsg0lw/lilwaifulia_anal_lucy_heartfilia_enjoy_the_video/
https://old.reddit.com/r/lilwaifulia/comments/jsoskk/lol_xd/
https://old.reddit.com/r/lilwaifulia/comments/jsp9q8/do_you_want_one_more_video_anal_dildo_riding/
https://old.reddit.com/r/lilwaifulia/comments/jsroby/dat_ass/
https://old.reddit.com/r/lilwaifulia/comments/jsronx/_/
https://old.reddit.com/r/lilwaifulia/comments/jsrx0d/_/
https://old.reddit.com/r/lilwaifulia/comments/jsy5fr/lilwaifulia_dildo_riding/
https://old.reddit.com/r/lilwaifulia/comments/jt7bso/purple_wig_update_1/
https://old.reddit.com/r/lilwaifulia/comments/jvs467/new_one/
https://old.reddit.com/r/lilwaifulia/comments/jvs52i/this_one_is_rare/
https://old.reddit.com/r/lilwaifulia/comments/jvs6oy/hot_one/
https://old.reddit.com/r/lilwaifulia/comments/jvxseu/join_the_plug_18_discord_server/
https://old.reddit.com/r/lilwaifulia/comments/jx1ugb/enjoy/
https://old.reddit.com/r/lilwaifulia/comments/jxzonb/give_me_a_award/
https://old.reddit.com/r/lilwaifulia/comments/jy37cf/give_this_three_awards_and_150_upvotes_and_ill/
https://old.reddit.com/r/lilwaifulia/comments/jy944o/_/
https://old.reddit.com/r/lilwaifulia/comments/jy95bi/here_some_pussy_for_u_guys/
https://old.reddit.com/r/lilwaifulia/comments/jydfwd/hinata_set_pt1/
https://old.reddit.com/r/lilwaifulia/comments/jydgn1/hinata_set_pt2_get_all_my_post_to_500_up_votes/
https://old.reddit.com/r/lilwaifulia/comments/jydh4v/sakura_set/
https://old.reddit.com/r/lilwaifulia/comments/k15fqb/give_me_a_award_and_100_upvotes_it_would_be/
https://old.reddit.com/r/lilwaifulia/comments/k425z1/dogie_lia/
https://old.reddit.com/r/lilwaifulia/comments/ka3qan/proof_i_have_it_for_those_that_doubt_it_490_pics/
https://old.reddit.com/r/lilwaifulia/comments/ka7q9v/im_a_man_of_my_word_find_it_in_comments/
https://old.reddit.com/r/lilwaifulia/comments/kaxi2j/i_will_post_more_later/
https://old.reddit.com/r/lilwaifulia/comments/kaypfe/i_dont_know_why_it_doesnt_show_the_full_thing/
https://old.reddit.com/r/lilwaifulia/comments/kaypyd/this_ones_a_gif_idk_if_itll_make_a_difference/
https://old.reddit.com/r/lilwaifulia/comments/kbdenm/there_you_have_boyss_i_still_have_more_posts_if/
https://old.reddit.com/r/lilwaifulia/comments/kbetzp/enjoy/
https://old.reddit.com/r/lilwaifulia/comments/kbevqs/_/
https://old.reddit.com/r/lilwaifulia/comments/kbex3m/ill_post_as_much_as_i_can_today/

https://old.reddit.com/r/lilwaifulia/comments/kbey59/no_one_cares_about_your_lame_fucking_discords/
https://old.reddit.com/r/lilwaifulia/comments/kbg59u/there_you_have_boys_enjoy_it/
https://old.reddit.com/r/lilwaifulia/comments/kbiyf2/you_asked_boys_enjoy_it/
https://old.reddit.com/r/lilwaifulia/comments/kbo5ir/ill_post_this_video_if_this_gets_120_upvote_and/
https://old.reddit.com/r/lilwaifulia/comments/kbznj9/lilwaifuia_as_wonder_woman/
https://old.reddit.com/r/lilwaifulia/comments/kc53ed/as_promised_yall_are_kings/
https://old.reddit.com/r/lilwaifulia/comments/kcaemp/lilwaifulia_mega_dm_me_now/
https://old.reddit.com/r/lilwaifulia/comments/kcqv24/free_mega_link_for_the_boys_dm_me/
https://old.reddit.com/r/lilwaifulia/comments/kd50qr/lilwaifulia_nude_sexy_and_masturbating_onlyfans/
https://old.reddit.com/r/lilwaifulia/comments/kdg9az/found_some_gold/
https://old.reddit.com/r/lilwaifulia/comments/kdq7bq/in_case_you_dont_have_it/
https://old.reddit.com/r/lilwaifulia/comments/klyf8l/who_wants_to_buy_all_her_stuff_4tb_of_other/
https://old.reddit.com/r/lilwaifulia/comments/kmqzli/if_youre_interested_in_buying_my_7tb_collection/
https://old.reddit.com/r/lilwaifulia/comments/kpz3uk/oldies_but_goodies/
https://old.reddit.com/r/lilwaifulia/comments/kqlv77/when_lia_was_a_character_called_ahri/
https://old.reddit.com/r/lilwaifulia/comments/ktbua0/raven/
https://old.reddit.com/r/lilwaifulia/comments/ktc0w3/_/
https://old.reddit.com/r/lilwaifulia/comments/ktlinj/leaving_this_here_for_safe_keeping/
https://old.reddit.com/r/lilwaifulia/comments/kugmtp/thanks_for_the_upvotes/
https://old.reddit.com/r/lilwaifulia/comments/kunmdz/mikasa/
https://old.reddit.com/r/lilwaifulia/comments/kupeit/raven/
https://old.reddit.com/r/lilwaifulia/comments/kv4rjz/heres_the_full_dropbox_as_promised/
https://old.reddit.com/r/lilwaifulia/comments/kvnyii/purple_panty/
https://old.reddit.com/r/lilwaifulia/comments/kvo12o/tifa_lockhart/
https://old.reddit.com/r/lilwaifulia/comments/kx0afs/can_someone_send_a_mega_link_please/
https://old.reddit.com/r/lilwaifulia/comments/l4hai3/just_one/
https://old.reddit.com/r/lilwaifulia/comments/l4jnxn/kittyi_think/
https://old.reddit.com/r/lilwaifulia/comments/l5uttw/wide_and_inviting/
https://old.reddit.com/r/lilwaifulia/comments/l6l842/leopard_print/
https://old.reddit.com/r/lilwaifulia/comments/l79nja/her_onlyfans_leak_there/
https://old.reddit.com/r/lilwaifulia/comments/l9vlyn/mikasa/
https://old.reddit.com/r/lilwaifulia/comments/l9vr1g/dropbox_lots_of_hot_pictures_are_in_here/
https://old.reddit.com/r/lilwaifulia/comments/lad0td/oldie_but_a_goldie/
https://old.reddit.com/r/lilwaifulia/comments/lam0xz/hinata/
https://old.reddit.com/r/lilwaifulia/comments/lamqec/raven/
https://old.reddit.com/r/lilwaifulia/comments/livye9/no_bs/
https://old.reddit.com/r/lilwaifulia/comments/liyucz/there_you_go/
https://old.reddit.com/r/lilwaifulia/comments/lj1wbq/no_bs_pt_2_no_link_enjoy/
https://old.reddit.com/r/lilwaifulia/comments/lj4t5o/a_distant_christmas/
https://old.reddit.com/r/lilwaifulia/comments/lj4z8w/velma_1/
https://old.reddit.com/r/lilwaifulia/comments/lj511x/velma_2/
https://old.reddit.com/r/lilwaifulia/comments/ljgvpe/fck_links_pt_2/
https://old.reddit.com/r/lilwaifulia/comments/ljtlc2/jessica_rabbit_has_this_been_posted/
https://old.reddit.com/r/lilwaifulia/comments/lkz1gn/idk_if_this_is_posted_but_here_you_go/
https://old.reddit.com/r/lilwaifulia/comments/lkzd40/the_progress_lia_made_with_her_ass_is_amazing/

Jason Tucker

SKYPE: █████████

Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:12 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Littlekendell |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – Littlekendell

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████████ ███████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/littlekendell
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: █████████████████████████████ USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ███████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

1

Agent for ██████████████ and Littlekendell

**Links to Infringing Material that we request be REMOVED:**
https://old.reddit.com/r/littlekendell/
https://old.reddit.com/r/littlekendell/about/moderators
https://old.reddit.com/r/littlekendell/comments/l81p9h/_/
https://old.reddit.com/r/littlekendell/comments/lx70um/_/
https://old.reddit.com/r/littlekendell/comments/mm0o6b/has_all_the_best_leaks/
https://old.reddit.com/r/littlekendell/controversial/
https://old.reddit.com/r/littlekendell/duplicates/mm0o6b/has_all_the_best_leaks/
https://old.reddit.com/r/littlekendell/gilded/
https://old.reddit.com/r/littlekendell/new/
https://old.reddit.com/r/littlekendell/rising/
https://old.reddit.com/r/littlekendell/submit
https://old.reddit.com/r/littlekendell/top/
https://www.reddit.com/r/littlekendell/comments/mm0o6b/has_all_the_best_leaks/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/lis0ob/anyone_got_anything_on_little_kendall_kendall/

Jason Tucker
██████████████
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:30 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Luvbunsxoxo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – Luvbunsxoxo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/Luvbunsxoxo

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████████ USA
Email: ███████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for █████████████████ and Luvbunsxoxo

**Links to Infringing Material that we request be REMOVED:**
https://www.reddit.com/r/Luvbunsxoxo/ (All content links)
https://www.reddit.com/r/Luvbunsxoxo/hot/
https://www.reddit.com/r/Luvbunsxoxo/new/
https://www.reddit.com/r/Luvbunsxoxo/rising/

Jason Tucker
SKYPE: ██████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:33 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - MilaMontexo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – MilaMontexo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████████ ██████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/milamontexo
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ███████████████████████████ USA
Email: ██████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ██████████████ ██████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████████ and MilaMontexo
**Links to Infringing Material that we request be REMOVED:**

http://www.reddit.com/r/milamontexo/ (all Content Links)
http://www.reddit.com/r/milamontexo/comments/jv62pk/rmilamontexo_lounge/
http://www.reddit.com/r/milamontexo/comments/l2jryd/free_shit/
http://www.reddit.com/r/milamontexo/comments/lew1ru/join_this_its_gonna_have_way_better_content_bois/
http://www.reddit.com/r/milamontexo/comments/lr6a7y/can_someone_dm_me_mila_monte_vids/
http://www.reddit.com/r/milamontexo/comments/ls5ncd/dm_me_for_full_uncovered_vid/
https://old.reddit.com/r/milamontexo/
https://old.reddit.com/r/milamontexo/comments/k4al2l/freaky/
https://old.reddit.com/r/milamontexo/comments/k4xmko/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xmyn/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xn5b/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xncn/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xnl3/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xnsi/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xo1m/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/k4xoa9/mil%C3%A1_montexo/
https://old.reddit.com/r/milamontexo/comments/lefvrw/for_the_boys/
https://old.reddit.com/r/milamontexo/comments/lf31iu/for_the_boys/
https://old.reddit.com/r/milamontexo/comments/lf5oph/for_the_boys/
https://old.reddit.com/r/milamontexo/comments/lfdzfv/for_the_boys/
https://old.reddit.com/r/milamontexo/comments/lknm6g/mila/
https://old.reddit.com/r/milamontexo/comments/lkwzzy/for_the_boys/
https://www.reddit.com/r/milamontexo/
https://www.reddit.com/r/milamontexo/comments/jv62pk/rmilamontexo_lounge/
https://www.reddit.com/r/milamontexo/comments/l2jryd/free_shit/
https://www.reddit.com/r/milamontexo/comments/lew1ru/join_this_its_gonna_have_way_better_content_bois/
https://www.reddit.com/r/milamontexo/comments/lf5oph/for_the_boys/
https://www.reddit.com/r/milamontexo/comments/lr6a7y/can_someone_dm_me_mila_monte_vids/
https://www.reddit.com/r/milamontexo/comments/ls5ncd/dm_me_for_full_uncovered_vid/

Jason Tucker
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:36 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Skylar Taylor aka Skylarmaexo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement - Skylar Taylor aka Skylarmaexo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ███████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/skylarmaexo
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: ████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████████ ███████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████ and Skylar Taylor aka Skylarmaexo

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/Skylarmaexo/
https://www.reddit.com/r/Skylarmaexo/comments/n1iu56/free_3gb_mega_link_below/


Jason Tucker
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:38 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - splatxo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – splatxo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ██████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/splatxo
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: █████████████████████████████ USA
Email: ██████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ██████████████ ██████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

1

Agent for ████████████████████ and splatxo

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/splatxo/comments/kqruwo/god_forgive_me_for_i_have_sinned/
https://www.reddit.com/r/splatxo/comments/kqrwxf/not_the_best_in_my_opinion_but_hey_this_is_what/
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fkbyctz%2Fselling_video_and_pic_5_each_10_for_both_message%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Flfonxj%2Fmilk_jugs%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fm053bn%2Fdildo_video_have_fun%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fm8l6gc%2Fshe_followed_me_boys%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fm8lt72%2Fthings%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmd7vbl%2Ffucking_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmda3ex%2Fmake_splatxo_great_again%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmfjsxo%2Fthis_is_the_best_one_yet%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmj9l55%2Fshe_goes_now_by_rubyreidxoxo%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqe81l%2Fany_valid_discords_of_splat_that_are_non%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqugbp%2Fsome_discord%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsplatxo%2Fcomments%2Fmqwsly%2Fsomething_i_found%2F
https://old.reddit.com/r/splatxo/
https://old.reddit.com/r/splatxo/comments/kbyctz/selling_video_and_pic_5_each_10_for_both_message/
https://old.reddit.com/r/splatxo/comments/kdauli/for_the_boys_cant_send_videos_for_some_reason_but/
https://old.reddit.com/r/splatxo/comments/kdbkav/free_em_baby/
https://old.reddit.com/r/splatxo/comments/khftj0/here_guys_im_not_the_same_guy_that_posted_shots/
https://old.reddit.com/r/splatxo/comments/kn66mj/just_got_this_one/
https://old.reddit.com/r/splatxo/comments/kqruwo/god_forgive_me_for_i_have_sinned/
https://old.reddit.com/r/splatxo/comments/kqrwxf/not_the_best_in_my_opinion_but_hey_this_is_what/
https://old.reddit.com/r/splatxo/comments/krlo2p/for_the_boys/
https://old.reddit.com/r/splatxo/comments/kxmeby/new_splatxo_video_deepthroat/
https://old.reddit.com/r/splatxo/comments/l075sk/splat_video/
https://old.reddit.com/r/splatxo/comments/l0sybf/im_weak/
https://old.reddit.com/r/splatxo/comments/l2wrcj/oop/
https://old.reddit.com/r/splatxo/comments/l4rb7u/ass_and_feet/
https://old.reddit.com/r/splatxo/comments/l7a6nb/all_of_her_stuff_and_more/
https://old.reddit.com/r/splatxo/comments/lcnv4l/twitter/
https://old.reddit.com/r/splatxo/comments/lfonxj/milk_jugs/
https://old.reddit.com/r/splatxo/comments/ljlpl4/my_new_page_rchaturbate_babes_is_gonna_start/
https://old.reddit.com/r/splatxo/comments/lk26uj/rchaturbate_babes_has_her_content_now_come_join_in/
https://old.reddit.com/r/splatxo/comments/lk2yf8/her_ig_handle_is_short_like_a_rare_xbox_gamertag/
https://old.reddit.com/r/splatxo/comments/lk31ey/found_searching_through_websites_in_google/

https://old.reddit.com/r/splatxo/comments/lk4puf/splat/
https://old.reddit.com/r/splatxo/comments/lk6s00/not_the_best_in_my_opinion_but_hey_its_still_good/
https://old.reddit.com/r/splatxo/comments/lk8tmu/yeah/
https://old.reddit.com/r/splatxo/comments/lq5v67/discord_link/
https://old.reddit.com/r/splatxo/comments/m053bn/dildo_video_have_fun/
https://old.reddit.com/r/splatxo/comments/m8l6gc/she_followed_me_boys/
https://old.reddit.com/r/splatxo/comments/m8lt72/things/
https://old.reddit.com/r/splatxo/comments/md7vbl/fucking_video/
https://old.reddit.com/r/splatxo/comments/mda3ex/make_splatxo_great_again/
https://old.reddit.com/r/splatxo/comments/mfjsxo/this_is_the_best_one_yet/
https://old.reddit.com/r/splatxo/comments/mj9l55/she_goes_now_by_rubyreidxoxo/
https://old.reddit.com/r/splatxo/comments/mqe81l/any_valid_discords_of_splat_that_are_non/
https://old.reddit.com/r/splatxo/comments/mqugbp/some_discord/
https://old.reddit.com/r/splatxo/comments/mqwsly/something_i_found/

Jason Tucker

SKYPE: █████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

---

**From:** Jason Tucker █████████████████
**Sent:** Monday, May 3, 2021 12:45 PM
**To:** 'copyright@reddit.com'; 'abuse@fastly.com'
**Subject:** DMCA Takedown Notice for Copyright Infringement - sundaebunsdae

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – sundaebunsdae

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████████ ██████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/sundaebunsdae
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████████ USA
Email: ████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ███████████ ██████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████ and sundaebunsdae

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/BikiniBodies/comments/lytc2l/sundaebunsdae_violet/
https://www.reddit.com/r/HungryButts/comments/lmnybt/ig_sundaebunsdae/

Jason Tucker
████████████
SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:47 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - supremewaifulia |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – supremewaifulia

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ███████████ ██████████  the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/lilwaifulia
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: █████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ███████  or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ████████████████ and supremewaifulia

**Links to Infringing Material that we request be REMOVED:**

https://www.reddit.com/r/ass/comments/hhfawy/supremewaifulia/
https://www.reddit.com/r/assinthong/comments/hhfb60/supremewaifulia/
https://www.reddit.com/r/Just18/comments/hhfbcc/supremewaifulia/
https://www.reddit.com/r/latinas/comments/fwkciw/lia_supremewaifulia/


Jason Tucker
████████████
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker███████████████████ |
| **Sent:** | Monday, May 3, 2021 12:55 PM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - Tayy Lavie aka bunnybunsxo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement - Tayy Lavie aka bunnybunsxo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████████ ███████████  the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites**:**
https://onlyfans.com/bunnybunsxo
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████████  USA
Email: ████████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ██████████████ ███████████  or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████ and Tayy Lavie aka bunnybunsxo

**Links to Infringing Material that we request be REMOVED:**

http://www.reddit.com/r/babesdirectory/comments/jx9hfj/tayy_lavie_tayylavie_instagram/
http://www.reddit.com/r/InternetStars/comments/jpe1a8/taylor_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/jqytdo/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/jsy64k/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/jtdbpv/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/jx0ri1/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/jxh21f/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/k1vwmt/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/k2lau3/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/kdug97/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/keviuk/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/kfj9q1/tayy_lavie_tayylavie/
http://www.reddit.com/r/InternetStars/comments/l4c89o/tayy_lavie_tayylavie/
http://www.reddit.com/r/LivStyler/comments/iz3ii8/tayy_lavie_tayylavie/
http://www.reddit.com/r/TayyLavieNSFW
https://old.reddit.com/r/InternetStars/comments/fz7sbr/tay_tayylavie/
https://old.reddit.com/r/InternetStars/comments/g1r757/tay_tayylavie/
https://old.reddit.com/r/InternetStars/comments/gxw1et/tayy_lavie_tayylavie/
https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/
https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd0xbef/
https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd1l4q1/
https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd11olq/
https://old.reddit.com/r/InternetStars/comments/jy6hr7/tayy_lavie_tayylavie/gd1m3vw/
https://old.reddit.com/r/TayyLavieNSFW/
https://old.reddit.com/r/TayyLavieNSFW/comments/jgjowt/contribute_your_fav_pics/
https://old.reddit.com/r/TayyLavieNSFW/comments/jhg2f9/tayylavive/
https://old.reddit.com/r/TayyLavieNSFW/comments/jhg5vf/tayylavive/
https://old.reddit.com/r/TayyLavieNSFW/comments/jhtwwk/for_the_boys/
https://old.reddit.com/r/TayyLavieNSFW/comments/jhv3fk/swipe_it_gets_better/
https://old.reddit.com/r/TayyLavieNSFW/comments/ji2uia/nice/
https://old.reddit.com/r/TayyLavieNSFW/comments/ji2uzv/another_one/
https://old.reddit.com/r/TayyLavieNSFW/comments/jjec1k/a_different_view/
https://old.reddit.com/r/TayyLavieNSFW/comments/jjq9g9/i_never_know_what_to_title_lol/
https://old.reddit.com/r/TayyLavieNSFW/comments/jlb8tv/tits/
https://old.reddit.com/r/TayyLavieNSFW/comments/jlb978/more_tits/
https://old.reddit.com/r/TayyLavieNSFW/comments/jlb9ka/and_thats_all_for_now_folks/
https://old.reddit.com/r/TayyLavieNSFW/comments/jlf6dg/jugs/
https://old.reddit.com/r/TayyLavieNSFW/comments/jljx45/not_a_nudey_but_thought_she_looked_good_in_her
/
https://old.reddit.com/r/TayyLavieNSFW/comments/jm08xe/titties/
https://old.reddit.com/r/TayyLavieNSFW/comments/jmvhku/more_coming/
https://old.reddit.com/r/TayyLavieNSFW/comments/jrou3j/her_ass_is_so_nice/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gbxom4t/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc0n87x/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10lp1/

https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10yht/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc10zop/
https://old.reddit.com/r/TayyLavieNSFW/comments/js7vo2/swipe/gc113ro/
https://old.reddit.com/r/TayyLavieNSFW/comments/jv2lp4/enjoy/
https://old.reddit.com/r/TayyLavieNSFW/comments/jv2nez/public_gym_shower/
https://old.reddit.com/r/TayyLavieNSFW/comments/jv2ohe/enjoy/
https://old.reddit.com/r/TayyLavieNSFW/comments/jv975r/taylor_lavie/
https://old.reddit.com/r/TayyLavieNSFW/comments/jvno8p/does_she_have_a_bj_video/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxdeiv/_/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/go9l0fd/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goeaoir/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goxij51/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/goz29pq/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gp9dm08/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpijluo/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpoyxuh/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpu40jw/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gpzmsgg/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq1u6f0/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq4tzlt/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gq98tum/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqfa5m8/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqfrsly/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqif89l/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqjbpz2/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqkayp1/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqsxjev/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gqzp2p7/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/greip8w/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gs5horx/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbhzp8/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbi768/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gsbi9o1/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskeegg/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskekgk/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskelli/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxll0a/here_you_all_go/gskem5r/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxloza/another_one/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxlt6n/one_more/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxtbmf/tgif/
https://old.reddit.com/r/TayyLavieNSFW/comments/jxurve/nnn/
https://old.reddit.com/r/TayyLavieNSFW/comments/jy4c5t/pussy/
https://old.reddit.com/r/TayyLavieNSFW/comments/jy69va/thank_me_later/
https://old.reddit.com/r/TayyLavieNSFW/comments/k33hxm/hello/
https://old.reddit.com/r/TayyLavieNSFW/comments/k3zohb/cybermonday/
https://old.reddit.com/r/TayyLavieNSFW/comments/k3zsg6/dildo_fuck_strwbrrycakexo/
https://old.reddit.com/r/TayyLavieNSFW/comments/k91o1h/anyone_got_her_new_jois/
https://old.reddit.com/r/TayyLavieNSFW/comments/keosr6/masturbation/
https://old.reddit.com/r/TayyLavieNSFW/comments/kg6iie/just_a_picture_of_her_ass_hole_would_you_lick_it/
https://old.reddit.com/r/TayyLavieNSFW/comments/laf8c5/not_exactly_nsfw_but_this_sub_needs_content/

https://old.reddit.com/r/TayyLavieNSFW/comments/le8uyx/would_you_like_to_cum_on_her_tits/
https://old.reddit.com/r/TayyLavieNSFW/comments/lgd12r/chain_lingerie/
https://old.reddit.com/r/TayyLavieNSFW/comments/lif2xo/tays_beautiful_ass_hole_who_wants_to_lick_it/
https://old.reddit.com/r/TayyLavieNSFW/comments/ljn7tl/happy_valentines_day/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gnxw7w2/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gnxycnd/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gny7tsg/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5i7ey/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5knje/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/go5lgmn/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gobf8ze/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/godu9v2/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/goduqml/
https://old.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/gq5ixsh/
https://old.reddit.com/r/TayyLavieNSFW/comments/lqub1x/she_does_have_beatiful_tits/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gokqs30/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/goktxno/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gomejaz/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gomem0w/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gor01al/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gorgrrc/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gossi65/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gp1b49v/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gpc4gav/
https://old.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/gpqo8aj/
https://old.reddit.com/r/TayyLavieNSFW/comments/lsist4/anyone_have_her_mega_they_can_send_me_for_free/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/govzdo0/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gow40y1/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowanzi/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowp3u3/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowxatn/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gowyrmp/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gox7fet/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/goyuqd2/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/goyv6g9/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp0mr6v/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp2puhi/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp7dk2n/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gp8u950/
https://old.reddit.com/r/TayyLavieNSFW/comments/lt79hi/her_ig_is_back/gpg4iju/
https://old.reddit.com/r/TayyLavieNSFW/comments/lv38pq/tayylaviensfw_subreddit_statistics/
https://old.reddit.com/r/TayyLavieNSFW/comments/lw8xoj/no_clever_name/
https://old.reddit.com/r/TayyLavieNSFW/comments/lwsk8h/exercise_ball/
https://old.reddit.com/r/TayyLavieNSFW/comments/lxdvln/milkers/
https://old.reddit.com/r/TayyLavieNSFW/comments/lxjeft/spread/
https://old.reddit.com/r/TayyLavieNSFW/comments/lyzyrk/from_behind/
https://old.reddit.com/r/TayyLavieNSFW/comments/m155ct/free_the_tits/

https://old.reddit.com/r/TayyLavieNSFW/comments/m162ef/the_hand_bra/
https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/
https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqutp86/
https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqvuwwd/
https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gqx8b6y/
https://old.reddit.com/r/TayyLavieNSFW/comments/m47qga/tay_lavie/gr3i8ng/
https://old.reddit.com/r/TayyLavieNSFW/comments/m6gbzp/school_girl/
https://old.reddit.com/r/TayyLavieNSFW/comments/m70clc/would_you_hold_them/
https://old.reddit.com/r/TayyLavieNSFW/comments/m75vkk/got_buns/
https://old.reddit.com/r/TayyLavieNSFW/comments/m762ov/how_about_alittle_spread/
https://old.reddit.com/r/TayyLavieNSFW/comments/m77pwc/glazed/
https://old.reddit.com/r/TayyLavieNSFW/comments/m77xys/happy_st_pattys_day/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/grpev2l/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7jrzu/anyone_got_her_nurse_vid/gru62hk/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7o2h1/httpsdiscordggcdcwzhqape/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7owak/public_shower_fun/
https://old.reddit.com/r/TayyLavieNSFW/comments/m7vynb/hey_boys/
https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/
https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/gru33ow/
https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/grubs2d/
https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/gruc90w/
https://old.reddit.com/r/TayyLavieNSFW/comments/marod6/new_postings/grxsdam/
https://old.reddit.com/r/TayyLavieNSFW/comments/matko4/i_have_to_decided_to_reupload_this_video_i_have/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbckr0/naked_yoga_poses/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbfxmk/rise_and_shine/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/grydp25/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gryfnus/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs030p3/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs03g1t/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs0nohl/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs16jzd/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs16kid/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gs5hur1/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gspauxs/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbk6ni/video_shower_fun/gsrb62f/
https://old.reddit.com/r/TayyLavieNSFW/comments/mbth75/after_gym/
https://old.reddit.com/r/TayyLavieNSFW/comments/mccdx7/bf_plays_with_her_body/
https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/
https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/gsa1a3b/
https://old.reddit.com/r/TayyLavieNSFW/comments/md9z7r/new_vid/gsdl25s/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskle88/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsklf18/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskqd1v/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskr6u8/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gskr8k9/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsl3xzg/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmbdi2/

https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsml11r/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmp63s/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsmzjjx/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsno0n1/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsnstx8/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gspasi4/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gsraw16/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gt7p7fm/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gt7p8fy/
https://old.reddit.com/r/TayyLavieNSFW/comments/mez7ie/_/gtajmbh/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gszidoj/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0hyrv/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0ki2t/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt0kmgt/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt125xx/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt1rjdh/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt224zi/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt28e1f/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt2l5lh/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt5vqxe/
https://old.reddit.com/r/TayyLavieNSFW/comments/mhgiak/10_minutes_masturbation_video/gt7ylmz/
https://old.reddit.com/r/TayyLavieNSFW/comments/mill7h/she_bought_a_cowboy_hat/
https://old.reddit.com/r/TayyLavieNSFW/comments/mm6m4o/post_639479936958234624_by_spankbankmyto
pgirls/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqg0le/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqg70j/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqhfny/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqhs7v/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqkawd/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqn6ci/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqoxmw/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqqckg/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqvqxg/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtqxapt/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmbep4/idk_yall_need_this_lol/gtrgome/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/gtruk2x/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmesy5/another_one/gtuqwfb/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gtr0sa9/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gts3sbx/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeuk3/only_pussies_sell_folders_lol/gts3uh9/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtrua39/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gts168m/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtsvzae/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gttxz4e/
https://old.reddit.com/r/TayyLavieNSFW/comments/mmeyge/one_more/gtty2t9/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/

https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6w4ig/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6x1qc/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6xgqg/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6xp0v/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6yek3/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6z674/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu6zpbg/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu718lb/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu71prm/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu73hiq/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7egvb/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7r1ez/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu7u60f/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu827nb/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu88brd/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu894of/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8bw5z/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cujb/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cvp2/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8cvso/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu8igun/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu955nt/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/gu95g59/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/guao49i/
https://old.reddit.com/r/TayyLavieNSFW/comments/mp05tx/tayylavie_records_a_video_with_a_fan/guao57o/
https://old.reddit.com/r/TayyLavieNSFW/duplicates/js7vo2/swipe/
https://old.reddit.com/r/TayyLavieNSFW/duplicates/mez7ie/_/
https://old.reddit.com/r/TayyLavieNSFW/duplicates/mp05tx/tayylavie_records_a_video_with_a_fan/
https://www.reddit.com/r/babesdirectory/comments/jx9hfj/tayy_lavie_tayylavie_instagram/
https://www.reddit.com/r/bigtitsinbikinis/comments/hej4pq/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/hkoofw/tayy_lavie_how_to_jump/
https://www.reddit.com/r/bigtitsinbikinis/comments/i7hb2b/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/j9ckc0/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/jtejyg/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/jznixc/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/klw45g/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/kqwplz/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/comments/kuvv3t/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/duplicates/jtejyg/tayy_lavie/
https://www.reddit.com/r/bigtitsinbikinis/duplicates/kqwplz/tayy_lavie/
https://www.reddit.com/r/BigTitsInLingerie/comments/k0k4as/tayy_lavie/
https://www.reddit.com/r/bikinis/comments/k3i8yf/tayy_lavie/
https://www.reddit.com/r/bimbofetish/comments/lxhy5i/tayy_lavie/
https://www.reddit.com/r/boobbounce/comments/j9ztuv/jaw_dropped_tayylavie/
https://www.reddit.com/r/boobbounce/comments/jypx1/tayy_lavie_loves_to_bounce_them/
https://www.reddit.com/r/boobs/comments/jskya2/tayylavie_strwbrrycakexo/
https://www.reddit.com/r/Brawesome/comments/jyxfse/tayy_lavie/
https://www.reddit.com/r/Brawesome/comments/kuvvpa/tayy_lavie/
https://www.reddit.com/r/bunnybunsxo/
https://www.reddit.com/r/bunnybunsxo/?f=flair_name%3A%22Instagram%22

https://www.reddit.com/r/bunnybunsxo/comments/l8kk0c/in_case_you_havent_heard_previously_know_taylavie/
https://www.reddit.com/r/bunnybunsxo/comments/lm2qmi/which_hole_would_you_explore_first/
https://www.reddit.com/r/bunnybunsxo/comments/ln7sum/rbunnybunsxo_hit_1k_subscribers_yesterday/
https://www.reddit.com/r/bunnybunsxo/comments/lnu4yi/_/
https://www.reddit.com/r/bunnybunsxo/new/
https://www.reddit.com/r/BustyPetite/comments/jsl09k/tayylavie_boobs_bouncing/
https://www.reddit.com/r/ginger/comments/inikak/tayy_lavie/
https://www.reddit.com/r/goddesses/comments/jy8d2h/tayy_lavie_big_bouncy_boobs/
https://www.reddit.com/r/goddesses/comments/jzprkn/tayy_lavie/
https://www.reddit.com/r/goddesses/comments/jzx49b/tayy_lavie/
https://www.reddit.com/r/goddesses/comments/k29mmf/tayy_lavie/
https://www.reddit.com/r/goddesses/comments/ktyjx8/tayy_lavie/
https://www.reddit.com/r/handbra/comments/k42y6z/tayylavie_taking_an_outdoor_shower/
https://www.reddit.com/r/handbra/comments/k5ffwo/tayylavie_needs_help_holding_them_up/
https://www.reddit.com/r/hotclub/comments/k9qh53/tayy_lavie/
https://www.reddit.com/r/hotclub/comments/kd9r6r/tayy_lavie/
https://www.reddit.com/r/hotclub/comments/kqi91s/tayy_lavie/
https://www.reddit.com/r/InstagramHotties/comments/g118hx/while_grocery_shopping_tayylavie/
https://www.reddit.com/r/InstagramHotties/comments/m0ecd3/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/in421c/tayylavie/
https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/
https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5ne56f
https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5ngtvl
https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g5nrr6m
https://www.reddit.com/r/InternetStars/comments/iuu3r9/tayylavie/g7wg1ot
https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/g6m7w1q
https://www.reddit.com/r/InternetStars/comments/iv2a6s/tayy_lavie_tayylavie/g7hkt9w
https://www.reddit.com/r/InternetStars/comments/iwj3v4/tayylavie/
https://www.reddit.com/r/InternetStars/comments/iyrs8h/her_name_tayylavie/
https://www.reddit.com/r/InternetStars/comments/iz1ir2/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jcpjus/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jgidow/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jguu9c/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jkuabo/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jodnyq/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jpe1a8/taylor_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jqytdo/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jsy64k/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jtdbpv/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jx0ri1/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jxh21f/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/gd7zipi
https://www.reddit.com/r/InternetStars/comments/jyng7s/tayy_lavie_tayylavie/gd86f3n
https://www.reddit.com/r/InternetStars/comments/jzg6rm/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/jzg6rm/tayy_lavie_tayylavie/gdcc1tv
https://www.reddit.com/r/InternetStars/comments/jzpruo/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/k1vwmt/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/k2lau3/tayy_lavie_tayylavie/

https://www.reddit.com/r/InternetStars/comments/k5lj28/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/kdug97/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/keviuk/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/kfj9q1/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/ktyioe/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/comments/l4c89o/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/iuu3r9/tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/jguu9c/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/jkuabo/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/jyng7s/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/jzg6rm/tayy_lavie_tayylavie/
https://www.reddit.com/r/InternetStars/duplicates/jzpruo/tayy_lavie_tayylavie/
https://www.reddit.com/r/JerkOffToCelebs/comments/j8ctly/tayy_lavie_goddamn/
https://www.reddit.com/r/LeakedArchive/comments/jswif0/strwbrrycakexo_tayylavie_onlyfans_archive_mega/
https://www.reddit.com/r/LivStyler/comments/iz3ii8/tayy_lavie_tayylavie/
https://www.reddit.com/r/sexygirls/comments/k3i9s0/tayy_lavie/
https://www.reddit.com/r/sexygirls/comments/kgzj86/tayy_lavie/
https://www.reddit.com/r/Stacked/comments/jzx4lw/tayy_lavie/
https://www.reddit.com/r/strugglingstrings/comments/hslwri/tayylavie/
https://www.reddit.com/r/TayyLavieNSFW
https://www.reddit.com/r/TayyLavieNSFW/
https://www.reddit.com/r/TayyLavieNSFW/comments/jxt69p/cumshot/
https://www.reddit.com/r/TayyLavieNSFW/comments/l7x2uu/this_subreddit_has_gone_to_shit/
https://www.reddit.com/r/TayyLavieNSFW/comments/ldhj23/stop_with_the_discord_links_and_start_posting/
https://www.reddit.com/r/TayyLavieNSFW/comments/ldrl3w/good_news_boys/
https://www.reddit.com/r/TayyLavieNSFW/comments/lfukzs/rtayylaviensfw_hit_20k_subscribers_yesterday/
https://www.reddit.com/r/TayyLavieNSFW/comments/lm2gig/which_hole_would_you_explore_first/
https://www.reddit.com/r/TayyLavieNSFW/comments/lmxgdd/shes_got_a_great_set_of_tits/
https://www.reddit.com/r/TayyLavieNSFW/comments/lrajfb/kinda_whack_everything_got_deleted/
https://www.reddit.com/r/TikThots/comments/jsa140/sfw_tayylavie_tiktok/
https://www.reddit.com/r/TiktokNaked/comments/jsk4bn/link_tayylavie_nudes_strwbrrycakexo_nude_onlyfans/
https://www.reddit.com/r/TiktokNaked/comments/jskprb/link_tayylavie_nudes_tayy_lavie_naked_pussy/
https://www.reddit.com/r/tiktoknsfw/comments/jsh5wy/tayylavie_tits_bouncing/
https://www.reddit.com/r/tiktoknsfw/comments/jypxt9/tayy_lavie_from_her_insta_post/
https://www.reddit.com/r/tiktokporn/comments/jskqvj/tayylavie_nudes_compilation/
https://www.reddit.com/r/tiktokthots/comments/jkubym/tayy_lavie_knows_how_to_shake_her_tits/
https://www.reddit.com/r/tiktokthots/duplicates/jkubym/tayy_lavie_knows_how_to_shake_her_tits/
https://www.reddit.com/r/TitsUpInTheAir/comments/jzx911/tayy_lavie/
https://www.reddit.com/user/hotwifekayc/comments/jzsvys/tayy_lavie_tayylavie/
https://www.reddit.com/user/it_is_i_2896/
https://www.reddit.com/user/Junz68/comments/l34m34/bunnybunsxo_onlyfans/
https://www.reddit.com/r/TayyLavieNSFW/
https://www.reddit.com/r/bunnybunsxo/
https://www.reddit.com/r/tiktoknsfw/comments/m4nir2/ooooh_yeabunnyrayxo/

Jason Tucker

████████████

SKYPE: ████████

Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

**From:** Jason Tucker ████████████████████

**Sent:** Monday, May 3, 2021 12:58 PM

**To:** 'copyright@reddit.com'; 'abuse@fastly.com'

**Subject:** DMCA Takedown Notice for Copyright Infringement - The Real Britt Fit

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement - The Real Britt Fit
Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ██████████ the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/therealbrittfit
My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████ USA
Email: ██████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ██████████████ ██████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for ██████████████████ and The Real Britt Fit

**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2F18_20%2Fcomments%2Fm0c3
z6%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2F18_20%2Fcomments%2Fm64rz
g%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAdorableOnlyfans%2Fcommen
ts%2Fkqckn9%2Fthe_real_britt_fit_latest_new_year_special_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAdorableOnlyfans%2Fcommen
ts%2Fl3us3q%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Fkqcki0%2Fthe_real_britt_fit_latest_new_year_special_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Fl3upoz%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Flubdgk%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Fm0bzzn%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Fm1b7k3%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllisonParkersexypics%2Fcom
ments%2Fm64ru1%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fallthemegas%2Fcomments%2F
m1b4x7%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllthotsexposed%2Fcomments
%2Flyv95r%2FThe_Real_Britt_Fit_sex_tapes_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAllthotsexposed%2Fcomments
%2Flyz3ia%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateurWhores%2Fcomments
%2Fm64sah%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateurWhores%2Fcomments
%2Fm75la8%2FThe_Real_Britt_Fit_nude_champagne_tits%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmateurWhores%2Fcomments
%2Fmczgja%2FThe_Real_Britt_Fit_nipple_clamps_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FAmazingCurves%2Fcomments
%2Fl806bd%2Fthe_real_brittfit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fassfordays%2Fcomments%2Fl7
zvqf%2Fthe_real_brittfit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fasshole%2Fcomments%2Flvps
21%2FThe_Real_Britt_Fit_anal_dildo_mastrubation%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBabesInParadise%2Fcomments
%2Fl7yfdv%2Fthe_real_brittfit_showoff_her_amazing_body%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBaddestGirls%2Fcomments%2
Fm0c4pv%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBaddestGirls%2Fcomments%2
Fm6d4hv%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellathornestuff%2Fcomments
%2Flkdmyy%2Fbrittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellathornestuff%2Fcomments%2Flm5jrt%2Fbrittfit_ggg_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbellathornestuff%2Fcomments%2Flm5pid%2Fbrittfit_ggg_scene%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBigTitModels%2Fcomments%2Fl3zsxl%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBlacktittyworld%2Fcomments%2Fm6d59a%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBoners4life%2Fcomments%2Fm6d5wt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fboobs%2Fcomments%2Fm0c5ba%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fboobs%2Fcomments%2Fm6d6mo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBoobsAndTities%2Fcomments%2Fl7zims%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbooty%2Fcomments%2Fl8017x%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_Lovers%2Fcomments%2Fl806w3%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_Lovers%2Fcomments%2Fm0c778%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBooty_Lovers%2Fcomments%2Fm6d7ga%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbooty_queens%2Fcomments%2Fl7zu80%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittanyaClub%2Fcomments%2Fm6d7lt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fit55ea%2Fi_have_britt_fits_nude_pics_and_vids_fucking_and%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fiyow5x%2Fbrittfit_discord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fj0a6yh%2Fbrittfit_of_leaks_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fj0jeg2%2Fbrittfit_only_fans_leaked_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fja7w6r%2Fi_have_all_brittfit_exclusives_dm_me_asap%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fjai9fr%2Fbrittfit_onlyfans_sextape_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fjvkzsp%2Fadd_free_full_pool_dildo_fuck_video_other%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fk3hzqw%2FThe_Real_Britt_Fit_complete_onlyfans_13gb_all_paid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fk5ap4p%2F12gb_brittfit_mega_for_5_dm_me%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkkxrph%2Fnew_brittfit_mega_here%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkqcnre%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fkvm2
j1%2Fdoes_anyone_have_this_video_of_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl0o14
x%2Fbest_of_links_including_brittfit_bella_thorne_and%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl0png
6%2Fjoin_the_brittfit_leaks_discord_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl3ceg
p%2Fnew_The_Real_Britt_Fit_paid_video_bundle_3_vids_full%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl3zw
dx%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl5jim
j%2Fbrittfit_mega_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl5xz1
k%2Fi_cant_post_videos_in_here_but_i_got_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl7xqr
b%2Fthe_real_brittfit_showoff_her_amazing_body%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fl8781
y%2Fbrittfit_mega_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fld1r
mc%2Fbrittfit_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fldc10
9%2FThe_Real_Britt_Fit_onlyfans_mega_free_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fldqt0
y%2Fbrittfit_nsfw_leaks_discord_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flgwii
n%2Fmega_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flldeo
m%2Fmega_The_Real_Britt_Fit_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flm15
7f%2Fonlyfans_15_packs_free_brittfit_and_others_link%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flm5k
vt%2Fbrittfit_ggg_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flmc6
e0%2Fbrittfit_subreddit_statistics%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flmpp
px%2Flink_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flopop
o%2Fik_this_is_brittfit_only_but_livvfitcheeks_and%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Floxnk
x%2Fyou_wouldnt_have_thought_this_was_a_reddit_page%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flp4fa
p%2Fbrittfit_and_hella_other_girls_here%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flswc3
d%2Fbrittfitt_updated_mega_2021_in_comments_50gb%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltfr7h
%2Fbody_more_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltfv1
o%2Fcum_more_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltjum
t%2Fbrittfit_pov_sexy_onlyfans_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltr4x o%2FThe Real Britt Fit_shower_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fltyuni %2Fbrittfit_67%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flu0bi y%2Fbrittfit_nude_video_new_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flubbd wc%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fluqlq v%2Fmega_The Real Britt Fit_new_threesome_video_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fluyx2 g%2Fget_the_full_video_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flv36r 5%2Fbrittfit_subreddit_statistics%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flw66 1l%2Fbrittfit_discord_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyvl4 p%2Fmasturbating_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyy02 h%2FThe Real Britt Fit_onlyfans_video_30%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Flyz2a c%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm08a cd%2Fnew_threesome_of_The Real Britt Fit_full_lenght%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm0c7 al%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm0he ti%2FThe Real Britt Fit_theatre_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm1t3 a1%2Fhot_brittfit_anal_pov_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm2j5 ew%2Fhi_guys_anyone_have_subscribe_for_The Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm2pi bk%2Fbrittfit_nude_video_new_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm3eu 8n%2F_%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm3fa mc%2FThe Real Britt Fit_hot_sex_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm4gj zi%2Flatest_mega_pack_full%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5hu ze%2FThe Real Britt Fit_nude_brittney_onlyfans_1%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5rk j1%2Fbrittfitt_full_mega_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm5z3 l6%2Fbrittfit_onlyfan_threesome_uncensored_version_is%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm64p ps%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm67t bo%2FThe Real Britt Fit_onlyfans_video_30%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm6f8
9l%2FThe_Real_Britt_Fit_of_limited_edition_trio_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm6ri
9q%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfitt_fulll_leaked_mega_in_comments_50gb%2F
w2t%2Fbrittfitt_fulll_leaked_mega_in_comments_50gb%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm76c
ma%2Fthe_new_updated_brittfit_onlyfans_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm783
0c%2Fabsolutely_stunning_full_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7cc
f0%2Fnew_doggy_video_from_dms_here_brittfit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7cu
ye%2FThe_Real_Britt_Fitt_latest_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7pp
mn%2Fthe_new_brittfit_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7s8
gm%2F_%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm7tb
zp%2Fbrittfitt_full_mega_in_commentsfull_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm80p
75%2FThe_Real_Britt_Fitt_latest_mega_folderall_sextapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8ez
s2%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8f7
o0%2FThe_Real_Britt_Fit_nude_videos_link_in_comment%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8f8
cr%2Fhot_brittfit_anal_pov_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8h6
h8%2Fso_gorgeous_mega_in_comments_profile%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8os
97%2Fsexy_view%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8r
man%2FThe_Real_Britt_Fitt_latest_mega_folderall_sextapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm8xx
gc%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9b4
fa%2Fthe_new_updated_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9h6
p1%2FThe_Real_Britt_Fitt_new_updated_onlyfans_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9w
2x6%2Fthe_new_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fm9y
wvj%2Fbrittfitt_full_mega_in_comments_updated_50gb%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fma07
le%2Fmega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fma94
us%2Fhi_everyone_i_dont_have_bf_if_you_interesting%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmak9
s3%2Frealbrittfit_nude_video_new_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmanc
e3%2Fbethany_lily_april_new_2021_pack_link_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmave
1d%2Fthe_new_brittfit_of_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmavu
q6%2Fbrittfitt_full_mega_in_comments_updated_50gb%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmayb
xm%2Fthe_new_brittfit_onlyfans_mega_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmb96
kw%2Fbrittfit_park_bootcamp_promo%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbbj
hn%2Ffor_you_guys_full_onlyfans_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbbx
il%2FThe_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbd
my8%2FThe_Real_Britt_Fit_porn_blowjob_onlyfans%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbhv
4g%2Fhi_guys_anyone_have_chanel_on_telegram_which%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbo5
gs%2Ffull_mega_in_comments_boys%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbqa
zg%2Famazing_nipple_mega_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbqb
6p%2Ffor_you_guys_full_onlyfans_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbs0
td%2Ffitness_girl_1253gb_pack%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmbva
yp%2Fsexy_view%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmc14
00%2FThe_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmc79
wd%2Fmost_requested_2_babes_love_lilah_and_venus%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmce5
ua%2Ftherelbritttfittt_13gb_updated_content_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcg3
4a%2Ffor_you_guys_full_onlyfans_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcgh
po%2Fbrittfitt_full_mega_in_comments_updated_30gb%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcjfs
g%2FThe_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmct9
2s%2Fhiking_buddy%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcuj
sm%2FThe_Real_Britt_Fit_onlyfans_blowjob_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmcv5
lb%2FThe_Real_Britt_Fit_onlyfans_video_33%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmd1n
8i%2Ffor_you_guys_full_onlyfans_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBrittfit%2Fcomments%2Fmda6
zk%2Ffull_new_mega_in_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fburstingout%2Fcomments%2Fl3us1q%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbutt%2Fcomments%2Fm1b9ty%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FButtSnorklers%2Fcomments%2Fmb8bo3%2Fbrittney_The_Real_Britt_Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbuyingcontent%2Fcomments%2Fm1immm%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fbuyingnudes%2Fcomments%2Fm1iliq%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FBuyMyContent%2Fcomments%2Fm1ilwr%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChaturbatevideos%2Fcomments%2Fm6d7vf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCherryBarbie%2Fcomments%2Fm0c7df%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCherryBarbie%2Fcomments%2Fm6d85u%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChicasOnlyfans%2Fcomments%2Fm7y62p%2Fthe_new_brittfit_mega_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FChicasOnlyfans%2Fcomments%2Fm8f9lq%2FThe_Real_Britt_Fit_nude_videos_link_in_commment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FCourtney_Tailor2%2Fcomments%2Fht3wmi%2Fthe_real_britt_fit_better%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fcurvy%2Fcomments%2Fm6d8bh%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDabofkya_GOAT%2Fcomments%2Fl3ztfk%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDabofkya_GOAT%2Fcomments%2Fm6d8jr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDeliciousnessXXX%2Fcomments%2Flubemu%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDeliciousnessXXX%2Fcomments%2Flyv5wq%2FThe Real Britt Fit_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDesiBoners_2%2Fcomments%2Fma39e6%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fl3zut5%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fm0c7no%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdesnudas%2Fcomments%2Fm6d9kh%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDhakaAfterDark%2Fcomments%2Fma3erc%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiamondkayv2%2Fcomments%2Fm6d9uu%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Flvpt6p%2FThe Real Britt Fit_anal_dildo_mastrubation%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Fm6da03%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDildo_Gifs%2Fcomments%2Fm8eg5n%2FThe Real Britt Fit_testing_new_dildo_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNSFWLINKS%2Fcomments%2Flkdnjy%2Fbrittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Fizs3ru%2Fbrittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Fk0ojtn%2Ftyga_real_britt_fit_and_meg_nut_in_this_discord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Flf4zp4%2Fnew_brittfit_mega_join_free_discord%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Flm5j1i%2Fbrittfit_ggg_vid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Flxi5uz%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudes%2Fcomments%2Fma5ypw%2Fbaby_ashlee_mega_The Real Britt Fit_mega_and_many%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudess%2Fcomments%2Flxkin7%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FDiscordNudess%2Fcomments%2Flyz87y%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiscordporn_nudes%2Fcomments%2Flxigpq%2Fnew_threesome_of_The Real Britt Fitt_the_uncensored%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fdiscordservers%2Fcomments%2Fj7wqki%2Flive_fit_and_britt_fits_nudes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fenamorandonos%2Fcomments%2Fm8f929%2FThe Real Britt Fit_nude_videos_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FErotic_Indian%2Fcomments%2Fma399w%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotHub%2Fcomments%2Fl3zuvt%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotHub%2Fcomments%2Fm0elv1%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FeThotHub%2Fcomments%2Fm6dae4%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTitsWorship%2Fcomments%2Fl3zuxw%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTitsWorship%2Fcomments%2Fm0em0d%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFakeTitsWorship%2Fcomments%2Fm6daj5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFantasyDreamz%2Fcomments%2Fman9j2%2Fbrittney_The Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ffapgrams%2Fcomments%2Flyvjhz%2FThe Real Britt Fit_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFreeMegaFiles%2Fcomments%2Fm6dau5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFreeOnlyFansPage%2Fcomments%2Fm6db1f%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FFuckThatsHot%2Fcomments%2Fm6exsa%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGIFgasm%2Fcomments%2Fl3z
v5f%2Fthe_real_britt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGirlsTakingOver%2Fcomments
%2Fm0em9f%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGirlsWithGirls%2Fcomments%
2Flx9g9w%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGolemSexy%2Fcomments%2F
m0emdy%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGolemSexy%2Fcomments%2F
m6eyat%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGradeAPorn%2Fcomments%2F
lvppl9%2FThe Real Britt Fit_anal_dildo_mastrubation%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FGradeAPorn%2Fcomments%2F
lyv4x0%2FThe Real Britt Fit_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHipsterGirlsNSFW%2Fcomme
nts%2Fm6eypx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHornyOnlyfans%2Fcomments
%2Fkqcl0i%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHornyOnlyfans%2Fcomments
%2Fl3zvef%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fhornyvideosclub%2Fcomments
%2Flyv8ye%2FThe Real Britt Fit_sex_tapes_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotDesiSluts%2Fcomments%2
Fma39j3%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotHub%2Fcomments%2Fl3zv
nx%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotHub%2Fcomments%2Fm6e
zbf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotOnlyfans%2Fcomments%2
Fl3zvt0%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotOnlyfans%2Fcomments%2
Fm1y8ae%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHotTiktokBabes%2Fcomments
%2Fkl07c0%2Freal_britt_fit_brittney_new_update_check_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2
Fl3zvxj%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2
Fm0emrg%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FHugeHangers%2Fcomments%2
Fm6ezl3%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIbradome%2Fcomments%2Flva
aa7%2FThe Real Britt Fit_nude_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIbradome%2Fcomments%2Flz5
knp%2FThe Real Britt Fit_nude_threesome_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Findianjobuds%2Fcomments%2
Fma3cre%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIndianPussyy%2Fcomments%2
Fma3enk%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInfluencersGonewild%2Fcomm
ents%2Fl3zwgs%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInfluencersGonewild%2Fcomments%2Flyz9a8%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FInstagrammodels%2Fcomments%2Fl7zk5s%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FIWantToSuckCock%2Fcomments%2Fm6ezx7%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FJailyneOjeda%2Fcomments%2Fm6f02p%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FJasmineBanks%2Fcomments%2Fm6f08e%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fjuicybooty%2Fcomments%2Fl8053a%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fjuicybooty%2Fcomments%2Fm6f0en%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKattLeyaAndStrellaKat%2Fcomments%2Fkqcl4i%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKattLeyaAndStrellaKat%2Fcomments%2Fl3zwwf%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fl3zx1l%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fm0en3s%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKatvong%2Fcomments%2Fm6f0m2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FKendraKarter_%2Fcomments%2Fm6f1gk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fkl083w%2Freal_britt_fit_brittney_new_update_check_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm0enll%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm1bbsz%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fknockmeup%2Fcomments%2Fm6f0zr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flaceykingxo%2Fcomments%2Fm0eo5t%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flaceykingxo%2Fcomments%2Fm6f156%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm0eoo6%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm1b7g1%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLadyLebraa%2Fcomments%2Fm6f1ao%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Fkl06jp%2Freal_britt_fit_brittney_new_update_check_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Flyv6q4%2FThe Real Britt Fit_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedArchive%2Fcomments%2Fm1isce%2FThe Real Britt Fit_threesome_100_%F0%9D%97%96%F0%9D%97%B5%F0%9D%97%B2%F0%9D%97%B0%F0%9D%97

%B8_%F0%9D%97%96%F0%9D%97%BC%F0%9D%97%BA%F0%9D%97%BA%F0%9D%97%B2%F0%9D%97%BB%F0%9D%98%81_%F0%9D%99%F0%9D%97%BC

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLeakedOnlyfans4UI%2Fcomments%2Fm1i479%2FThe_Real_Britt_Fitt_leaked_onlyfans_full_paid%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Fl5k6xm%2FThe_Real_Britt_Fit_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Flvhqnb%2FThe_Real_Britt_Fit_anal_dildo_mastrubation%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Flewdweb%2Fcomments%2Flx5f6t%2FThe_Real_Britt_Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FLookAtTheBounce%2Fcomments%2Fm6f1yx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMaliJ%2Fcomments%2Fm6o5wm%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMariagjieli69%2Fcomments%2Fm6o643%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMarissaDaNae%2Fcomments%2Fm0eos2%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMarissaDaNae%2Fcomments%2Fm6o690%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMasturbationGoneWild%2Fcomments%2Fm6o6cr%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegafilesforfree%2Fcomments%2Fkqclkv%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegafilesforfree%2Fcomments%2Fl3zxdp%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaFilesFreeForU%2Fcomments%2Fmd5m6w%2FThe_Real_Britt_Fitt_leaked_onlyfans_and_all_sextapes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flmg3fg%2Fbritt_fit_mackj_and_more_paid_content_join%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flubfsg%2FThe_Real_Britt_Fit_new_threesome_video_17_minutes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegalinkNSFW%2Fcomments%2Flyz5jr%2FThe_Real_Britt_Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fkqclr6%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fl403ei%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmegalinksfreee%2Fcomments%2Fm6o6l0%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Fkndfgm%2Fbrittfit_file_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Fl56991%2Fbrittfit_updated_file_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegas4Free%2Fcomments%2Flv9rat%2Fbrittfit_new_file_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fl403zo%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2Fly3ct7%2FThe_Real_Britt_Fit_threesome_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2F
m0eovp%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMegaz4Free%2Fcomments%2F
m6o6pa%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FMiinaMariie%2Fcomments%2F
m6o6vo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2F
m0epew%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2F
m6o708%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fmuslimgirls%2Fcomments%2F
ma3cn1%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2F
l4060z%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2F
m1b8j6%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNategotkeys%2Fcomments%2F
m6o740%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyNerdGirls%2Fcommen
ts%2Fm0epmc%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyNerdGirls%2Fcommen
ts%2Fm6o7a6%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomment
s%2Fkqcm0w%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomment
s%2Fl4066d%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNaughtyOnlyfans%2Fcomment
s%2Fm6o7g9%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNipSlip_Nation%2Fcomments
%2Fl438q8%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Cams%2Fcomments%2
Fm0eptw%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Cams%2Fcomments%2
Fm6o7ov%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Porn_101%2Fcomment
s%2Fmczg6v%2FThe Real Britt Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Porn_4_You%2Fcomm
ents%2Fmczgv4%2FThe Real Britt Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fm0epql%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fm67ym1%2FThe Real Britt Fit_nude_new_theatre_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fm6o7u3%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fm75lhs%2FThe Real Britt Fit_nude_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fm8ehah%2FThe Real Britt Fit_testing_new_dildo_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFW_Uncensored%2Fcomme
nts%2Fmczgrg%2FThe Real Britt Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fkqcm5v%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fl438xn%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWexchange%2Fcomments%2Fm6o7y8%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fnsfwgg%2Fcomments%2Fm6o82a%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fik11wd%2Freal_brittfit_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fkqcmco%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fl4394p%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNSFWRare%2Fcomments%2Fm0epy9%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fnudeonlyfans_%2Fcomments%2Fltrlht%2FThe_Real_Britt_Fit_nude_videos_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNudes7%2Fcomments%2Fm75hx3%2FThe_Real_Britt_Fit_nude_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FNudes7%2Fcomments%2Fmczed1%2FThe_Real_Britt_Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonionboo%2Fcomments%2Fm6e0yf%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyFans_2u%2Fcomments%2Fm6o8i2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfans_get_noticed%2Fcomments%2Fm6o8nx%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansAmateurs%2Fcomments%2Fm1y1f9%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanschicks%2Fcomments%2Fl439vn%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanschicks%2Fcomments%2Fm1y7qn%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansFREE__%2Fcomments%2Fm6o8vi%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanshottest%2Fcomments%2Fl43a8r%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfanshottest%2Fcomments%2Fm1y80b%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfansleaked0%2Fcomments%2Fm0i5hw%2Fmiss_britt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyfansreddit_%2Fcomments%2Flwte3e%2FThe_Real_Britt_Fit_new_blowjob%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansSlutz%2Fcomments%2Fm1y37v%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flwbekv%2FThe_Real_Britt_Fit_12%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flwbw2p%2FThe_Real_Britt_Fit_22%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flx2jsc%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flxzi9c%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansThots_%2Fcomments%2Flyvm9s%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fkqcou2%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fl43axu%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fm0jeu4%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyfansXXX%2Fcomments%2Fm6p8x5%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyForDaBoys%2Fcomments%2Fkhotrk%2Frozay_molly_and_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fonlyleakers%2Fcomments%2Flzztxo%2FThe Real Britt Fit_onlyfans_theatre_sex_tape_leaked%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyleakqc%2Fcomments%2Fmc5rc4%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyParadise%2Fcomments%2Fladecb%2Fbritt_fit_dp%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fkqcp2c%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fkxtdeo%2Fmega_The Real Britt Fitt%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fl43buz%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FOnlyPremiumOfficial%2Fcomments%2Fm6p9a2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPackOnlyFanss%2Fcomments%2Fm6p9gk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fkl07sj%2Freal_britt_fit_brittney_new_update_check_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fkqpcfg%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fl43c96%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm0eq4o%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm6p9mg%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpacks_porno_gratis%2Fcomments%2Fm8f8uo%2FThe Real Britt Fit_nude_videos_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fkl07hl%2Freal_britt_fit_brittney_new_update_check_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fkqpcjk%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fl43cg9%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm0eqdh%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm1b9y9%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm45ro0%2Frich_af_instagram_model_The_Real_Britt_Fitt%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPacksLatinas%2Fcomments%2Fm64qft%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPawgLove%2Fcomments%2Fl43cpu%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPerfectNSFW%2Fcomments%2Fl7zbjy%2Fthe_real_brittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPerfectNSFW%2Fcomments%2Fm6pa0f%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPhatasswhitegirls%2Fcomments%2Fm1y630%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Flvadx4%2FThe_Real_Britt_Fit_nude_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Flz60mk%2FThe_Real_Britt_Fit_nude_threesome_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Fm0eqhe%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Fm67yt1%2FThe_Real_Britt_Fit_nude_new_theatre_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Fm6pa65%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPoliticsNSFW%2Fcomments%2Fmczgfo%2FThe_Real_Britt_Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornShop%2Fcomments%2Fjbgjmy%2Fthe_britt_fit_chronicles%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornstarsnow%2Fcomments%2Fl43d6r%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntiktok%2Fcomments%2Flj45ne%2Fget_The_Real_Britt_Fit_new_paid_fuck_video_her_full%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntiktok%2Fcomments%2Flyv65c%2FThe_Real_Britt_Fit_sex_tapes_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPorntiktok%2Fcomments%2Fmdagji%2FThe_Real_Britt_Fit_nude_threesome_fucking_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornVideos%2Fcomments%2Fmas2jh%2FThe_Real_Britt_Fit_google_drive%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornWorlds%2Fcomments%2Fm0hzsh%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPornWorlds%2Fcomments%2Fm6pat1%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPounding_Hard%2Fcomments%2Fm0i07k%2Fthe_real_britt_fit_biggest_pack25_gb%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FPounding_Hard%2Fcomments%2Fm6pb5i%2Fthe_real_britt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpremiumcontentonly%2Fcomments%2Fm6gt1a%2FThe_Real_Britt_Fit_onlyfans_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fpyaasa%2Fcomments%2Fma3e
pj%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRedBoneEbony%2Fcomments
%2Fm6pbhc%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2Fl
43dey%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2F
m0c0c9%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FRosaAcosta%2Fcomments%2F
m6pbno%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsellingonline%2Fcomments%2
Flr8j2d%2Fselling_the_real_brittfit_145gb_mega_for_10%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSellingOnlineNSFW%2Fcomm
ents%2Fm1ijue%2Fnalaray_brittfit_paola_skye_and_chanel_uzi_d_m%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSensualFingers%2Fcomments%
2Fl7yl1d%2Fthe_real_brittfit_showoff_her_amazing_body%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fsexdumb%2Fcomments%2Fl73
yrw%2Fbrittfit_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSexy%2Fcomments%2Fm1vsi9
%2Fbrittfit_and_nalaray_pack_d_m%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimplySidney%2Fcomments%
2Fm6pbtw%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimplyTheBestOFs%2Fcomme
nts%2Flj3bjr%2Fget_The Real Britt Fit_new_paid_fuck_video_her_full%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimplyTheBestOFs%2Fcomme
nts%2Flub84i%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSimplyTheBestOFs%2Fcomme
nts%2Flyz0b2%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSkylarMaeAndOtters%2Fcomm
ents%2Fkpnfpq%2FThe Real Britt Fit_gets_fucked_hard_thanks_to_the%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThiccHotties%2Fcomment
s%2Fllnfnk%2Fpm_for_The Real Britt Fit_14gb_exclusive_contentsex%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThiccHotties%2Fcomment
s%2Fltft0n%2FThe Real Britt Fit_more_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlimThiccHotties%2Fcomment
s%2Fm6pcbe%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Flyvh39
%2FThe Real Britt Fit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Flz5pd0
%2FThe Real Britt Fit_nude_threesome_sextape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm0i10s
%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm67y5j
%2FThe Real Britt Fit_nude_new_theatre_sex_tape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm6pcnz
%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm75l73
%2FThe Real Britt Fit_nude_champagne_tits%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlut%2Fcomments%2Fm8egsa
%2FThe Real Britt Fit_testing_new_dildo_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fslutmesh%2Fcomments%2Fm6
pctt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments
%2Fl43dxs%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments
%2Fly4fq2%2Fd_m_for_the_brittfit_tapes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments
%2Fm0i1av%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSlutsofonlyfans%2Fcomments
%2Fm6pcz2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSluttyOnlyfans%2Fcomments%
2Fm6pd3k%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSnowBunnies%2Fcomments%2
Flapxlp%2Fbrittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSocialMediachicks%2Fcommen
ts%2Fm1bct3%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FSocialmediagirls%2Fcomments
%2Fm6pd8g%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FStreetsIsWatchin%2Fcomments
%2Fm7iokv%2FThe_Real_Britt_Fit_gets_fucked_on_cam_with_her_gf%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTangoseen%2Fcomments%2F
ma3esm%2Fyoutuber_The_Real_Britt_Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTeen_nudez%2Fcomments%2F
kyxy8m%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTeen_nudez%2Fcomments%2F
m6pdgo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Flv2kh4%2Fthe_real_britt_fit_new_17_mins_long_threesome%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Flvpu75%2FThe_Real_Britt_Fit_anal_dildo_mastrubation%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Fm6pdlm%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Fm75ldr%2FThe_Real_Britt_Fit_nude_champagne_tits%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Fm8egx8%2FThe_Real_Britt_Fit_testing_new_dildo_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Best_NSFW_GIFS%2Fco
mments%2Fmczgnu%2FThe_Real_Britt_Fit_nipple_clamps_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTheRareOnes%2Fcomments%2
Fm0jg6u%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_
Fit_%2Fcomments%2Fluqm82%2Fmega_The_Real_Britt_Fit_new_threesome_video_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_
Fit_%2Fcomments%2Fm6rj1r%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_
Fit_nudes%2Fcomments%2Fm08pym%2Fnew_threesome_of_The_Real_Britt_Fit_full_lenght%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_
Fit_nudes%2Fcomments%2Fm1b40k%2FThe_Real_Britt_Fit_15gb_mega_folder_in_comments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_
Fit_nudes%2Fcomments%2Fm3n5gx%2FThe_Real_Britt_Fit_latest_mega_full_leaked%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit_nudes%2Fcomments%2Fma7w30%2FThe Real Britt Fitt_new_updated_onlyfans_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit_nudes%2Fcomments%2Fmcjqf7%2FThe Real Britt Fit_nude_new_theatre_ppv_sex_tape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2F%3Fcount%3D100%26after%3Dt3_kyn455
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fju6ozb%2FThe Real Britt Fit_porn_blowjob_onlyfans_leaked_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk2q0kh%2FThe Real Britt Fit_nude_skinny_dipping_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk3dy8l%2FThe Real Britt Fit_leaked_onlyfans_fucking_creampie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk5hc3e%2FThe Real Britt Fit_mile_high_fuck_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk65fmt%2FThe Real Britt Fit_galaxy_lights%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk6qs4j%2Fshe_has_the_best_booty%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk6tze8%2Fguys_i_got_a_hot_video_put_i_cant_post_vid_here%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk8mrro%2FThe Real Britt Fit_new_video_in_commentcheck_it_now%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk91vv4%2FThe Real Britt Fit_leaked_onlyfans_fucking_creampie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk9d8bz%2FThe Real Britt Fit_nude_skinny_dipping_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fk9ep2d%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkb351n%2FThe Real Britt Fit_nude_brittney_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkb3a6k%2FThe Real Britt Fit_blowjob_video_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkb9uci%2FThe Real Britt Fit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkb9v13%2Fthe_queen%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkb9vkz%2FThe Real Britt Fit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkbc4uu%2FThe Real Britt Fit_onlyfans_nude_leaks_20_photos%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkda9qb%2FThe Real Britt Fit_nude_baby_oil_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fkdacv5%2FThe Real Britt Fit_nude_baby_oil%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fki8276%2FThe Real Britt Fit_pink_see_through_lingerie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
Fit2%2Fcomments%2Fki947e%2FThe Real Britt Fit_pink_see_through_lingerie%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkidj0x%2FThe_Real_Britt_Fit_pink_see_through_lingerie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkj22rh%2FThe_Real_Britt_Fit_porn_dildo_butt_plug_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkl07xi%2Freal_britt_fit_brittney_new_update_check_comment%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkl83uh%2FThe_Real_Britt_Fit_onlyfans_airplane_sex_vid_full%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkm0uqx%2FThe_Real_Britt_Fit_10_inch_dildo_blowjob_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkqcnhv%2Fthe_real_britt_fit_latest_new_year_special_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkqcp7n%2FThe_Real_Britt_Fit_10_inch_dildo_blowjob_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkqdu6x%2FThe_Real_Britt_Fit_onlyfans_airplane_sex_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkqkyal%2Ftherealbrittfill_all_onlyfans_videos_for_free%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkqzvmd%2FThe_Real_Britt_Fit_fantasy_hotel%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkuk8bu%2FThe_Real_Britt_Fit_blowjob_video_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkul1i7%2FThe_Real_Britt_Fit_nude_brittney_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkul1oq%2FThe_Real_Britt_Fit_nude_brittney_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkv3mgq%2FThe_Real_Britt_Fit_updated_mega_pack_get_her_free%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkvzk8n%2FThe_Real_Britt_Fit_mile_high_fuck_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkwlwlo%2FThe_Real_Britt_Fit_testing_new_dildo_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkwmp44%2FThe_Real_Britt_Fit_leaked_onlyfans_fucking_creampie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkwmqd4%2FThe_Real_Britt_Fit_nude_skinny_dipping_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fkxnz46%2FThe_Real_Britt_Fit_gaming_butt_plug_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl02ra7%2FThe_Real_Britt_Fit_gaming_butt_plug_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl033dv%2FThe_Real_Britt_Fit_fantasy_hotel%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl038j9%2FThe_Real_Britt_Fit_gets_fucked_hard%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl03ajj%2FThe_Real_Britt_Fit_10_inch_dildo_blowjob_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl2l6uw%2FThe_Real_Britt_Fit_gaming_butt_plug_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt_Fit2%2Fcomments%2Fl2l732%2FThe_Real_Britt_Fit_fantasy_hotel%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl2qumm%2FThe Real Britt Fit_gets_fucked_hard%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl4wib6%2FThe Real Britt Fit_galaxy_lights_dildo_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl4wn2m%2FThe Real Britt Fit_nude_cowgirl_dildo_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5hz6j%2FThe Real Britt Fit_hot_booty_christmas_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5m9d4%2FThe Real Britt Fit_galaxy_lights_dildo_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5o1w0%2Fanyone_got_the_video_of_brittfit_and_the_guy_from%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl5ue16%2Fget_her_new_bj_video_updated_pack_of_2021link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl64k0j%2Fhas_anyone_downloaded_it_alguien_lo_tiene%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl69jph%2Fbrittfit_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl6a050%2Fjoin_the_onlyfans_hub_v2_discord_server%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl6mnt5%2Fback_again_with_her_15gb_packlink_in_comment_box%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl70wd9%2Fall_new_january_content%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl70xrn%2Fall_new_january%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl72s3r%2Fjoin%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl751ct%2Fbrittfit_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl78c99%2Fhttpsdiscordggyg3rm3ru%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl7xoy5%2Fthe_real_brittfit_showoff_her_amazing_body%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fl87vv4%2Fthereall_britt_fitt_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fla4pe2%2FThe Real Britt Fit_fantasy_hotel_leaked_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flb1q0h%2FThe Real Britt Fit_pov_fucking_onlyfans_video_leaked%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fld5umr%2FThe Real Britt Fit_nude_nipple_clamps_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fldmg6w%2Fbritfit_mega_of_paid_vids_link_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Fle61n2%2FThe Real Britt Fit_nude_nipple_clamps_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flj17q6%2FThe Real Britt Fit_nude_pussy_masturbation_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt Fit2%2Fcomments%2Flj93n2%2FThe Real Britt Fit_nude_pussy_masturbation_onlyfans%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fljoh4r%2Fall_about_The_Real_Britt_Fit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fllaroa%2FThe_Real_Britt_Fit_nude_pussy_masturbation_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fllb4rx%2FThe_Real_Britt_Fit_90_dollar_sex_tape_leaked_2021%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flldcz%2Fmega_The_Real_Britt_Fit_link_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flp49c5%2FThe_Real_Britt_Fit_nude_baby_oil_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flpynsh%2FThe_Real_Britt_Fit_mile_high_fuck_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flpyp7y%2FThe_Real_Britt_Fit_blowjob_video_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flpyr5f%2FThe_Real_Britt_Fit_nude_brittney_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flquh5t%2FThe_Real_Britt_Fit_nude_butt_plug_try_on_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Flunyqy%2FThe_Real_Britt_Fit_nude_lesbian_shower_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmavn9n%2FThe_Real_Britt_Fit_threesome_sextape_onlyfans_porn%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmaycxc%2Fthe_new_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmbriz5%2Ffitness_girl_1253gb_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmc145w%2FThe_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmcjfjv%2FThe_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmcujuw%2FThe_Real_Britt_Fit_onlyfans_blowjob_sextape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmcv670%2FThe_Real_Britt_Fit_onlyfans_video_33%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmcx8q0%2Fupvote_and_grab_that_mega_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmd7zj5%2Fi_knew_this_was_it%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
Fit2%2Fcomments%2Fmdaff5%2FThe_Real_Britt_Fit_nude_threesome_fucking_sextape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2F%3Fcount%3D200%26after%3Dt3_ldgysz
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fk38pf7%2FThe_Real_Britt_Fit_3%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fk3ffeo%2Fwhite%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fk82iao%2FThe_Real_Britt_Fit_in_the_pool%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fk82k12%2FThe_Real_Britt_Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fk8ticr%2FThe Real Britt Fit_sextap%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fk8tj22%2FThe Real Britt Fit_bathroom_creampie%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fk9dp4f%2FThe Real Britt Fit_nude_cowgirl%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkah8x7%2FThe Real Britt Fit_in_black%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkaut0s%2Fnew_The Real Britt Fit_blowjob%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkbacx4%2FThe Real Britt Fit_maid_dildo_riding%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkbogd1%2FThe Real Britt Fit_3%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkboh4y%2FThe Real Britt Fit_ufc%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkcil3x%2Fmask%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkcimgi%2Fhight_heels%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkd2uu7%2Fenjoy%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkd5koo%2FThe Real Britt Fit_nude%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkd5myo%2FThe Real Britt Fit_big_tits%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkd94bq%2Fanother%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkdfl40%2Fgood_night%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkduuth%2FThe Real Britt Fit_nude_baby_oil_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkg78fn%2Fone%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkh0o4t%2Fanother%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkhdpf9%2FThe Real Britt Fit_nude_oil_massage_leaked_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkipbrc%2FThe Real Britt Fit_nude_10_dildo%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkkm32s%2Fcheck_comment_for_her_23gb_update%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkkpinw%2FThe Real Britt Fit_10_inch_dildo_blowjob_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkmbrc9%2FThe Real Britt Fit_yummmy_sexyyy%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fko4j6h%2FThe Real Britt Fit_file_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkqa8re%2Fjoin_the_mega_onlyfans_discord_server%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkqcnul%2Fthe_real_britt_fit_latest_new_year_special_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkqdcke%2FThe Real Britt Fit_hot_dance%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkqdon5%2FThe Real Britt Fit_gets_fucked_hard%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkv3ls1%2FThe Real Britt Fit_updated_mega_pack_get_her_free%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkvfbyy%2F3%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkvff2t%2Fdat_ass%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkwobiu%2FThe Real Britt Fit_testing_new_dildo_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fkxy4lh%2FThe Real Britt Fit_gaming_butt_plug_onlyfans_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fl1n2ld%2FThe Real Britt Fit_nude_10_inch_dildo%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fl3cdcz%2Fnew_The Real Britt Fit_paid_video_bundle_3_vids_full%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fl43ea1%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fl4b9q4%2FThe Real Britt Fit_nude_champagne_tits%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flb2xlh%2F15gb_in_comment_box_deleting_soon%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flcp3vo%2Fsquirtqueencleo_leaked_shower_nude_porn_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fldgysz%2Fmega_The Real Britt Fit_update_link_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flditr1%2FThe Real Britt Fit_nude_dance%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fldmfdx%2Fbrittfit_of_mega_link_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fldph1r%2Fnew_videocheck_comment_box%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flgwkei%2Fupvote_and_check_comments_for_mega_link%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flj46pm%2Fget_The Real Britt Fit_new_paid_fuck_video_her_full%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flk15yq%2FThe Real Britt Fit_nude_and_sex_tape_2021%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flde2h%2Fmega_The Real Britt Fit_link_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flnq0yc%2Fdiamond_kay_alva_jay_blonde_bella_havaryk%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flnwbqr%2FThe Real Britt Fit_nude_and_more_rnakedonlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flo4aet%2Fupvote_link_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flp4t9v%2FThe Real Britt Fit_fucking_leaked_cum_on_tits_porn%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flpvrh7%2Fjoin_the_leakland_discord_server%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flqmait%2Fyou_want_all_of_britty_fit_hot_stuff_and_onlyfans%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fluqldj%2Fmega_The Real Britt Fit_new_threesome_video_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Flvfhg8%2Famazing_view%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fly4ec1%2Fd_m_for_the_brittfit_tapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fly9y8v%2Fan_ass_worth_some_pinkeye%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm1b3k8%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm2qosu%2Fd_m_for_all_britt_tapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm2zwo1%2FThe Real Britt Fit_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm36fnm%2Fi_have_her_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm3dp5f%2FThe Real Britt Fit_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm3n4q8%2FThe Real Britt Fit_latest_mega_full_leaked%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm41gdb%2Fd_m_britt_full_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm41npw%2Fthe_real_brittfit_nudes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm64pkt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm6faaw%2FThe Real Britt Fit_of_limited_edition_trio_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm6ghkz%2Fd_m_for_britt_big_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm718ms%2Fdm_if_youre_interested_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm76eh9%2Fthe_new_updated_brittfit_onlyfans_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm7hl5c%2Fi_have_all_of_The Real Britt Fit_of_content_20_hmu%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm7ins4%2FThe Real Britt Fit_gets_fucked_and_bring_her_gf_100%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm7pnpt%2Fthe_new_brittfit_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm80pus%2FThe Real Britt Fitt_latest_mega_folderall_sextapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt
FitNude%2Fcomments%2Fm8eyzz%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm8f853%2FThe_Real_Britt_Fit_nude_videos_link_in_comment%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm8rmun%2FThe_Real_Britt_Fitt_latest_mega_folderall_sextapes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm8tjbv%2Frealbrittfit_nude_video_new_link_in_comment%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm8xy90%2Fthe_new_updated_brittfit_onlyfans_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm9b37n%2Fthe_new_updated_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm9h714%2FThe_Real_Britt_Fitt_new_updated_onlyfans_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm9rymh%2Fd_m_for_britt_biggest_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fm9w3pj%2Fthe_new_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fma7vsq%2FThe_Real_Britt_Fitt_new_updated_onlyfans_mega_folder%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmavdea%2Fthe_new_brittfit_of_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmayco4%2Fthe_new_brittfit_onlyfans_mega_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmbqaln%2Ffor_you_guys_full_onlyfans_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmbrhol%2Ffitness_girl_1253gb_pack%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmc1466%2FThe_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmcgkht%2Fbrittfitt_full_mega_in_comments_updated_30gb%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmcujtf%2FThe_Real_Britt_Fit_onlyfans_blowjob_sextape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmcv67u%2FThe_Real_Britt_Fit_onlyfans_video_33%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmcx2xy%2Fupvote_now_get_that_new_mega_check_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmczfmw%2Fjoin_the_%F0%9D%97%A0%F0%9D%97%B2%F0%9D%97%B4%
F0%9D%97%AE_%F0%9D%97%A3%F0%9D%97%BF%F0%9D%97%B2%F0%9D%97%BA%F0%9D%97
%B6%F0%9D%9D%98%82%F0%9D%97%BA_%F0%9D%97%A1%F0%9D%97%A6%F0%9D%97%99%F0%9
D%97%AA_di
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmd1mk6%2Ffor_you_guys_full_onlyfans_pack_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitNude%2Fcomments%2Fmda7wf%2Fshes_too_hot_full_new_mega_in_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitOF%2Fcomments%2Fl7xnif%2Fthe_real_brittfit_showoff_her_amazing_body%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitOF%2Fcomments%2Fldn0vs%2FThe_Real_Britt_Fit_dance%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe_Real_Britt
FitOF%2Fcomments%2Flk712y%2FThe_Real_Britt_Fit_90_anal_fuck%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fltr54c%2FThe Real Britt Fit_shower_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flungaf%2FThe Real Britt Fit_nude_lesbian_shower%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flva7b1%2FThe Real Britt Fit_100_dollar_threesome_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Flww8hj%2FThe Real Britt Fit_onlyfans_wall_mounted_dildo_fuck%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThe Real Britt FitOF%2Fcomments%2Fm0hen5%2FThe Real Britt Fit_theatre_vid%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm0i1i5%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm1bauu%2FThe Real Britt Fit_15gb_mega_folder_in_comments_also%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTherealtylercamile%2Fcomments%2Fm6rj8j%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthickncurvy%2Fcomments%2Fl43elv%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThickThighs%2Fcomments%2Fm0i1or%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotCore%2Fcomments%2Fm7zwre%2FThe Real Britt Fit_testing_new_dildo_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotNetwork%2Fcomments%2Fm0i1ts%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FThotNetwork%2Fcomments%2Fm6rjxo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flubcov%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyvgio%2FThe Real Britt Fit_sex_tapes_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyz4u6%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Flyze2x%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Fm6rk4b%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fthotstiktok%2Fcomments%2Fmdagac%2FThe Real Britt Fit_nude_threesome_fucking_sextape%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flj4b44%2FThe Real Britt Fit%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flln7ai%2FThe Real Britt Fit_more_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Fltftua%2FThe Real Britt Fit_more_in_the_comments%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokAfterDark%2Fcomments%2Flyv5dt%2FThe Real Britt Fit_sex_tapes_below%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Flubc1q%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F
https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Flyv4ja%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokHot%2Fcomments%2Fl
yvhdh%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2F
lubbnc%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2F
lyv0k0%2FThe Real Britt Fit_sex_tapes_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Ftiktokleaked%2Fcomments%2F
lyz4aq%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fin8vru%2Fbrittfit_dm_me_for_more%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fkqpcve%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fl3uqpw%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Flkt2kf%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Flnw16q%2FThe Real Britt Fit_more_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Flyvg6a%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fm0c0ae%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fm64r6v%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fm6rkj2%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fm8f9os%2FThe Real Britt Fit_nude_videos_link_in_comment%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNude%2Fcomments%2
Fmaeliq%2Fbrittney_The Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNudes%2Fcomments%2
Fm0i1zl%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNudes%2Fcomments%2
Fm6rkn9%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNudity%2Fcomments%
2Fl43eyh%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokNudity%2Fcomments%
2Flyz43a%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Fl3kudj%2Fnew_The Real Britt Fit_nude_unreleased_tiktok_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Fl43j33%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Fltftll%2FThe Real Britt Fit_more_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Flubaru%2FThe Real Britt Fit_new_threesome_video_17_minutes%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Flyv0rn%2FThe Real Britt Fit_sex_tapes_in_the_comments%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTikTokXXX%2Fcomments%2
Flyz3qn%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTomxcontentsX%2Fcomments%2Fm12vjv%2FThe Real Britt Fit_v%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FTwerkStop%2Fcomments%2Fm6rkzo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUkPakiBeauty%2Fcomments%2Fma39kz%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUnratedPanda%2Fcomments%2Fm6rl56%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUnratedPanda%2Fcomments%2Fma3cn0%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FUpvotedBecauseButt%2Fcomments%2Flsayo0%2Fbritt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwackofftothis%2Fcomments%2Fl8jt03%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwackofftothis%2Fcomments%2Fm6riiq%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWife2share%2Fcomments%2Fl43jmt%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWife2share%2Fcomments%2Fm6rlqk%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwifeporn%2Fcomments%2Fm0i2bs%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fwifeporn%2Fcomments%2Fm6rlva%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWifeSwapping%2Fcomments%2Fm0i2gv%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWifeSwapping%2Fcomments%2Fm6rm0y%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flkt30h%2FThe Real Britt Fit_anal_sex_tape_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flnw2kh%2FThe Real Britt Fit_more_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fltfrqb%2FThe Real Britt Fit_more_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Flyzf0p%2FThe Real Britt Fit_new_theatre_onlyfans_fuck_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm0i3zj%2Fthe_real_britt_fit_biggest_pack25_gb%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm1bds4%2FThe Real Britt Fit_15gb_mega_folder_in_c0mments_also%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm1y8rx%2Fnalaray_and_brittfit_d_m%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FWorldPacks%2Fcomments%2Fm64qsp%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FXGirlsPorn%2Fcomments%2Fm6rm7y%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycelebs%2Fcomments%2Fkqpdce%2Fthe_real_britt_fit_latest_new_year_special_video%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycelebs%2Fcomments%2Fm6sziy%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fxxxycelebs%2Fcomments%2F
ma3cnc%2Fyoutuber_The Real Britt Fit_onlyfans_deep_throat%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoungExoticHoes%2Fcommen
ts%2Fl3ur4d%2Fthe_real_britt_fit_new_january_2021_updated_mega%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoungExoticHoes%2Fcommen
ts%2Fm0i2ll1%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYoungExoticHoes%2Fcommen
ts%2Fm6sznc%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fyoungporn%2Fcomments%2F
m0i2rc%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2Fyoungporn%2Fcomments%2F
m6szrt%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYOUNGPRETTYHOES2%2Fc
omments%2Fm0i2xu%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FYOUNGPRETTYHOES2%2Fc
omments%2Fm6t0b7%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FZaylaSkye%2Fcomments%2Fm
0jeom%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fr%2FZaylaSkye%2Fcomments%2Fm
6t0fo%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FATLien913%2Fcomments%
2Fm6ja18%2Fthe_real_britt_fit_nud3s_and_s3xtape_collection%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fbigchil3%2Fcomments%2F
kijiaa%2Fthe_real_britt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FCapi-
Salado%2Fcomments%2Fm82khv%2Fthe_new_brittfit_mega_below%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fdannyboy5639%2Fcomment
s%2Fjb5pzd%2Fbritt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ffenrirthekeeper%2Fcommen
ts%2Flv6hj3%2Fthe_real_britt_fit_new_17_mins_long_threesome%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fgapegod%2Fcomments%2F
mb1b1a%2Fbrittney_The Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fjoshchoco%2Fcomments%2
Fho8yz7%2Fbrittfit_mega_on_this_server_check_comments_for%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fladykillar_29%2Fcomments
%2Fm0e3np%2Fthe_real_britt_fit_biggest_pack25_gb_link_in%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fco
mments%2Fluggy4%2Fbritt_fit_pussy_and_ass_full_of_cum%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fco
mments%2Flugi9a%2Fbrittfit_threesome%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FLastUsernameAgain%2Fco
mments%2Flxfjp9%2Fbrittfit_threesome%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fnova69scotia%2Fcomments
%2Fj6wl4k%2Fbrittfit_compilation_The Real Britt Fit_full_10_min%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fprincedevittbcog%2Fcomme
nts%2Fmau5fh%2Fbrittney_The Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Friqueee20%2Fcomments%2
Fhztmlc%2Fthe_real_britt_fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FStreet-Performer-
401%2Fcomments%2Flbmubs%2FThe Real Britt Fit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Fterminezio%2Fcomments%2Flz9936%2FThe Real Britt Fit_nude_threesome_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm2e72f%2FThe Real Britt Fitanal_dildo%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm2zol6%2FThe Real Britt Fit_anal_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm32owj%2FThe Real Britt Fit_pool_dildo_ride%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm32qlo%2FThe Real Britt Fit_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33r6d%2FThe Real Britt Fitcar_dildo%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33tyx%2FThe Real Britt Fit_sex_tape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33xni%2FThe Real Britt Fitsextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm33yyb%2FThe Real Britt Fit_threesome%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm3405g%2FThe Real Britt Fit_sextape%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm341ph%2FThe Real Britt Fit_shower_masterbation%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm3446s%2FThe Real Britt Fit_dildo_ride%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm349fq%2FThe Real Britt Fit_cowgirl_cosplay%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FThe Real Britt Fit_%2Fcomments%2Fm34qhy%2FThe Real Britt Fit_car_fingering%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FTopTrain45%2Fcomments%2Fm22gqw%2Fbrittney_The Real Britt Fit_200_premium_onlyfans%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ftt24xxft%2Fcomments%2Fj99aon%2Fbrittfit_compilation_The Real Britt Fit_full_10_min%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2Ftyum-v%2Fcomments%2Fljjcex%2Fbrittfit%2F

https://old.reddit.com/over18?dest=https%3A%2F%2Fold.reddit.com%2Fuser%2FVaiserassimamor%2Fcomments%2Fm72w7s%2FThe Real Britt Fitt_latest_mega_folder%2F

https://old.reddit.com/r/18_20/comments/m0c3z6/the_real_britt_fit_biggest_pack25_gb_link_in/

https://old.reddit.com/r/18_20/comments/m64rzg/the_real_britt_fit_nud3s_and_s3xtape_collection/

https://old.reddit.com/r/AdorableOnlyfans/comments/kqckn9/the_real_britt_fit_latest_new_year_special_video/

https://old.reddit.com/r/AdorableOnlyfans/comments/l3us3q/the_real_britt_fit_new_january_2021_updated_mega/

https://old.reddit.com/r/AllisonParkersexypics/comments/j7kuiv/pm_for_The Real Britt Fit_new_premium_content/

https://old.reddit.com/r/AllisonParkersexypics/comments/kqcki0/the_real_britt_fit_latest_new_year_special_video/

https://old.reddit.com/r/AllisonParkersexypics/comments/l3upoz/the_real_britt_fit_new_january_2021_updated_mega/

https://old.reddit.com/r/AllisonParkersexypics/comments/lubdgk/The Real Britt Fit_new_threesome_video_17_minutes/

https://old.reddit.com/r/AllisonParkersexypics/comments/m0bzzn/the_real_britt_fit_biggest_pack25_gb_link_in
/
https://old.reddit.com/r/AllisonParkersexypics/comments/m1b7k3/The_Real_Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/AllisonParkersexypics/comments/m64ru1/the_real_britt_fit_nud3s_and_s3xtape_collect
ion/
https://old.reddit.com/r/AllisonParkersexypics/duplicates/j7kuiv/pm_for_The_Real_Britt
Fit_new_premium_content/
https://old.reddit.com/r/allthemegas/comments/m1b4x7/The_Real_Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/Allthotsexposed/comments/lyv95r/The_Real_Britt_Fit_sex_tapes_below/
https://old.reddit.com/r/Allthotsexposed/comments/lyz3ia/The_Real_Britt
Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/AmateurWhores/comments/m64sah/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/AmateurWhores/comments/m75la8/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/AmateurWhores/comments/mczgja/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/AmazingCurves/comments/l806bd/the_real_brittfit/
https://old.reddit.com/r/angelicbeauty/comments/l7yim1/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/angelicbeauty/duplicates/l7yim1/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/AntjeUtgaard/comments/hjg8i6/The_Real_Britt_Fit_onlyfans_blowjob/
https://old.reddit.com/r/AntjeUtgaard/duplicates/hjg8i6/The_Real_Britt_Fit_onlyfans_blowjob/
https://old.reddit.com/r/assfordays/comments/l7zvqf/the_real_brittfit/
https://old.reddit.com/r/asshole/comments/lvps21/The_Real_Britt_Fit_anal_dildo_mastrubation/
https://old.reddit.com/r/Ayonna/comments/ldad1h/The_Real_Britt_Fit_onlyfans_mega_free_link_in/
https://old.reddit.com/r/Ayonna/comments/ldad1h/The_Real_Britt_Fit_onlyfans_mega_free_link_in/gm4n27p/
https://old.reddit.com/r/Ayonna/comments/ldad1h/The_Real_Britt_Fit_onlyfans_mega_free_link_in/gm4n7ef/
https://old.reddit.com/r/Ayonna/comments/ldad1h/The_Real_Britt_Fit_onlyfans_mega_free_link_in/grcqxvk/
https://old.reddit.com/r/babesdirectory/comments/izxq7w/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/j0gay6/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/j4t9mm/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/j6lse9/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/j6lse9/brittney_The_Real_Britt_Fit_instagram/g7z9h0j/
https://old.reddit.com/r/babesdirectory/comments/j7rq0k/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/j8q3gm/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/comments/mahgpj/The_Real_Britt_Fit_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/izxq7w/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/j4t9mm/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/j6lse9/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/j7rq0k/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/j8q3gm/brittney_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/babesdirectory/duplicates/mahgpj/The_Real_Britt_Fit_The_Real_Britt_Fit_instagram/
https://old.reddit.com/r/BabesInParadise/comments/l7yfdv/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/BaddestGirls/comments/m0c4pv/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/BaddestGirls/comments/m6d4hv/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/BeckyCrockerr/comments/mbhup3/i_got_therealbritfitt_if_anyone_wants_to_trade_up/
https://old.reddit.com/r/bellathornestuff/comments/lkdmyy/brittfit/
https://old.reddit.com/r/bellathornestuff/comments/lm5jrt/brittfit_ggg_vid/
https://old.reddit.com/r/bellathornestuff/comments/lm5pid/brittfit_ggg_scene/
https://old.reddit.com/r/BigTitModels/comments/l3zsxl/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Blacktittyworld/comments/m6d59a/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Boners4life/comments/m6d5wt/the_real_britt_fit_nud3s_and_s3xtape_collection/

https://old.reddit.com/r/boobs/comments/m0c5ba/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/boobs/comments/m6d6mo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/BoobsAndTities/comments/l7zims/the_real_brittfit/
https://old.reddit.com/r/booty/comments/l8017x/the_real_brittfit/
https://old.reddit.com/r/Booty_Lovers/comments/l806w3/the_real_brittfit/
https://old.reddit.com/r/Booty_Lovers/comments/m0c778/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Booty_Lovers/comments/m6d7ga/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/booty_queens/comments/l7zu80/the_real_brittfit/
https://old.reddit.com/r/BrittanyaClub/comments/m6d7lt/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Brittfit/
https://old.reddit.com/r/Brittfit/comments/it55ea/i_have_britt_fits_nude_pics_and_vids_fucking_and/
https://old.reddit.com/r/Brittfit/comments/iyow5x/brittfit_discord/
https://old.reddit.com/r/Brittfit/comments/j0a6yh/brittfit_of_leaks_server/
https://old.reddit.com/r/Brittfit/comments/j0jeg2/brittfit_only_fans_leaked_server/
https://old.reddit.com/r/Brittfit/comments/ja7w6r/i_have_all_brittfit_exclusives_dm_me_asap/
https://old.reddit.com/r/Brittfit/comments/jai9fr/brittfit_onlyfans_sextape_link_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/jvkzsp/add_free_full_pool_dildo_fuck_video_other/
https://old.reddit.com/r/Brittfit/comments/k3hzqw/The_Real_Britt_Fit_complete_onlyfans_13gb_all_paid/
https://old.reddit.com/r/Brittfit/comments/k5ap4p/12gb_brittfit_mega_for_5_dm_me/
https://old.reddit.com/r/Brittfit/comments/kkxrph/new_brittfit_mega_here/
https://old.reddit.com/r/Brittfit/comments/kqcnre/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/Brittfit/comments/kvm2j1/does_anyone_have_this_video_of_brittfit/
https://old.reddit.com/r/Brittfit/comments/l0o14x/best_of_links_including_brittfit_bella_thorne_and/
https://old.reddit.com/r/Brittfit/comments/l0png6/join_the_brittfit_leaks_discord_server/
https://old.reddit.com/r/Brittfit/comments/l3cegp/new_The_Real_Britt_Fit_paid_video_bundle_3_vids_full/
https://old.reddit.com/r/Brittfit/comments/l3zwdx/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Brittfit/comments/l5jimj/brittfit_mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/l5xz1k/i_cant_post_videos_in_here_but_i_got_brittfit/
https://old.reddit.com/r/Brittfit/comments/l7xqrb/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/Brittfit/comments/l8781y/brittfit_mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/ld1rmc/brittfit_mega/
https://old.reddit.com/r/Brittfit/comments/ldc109/The_Real_Britt_Fit_onlyfans_mega_free_link_in/
https://old.reddit.com/r/Brittfit/comments/ldqt0y/brittfit_nsfw_leaks_discord_server/
https://old.reddit.com/r/Brittfit/comments/letu32/brittfit_mega_5_hmu_if_ur_interested/
https://old.reddit.com/r/Brittfit/comments/lf1vnn/never_expires/
https://old.reddit.com/r/Brittfit/comments/lf208h/britt_mega/
https://old.reddit.com/r/Brittfit/comments/lg7loa/mega_link_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/lg8tkk/brittfit_and_more/
https://old.reddit.com/r/Brittfit/comments/lgwiin/mega_link_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/lj40e2/get_The_Real_Britt_Fit_new_paid_fuck_video_her_full/
https://old.reddit.com/r/Brittfit/comments/ljaag3/get_brittfitt_latest_fuck_video_50gb_onlyfans/
https://old.reddit.com/r/Brittfit/comments/ljixcc/join_the_onlyfans_hub_discord_server/
https://old.reddit.com/r/Brittfit/comments/lkt2ck/sexy_anal_sex_tape_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/lkyweg/brittfit_145_gb_mega_cheap_dm/
https://old.reddit.com/r/Brittfit/comments/lldeom/mega_The_Real_Britt_Fit_link_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/lm157f/onlyfans_15_packs_free_brittfit_and_others_link/
https://old.reddit.com/r/Brittfit/comments/lm5kvt/brittfit_ggg_vid/
https://old.reddit.com/r/Brittfit/comments/lmc6e0/brittfit_subreddit_statistics/
https://old.reddit.com/r/Brittfit/comments/lmpppx/link_in_comments/
https://old.reddit.com/r/Brittfit/comments/lopopo/ik_this_is_brittfit_only_but_livvfitcheeks_and/
https://old.reddit.com/r/Brittfit/comments/loxnkx/you_wouldnt_have_thought_this_was_a_reddit_page/

https://old.reddit.com/r/Brittfit/comments/lp4fap/brittfit_and_hella_other_girls_here/
https://old.reddit.com/r/Brittfit/comments/lswc3d/brittfit_updated_mega_2021_in_comments_50gb/
https://old.reddit.com/r/Brittfit/comments/ltfr7h/body_more_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/ltfv1o/cum_more_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/ltjumt/brittfit_pov_sexy_onlyfans_video/
https://old.reddit.com/r/Brittfit/comments/ltr4xo/The_Real_Britt_Fit_shower_video/
https://old.reddit.com/r/Brittfit/comments/ltyuni/brittfit_67/
https://old.reddit.com/r/Brittfit/comments/lu0biy/brittfit_nude_video_new_link_in_comment/
https://old.reddit.com/r/Brittfit/comments/lubdwc/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/Brittfit/comments/luqlqv/mega_The_Real_Britt_Fit_new_threesome_video_link_in/
https://old.reddit.com/r/Brittfit/comments/luyx2g/get_the_full_video_in_the_comments/
https://old.reddit.com/r/Brittfit/comments/lv36r5/brittfit_subreddit_statistics/
https://old.reddit.com/r/Brittfit/comments/lw661l/brittfit_discord_server/
https://old.reddit.com/r/Brittfit/comments/lyvl4p/masturbating_sex_tapes_below/
https://old.reddit.com/r/Brittfit/comments/lyy02h/The_Real_Britt_Fit_onlyfans_video_30/
https://old.reddit.com/r/Brittfit/comments/lyz2ac/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/Brittfit/comments/m08acd/new_threesome_of_The_Real_Britt_Fit_full_lenght/
https://old.reddit.com/r/Brittfit/comments/m0c7al/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Brittfit/comments/m0heti/The_Real_Britt_Fit_theatre_vid/
https://old.reddit.com/r/Brittfit/comments/m1t3a1/hot_brittfit_anal_pov_video/
https://old.reddit.com/r/Brittfit/comments/m2j5ew/hi_guys_anyone_have_subscribe_for_The_Real_Britt_Fit/
https://old.reddit.com/r/Brittfit/comments/m2pibk/brittfit_nude_video_new_link_in_comment/
https://old.reddit.com/r/Brittfit/comments/m3eu8n/_/
https://old.reddit.com/r/Brittfit/comments/m3famc/The_Real_Britt_Fit_hot_sex_video/
https://old.reddit.com/r/Brittfit/comments/m4gjzi/latest_mega_pack_full/
https://old.reddit.com/r/Brittfit/comments/m5huze/The_Real_Britt_Fit_nude_brittney_onlyfans_1/
https://old.reddit.com/r/Brittfit/comments/m5rkj1/brittfitt_full_mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/m5z3l6/brittfit_onlyfan_threesome_uncensored_version_is/
https://old.reddit.com/r/Brittfit/comments/m64pps/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Brittfit/comments/m67tbo/The_Real_Britt_Fit_onlyfans_video_30/
https://old.reddit.com/r/Brittfit/comments/m6f89l/The_Real_Britt_Fit_of_limited_edition_trio_video/
https://old.reddit.com/r/Brittfit/comments/m6ri9q/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Brittfit/comments/m73w2t/brittfitt_fulll_leaked_mega_in_comments_50gb/
https://old.reddit.com/r/Brittfit/comments/m76cma/the_new_updated_brittfit_onlyfans_pack/
https://old.reddit.com/r/Brittfit/comments/m7830c/absolutely_stunning_full_mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/m7ccf0/new_doggy_video_from_dms_here_brittfit/
https://old.reddit.com/r/Brittfit/comments/m7cuye/The_Real_Britt_Fitt_latest_mega_folder/
https://old.reddit.com/r/Brittfit/comments/m7ppmn/the_new_brittfit_mega_below/
https://old.reddit.com/r/Brittfit/comments/m7s8gm/_/
https://old.reddit.com/r/Brittfit/comments/m7tbzp/brittfitt_full_mega_in_commentsfull_vid/
https://old.reddit.com/r/Brittfit/comments/m80p75/The_Real_Britt_Fitt_latest_mega_folderall_sextapes/
https://old.reddit.com/r/Brittfit/comments/m8ezs2/the_new_updated_brittfit_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/m8f7o0/The_Real_Britt_Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/Brittfit/comments/m8f8cr/hot_brittfit_anal_pov_video/
https://old.reddit.com/r/Brittfit/comments/m8h6h8/so_gorgeous_mega_in_comments_profile/
https://old.reddit.com/r/Brittfit/comments/m8os97/sexy_view/
https://old.reddit.com/r/Brittfit/comments/m8rman/The_Real_Britt_Fitt_latest_mega_folderall_sextapes/
https://old.reddit.com/r/Brittfit/comments/m8xxgc/the_new_updated_brittfit_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/m9b4fa/the_new_updated_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/Brittfit/comments/m9h6p1/The_Real_Britt_Fitt_new_updated_onlyfans_mega_folder/
https://old.reddit.com/r/Brittfit/comments/m9w2x6/the_new_brittfit_onlyfans_mega_below/

https://old.reddit.com/r/Brittfit/comments/m9ywvj/brittfit_full_mega_in_comments_updated_50gb/
https://old.reddit.com/r/Brittfit/comments/ma07le/mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/ma94us/hi_everyone_i_dont_have_bf_if_you_interesting/
https://old.reddit.com/r/Brittfit/comments/mak9s3/realbrittfit_nude_video_new_link_in_comment/
https://old.reddit.com/r/Brittfit/comments/mance3/bethany_lily_april_new_2021_pack_link_in_comments/
https://old.reddit.com/r/Brittfit/comments/mave1d/the_new_brittfit_of_pack_below/
https://old.reddit.com/r/Brittfit/comments/mavuq6/brittfit_full_mega_in_comments_updated_50gb/
https://old.reddit.com/r/Brittfit/comments/maybxm/the_new_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/Brittfit/comments/mb96kw/brittfit_park_bootcamp_promo/
https://old.reddit.com/r/Brittfit/comments/mbbjhn/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/mbbxil/The_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape/
https://old.reddit.com/r/Brittfit/comments/mbdmy8/The_Real_Britt_Fit_porn_blowjob_onlyfans/
https://old.reddit.com/r/Brittfit/comments/mbhv4g/hi_guys_anyone_have_chanel_on_telegram_which/
https://old.reddit.com/r/Brittfit/comments/mbo5gs/full_mega_in_comments_boys/
https://old.reddit.com/r/Brittfit/comments/mbqazg/amazing_nipple_mega_in_comments/
https://old.reddit.com/r/Brittfit/comments/mbqb6p/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/mbs0td/fitness_girl_1253gb_pack/
https://old.reddit.com/r/Brittfit/comments/mbvayp/sexy_view/
https://old.reddit.com/r/Brittfit/comments/mc1400/The_Real_Britt_Fit_onlyfans_gorgeous_tits_reveal/
https://old.reddit.com/r/Brittfit/comments/mc79wd/most_requested_2_babes_love_lilah_and_venus/
https://old.reddit.com/r/Brittfit/comments/mce5ua/therelbritttfittt_13gb_updated_content_link_in/
https://old.reddit.com/r/Brittfit/comments/mcg34a/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/mcghpo/brittfit_full_mega_in_comments_updated_30gb/
https://old.reddit.com/r/Brittfit/comments/mcjfsg/The_Real_Britt_Fit_nude_new_theatre_ppv_sex_tape/
https://old.reddit.com/r/Brittfit/comments/mct92s/hiking_buddy/
https://old.reddit.com/r/Brittfit/comments/mcujsm/The_Real_Britt_Fit_onlyfans_blowjob_sextape/
https://old.reddit.com/r/Brittfit/comments/mcv5lb/The_Real_Britt_Fit_onlyfans_video_33/
https://old.reddit.com/r/Brittfit/comments/md1n8i/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/Brittfit/comments/mda6zk/full_new_mega_in_comments/
https://old.reddit.com/r/burstingout/comments/l3us1q/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/butt/comments/m1b9ty/The_Real_Britt_Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/ButtSnorklers/comments/mb8bo3/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/buyingcontent/comments/m1immm/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://old.reddit.com/r/buyingnudes/comments/m1iliq/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://old.reddit.com/r/BuyMyContent/comments/m1ilwr/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://old.reddit.com/r/Chaturbatevideos/comments/m6d7vf/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/CherryBarbie/comments/m0c7df/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/CherryBarbie/comments/m6d85u/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/ChicasOnlyfans/comments/m7y62p/the_new_brittfit_mega_below/
https://old.reddit.com/r/ChicasOnlyfans/comments/m8f9lq/The_Real_Britt_Fit_nude_videos_link_in_commment/
https://old.reddit.com/r/Courtney_Tailor2/comments/ht3wmi/the_real_britt_fit_better/
https://old.reddit.com/r/curvy/comments/m6d8bh/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Dabofkya_GOAT/comments/l3ztfk/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Dabofkya_GOAT/comments/m6d8jr/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/DeliciousnessXXX/comments/lubemu/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/DeliciousnessXXX/comments/lyv5wq/The_Real_Britt_Fit_sex_tapes_below/
https://old.reddit.com/r/DesiBoners_2/comments/ma39e6/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/DesireeScholtz/comments/m900kv/anyone_got_her_mega_or_anything_ill_trade_got/
https://old.reddit.com/r/desnudas/comments/l3zut5/the_real_britt_fit_new_january_2021_updated_mega/

https://old.reddit.com/r/desnudas/comments/m0c7no/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/desnudas/comments/m6d9kh/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/DhakaAfterDark/comments/ma3erc/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/diamondkayv2/comments/m6d9uu/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Dildo_Gifs/comments/lvpt6p/The_Real_Britt_Fit_anal_dildo_mastrubation/
https://old.reddit.com/r/Dildo_Gifs/comments/m6da03/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Dildo_Gifs/comments/m8eg5n/The_Real_Britt_Fit_testing_new_dildo_video/
https://old.reddit.com/r/DiscordNSFWLINKS/comments/lkdnjy/brittfit/
https://old.reddit.com/r/DiscordNudes/comments/izs3ru/brittfit/
https://old.reddit.com/r/DiscordNudes/comments/jhluyh/beand_new_best_of_has_mia_khalifa/
https://old.reddit.com/r/DiscordNudes/comments/k0ojtn/tyga_real_britt_fit_and_meg_nut_in_this_discord/
https://old.reddit.com/r/DiscordNudes/comments/l370qb/britfitt_gym_bj/
https://old.reddit.com/r/DiscordNudes/comments/lf4zp4/new_brittfit_mega_join_free_discord/
https://old.reddit.com/r/DiscordNudes/comments/lm5j1i/brittfit_ggg_vid/
https://old.reddit.com/r/DiscordNudes/comments/lxi5uz/new_threesome_of_The_Real_Britt
Fitt_the_uncensored/
https://old.reddit.com/r/DiscordNudes/comments/ma5ypw/baby_ashlee_mega_The_Real_Britt
Fit_mega_and_many/
https://old.reddit.com/r/DiscordNudess/comments/lord3c/britfitt_mackjones_and_more_free_discord/
https://old.reddit.com/r/DiscordNudess/comments/lxkin7/new_threesome_of_The_Real_Britt
Fitt_the_uncensored/
https://old.reddit.com/r/DiscordNudess/comments/lyz87y/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/discordporn_nudes/comments/lxigpq/new_threesome_of_The_Real_Britt
Fitt_the_uncensored/
https://old.reddit.com/r/discordservers/comments/j7wqki/live_fit_and_britt_fits_nudes/
https://old.reddit.com/r/enamorandonos/comments/m8f929/The_Real_Britt_Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/Erotic_Indian/comments/ma399w/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/eThotHub/comments/l3zuvt/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/eThotHub/comments/m0elv1/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/eThotHub/comments/m6dae4/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/FakeTitsWorship/comments/l3zuxw/the_real_britt_fit_new_january_2021_updated_me
ga/
https://old.reddit.com/r/FakeTitsWorship/comments/m0em0d/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/FakeTitsWorship/comments/m6daj5/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/FantasyDreamz/comments/man9j2/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/fapgrams/comments/lyvjhz/The_Real_Britt_Fit_sex_tapes_below/
https://old.reddit.com/r/FreeMegaFiles/comments/m6dau5/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/FreeOnlyFansPage/comments/m6db1f/the_real_britt_fit_nud3s_and_s3xtape_collection
/
https://old.reddit.com/r/FuckThatsHot/comments/m6exsa/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/GIFgasm/comments/l3zv5f/the_real_britt_fit/
https://old.reddit.com/r/GirlsTakingOver/comments/m0em9f/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/GirlsWithGirls/comments/lx9g9w/The_Real_Britt_Fit/
https://old.reddit.com/r/GolemSexy/comments/m0emdy/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/GolemSexy/comments/m6eyat/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/GradeAPorn/comments/lvppl9/The_Real_Britt_Fit_anal_dildo_mastrubation/
https://old.reddit.com/r/GradeAPorn/comments/lyv4x0/The_Real_Britt_Fit_sex_tapes_below/
https://old.reddit.com/r/HipsterGirlsNSFW/comments/m6eypx/the_real_britt_fit_nud3s_and_s3xtape_collection
/
https://old.reddit.com/r/hollywoodhotcelebs/comments/l7xkvl/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/hollywoodhotcelebs/duplicates/l7xkvl/the_real_brittfit_showoff_her_amazing_body/

https://old.reddit.com/r/HornyOnlyfans/comments/kqcl0i/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/HornyOnlyfans/comments/l3zvef/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/hornyvideosclub/comments/lyv8ye/The_Real_Britt_Fit_sex_tapes_in_the_comments/
https://old.reddit.com/r/HotDesiSluts/comments/ma39j3/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/HotHub/comments/l3zvnx/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/HotHub/comments/m6ezbf/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/HotOnlyfans/comments/l3zvt0/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/HotOnlyfans/comments/m1y8ae/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/HotTiktokBabes/comments/kl07c0/real_britt_fit_brittney_new_update_check_comment
/
https://old.reddit.com/r/HugeHangers/comments/l3zvxj/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/HugeHangers/comments/m0emrg/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/HugeHangers/comments/m6ezl3/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/ibradome/comments/lvaaa7/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/ibradome/comments/lz5knp/The_Real_Britt_Fit_nude_threesome_sextape/
https://old.reddit.com/r/indianjobuds/comments/ma3cre/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/IndianPussyy/comments/ma3enk/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/InfluencersGonewild/comments/l3zwgs/the_real_britt_fit_new_january_2021_updated_
mega/
https://old.reddit.com/r/InfluencersGonewild/comments/lyz9a8/The_Real_Britt
Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/insecuritittiex/comments/m45r4k/rich_af_instagram_model_The_Real_Britt_Fitt/
https://old.reddit.com/r/insecuritittiex/duplicates/m45r4k/rich_af_instagram_model_The_Real_Britt_Fitt/
https://old.reddit.com/r/Instagrammodels/comments/l7zk5s/the_real_brittfit/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs34zfg/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs3koj3/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4d49l/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4fpja/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4hotq/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4mc7k/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4oo8q/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4sr04/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4t5va/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4ttda/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4v5tw/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4xem8/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4ypai/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs4z9sp/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs50iiq/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs518nr/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs51gkd/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs57vuv/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5bew4/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5eui0/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5evsi/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5jptm/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5neh1/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs5ucxl/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs6fr69/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fs9ttfq/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The_Real_Britt_Fit/fsfaixi/

https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fsjzbje/
https://old.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/fwdtuqo/
https://old.reddit.com/r/InternetStars/comments/hai4no/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/ivpnl4/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/izq03q/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j0a12w/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6uf46m/
https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6uu7m2/
https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g6v3ie2/
https://old.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/g75kaiy/
https://old.reddit.com/r/InternetStars/comments/j2juvw/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j2juvw/brittney_The Real Britt Fit/g75rl5c/
https://old.reddit.com/r/InternetStars/comments/j4ong8/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j6aize/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j7gy8x/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8atn1a/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8b504j/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bduap/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8biggx/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bjq7r/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8blu5p/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bn684/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8bw3eu/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8c1fhv/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8c9dm6/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8cqfdt/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8d7pfb/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8d8xxe/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8dkpm5/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8du9hy/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8e8bt5/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8emikv/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f00ls/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f092e/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8f0a0g/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8fdeqm/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/g8gqdcy/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gbojndw/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gc52mpf/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gc54u89/
https://old.reddit.com/r/InternetStars/comments/j8hdzu/brittney_The Real Britt Fit/gcyb0xn/
https://old.reddit.com/r/InternetStars/comments/j9oh0l/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/g8s9h2i/
https://old.reddit.com/r/InternetStars/comments/ljnaup/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/lnpx8t/The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/lnt4j6/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/lnt4j6/brittney_The Real Britt Fit/go26fs8/

https://old.reddit.com/r/InternetStars/comments/lq1o5b/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/ltyjn7/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/m3vmp8/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/m516ms/The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/m516ms/The Real Britt Fit/gqxcguj/
https://old.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/comments/madlyd/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/ivpnl4/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/izq03q/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j0a12w/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j2juvw/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j5x37l/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j6aize/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j7gy8x/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/j8hdzu/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/ltyjn7/brittney_The Real Britt Fit/
https://old.reddit.com/r/InternetStars/duplicates/m516ms/The Real Britt Fit/
https://old.reddit.com/r/IWantToSuckCock/comments/m6ezx7/the_real_britt_fit_nud3s_and_s3xtape_collection
/
https://old.reddit.com/r/JailyneOjeda/comments/m6f02p/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/JasmineBanks/comments/m6f08e/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/jordanlewisOF/comments/11xbmw/i_will_trade_skylarmae_britfit_mega_for_jordan/
https://old.reddit.com/r/juicybooty/comments/l8053a/the_real_brittfit/
https://old.reddit.com/r/juicybooty/comments/m6f0en/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/KattLeyaAndStrellaKat/comments/kqcl4i/the_real_britt_fit_latest_new_year_special_vi
deo/
https://old.reddit.com/r/KattLeyaAndStrellaKat/comments/l3zwwf/the_real_britt_fit_new_january_2021_updat
ed_mega/
https://old.reddit.com/r/Katvong/comments/l3zx1l/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Katvong/comments/m0en3s/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Katvong/comments/m6f0m2/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/KendraKarter_/comments/m6f1gk/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/KKVSHOF/comments/htuyag/brittfit/
https://old.reddit.com/r/knockmeup/comments/kl083w/real_britt_fit_brittney_new_update_check_comment/
https://old.reddit.com/r/knockmeup/comments/m0enll/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/knockmeup/comments/m1bbsz/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/knockmeup/comments/m6f0zr/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/laceykingxo/comments/m0eo5t/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/laceykingxo/comments/m6f156/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/LadyLebraa/comments/m0eoo6/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/LadyLebraa/comments/m1b7g1/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/LadyLebraa/comments/m6f1ao/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/LeakedArchive/comments/kl06jp/real_britt_fit_brittney_new_update_check_comment/
https://old.reddit.com/r/LeakedArchive/comments/lyv6q4/The Real Britt Fit_sex_tapes_below/
https://old.reddit.com/r/LeakedArchive/comments/m1isce/The Real Britt
Fit_threesome_100_%F0%9D%97%96%F0%9D%97%B5%F0%9D%97%B2%F0%9D%97%B0%F0%9D%97
%B8_%F0%9D%97%96%F0%9D%97%BC%F0%9D%97%BA%F0%9D%97%BA%F0%9D%97%B2%F0%
9D%97%BB%F0%9D%98%81_%F0%9D%97%99%F0%9D%97%BC

https://old.reddit.com/r/LeakedOnlyfans4UI/comments/m1i479/The_Real_Britt_Fitt_leaked_onlyfans_full_paid/
https://old.reddit.com/r/Leakedsextapes/comments/hjg7v1/The_Real_Britt_Fit_onlyfans_blowjob_porn_video/
https://old.reddit.com/r/Leakedsextapes/comments/hjg7v1/The_Real_Britt_Fit_onlyfans_blowjob_porn_video/fzmm19c/
https://old.reddit.com/r/Leakedsextapes/comments/hme811/The_Real_Britt_Fit_onlyfans_maid_dildo_riding_porn/
https://old.reddit.com/r/Leakedsextapes/duplicates/hjg7v1/The_Real_Britt_Fit_onlyfans_blowjob_porn_video/
https://old.reddit.com/r/Leakhub_II/comments/ix93ep/mega_The_Real_Britt_Fit_link_in_the_comments/
https://old.reddit.com/r/Leakhub_II/duplicates/ix93ep/mega_The_Real_Britt_Fit_link_in_the_comments/
https://old.reddit.com/r/lewdweb/comments/l5k6xm/The_Real_Britt_Fit_champagne_tits/
https://old.reddit.com/r/lewdweb/comments/lvhqnb/The_Real_Britt_Fit_anal_dildo_mastrubation/
https://old.reddit.com/r/lewdweb/comments/lx5f6t/The_Real_Britt_Fit/
https://old.reddit.com/r/LivStyler/comments/ivs6i6/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/LivStyler/comments/j0bqw7/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/LivStyler/comments/j4xw69/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/LookAtTheBounce/comments/m6f1yx/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/MaliJ/comments/m6o5wm/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Mariagjieli69/comments/m6o643/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/MarissaDaNae/comments/m0eos2/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/MarissaDaNae/comments/m6o690/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/MasturbationGoneWild/comments/m6o6cr/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Megafilesforfree/comments/kqclkv/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/Megafilesforfree/comments/l3zxdp/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/MegaFilesFreeForU/comments/md5m6w/The_Real_Britt_Fitt_leaked_onlyfans_and_all_sextapes/
https://old.reddit.com/r/MegalinkNSFW/comments/lmg3fg/britt_fit_mackj_and_more_paid_content_join/
https://old.reddit.com/r/MegalinkNSFW/comments/lubfsg/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/MegalinkNSFW/comments/lyz5jr/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/megalinksfreee/comments/kqclr6/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/megalinksfreee/comments/l403ei/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/megalinksfreee/comments/m6o6l0/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Megas4Free/comments/kndfgm/brittfit_file_link_in_the_comments/
https://old.reddit.com/r/Megas4Free/comments/l56991/brittfit_updated_file_link_in_the_comments/
https://old.reddit.com/r/Megas4Free/comments/lv9rat/brittfit_new_file_link_in_the_comments/
https://old.reddit.com/r/Megaz4Free/comments/l403zo/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Megaz4Free/comments/ly3ct7/The_Real_Britt_Fit_threesome_tape/
https://old.reddit.com/r/Megaz4Free/comments/m0eovp/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Megaz4Free/comments/m6o6pa/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/MiinaMariie/comments/m6o6vo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/muslimgirls/comments/m0epew/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/muslimgirls/comments/m6o708/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/muslimgirls/comments/ma3cn1/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/Nategotkeys/comments/l4060z/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Nategotkeys/comments/m1b8j6/The_Real_Britt_Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/Nategotkeys/comments/m6o740/the_real_britt_fit_nud3s_and_s3xtape_collection/

https://old.reddit.com/r/NaughtyNerdGirls/comments/m0epmc/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/NaughtyNerdGirls/comments/m6o7a6/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/NaughtyOnlyfans/comments/kqcm0w/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/NaughtyOnlyfans/comments/l4066d/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/NaughtyOnlyfans/comments/m6o7g9/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/NipSlip_Nation/comments/l438q8/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/NSFW_Cams/comments/m0eptw/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/NSFW_Cams/comments/m6o7ov/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/NSFW_Porn_101/comments/mczg6v/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/NSFW_Porn_4_You/comments/mczgv4/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/NSFW_Rare_Content/comments/m6zgxn/therealbrittfit_13gb_onlyfans_mar21_updated/
https://old.reddit.com/r/NSFW_Uncensored/comments/m0epql/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/NSFW_Uncensored/comments/m67ym1/The_Real_Britt_Fit_nude_new_theatre_sex_tape/
https://old.reddit.com/r/NSFW_Uncensored/comments/m6o7u3/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/NSFW_Uncensored/comments/m75lhs/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/NSFW_Uncensored/comments/m8ehah/The_Real_Britt_Fit_testing_new_dildo_video/
https://old.reddit.com/r/NSFW_Uncensored/comments/mczgrg/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/NSFWexchange/comments/kqcm5v/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/NSFWexchange/comments/l438xn/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/NSFWexchange/comments/m6o7y8/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/nsfwgg/comments/m6o82a/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/NSFWRare/comments/ik11wd/real_brittfit_link_in_comment/
https://old.reddit.com/r/NSFWRare/comments/kqcmco/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/NSFWRare/comments/l4394p/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/NSFWRare/comments/m0epy9/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/nudeonlyfans_/comments/ltrlht/The_Real_Britt_Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/Nudes7/comments/m75hx3/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/Nudes7/comments/mczed1/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/onionboo/comments/m6e0yf/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/OnlyFanPACKS/comments/j9ixib/The_Real_Britt_Fit_11gb_uptodate_onlyfans_mega/
https://old.reddit.com/r/OnlyFanPACKS/duplicates/j9ixib/The_Real_Britt_Fit_11gb_uptodate_onlyfans_mega/
https://old.reddit.com/r/OnlyFans_2u/comments/m6o8i2/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/onlyfans_get_noticed/comments/m6o8nx/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/OnlyfansAmateurs/comments/m1y1f9/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/onlyfanschicks/comments/l439vn/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/onlyfanschicks/comments/m1y7qn/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/OnlyfansFREE__/comments/m6o8vi/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/onlyfanshottest/comments/l43a8r/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/onlyfanshottest/comments/m1y80b/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/onlyfansleaked0/comments/m0i5hw/miss_britt_fit/
https://old.reddit.com/r/onlyfansreddit_/comments/lwte3e/The_Real_Britt_Fit_new_blowjob/
https://old.reddit.com/r/onlyfansreviews4u/comments/ised5o/The_Real_Britt_Fit/
https://old.reddit.com/r/OnlyfansSlutz/comments/m1y37v/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/OnlyfansThots_/comments/lwbekv/The_Real_Britt_Fit_12/

https://old.reddit.com/r/OnlyfansThots_/comments/lwbw2p/The_Real_Britt_Fit_22/
https://old.reddit.com/r/OnlyfansThots_/comments/lx2jsc/The_Real_Britt_Fit/
https://old.reddit.com/r/OnlyfansThots_/comments/lxzi9c/The_Real_Britt_Fit/
https://old.reddit.com/r/OnlyfansThots_/comments/lyvm9s/The_Real_Britt_Fit/
https://old.reddit.com/r/OnlyfansXXX/comments/kqcou2/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/OnlyfansXXX/comments/l43axu/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/OnlyfansXXX/comments/m0jeu4/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/OnlyfansXXX/comments/m6p8x5/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/OnlyForDaBoys/comments/khotrk/rozay_molly_and_brittfit/
https://old.reddit.com/r/onlyleakers/comments/lzztxo/The_Real_Britt_Fit_onlyfans_theatre_sex_tape_leaked/
https://old.reddit.com/r/Onlyleakqc/comments/mc5rc4/The_Real_Britt_Fit/
https://old.reddit.com/r/OnlyParadise/comments/lad5le/britt_fit/
https://old.reddit.com/r/OnlyParadise/comments/ladecb/britt_fit_dp/
https://old.reddit.com/r/OnlyPorn_RedLight/comments/m3tmqs/free_onlyfans_first_link/
https://old.reddit.com/r/OnlyPremiumOfficial/comments/kqcp2c/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/OnlyPremiumOfficial/comments/kxtdeo/mega_The_Real_Britt_Fitt/
https://old.reddit.com/r/OnlyPremiumOfficial/comments/l43buz/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/OnlyPremiumOfficial/comments/m6p9a2/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/OTBAssaddicts/comments/lbdlau/brittfit/
https://old.reddit.com/r/PackOnlyFanss/comments/m6p9gk/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/packs_porno_gratis/comments/kl07sj/real_britt_fit_brittney_new_update_check_comment/
https://old.reddit.com/r/packs_porno_gratis/comments/kqpcfg/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/packs_porno_gratis/comments/l43c96/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/packs_porno_gratis/comments/m0eq4o/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/packs_porno_gratis/comments/m6p9mg/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/packs_porno_gratis/comments/m8f8uo/The_Real_Britt_Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/PacksLatinas/comments/jz5z6e/dropbox_britfitt/
https://old.reddit.com/r/PacksLatinas/comments/kl07hl/real_britt_fit_brittney_new_update_check_comment/
https://old.reddit.com/r/PacksLatinas/comments/kqpcjk/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/PacksLatinas/comments/l43cg9/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/PacksLatinas/comments/m0eqdh/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/PacksLatinas/comments/m1b9y9/The_Real_Britt_Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/PacksLatinas/comments/m45ro0/rich_af_instagram_model_The_Real_Britt_Fitt/
https://old.reddit.com/r/PacksLatinas/comments/m64qft/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/PawgLove/comments/l43cpu/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/PerfectNSFW/comments/l7zbjy/the_real_brittfit/
https://old.reddit.com/r/PerfectNSFW/comments/m6pa0f/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Phatasswhitegirls/comments/m1y630/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/PoliticsNSFW/comments/lvadx4/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/PoliticsNSFW/comments/lz60mk/The_Real_Britt_Fit_nude_threesome_sextape/
https://old.reddit.com/r/PoliticsNSFW/comments/m0eqhe/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/PoliticsNSFW/comments/m67yt1/The_Real_Britt_Fit_nude_new_theatre_sex_tape/

https://old.reddit.com/r/PoliticsNSFW/comments/m6pa65/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/PoliticsNSFW/comments/mczgfo/The Real Britt Fit_nipple_clamps_video/
https://old.reddit.com/r/pornID/comments/jvxe7b/dont_know_if_its_porn_but_i_really_want_to_know/
https://old.reddit.com/r/PornShop/comments/jbgjmy/the_britt_fit_chronicles/
https://old.reddit.com/r/Pornstarsnow/comments/l43d6r/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Porntiktok/comments/lj45ne/get_The Real Britt Fit_new_paid_fuck_video_her_full/
https://old.reddit.com/r/Porntiktok/comments/lyv65c/The Real Britt Fit_sex_tapes_below/
https://old.reddit.com/r/Porntiktok/comments/mdagji/The Real Britt Fit_nude_threesome_fucking_sextape/
https://old.reddit.com/r/PornVideos/comments/mas2jh/The Real Britt Fit_google_drive/
https://old.reddit.com/r/PornWorlds/comments/m0hzsh/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/PornWorlds/comments/m6pat1/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Pounding_Hard/comments/m0i07k/the_real_britt_fit_biggest_pack25_gb/
https://old.reddit.com/r/Pounding_Hard/comments/m6pb5i/the_real_britt_fit/
https://old.reddit.com/r/premiumcontentonly/comments/m6gt1a/The Real Britt Fit_onlyfans_collection/
https://old.reddit.com/r/premiumshit/comments/kq4f4r/therealbritfit_links_in_the_comment/
https://old.reddit.com/r/premiumunlocked/comments/fyarzc/a_big_one_lads_therealbritfit/
https://old.reddit.com/r/pyaasa/comments/ma3epj/youtuber_The Real Britt Fit_onlyfans_deep_throat/
https://old.reddit.com/r/realonlyfansreviews/comments/harmu4/The Real Britt Fit_410/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/g5pp2zr/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/g5yutl3/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5hoef/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5j08a/
https://old.reddit.com/r/realonlyfansreviews/comments/isvjie/The Real Britt Fit/gb5jftl/
https://old.reddit.com/r/realonlyfansreviews/comments/kxf1hv/brittfit_onlyfans_is_it_worth_it/
https://old.reddit.com/r/RedBoneEbony/comments/m6pbhc/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/RosaAcosta/comments/l43dey/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/RosaAcosta/comments/m0c0c9/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/RosaAcosta/comments/m6pbno/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Sedlife/comments/m5ptid/onlyfanscom_The Real Britt Fit_megapack_collection/
https://old.reddit.com/r/sellingonline/comments/lr8j2d/selling_the_real_brittfit_145gb_mega_for_10/
https://old.reddit.com/r/SellingOnlineNSFW/comments/m1ijue/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://old.reddit.com/r/SensualFingers/comments/l7yl1d/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/sexdumb/comments/l73yrw/brittfit_mega_in_comments/
https://old.reddit.com/r/Sexy/comments/m1vsi9/brittfit_and_nalaray_pack_d_m/
https://old.reddit.com/r/SimplySidney/comments/m6pbtw/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/SimplyTheBestOFs/comments/lj3bjr/get_The Real Britt
Fit_new_paid_fuck_video_her_full/
https://old.reddit.com/r/SimplyTheBestOFs/comments/lub84i/The Real Britt
Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/SimplyTheBestOFs/comments/lyz0b2/The Real Britt
Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kl4min/The Real Britt
Fit_link_is_in_the_picture_just_type/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/km7qjf/The Real Britt Fit_fans_there_you_go_boys/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/knlvs2/The Real Britt Fit_shower_masterbation_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/kpnfpq/The Real Britt
Fit_gets_fucked_hard_thanks_to_the/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/lj6h7w/anyone_have_subscribe_for_The Real Britt
Fit_on/

https://old.reddit.com/r/SkylarMaeAndOtters/comments/lkuqsr/anal_sextape/
https://old.reddit.com/r/SlimThiccHotties/comments/llnfnk/pm_for_The_Real_Britt
Fit_14gb_exclusive_contentsex/
https://old.reddit.com/r/SlimThiccHotties/comments/ltft0n/The_Real_Britt_Fit_more_below/
https://old.reddit.com/r/SlimThiccHotties/comments/m6pcbe/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Slut/comments/lyvh39/The_Real_Britt_Fit/
https://old.reddit.com/r/Slut/comments/lz5pd0/The_Real_Britt_Fit_nude_threesome_sextape/
https://old.reddit.com/r/Slut/comments/m0i10s/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Slut/comments/m67y5j/The_Real_Britt_Fit_nude_new_theatre_sex_tape/
https://old.reddit.com/r/Slut/comments/m6pcnz/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Slut/comments/m75l73/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/Slut/comments/m8egsa/The_Real_Britt_Fit_testing_new_dildo_video/
https://old.reddit.com/r/slutmesh/comments/m6pctt/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Slutsofonlyfans/comments/l43dxs/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Slutsofonlyfans/comments/ly4fq2/d_m_for_the_brittfit_tapes/
https://old.reddit.com/r/Slutsofonlyfans/comments/m0i1av/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Slutsofonlyfans/comments/m6pcz2/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/SluttyOnlyfans/comments/m6pd3k/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/SnowBunnies/comments/lapxlp/brittfit/
https://old.reddit.com/r/SocialMediachicks/comments/m1bct3/The_Real_Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/Socialmediagirls/comments/m6pd8g/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/StreetsIsWatchin/comments/m7iokv/The_Real_Britt
Fit_gets_fucked_on_cam_with_her_gf/
https://old.reddit.com/r/Tangoseen/comments/ma3esm/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/TeannaTrumpXXX/comments/llpwsp/will_trade_these_for_a_teanna_trump_mega_hav
e/
https://old.reddit.com/r/Teen_nudez/comments/kyxy8m/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/Teen_nudez/comments/m6pdgo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/lv2kh4/the_real_britt_fit_new_17_mins_long_three
some/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/lvpu75/The_Real_Britt_Fit_anal_dildo_mastrubation/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m6pdlm/the_real_britt_fit_nud3s_and_s3xtape_coll
ection/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m75ldr/The_Real_Britt_Fit_nude_champagne_tits/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/m8egx8/The_Real_Britt
Fit_testing_new_dildo_video/
https://old.reddit.com/r/The_Best_NSFW_GIFS/comments/mczgnu/The_Real_Britt_Fit_nipple_clamps_video/
https://old.reddit.com/r/TheRareOnes/comments/m0jg6u/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/The Real Britt Fit_/comments/luqm82/mega_The_Real_Britt
Fit_new_threesome_video_link_in/
https://old.reddit.com/r/The Real Britt Fit_/comments/m6rj1r/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/The Real Britt Fit_nudes
https://old.reddit.com/r/The Real Britt Fit_nudes/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/lp6vtp/rThe_Real_Britt_Fit_nudes_lounge/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/lp6vtp/rThe_Real_Britt_Fit_nudes_lounge/gqe0hr0/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/luqmnz/mega_The_Real_Britt
Fit_new_threesome_video_link_in/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/gs0aga3/

https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m08pym/new_threesome_of_The Real Britt Fit_full_lenght/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m1b40k/The Real Britt Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m3n5gx/The Real Britt Fit_latest_mega_full_leaked/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/m6e5kv/this_is_latest_update_for_The Real Britt Fit_march/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/ma7w30/The Real Britt Fitt_new_updated_onlyfans_mega_folder/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/mcjqf7/The Real Britt Fit_nude_new_theatre_ppv_sex_tape/
https://old.reddit.com/r/The Real Britt Fit_nudes/comments/mdafzc/The Real Britt Fit_nude_threesome_fucking_sextape/
https://old.reddit.com/r/The Real Britt Fit_nudes/duplicates/m6e5kv/this_is_latest_update_for_The Real Britt Fit_march/
https://old.reddit.com/r/The Real Britt Fit_nudes/duplicates/mdafzc/The Real Britt Fit_nude_threesome_fucking_sextape/
https://old.reddit.com/r/The Real Britt Fit1/comments/fx9k4o/mega_folder_enjoy/
https://old.reddit.com/r/The Real Britt Fit1/comments/g59iki/her_blowjob_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/g5liy5/bj_vid/
https://old.reddit.com/r/The Real Britt Fit1/comments/g9dbzn/heres_the_new_joi_but_her_face_is_hardly_in_it/
https://old.reddit.com/r/The Real Britt Fit1/comments/g9nw6r/heres_her_new_joi/
https://old.reddit.com/r/The Real Britt Fit1/comments/gaotac/link/
https://old.reddit.com/r/The Real Britt Fit1/comments/gbyxgn/new_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/gcmbqp/new_lotion_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjft7g/pillow_humping_vid/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjhzea/happy_birthday_enjoy/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjqdbh/discord_link/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjrntz/discord/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjx6pm/britt_436gb/
https://old.reddit.com/r/The Real Britt Fit1/comments/gjy74q/tried_my_best_to_get_all_of_the_content_i_could/
https://old.reddit.com/r/The Real Britt Fit1/comments/gt6e77/join_the_premium_onlyfans_nsfw_discord_server/
https://old.reddit.com/r/The Real Britt Fit1/comments/hkdj14/repost/
https://old.reddit.com/r/The Real Britt Fit1/comments/htsd8c/onlyfans/
https://old.reddit.com/r/The Real Britt Fit1/comments/hugsvu/free/
https://old.reddit.com/r/The Real Britt Fit1/comments/hun4tt/join_the_mega_network_discord_server/
https://old.reddit.com/r/The Real Britt Fit1/comments/huvead/prem_content/
https://old.reddit.com/r/The Real Britt Fit1/comments/hv3f4r/is_there_a_vid_on_this_from_twitter/
https://old.reddit.com/r/The Real Britt Fit1/comments/hwqpe1/mega_link_just_for_you_guys/
https://old.reddit.com/r/The Real Britt Fit1/comments/hwvuci/idk_if_someone_posted_this_but_if_they_did_sorry/
https://old.reddit.com/r/The Real Britt Fit1/comments/hx9nsr/enjoy_ig/
https://old.reddit.com/r/The Real Britt Fit1/comments/i34pt4/stop_saying_i_aint_doing_anything_im_literally/
https://old.reddit.com/r/The Real Britt Fit1/comments/i8j8at/who_has_this_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/iep954/handbra/
https://old.reddit.com/r/The Real Britt Fit1/comments/ifswts/dm_for_full_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/ifynwp/mirror/

https://old.reddit.com/r/The Real Britt
Fit1/comments/ig2bok/im_tired_of_everyone_asking_for_dms_heres_almost/
https://old.reddit.com/r/The Real Britt
Fit1/comments/igctic/who_ever_has_the_one_of_her_getting_fucked_in_the/
https://old.reddit.com/r/The Real Britt Fit1/comments/igfdvt/lesbian/
https://old.reddit.com/r/The Real Britt Fit1/comments/ighw4s/someone_pm_me_the_newest_mega_link/
https://old.reddit.com/r/The Real Britt
Fit1/comments/igst4x/anyone_got_a_mega_link_i_already_have_the_one/
https://old.reddit.com/r/The Real Britt Fit1/comments/igw7nc/telegram/
https://old.reddit.com/r/The Real Britt Fit1/comments/igwvs4/britfit_mega_link/
https://old.reddit.com/r/The Real Britt Fit1/comments/ih2s80/does_anyone_have_this_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/ihfui8/old_pic_selfie/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ihikf4/can_someone_please_pm_me_an_updated_mega_file/
https://old.reddit.com/r/The Real Britt
Fit1/comments/iht9a7/maid_outfit_solo_dildo_play_link_in_the_comments/
https://old.reddit.com/r/The Real Britt Fit1/comments/ihuwtq/throatfuck/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ihxg2u/dm_me_if_you_have_an_updated_mega_im_willing_to/
https://old.reddit.com/r/The Real Britt Fit1/comments/ihyq75/anyone_got_a_working_mega/
https://old.reddit.com/r/The Real Britt
Fit1/comments/iifi60/the_way_she_gags_is_something_special_link_in_the/
https://old.reddit.com/r/The Real Britt Fit1/comments/iiglzr/the_under_boob/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ijje8q/she_used_to_cover_up_unless_you_tipped_in_a_few/
https://old.reddit.com/r/The Real Britt Fit1/comments/ijnhfk/i_hope_she_became_a_pornstar/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ijuzv7/another_one_of_her_tits_without_you_having_to_tip/
https://old.reddit.com/r/The Real Britt Fit1/comments/il1in8/who_wants_to_see_this/
https://old.reddit.com/r/The Real Britt Fit1/comments/iro7gf/anyone_got_this/
https://old.reddit.com/r/The Real Britt Fit1/comments/iru3zq/here_you_go_guys_hotel_balcony_sex_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/irz45k/what_is_missionary_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/is1dky/whos_gonna_clutch_up_and_share_this_vid_i/
https://old.reddit.com/r/The Real Britt Fit1/comments/is2jqn/super_hot_share_missionary_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/is4ehq/The Real Britt
Fit_missionary_sex_video_i_already/
https://old.reddit.com/r/The Real Britt
Fit1/comments/is857q/anyone_wants_to_take_over_my_role_as_moderator_im/
https://old.reddit.com/r/The Real Britt Fit1/comments/is8w1t/The Real Britt Fit_hotel_balcony_sex/
https://old.reddit.com/r/The Real Britt Fit1/comments/is8xkq/The Real Britt
Fit_nude_big_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/is92gm/The Real Britt Fit_hotel_balcony_sex/
https://old.reddit.com/r/The Real Britt Fit1/comments/isaapk/The Real Britt Fit_missionary_sex_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/istfxk/here_another_new_video_dildo_fuck_in_public/
https://old.reddit.com/r/The Real Britt Fit1/comments/it59z4/mirror/
https://old.reddit.com/r/The Real Britt Fit1/comments/it88i4/im_waiting_for_you/
https://old.reddit.com/r/The Real Britt Fit1/comments/itaplh/punch/
https://old.reddit.com/r/The Real Britt Fit1/comments/itbd1m/i_got_a_lot_of_mega_i_will_trade_for_britfitt/
https://old.reddit.com/r/The Real Britt Fit1/comments/ittp1g/filming_for_my_of_be_like/
https://old.reddit.com/r/The Real Britt Fit1/comments/itvpr3/The Real Britt Fit_nurse_with_butt_plug_site_was/

https://old.reddit.com/r/The Real Britt
Fit1/comments/itxd3n/cant_wait_for_the_day_she_just_lets_them_hang_out/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ityfpp/i_have_a_145gb_mega_link_of_all_her_stuff_who/
https://old.reddit.com/r/The Real Britt Fit1/comments/iu11dp/The Real Britt
Fit_school_girl_rolplay_another_new/
https://old.reddit.com/r/The Real Britt
Fit1/comments/iu7whl/i_got_the_full_mega_of_brittfit_dm_me_on_snap/
https://old.reddit.com/r/The Real Britt Fit1/comments/iu8bf6/base64code_for_her_mega/
https://old.reddit.com/r/The Real Britt Fit1/comments/iu8m8v/mirror/
https://old.reddit.com/r/The Real Britt Fit1/comments/iuokuq/The Real Britt Fit_The Real Britt
Fit_google_drive/
https://old.reddit.com/r/The Real Britt Fit1/comments/iupdtd/The Real Britt
Fit_onlyfans_nude_horny_pussy_rub/
https://old.reddit.com/r/The Real Britt Fit1/comments/iupe03/The Real Britt Fit_school_girl_rolplay/
https://old.reddit.com/r/The Real Britt Fit1/comments/iutalu/The Real Britt Fit_missionary_sex_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/iutbu9/The Real Britt
Fit_onlyfans_nude_horny_pussy_rub/
https://old.reddit.com/r/The Real Britt Fit1/comments/iuzhzf/aight/
https://old.reddit.com/r/The Real Britt Fit1/comments/iv3p4e/anyone_got_a_mega/
https://old.reddit.com/r/The Real Britt Fit1/comments/iv5nj6/who_wants_to_lick_her_ass_hole/
https://old.reddit.com/r/The Real Britt Fit1/comments/ive7t0/pm_me_the_discord_link_please/
https://old.reddit.com/r/The Real Britt Fit1/comments/ivi4i5/on_the_pool/
https://old.reddit.com/r/The Real Britt Fit1/comments/ivkku9/dm_if_you_want_i_have_her_full_mega/
https://old.reddit.com/r/The Real Britt Fit1/comments/ivn9qo/anybody_have_the_new_school_girl_bg_vid/
https://old.reddit.com/r/The Real Britt Fit1/comments/ivtf99/1st_place_prize/
https://old.reddit.com/r/The Real Britt Fit1/comments/ivuecr/mega/
https://old.reddit.com/r/The Real Britt
Fit1/comments/ivzh92/has_anyone_gotten_her_new_of_vid_that_she_told/
https://old.reddit.com/r/The Real Britt Fit1/comments/iw0wd4/should_i_start_posting_new_videos/
https://old.reddit.com/r/The Real Britt Fit1/comments/iw15fe/finally_the_cousin_comes_home/
https://old.reddit.com/r/The Real Britt Fit1/comments/iw5zdc/assup/
https://old.reddit.com/r/The Real Britt Fit1/comments/iwj2u2/The Real Britt
Fit_strip_video_here_is_another_new/
https://old.reddit.com/r/The Real Britt Fit1/comments/iwmnqy/school_girl_pov/
https://old.reddit.com/r/The Real Britt
Fit1/comments/iwqrah/dm_for_mega_ready_to_trade_too_i_have_megas_of/
https://old.reddit.com/r/The Real Britt Fit1/comments/iwy2on/wanna_fight/
https://old.reddit.com/r/The Real Britt Fit1/comments/ix4nf7/daddy_yes_for_the_pussy_please/
https://old.reddit.com/r/The Real Britt Fit1/comments/ix6z6q/The Real Britt Fit_strip_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/ix7zmx/i_know_its_not_onlyfans_but_its_still_a_great/
https://old.reddit.com/r/The Real Britt Fit1/comments/ix8u25/new_schoolgirl_video/
https://old.reddit.com/r/The Real Britt Fit1/comments/ix98j9/mega_The Real Britt Fit_link_in_the_comments/
https://old.reddit.com/r/The Real Britt Fit1/comments/ixbcea/that_smile/
https://old.reddit.com/r/The Real Britt Fit1/comments/ixj207/anybody_got_the_creampie_or_bg_anal/
https://old.reddit.com/r/The Real Britt Fit2
https://old.reddit.com/r/The Real Britt Fit2/
https://old.reddit.com/r/The Real Britt Fit2/?count=100&after=t3_kyn455
https://old.reddit.com/r/The Real Britt Fit2/comments/ju6ozb/The Real Britt
Fit_porn_blowjob_onlyfans_leaked_video/

https://old.reddit.com/r/The Real Britt Fit2/comments/k2q0kh/The Real Britt
Fit_nude_skinny_dipping_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/k3dy8l/The Real Britt
Fit_leaked_onlyfans_fucking_creampie/
https://old.reddit.com/r/The Real Britt Fit2/comments/k5hc3e/The Real Britt Fit_mile_high_fuck_vid/
https://old.reddit.com/r/The Real Britt Fit2/comments/k65fmt/The Real Britt Fit_galaxy_lights/
https://old.reddit.com/r/The Real Britt Fit2/comments/k6qs4j/she_has_the_best_booty/
https://old.reddit.com/r/The Real Britt
Fit2/comments/k6tze8/guys_i_got_a_hot_video_put_i_cant_post_vid_here/
https://old.reddit.com/r/The Real Britt Fit2/comments/k8mrro/The Real Britt
Fit_new_video_in_commentcheck_it_now/
https://old.reddit.com/r/The Real Britt Fit2/comments/k91vv4/The Real Britt
Fit_leaked_onlyfans_fucking_creampie/
https://old.reddit.com/r/The Real Britt Fit2/comments/k9d8bz/The Real Britt
Fit_nude_skinny_dipping_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/k9ep2d/The Real Britt
Fit_nude_brittney_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kb351n/The Real Britt
Fit_nude_brittney_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kb3a6k/The Real Britt Fit_blowjob_video_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/kb9uci/The Real Britt Fit/
https://old.reddit.com/r/The Real Britt Fit2/comments/kb9v13/the_queen/
https://old.reddit.com/r/The Real Britt Fit2/comments/kb9vkz/The Real Britt Fit/
https://old.reddit.com/r/The Real Britt Fit2/comments/kbc4uu/The Real Britt
Fit_onlyfans_nude_leaks_20_photos/
https://old.reddit.com/r/The Real Britt Fit2/comments/kda9qb/The Real Britt
Fit_nude_baby_oil_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kdacv5/The Real Britt Fit_nude_baby_oil/
https://old.reddit.com/r/The Real Britt Fit2/comments/ki8276/The Real Britt Fit_pink_see_through_lingerie/
https://old.reddit.com/r/The Real Britt Fit2/comments/ki947e/The Real Britt Fit_pink_see_through_lingerie/
https://old.reddit.com/r/The Real Britt Fit2/comments/kidj0x/The Real Britt Fit_pink_see_through_lingerie/
https://old.reddit.com/r/The Real Britt Fit2/comments/kj22rh/The Real Britt
Fit_porn_dildo_butt_plug_onlyfans/
https://old.reddit.com/r/The Real Britt
Fit2/comments/kl07xi/real_britt_fit_brittney_new_update_check_comment/
https://old.reddit.com/r/The Real Britt Fit2/comments/kl83uh/The Real Britt
Fit_onlyfans_airplane_sex_vid_full/
https://old.reddit.com/r/The Real Britt Fit2/comments/km0uqx/The Real Britt
Fit_10_inch_dildo_blowjob_onlyfans/
https://old.reddit.com/r/The Real Britt
Fit2/comments/kqcnhv/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kqcp7n/The Real Britt
Fit_10_inch_dildo_blowjob_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/kqdu6x/The Real Britt Fit_onlyfans_airplane_sex_vid/
https://old.reddit.com/r/The Real Britt Fit2/comments/kqkyal/therealbrittfill_all_onlyfans_videos_for_free/
https://old.reddit.com/r/The Real Britt Fit2/comments/kqzvmd/The Real Britt Fit_fantasy_hotel/
https://old.reddit.com/r/The Real Britt Fit2/comments/kuk8bu/The Real Britt Fit_blowjob_video_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/kul1i7/The Real Britt Fit_nude_brittney_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kul1oq/The Real Britt Fit_nude_brittney_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kv3mgq/The Real Britt
Fit_updated_mega_pack_get_her_free/

https://old.reddit.com/r/The Real Britt Fit2/comments/kvzk8n/The Real Britt Fit_mile_high_fuck_vid/
https://old.reddit.com/r/The Real Britt Fit2/comments/kwlwlo/The Real Britt Fit_testing_new_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/kwmp44/The Real Britt Fit_leaked_onlyfans_fucking_creampie/
https://old.reddit.com/r/The Real Britt Fit2/comments/kwmqd4/The Real Britt Fit_nude_skinny_dipping_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/kxnz46/The Real Britt Fit_gaming_butt_plug_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l02ra7/The Real Britt Fit_gaming_butt_plug_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l033dv/The Real Britt Fit_fantasy_hotel/
https://old.reddit.com/r/The Real Britt Fit2/comments/l038j9/The Real Britt Fit_gets_fucked_hard/
https://old.reddit.com/r/The Real Britt Fit2/comments/l03ajj/The Real Britt Fit_10_inch_dildo_blowjob_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/l2l6uw/The Real Britt Fit_gaming_butt_plug_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l2l732/The Real Britt Fit_fantasy_hotel/
https://old.reddit.com/r/The Real Britt Fit2/comments/l2qumm/The Real Britt Fit_gets_fucked_hard/
https://old.reddit.com/r/The Real Britt Fit2/comments/l4wib6/The Real Britt Fit_galaxy_lights_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l4wn2m/The Real Britt Fit_nude_cowgirl_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l5hz6j/The Real Britt Fit_hot_booty_christmas_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l5m9d4/The Real Britt Fit_galaxy_lights_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/l5o1w0/anyone_got_the_video_of_brittfit_and_the_guy_from/
https://old.reddit.com/r/The Real Britt Fit2/comments/l5ue16/get_her_new_bj_video_updated_pack_of_2021link_in/
https://old.reddit.com/r/The Real Britt Fit2/comments/l64k0j/has_anyone_downloaded_it_alguien_lo_tiene/
https://old.reddit.com/r/The Real Britt Fit2/comments/l69jph/brittfit_mega_in_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/l6a050/join_the_onlyfans_hub_v2_discord_server/
https://old.reddit.com/r/The Real Britt Fit2/comments/l6mnt5/back_again_with_her_15gb_packlink_in_comment_box/
https://old.reddit.com/r/The Real Britt Fit2/comments/l70wd9/all_new_january_content/
https://old.reddit.com/r/The Real Britt Fit2/comments/l70xrn/all_new_january/
https://old.reddit.com/r/The Real Britt Fit2/comments/l72s3r/join/
https://old.reddit.com/r/The Real Britt Fit2/comments/l751ct/brittfit_mega_in_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/l78ce99/httpsdiscordggyg3rm3ru/
https://old.reddit.com/r/The Real Britt Fit2/comments/l7xoy5/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/The Real Britt Fit2/comments/l87vv4/thereall_britt_fitt_mega_in_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/la4pe2/The Real Britt Fit_fantasy_hotel_leaked_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/lb1q0h/The Real Britt Fit_pov_fucking_onlyfans_video_leaked/
https://old.reddit.com/r/The Real Britt Fit2/comments/ld5umr/The Real Britt Fit_nude_nipple_clamps_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/ldmg6w/britfit_mega_of_paid_vids_link_in_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/le61n2/The Real Britt Fit_nude_nipple_clamps_onlyfans_video/

https://old.reddit.com/r/The Real Britt Fit2/comments/lj17q6/The Real Britt
Fit_nude_pussy_masturbation_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/lj93n2/The Real Britt
Fit_nude_pussy_masturbation_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/ljoh4r/all_about_The Real Britt Fit/
https://old.reddit.com/r/The Real Britt Fit2/comments/llaroa/The Real Britt
Fit_nude_pussy_masturbation_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/llb4rx/The Real Britt
Fit_90_dollar_sex_tape_leaked_2021/
https://old.reddit.com/r/The Real Britt Fit2/comments/llddcz/mega_The Real Britt Fit_link_in_the_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/lp49c5/The Real Britt
Fit_nude_baby_oil_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/lpynsh/The Real Britt Fit_mile_high_fuck_vid/
https://old.reddit.com/r/The Real Britt Fit2/comments/lpyp7y/The Real Britt Fit_blowjob_video_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/lpyr5f/The Real Britt Fit_nude_brittney_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/lquh5t/The Real Britt
Fit_nude_butt_plug_try_on_onlyfans/
https://old.reddit.com/r/The Real Britt Fit2/comments/lunyqy/The Real Britt
Fit_nude_lesbian_shower_onlyfans_video/
https://old.reddit.com/r/The Real Britt Fit2/comments/mavn9n/The Real Britt
Fit_threesome_sextape_onlyfans_porn/
https://old.reddit.com/r/The Real Britt Fit2/comments/maycxc/the_new_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/The Real Britt Fit2/comments/mbriz5/fitness_girl_1253gb_pack/
https://old.reddit.com/r/The Real Britt Fit2/comments/mc145w/The Real Britt
Fit_onlyfans_gorgeous_tits_reveal/
https://old.reddit.com/r/The Real Britt Fit2/comments/mcjfjv/The Real Britt
Fit_nude_new_theatre_ppv_sex_tape/
https://old.reddit.com/r/The Real Britt Fit2/comments/mcujuw/The Real Britt Fit_onlyfans_blowjob_sextape/
https://old.reddit.com/r/The Real Britt Fit2/comments/mcv670/The Real Britt Fit_onlyfans_video_33/
https://old.reddit.com/r/The Real Britt Fit2/comments/mcx8q0/upvote_and_grab_that_mega_in_the_comments/
https://old.reddit.com/r/The Real Britt Fit2/comments/md7zj5/i_knew_this_was_it/
https://old.reddit.com/r/The Real Britt Fit2/comments/mdaff5/The Real Britt
Fit_nude_threesome_fucking_sextape/
https://old.reddit.com/r/The Real Britt FitNude/?count=200&after=t3_ldgysz
https://old.reddit.com/r/The Real Britt FitNude/comments/k38pf7/The Real Britt Fit_3/
https://old.reddit.com/r/The Real Britt FitNude/comments/k3ffeo/white/
https://old.reddit.com/r/The Real Britt FitNude/comments/k82iao/The Real Britt Fit_in_the_pool/
https://old.reddit.com/r/The Real Britt FitNude/comments/k82k12/The Real Britt Fit/
https://old.reddit.com/r/The Real Britt FitNude/comments/k8ticr/The Real Britt Fit_sextap/
https://old.reddit.com/r/The Real Britt FitNude/comments/k8tj22/The Real Britt Fit_bathroom_creampie/
https://old.reddit.com/r/The Real Britt FitNude/comments/k9dp4f/The Real Britt Fit_nude_cowgirl/
https://old.reddit.com/r/The Real Britt FitNude/comments/kah8x7/The Real Britt Fit_in_black/
https://old.reddit.com/r/The Real Britt FitNude/comments/kaut0s/new_The Real Britt Fit_blowjob/
https://old.reddit.com/r/The Real Britt FitNude/comments/kbacx4/The Real Britt Fit_maid_dildo_riding/
https://old.reddit.com/r/The Real Britt FitNude/comments/kbogd1/The Real Britt Fit_3/
https://old.reddit.com/r/The Real Britt FitNude/comments/kboh4y/The Real Britt Fit_ufc/
https://old.reddit.com/r/The Real Britt FitNude/comments/kcil3x/mask/
https://old.reddit.com/r/The Real Britt FitNude/comments/kcimgi/hight_heels/
https://old.reddit.com/r/The Real Britt FitNude/comments/kd2uu7/enjoy/
https://old.reddit.com/r/The Real Britt FitNude/comments/kd5koo/The Real Britt Fit_nude/
https://old.reddit.com/r/The Real Britt FitNude/comments/kd5myo/The Real Britt Fit_big_tits/

https://old.reddit.com/r/The Real Britt FitNude/comments/kd94bq/another/
https://old.reddit.com/r/The Real Britt FitNude/comments/kdfl40/good_night/
https://old.reddit.com/r/The Real Britt FitNude/comments/kduuth/The Real Britt
Fit_nude_baby_oil_onlyfans_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/kg78fn/one/
https://old.reddit.com/r/The Real Britt FitNude/comments/kh0o4t/another/
https://old.reddit.com/r/The Real Britt FitNude/comments/khdpf9/The Real Britt
Fit_nude_oil_massage_leaked_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/kipbrc/The Real Britt Fit_nude_10_dildo/
https://old.reddit.com/r/The Real Britt FitNude/comments/kkm32s/check_comment_for_her_23gb_update/
https://old.reddit.com/r/The Real Britt FitNude/comments/kkpinw/The Real Britt
Fit_10_inch_dildo_blowjob_onlyfans/
https://old.reddit.com/r/The Real Britt FitNude/comments/kmbrc9/The Real Britt Fit_yummmy_sexyyy/
https://old.reddit.com/r/The Real Britt FitNude/comments/ko4j6h/The Real Britt Fit_file_in_the_comments/
https://old.reddit.com/r/The Real Britt FitNude/comments/kqa8re/join_the_mega_onlyfans_discord_server/
https://old.reddit.com/r/The Real Britt
FitNude/comments/kqcnul/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/kqdcke/The Real Britt Fit_hot_dance/
https://old.reddit.com/r/The Real Britt FitNude/comments/kqdon5/The Real Britt Fit_gets_fucked_hard/
https://old.reddit.com/r/The Real Britt FitNude/comments/kv3ls1/The Real Britt
Fit_updated_mega_pack_get_her_free/
https://old.reddit.com/r/The Real Britt FitNude/comments/kvfbyy/3/
https://old.reddit.com/r/The Real Britt FitNude/comments/kvff2t/dat_ass/
https://old.reddit.com/r/The Real Britt FitNude/comments/kwobiu/The Real Britt
Fit_testing_new_dildo_onlyfans_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/kxy4lh/The Real Britt
Fit_gaming_butt_plug_onlyfans_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/l1n2ld/The Real Britt Fit_nude_10_inch_dildo/
https://old.reddit.com/r/The Real Britt FitNude/comments/l3cdcz/new_The Real Britt
Fit_paid_video_bundle_3_vids_full/
https://old.reddit.com/r/The Real Britt
FitNude/comments/l43ea1/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/The Real Britt FitNude/comments/l4b9q4/The Real Britt Fit_nude_champagne_tits/
https://old.reddit.com/r/The Real Britt FitNude/comments/lb2xlh/15gb_in_comment_box_deleting_soon/
https://old.reddit.com/r/The Real Britt
FitNude/comments/lcp3vo/squirtqueencleo_leaked_shower_nude_porn_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/ldgysz/mega_The Real Britt
Fit_update_link_in_the_comments/
https://old.reddit.com/r/The Real Britt FitNude/comments/lditr1/The Real Britt Fit_nude_dance/
https://old.reddit.com/r/The Real Britt FitNude/comments/ldmfdx/brittfit_of_mega_link_in_comments/
https://old.reddit.com/r/The Real Britt FitNude/comments/ldph1r/new_videocheck_comment_box/
https://old.reddit.com/r/The Real Britt
FitNude/comments/lgwkei/upvote_and_check_comments_for_mega_link/
https://old.reddit.com/r/The Real Britt FitNude/comments/lj46pm/get_The Real Britt
Fit_new_paid_fuck_video_her_full/
https://old.reddit.com/r/The Real Britt FitNude/comments/lk15yq/The Real Britt Fit_nude_and_sex_tape_2021/
https://old.reddit.com/r/The Real Britt FitNude/comments/llde2h/mega_The Real Britt
Fit_link_in_the_comments/
https://old.reddit.com/r/The Real Britt
FitNude/comments/lnq0yc/diamond_kay_alva_jay_blonde_bella_havaryk/

https://old.reddit.com/r/The Real Britt FitNude/comments/lnwbqr/The Real Britt
Fit_nude_and_more_rnakedonlyfans/
https://old.reddit.com/r/The Real Britt FitNude/comments/lo4aet/upvote_link_in_the_comments/
https://old.reddit.com/r/The Real Britt FitNude/comments/lp4t9v/The Real Britt
Fit_fucking_leaked_cum_on_tits_porn/
https://old.reddit.com/r/The Real Britt FitNude/comments/lpvrh7/join_the_leakland_discord_server/
https://old.reddit.com/r/The Real Britt
FitNude/comments/lqmait/you_want_all_of_britty_fit_hot_stuff_and_onlyfans/
https://old.reddit.com/r/The Real Britt FitNude/comments/luqldj/mega_The Real Britt
Fit_new_threesome_video_link_in/
https://old.reddit.com/r/The Real Britt FitNude/comments/lvfhg8/amazing_view/
https://old.reddit.com/r/The Real Britt FitNude/comments/ly4ec1/d_m_for_the_brittfit_tapes/
https://old.reddit.com/r/The Real Britt FitNude/comments/ly9y8v/an_ass_worth_some_pinkeye/
https://old.reddit.com/r/The Real Britt FitNude/comments/m1b3k8/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/The Real Britt FitNude/comments/m2qosu/d_m_for_all_britt_tapes/
https://old.reddit.com/r/The Real Britt FitNude/comments/m2zwo1/The Real Britt Fitt_mega_folder/
https://old.reddit.com/r/The Real Britt FitNude/comments/m36fnm/i_have_her_mega/
https://old.reddit.com/r/The Real Britt FitNude/comments/m3dp5f/The Real Britt Fit_mega/
https://old.reddit.com/r/The Real Britt FitNude/comments/m3n4q8/The Real Britt Fit_latest_mega_full_leaked/
https://old.reddit.com/r/The Real Britt FitNude/comments/m41gdb/d_m_britt_full_pack/
https://old.reddit.com/r/The Real Britt FitNude/comments/m41npw/the_real_brittfit_nudes/
https://old.reddit.com/r/The Real Britt
FitNude/comments/m64pkt/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/The Real Britt FitNude/comments/m6faaw/The Real Britt
Fit_of_limited_edition_trio_video/
https://old.reddit.com/r/The Real Britt FitNude/comments/m6ghkz/d_m_for_britt_big_pack/
https://old.reddit.com/r/The Real Britt FitNude/comments/m718ms/dm_if_youre_interested_in_comments/
https://old.reddit.com/r/The Real Britt FitNude/comments/m76eh9/the_new_updated_brittfit_onlyfans_pack/
https://old.reddit.com/r/The Real Britt FitNude/comments/m7hl5c/i_have_all_of_The Real Britt
Fit_of_content_20_hmu/
https://old.reddit.com/r/The Real Britt FitNude/comments/m7ins4/The Real Britt
Fit_gets_fucked_and_bring_her_gf_100/
https://old.reddit.com/r/The Real Britt FitNude/comments/m7pnpt/the_new_brittfit_mega_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/m80pus/The Real Britt
Fitt_latest_mega_folderall_sextapes/
https://old.reddit.com/r/The Real Britt
FitNude/comments/m8eyzz/the_new_updated_brittfit_onlyfans_pack_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/m8f853/The Real Britt
Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/The Real Britt FitNude/comments/m8rmun/The Real Britt
Fitt_latest_mega_folderall_sextapes/
https://old.reddit.com/r/The Real Britt
FitNude/comments/m8tjbv/realbrittfit_nude_video_new_link_in_comment/
https://old.reddit.com/r/The Real Britt
FitNude/comments/m8xy90/the_new_updated_brittfit_onlyfans_pack_below/
https://old.reddit.com/r/The Real Britt
FitNude/comments/m9b37n/the_new_updated_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/m9h714/The Real Britt
Fitt_new_updated_onlyfans_mega_folder/
https://old.reddit.com/r/The Real Britt FitNude/comments/m9rymh/d_m_for_britt_biggest_collection/

https://old.reddit.com/r/The Real Britt FitNude/comments/m9w3pj/the_new_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/ma7vsq/The Real Britt
Fitt_new_updated_onlyfans_mega_folder/
https://old.reddit.com/r/The Real Britt FitNude/comments/mavdea/the_new_brittfit_of_pack_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/mayco4/the_new_brittfit_onlyfans_mega_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/mbqaln/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/The Real Britt FitNude/comments/mbrhol/fitness_girl_1253gb_pack/
https://old.reddit.com/r/The Real Britt FitNude/comments/mc1466/The Real Britt
Fit_onlyfans_gorgeous_tits_reveal/
https://old.reddit.com/r/The Real Britt
FitNude/comments/mcgkht/brittfitt_full_mega_in_comments_updated_30gb/
https://old.reddit.com/r/The Real Britt FitNude/comments/mcujtf/The Real Britt Fit_onlyfans_blowjob_sextape/
https://old.reddit.com/r/The Real Britt FitNude/comments/mcv67u/The Real Britt Fit_onlyfans_video_33/
https://old.reddit.com/r/The Real Britt
FitNude/comments/mcx2xy/upvote_now_get_that_new_mega_check_comments/
https://old.reddit.com/r/The Real Britt
FitNude/comments/mczfmw/join_the_%F0%9D%97%A0%F0%9D%97%B2%F0%9D%97%B4%F0%9D%97
%AE_%F0%9D%97%A3%F0%9D%97%BF%F0%9D%97%B2%F0%9D%97%BA%F0%9D%97%B6%F0%
9D%98%82%F0%9D%97%BA_%F0%9D%97%A1%F0%9D%97%A6%F0%9D%97%99%F0%9D%97%AA
_di
https://old.reddit.com/r/The Real Britt FitNude/comments/md1mk6/for_you_guys_full_onlyfans_pack_below/
https://old.reddit.com/r/The Real Britt
FitNude/comments/mda7wf/shes_too_hot_full_new_mega_in_comments/
https://old.reddit.com/r/The Real Britt FitOF/comments/l7xnif/the_real_brittfit_showoff_her_amazing_body/
https://old.reddit.com/r/The Real Britt FitOF/comments/ldn0vs/The Real Britt Fit_dance/
https://old.reddit.com/r/The Real Britt FitOF/comments/lk712y/The Real Britt Fit_90_anal_fuck/
https://old.reddit.com/r/The Real Britt FitOF/comments/ltr54c/The Real Britt Fit_shower_video/
https://old.reddit.com/r/The Real Britt FitOF/comments/lungaf/The Real Britt Fit_nude_lesbian_shower/
https://old.reddit.com/r/The Real Britt FitOF/comments/lva7b1/The Real Britt Fit_100_dollar_threesome_vid/
https://old.reddit.com/r/The Real Britt FitOF/comments/lww8hj/The Real Britt
Fit_onlyfans_wall_mounted_dildo_fuck/
https://old.reddit.com/r/The Real Britt FitOF/comments/m0hen5/The Real Britt Fit_theatre_vid/
https://old.reddit.com/r/Therealtylercamile/comments/m0i1i5/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/Therealtylercamile/comments/m1bauu/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://old.reddit.com/r/Therealtylercamile/comments/m6rj8j/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/thickncurvy/comments/l43elv/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/ThickThighs/comments/m0i1or/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/ThotCore/comments/m7zwre/The Real Britt Fit_testing_new_dildo_video/
https://old.reddit.com/r/ThotNetwork/comments/m0i1ts/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/ThotNetwork/comments/m6rjxo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/thotstiktok/comments/lubcov/The Real Britt Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/thotstiktok/comments/lyvgio/The Real Britt Fit_sex_tapes_below/
https://old.reddit.com/r/thotstiktok/comments/lyz4u6/The Real Britt Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/thotstiktok/comments/lyze2x/The Real Britt Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/thotstiktok/comments/m6rk4b/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/thotstiktok/comments/mdagac/The Real Britt Fit_nude_threesome_fucking_sextape/
https://old.reddit.com/r/TikTokAfterDark/comments/lj4b44/The Real Britt Fit/
https://old.reddit.com/r/TikTokAfterDark/comments/lln7ai/The Real Britt Fit_more_in_the_comments/
https://old.reddit.com/r/TikTokAfterDark/comments/llogow/britfit/
https://old.reddit.com/r/TikTokAfterDark/comments/ltftua/The Real Britt Fit_more_in_the_comments/

https://old.reddit.com/r/TikTokAfterDark/comments/lyv5dt/The_Real_Britt_Fit_sex_tapes_below/
https://old.reddit.com/r/TikTokHot/comments/lubc1q/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/TikTokHot/comments/lyv4ja/The_Real_Britt_Fit/
https://old.reddit.com/r/TikTokHot/comments/lyvhdh/The_Real_Britt_Fit/
https://old.reddit.com/r/tiktokleaked/comments/lubbnc/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/tiktokleaked/comments/lyv0k0/The_Real_Britt_Fit_sex_tapes_in_the_comments/
https://old.reddit.com/r/tiktokleaked/comments/lyz4aq/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/TikTokNude/comments/in8vru/brittfit_dm_me_for_more/
https://old.reddit.com/r/TikTokNude/comments/kqpcve/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/TikTokNude/comments/l3uqpw/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/TikTokNude/comments/lkt2kf/The_Real_Britt_Fit/
https://old.reddit.com/r/TikTokNude/comments/lnw16q/The_Real_Britt_Fit_more_below/
https://old.reddit.com/r/TikTokNude/comments/lyvg6a/The_Real_Britt_Fit/
https://old.reddit.com/r/TikTokNude/comments/m0c0ae/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/TikTokNude/comments/m64r6v/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/TikTokNude/comments/m6rkj2/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/TikTokNude/comments/m8f9os/The_Real_Britt_Fit_nude_videos_link_in_comment/
https://old.reddit.com/r/TikTokNude/comments/maeliq/brittney_The_Real_Britt_Fit/
https://old.reddit.com/r/TikTokNudes/comments/m0i1zl/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/TikTokNudes/comments/m6rkn9/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/TikTokNudity/comments/l43eyh/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/TikTokNudity/comments/lyz43a/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/tiktokthots/comments/fw6dfh/The_Real_Britt_Fit/fomfyvc/
https://old.reddit.com/r/TikTokTreats/comments/l3kyct/new_The_Real_Britt_Fit_nude_unreleased_tiktok_video/
https://old.reddit.com/r/TikTokXXX/comments/l3kudj/new_The_Real_Britt_Fit_nude_unreleased_tiktok_video/
https://old.reddit.com/r/TikTokXXX/comments/l43j33/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/TikTokXXX/comments/ltftll/The_Real_Britt_Fit_more_in_the_comments/
https://old.reddit.com/r/TikTokXXX/comments/lubaru/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://old.reddit.com/r/TikTokXXX/comments/lyv0rn/The_Real_Britt_Fit_sex_tapes_in_the_comments/
https://old.reddit.com/r/TikTokXXX/comments/lyz3qn/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/
https://old.reddit.com/r/Tomxcontents/comments/h9boey/The_Real_Britt_Fit_onlyfans_video/
https://old.reddit.com/r/TomxcontentsX/comments/m12vjv/The_Real_Britt_Fit_v/
https://old.reddit.com/r/TwerkStop/comments/m6rkzo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/UkPakiBeauty/comments/ma39kz/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/UnratedPanda/comments/m6rl56/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/UnratedPanda/comments/ma3cn0/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/UpvotedBecauseButt/comments/lsayo0/britt_fit/
https://old.reddit.com/r/UpvotedBecauseButt/comments/m2o5c6/therealbritfit/
https://old.reddit.com/r/UpvotedBecauseButt/comments/map6f2/therealbritfit/
https://old.reddit.com/r/wackofftothis/comments/l8jt03/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/wackofftothis/comments/m6riiq/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/Wife2share/comments/l43jmt/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/Wife2share/comments/m6rlqk/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/wifeporn/comments/m0i2bs/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/wifeporn/comments/m6rlva/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/WifeSwapping/comments/m0i2gv/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/WifeSwapping/comments/m6rm0y/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/WorldPacks/comments/lkt30h/The_Real_Britt_Fit_anal_sex_tape_below/
https://old.reddit.com/r/WorldPacks/comments/lnw2kh/The_Real_Britt_Fit_more_below/
https://old.reddit.com/r/WorldPacks/comments/ltfrqb/The_Real_Britt_Fit_more_below/
https://old.reddit.com/r/WorldPacks/comments/lyzf0p/The_Real_Britt_Fit_new_theatre_onlyfans_fuck_video/

https://old.reddit.com/r/WorldPacks/comments/m0i3zj/the_real_britt_fit_biggest_pack25_gb/
https://old.reddit.com/r/WorldPacks/comments/m1bds4/The Real Britt
Fit_15gb_mega_folder_in_c0mments_also/
https://old.reddit.com/r/WorldPacks/comments/m1y8rx/nalaray_and_brittfit_d_m/
https://old.reddit.com/r/WorldPacks/comments/m64qsp/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/XGirlsPorn/comments/m6rm7y/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/xxxycelebs/comments/kqpdce/the_real_britt_fit_latest_new_year_special_video/
https://old.reddit.com/r/xxxycelebs/comments/m6sziy/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/xxxycelebs/comments/ma3cnc/youtuber_The_Real_Britt_Fit_onlyfans_deep_throat/
https://old.reddit.com/r/YoungExoticHoes/comments/l3ur4d/the_real_britt_fit_new_january_2021_updated_mega/
https://old.reddit.com/r/YoungExoticHoes/comments/l6vxb0/real_fit_britt_content_is_in_the_comment/
https://old.reddit.com/r/YoungExoticHoes/comments/m0i2l1/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/YoungExoticHoes/comments/m6sznc/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/youngporn/comments/m0i2rc/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/youngporn/comments/m6szrt/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/m0i2xu/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/m6t0b7/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/r/ZaylaSkye/comments/m0jeom/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/r/ZaylaSkye/comments/m6t0fo/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/user/2high4lifedal/comments/itu5yx/brittney_aka_The Real Britt Fit/
https://old.reddit.com/user/2high4lifedal/comments/ly6d5t/brittney_aka_The Real Britt Fit/
https://old.reddit.com/user/2high4lifedal/duplicates/ly6d5t/brittney_aka_The Real Britt Fit/
https://old.reddit.com/user/ATLien913/comments/m6ja18/the_real_britt_fit_nud3s_and_s3xtape_collection/
https://old.reddit.com/user/atown330/comments/hsxcgk/realbrittfit/
https://old.reddit.com/user/bigchil3/comments/kijiaa/the_real_britt_fit/
https://old.reddit.com/user/BigSonnyAndrew3000/comments/ityypb/reddit_blocked_me_from_sending_the_links_the_link/
https://old.reddit.com/user/Capi-Salado/comments/m82khv/the_new_brittfit_mega_below/
https://old.reddit.com/user/carl1836/comments/hj1mye/The Real Britt Fit/
https://old.reddit.com/user/dannyboy5639/comments/jb5pzd/britt_fit/
https://old.reddit.com/user/dolemite1969/comments/majmz2/brittney_The Real Britt Fit/
https://old.reddit.com/user/dolemite1969/duplicates/majmz2/brittney_The Real Britt Fit/
https://old.reddit.com/user/fenrirthekeeper/comments/lv6hj3/the_real_britt_fit_new_17_mins_long_threesome/
https://old.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/
https://old.reddit.com/user/gapegod/comments/mb1b1a/brittney_The Real Britt Fit/
https://old.reddit.com/user/jackred329/comments/kq0klw/new_2021_brittfit_mega_over_21gb_pics_and_vids/
https://old.reddit.com/user/jamesking010630/comments/javi67/therealbrittfitt/
https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/
https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gkreom4/
https://old.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gr0z3uo/
https://old.reddit.com/user/joshchoco/comments/ho8yz7/brittfit_mega_on_this_server_check_comments_for/
https://old.reddit.com/user/ladykillar_29/comments/m0e3np/the_real_britt_fit_biggest_pack25_gb_link_in/
https://old.reddit.com/user/LastUsernameAgain/comments/luggy4/britt_fit_pussy_and_ass_full_of_cum/
https://old.reddit.com/user/LastUsernameAgain/comments/lugi9a/brittfit_threesome/
https://old.reddit.com/user/LastUsernameAgain/comments/lxfjp9/brittfit_threesome/
https://old.reddit.com/user/nimblybimbly436/comments/m386l2/therealbritfit/
https://old.reddit.com/user/nova69scotia/comments/j6wl4k/brittfit_compilation_The Real Britt Fit_full_10_min/
https://old.reddit.com/user/princedevittbcog/comments/mau5fh/brittney_The Real Britt Fit/

https://old.reddit.com/user/riqueee20/comments/hztmlc/the_real_britt_fit/
https://old.reddit.com/user/rob1573/comments/htu35i/brittfit/
https://old.reddit.com/user/Street-Performer-401/comments/lbmubs/The_Real_Britt_Fit/
https://old.reddit.com/user/Substantial_Spot4406/comments/j4qnx2/brittney_The_Real_Britt_Fit/
https://old.reddit.com/user/Substantial_Spot4406/duplicates/j4qnx2/brittney_The_Real_Britt_Fit/
https://old.reddit.com/user/SupremeEats/comments/m8mrt6/proof_britfit/
https://old.reddit.com/user/terminezio/comments/lz9936/The_Real_Britt_Fit_nude_threesome_sextape/
https://old.reddit.com/user/thadcastlelovesass/comments/m3zm9n/good_source_for_onlyfans_porn_mackzjones
/
https://old.reddit.com/user/The___Finest/comments/lzuwdc/therealbritfit/
https://old.reddit.com/user/The___Finest/comments/m0nilr/therealbritfit/
https://old.reddit.com/user/The___Finest/comments/m2o4an/therealbritfit_gymfit/
https://old.reddit.com/user/The Real Britt Fit_
https://old.reddit.com/user/The Real Britt Fit_/
https://old.reddit.com/user/The Real Britt Fit_/comments/m2e72f/The Real Britt Fitanal_dildo/
https://old.reddit.com/user/The Real Britt Fit_/comments/m2zol6/The Real Britt Fit_anal_sex_tape/
https://old.reddit.com/user/The Real Britt Fit_/comments/m32owj/The Real Britt Fit_pool_dildo_ride/
https://old.reddit.com/user/The Real Britt Fit_/comments/m32qlo/The Real Britt Fit_sextape/
https://old.reddit.com/user/The Real Britt Fit_/comments/m33r6d/The Real Britt Fitcar_dildo/
https://old.reddit.com/user/The Real Britt Fit_/comments/m33tyx/The Real Britt Fit_sex_tape/
https://old.reddit.com/user/The Real Britt Fit_/comments/m33xni/The Real Britt Fitsextape/
https://old.reddit.com/user/The Real Britt Fit_/comments/m33yyb/The Real Britt Fit_threesome/
https://old.reddit.com/user/The Real Britt Fit_/comments/m3405g/The Real Britt Fit_sextape/
https://old.reddit.com/user/The Real Britt Fit_/comments/m341ph/The Real Britt Fit_shower_masterbation/
https://old.reddit.com/user/The Real Britt Fit_/comments/m3446s/The Real Britt Fit_dildo_ride/
https://old.reddit.com/user/The Real Britt Fit_/comments/m349fq/The Real Britt Fit_cowgirl_cosplay/
https://old.reddit.com/user/The Real Britt Fit_/comments/m34qhy/The Real Britt Fit_car_fingering/
https://old.reddit.com/user/TopTrain45/comments/m22gqw/brittney_The Real Britt
Fit_200_premium_onlyfans/
https://old.reddit.com/user/tt24xxft/comments/j99aon/brittfit_compilation_The Real Britt Fit_full_10_min/
https://old.reddit.com/user/tyum-v/comments/ljjcex/brittfit/
https://old.reddit.com/user/Vaiserassimamor/comments/m72w7s/The Real Britt Fitt_latest_mega_folder/
https://old.reddit.com/user/vnsjzhcnd/comments/jqjqla/brittfit/
https://reddit.com/r/Brittfit/comments/mbbjhn/for_you_guys_full_onlyfans_pack_below/
https://reddit.com/r/Brittfit/comments/mbmd42/beautiful_view/
https://reddit.com/r/Brittfit/comments/mbo5gs/full_mega_in_comments_boys/
https://reddit.com/r/Brittfit/comments/mbovho/brittfitt_full_mega_in_comments_updated_30gb/
https://reddit.com/r/Brittfit/comments/mbqazg/amazing_nipple_mega_in_comments/
https://reddit.com/r/Brittfit/comments/mbqb6p/for_you_guys_full_onlyfans_pack_below/
https://reddit.com/r/Brittfit/comments/mbs0td/fitness_girl_1253gb_pack/
https://reddit.com/r/Brittfit/comments/mbvayp/sexy_view/
https://reddit.com/r/Brittfit/comments/mc1400/The Real Britt Fit_onlyfans_gorgeous_tits_reveal/
https://reddit.com/r/Brittfit/comments/mc3ybv/premium_shet_telegram_cracked_accountsofleaks/
https://reddit.com/r/tiktoknsfw/comments/j91ocl/The Real Britt Fit_full_rabbit_sex_toy_review_429/
https://www.reddit.com/gallery/jvxe7b
https://www.reddit.com/gallery/kq0klw
https://www.reddit.com/gallery/ldmfdx
https://www.reddit.com/gallery/ldmg6w
https://www.reddit.com/gallery/llddcz
https://www.reddit.com/gallery/llde2h
https://www.reddit.com/gallery/lldeom

https://www.reddit.com/gallery/lsayo0
https://www.reddit.com/gallery/lws4rz
https://www.reddit.com/gallery/ly4df8
https://www.reddit.com/gallery/ly4ec1
https://www.reddit.com/gallery/ly4fq2
https://www.reddit.com/gallery/m0i5hw
https://www.reddit.com/gallery/m12vjv
https://www.reddit.com/gallery/m1ijue
https://www.reddit.com/gallery/m1iliq
https://www.reddit.com/gallery/m1ilwr
https://www.reddit.com/gallery/m1immm
https://www.reddit.com/gallery/m1y37v
https://www.reddit.com/gallery/m1y7qn
https://www.reddit.com/gallery/m1y80b
https://www.reddit.com/gallery/m1y8ae
https://www.reddit.com/gallery/m1y8rx
https://www.reddit.com/gallery/m3dp5f
https://www.reddit.com/gallery/m45r4k
https://www.reddit.com/r/ass/comments/j0ln48/brittney_The Real Britt Fit/
https://www.reddit.com/r/bikinis/comments/f3xi8t/The Real Britt Fit/
https://www.reddit.com/r/Blonde/comments/f3xcwt/The Real Britt Fit/
https://www.reddit.com/r/bodyperfection/comments/l7z3w3/the_real_brittfit/
https://www.reddit.com/r/booty/comments/j6lifx/ig_The Real Britt Fit/
https://www.reddit.com/r/Brittfit/comments/iykwyp/The Real Britt Fit_onlyfans_videos_for_free/
https://www.reddit.com/r/Brittfit/comments/j0a6yh/brittfit_of_leaks_server/
https://www.reddit.com/r/Brittfit/comments/jnbzy2/new_The Real Britt Fit_leaked_harley_quinn_video/
https://www.reddit.com/r/Brittfit/comments/js9q0w/The Real Britt Fit_full_90_paid_video_for_free_link/
https://www.reddit.com/r/Brittfit/comments/jsolan/new_The Real Britt Fit_anal_video_link_in_comments/
https://www.reddit.com/r/Brittfit/comments/jsonv1/new_The Real Britt Fit_mile_high_ppv_video_full_of/
https://www.reddit.com/r/Brittfit/comments/jsv3np/new_The Real Britt Fit_mile_high_video_full_video/
https://www.reddit.com/r/Brittfit/comments/jtz0mq/The Real Britt Fit_brand_new_cowgirl_masturbation_vid/
https://www.reddit.com/r/Brittfit/comments/jtz4eo/The Real Britt Fit_schoolgirl_sextape_link_in/
https://www.reddit.com/r/Brittfit/comments/jw1t68/mega_The Real Britt Fit_sextapes_link_in_the_comments/
https://www.reddit.com/r/Brittfit/comments/kbzhfa/The Real Britt Fit/
https://www.reddit.com/r/Brittfit/comments/kl82on/The Real Britt Fit_onlyfans_airplane_sex_vid_full/
https://www.reddit.com/r/Brittfit/comments/lldeom/mega_The Real Britt Fit_link_in_the_comments/
https://www.reddit.com/r/Bustyfit/comments/f4a60w/The Real Britt Fit/
https://www.reddit.com/r/buyingcontent/comments/m1immm/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://www.reddit.com/r/buyingnudes/comments/m1iliq/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://www.reddit.com/r/BuyMyContent/comments/m1ilwr/nalaray_brittfit_paola_skye_and_chanel_uzi_d_m/
https://www.reddit.com/r/CelinaSmith/comments/j9srpe/brittfit_link_in_comments_feel_free_to_dm_me_or/
https://www.reddit.com/r/chicasyoutubers/comments/ltwlbt/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/chicasyoutubers/duplicates/ltwlbt/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/Dildo_Gifs/comments/jj2cx4/The Real Britt Fit_nude_shower_dildo_fuck/
https://www.reddit.com/r/Dildo_Gifs/comments/jmp72j/The Real Britt Fit_school_girl/
https://www.reddit.com/r/fitgirls/comments/f3xbw4/The Real Britt Fit/
https://www.reddit.com/r/fitgirls/comments/l7zx65/the_real_brittfit/
https://www.reddit.com/r/GirlsWithGirls/comments/lx9g9w/The Real Britt Fit/
https://www.reddit.com/r/GradeAPorn/comments/l0zfoy/The Real Britt Fit_in_hot_nude_sextape/
https://www.reddit.com/r/gymgirls/comments/j6lhqg/ig_The Real Britt Fit/

https://www.reddit.com/r/handbra/comments/l7ytnw/the_real_brittfit/
https://www.reddit.com/r/HotGirls/comments/kspedv/The Real Britt Fit_pink_see_through_lingerie/
https://www.reddit.com/r/HotGirlsEating/comments/jglsrc/brittney_The Real Britt Fit/
https://www.reddit.com/r/HotOnlyfans/comments/m1y8ae/nalaray_and_brittfit_d_m/
https://www.reddit.com/r/HotTiktokBabes/comments/iytrxw/The Real Britt Fit_brittney_2/
https://www.reddit.com/r/HotTiktokBabes/comments/jmqxxa/The Real Britt Fit_70gb_mega_archive/
https://www.reddit.com/r/insecuritittiex/comments/m45r4k/rich_af_instagram_model_The Real Britt Fitt/
https://www.reddit.com/r/InternetStars/comments/gs6ake/The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/h7kb3r/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/h980li/britney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/iz8n4x/brittany_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/j0qpjr/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/j187dq/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/j5x37l/brittney_The Real Britt Fit/g7vzb5d
https://www.reddit.com/r/InternetStars/comments/j9oh0l/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jaygsl/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jcpq4b/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jd4y9f/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jepstl/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jfcvne/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jg6fqf/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jgkcf4/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jgocbn/favourite_The Real Britt Fit_demirose_courtneytailor/
https://www.reddit.com/r/InternetStars/comments/jgukkz/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jgumpk/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jldpid/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jlzzku/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jpez54/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jpywqy/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jrgsoh/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/js66ub/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/jtdvdv/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/k57apy/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/k5ijjj/britt_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/k6tc8p/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/k9cqy4/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kbxvvr/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kdub0f/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kh6ivk/her_sweet_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kki3n8/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kksgf5/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/knnkw0/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/kvc4o0/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/gosn1jw/
https://www.reddit.com/r/InternetStars/comments/lspvwk/brittney_The Real Britt Fit/gosxiau/
https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr7u7qc/
https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr7ucy6/
https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr8im1f/

https://www.reddit.com/r/InternetStars/comments/m6vkug/nice_shot_The Real Britt Fit/gr90bh7/
https://www.reddit.com/r/InternetStars/duplicates/j5x37l/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/duplicates/jcpq4b/brittney_The Real Britt Fit/
https://www.reddit.com/r/InternetStars/duplicates/jgkcf4/brittney_The Real Britt Fit/
https://www.reddit.com/r/IWantToSuckCock/comments/jzrv45/The Real Britt
Fit_november_23rd_new_bj_video_check/
https://www.reddit.com/r/IWantToSuckCock/comments/lv19lw/the_real_britt_fit_new_17_mins_long_threeso
me/
https://www.reddit.com/r/JizzedToThis/comments/jbjj4k/The Real Britt
Fit_new_leaked_skinny_dipping_video/
https://www.reddit.com/r/JizzedToThis/comments/juj5bj/new_The Real Britt
Fit_stocking_dildo_video_link_in/
https://www.reddit.com/r/Just18/comments/hb7c1e/The Real Britt Fit_the_best/
https://www.reddit.com/r/KingdomPacks/comments/lyvaj3/The Real Britt Fit_sex_tapes_in_the_comments/
https://www.reddit.com/r/KKVSHOF/comments/hxfsrv/The Real Britt
Fit_sextape_copy_this_title_if_link/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/leaked_packs/comments/ju1jjd/The Real Britt Fit_has_a_perfect_body/
https://www.reddit.com/r/LeakedArchive/comments/jc6wgo/The Real Britt Fit_50_gb_archive_16102020_link/
https://www.reddit.com/r/LeakedArchive/comments/jc78fe/The Real Britt Fit_50_gb_archive_16102020_link/
https://www.reddit.com/r/LEAKEDonlyfans/comments/k8mqlp/The Real Britt
Fit_new_video_in_commentcheck_it_now/
https://www.reddit.com/r/LiveCamGirlsx/comments/hmycln/The Real Britt
Fit_butt_plug_doggy_dildo/?utm_source=share&utm_medium=ios_app&utm_name=iossmf
https://www.reddit.com/r/MariaGjieli157/comments/hxftpd/The Real Britt Fit_sextape_copy_this_title_if_link/
https://www.reddit.com/r/NSFW_Cams/comments/llvsed/The Real Britt Fit_nude_dance/
https://www.reddit.com/r/NSFW_Cams/comments/lv1fa4/the_real_britt_fit_new_17_mins_long_threesome/
https://www.reddit.com/r/NSFW_GIF/comments/lv1fg8/the_real_britt_fit_new_17_mins_long_threesome/
https://www.reddit.com/r/NSFWRare/comments/i14wg1/The Real Britt Fit_onlyfans_anal_video_link_in/
https://www.reddit.com/r/Nudes7/comments/jjok2f/The Real Britt Fit_nude_strip_tease/
https://www.reddit.com/r/Nudes7/comments/jkzuor/The Real Britt Fit_masturbation/
https://www.reddit.com/r/Nudes7/comments/jmp4o1/The Real Britt Fit_school_girl/
https://www.reddit.com/r/Nudes7/comments/jv6htt/The Real Britt Fit_anal_dildo_mastrubation/
https://www.reddit.com/r/Nudes7/comments/jxsybj/The Real Britt Fit_nude_cowgirl_dildo/
https://www.reddit.com/r/OFpacks/comments/ioblho/The Real Britt Fit_new_vids_pack/
https://www.reddit.com/r/OnlyFanPACKS/comments/jnbwvf/new_The Real Britt
Fit_leaked_harley_quinn_video/
https://www.reddit.com/r/OnlyFanPACKS/duplicates/jnbwvf/new_The Real Britt
Fit_leaked_harley_quinn_video/
https://www.reddit.com/r/onlyfanschicks/comments/m1y7qn/nalaray_and_brittfit_d_m/
https://www.reddit.com/r/onlyfanshottest/comments/m1y80b/nalaray_and_brittfit_d_m/
https://www.reddit.com/r/onlyfansleaked0/comments/m0i5hw/miss_britt_fit/
https://www.reddit.com/r/OnlyfansSlutz/comments/m1y37v/nalaray_and_brittfit_d_m/
https://www.reddit.com/r/OnlyfansThots_/comments/lwbekv/The Real Britt Fit_12/
https://www.reddit.com/r/OnlyfansThots_/comments/lxzi9c/The Real Britt Fit/
https://www.reddit.com/r/OTBAssaddicts/comments/lbdlau/britfit/
https://www.reddit.com/r/PillowHumping/comments/jjoqf0/The Real Britt Fit_nude_strip_tease/
https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jqa6cp/The Real Britt
Fit_full_hoodie_sextape_7_minutes/
https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jtyz9m/The Real Britt
Fit_brand_new_cowgirl_masturbation/

https://www.reddit.com/r/PremiumOnlyfansLeaks/comments/jzrr06/The Real Britt
Fit_november_23rd_new_bj_video_link/
https://www.reddit.com/r/randomsexygifs/comments/gsx3ka/The Real Britt Fit/
https://www.reddit.com/r/SellingOnlineNSFW/comments/m1ijue/nalaray_brittfit_paola_skye_and_chanel_uzi_
d_m/
https://www.reddit.com/r/SimplyTheBestOFs/comments/lub84i/The Real Britt
Fit_new_threesome_video_17_minutes/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/kpnfpq/The Real Britt
Fit_gets_fucked_hard_thanks_to_the/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/l07a69/brit_dildo_ride/
https://www.reddit.com/r/SlimThiccHotties/comments/llnfnk/pm_for_The Real Britt
Fit_14gb_exclusive_contentsex/
https://www.reddit.com/r/Slut/comments/jl0qod/The Real Britt Fit_masturbation/
https://www.reddit.com/r/Slut/comments/jxsz4b/The Real Britt Fit_nude_cowgirl_dildo/
https://www.reddit.com/r/Slutsofonlyfans/comments/lws4rz/d_m_for_ashley_danielles_brittfit_nalaray/
https://www.reddit.com/r/Slutsofonlyfans/comments/ly4fq2/d_m_for_the_brittfit_tapes/
https://www.reddit.com/r/Socialmediagirls/comments/jsv59w/new_The Real Britt
Fit_mile_high_sextape_full_video/
https://www.reddit.com/r/Socialmediagirls/comments/jtz5i0/The Real Britt Fit_schoolgirl_sextape_link_in/
https://www.reddit.com/r/Socialmediagirls/comments/juj5r2/new_The Real Britt
Fit_stocking_dildo_video_link_in/
https://www.reddit.com/r/Source_Porn/comments/jxt3dt/The Real Britt Fit_nude_cowgirl_dildo/
https://www.reddit.com/r/ThanosbrckLeaks/comments/jzjbcq/new_The Real Britt
Fit_bj_video_link_in_comments/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jsd4cb/the_real_britt_fit/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jtjcsk/The Real Britt Fit_pov_fucking_s_video/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/jv6r89/The Real Britt
Fit_anal_dildo_mastrubation/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/kimpl0/The Real Britt
Fit_masturbating_with_10_dildo/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/klrvrd/The Real Britt Fit_nude_baby_oil/
https://www.reddit.com/r/The Real Britt Fit_nudes/comments/ly4df8/d_m_for_the_brittfit_tapes/
https://www.reddit.com/r/The Real Britt Fit1/
https://www.reddit.com/r/The Real Britt Fit1/comments/i0k64e/The Real Britt
Fit_double_dildo_onlyfans_porn_video/
https://www.reddit.com/r/The Real Britt Fit1/comments/i5700f/httpsibradomecomonlyfansvideo3613The Real
Britt Fitnu/
https://www.reddit.com/r/The Real Britt Fit2/comments/jzjesy/new_The Real Britt
Fit_bj_video_link_in_comments/
https://www.reddit.com/r/The Real Britt Fit2/comments/k42zcj/brittfit_lookalike_fiona_fuchs_3/
https://www.reddit.com/r/The Real Britt
Fit2/comments/ldmg6w/britfit_mega_of_paid_vids_link_in_comments/
https://www.reddit.com/r/The Real Britt Fit2/comments/llddcz/mega_The Real Britt
Fit_link_in_the_comments/
https://www.reddit.com/r/The Real Britt FitNude/comments/ldmfdx/brittfit_of_mega_link_in_comments/
https://www.reddit.com/r/The Real Britt FitNude/comments/llde2h/mega_The Real Britt
Fit_link_in_the_comments/
https://www.reddit.com/r/The Real Britt FitNude/comments/ly4ec1/d_m_for_the_brittfit_tapes/
https://www.reddit.com/r/The Real Britt FitNude/comments/m3dp5f/The Real Britt Fit_mega/
https://www.reddit.com/r/ThotBooktv/comments/hkmwgi/The Real Britt
Fit_riding_dildo_nude_shower_video/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

https://www.reddit.com/r/ThotBooktv/comments/hmwffd/The_Real_Britt_Fit_butt_plug_doggy_dildo/
https://www.reddit.com/r/thothub/comments/lln72o/The_Real_Britt_Fit_more_in_the_comments/
https://www.reddit.com/r/thothub/comments/lubbu1/The_Real_Britt_Fit_new_threesome_video_17_minutes/
https://www.reddit.com/r/ThotNetwork/comments/ggxdvb/The_Real_Britt
Fit_nudes_with_solo_masturbation_mega/
https://www.reddit.com/r/ThotNetwork/comments/kmq2i5/The_Real_Britt_Fit_nude_10_dildo/
https://www.reddit.com/r/tightsqueeze/comments/j6v5a0/brittney_The_Real_Britt_Fit/
https://www.reddit.com/r/TikThots/comments/jbjh2l/The_Real_Britt_Fit_new_leaked_skinny_dipping_video/
https://www.reddit.com/r/TikThots/comments/jr18jp/The_Real_Britt_Fit_new_90_ppv_anal_sex_video_full/
https://www.reddit.com/r/TikThots/comments/jsb5r2/The_Real_Britt_Fit_new_video/
https://www.reddit.com/r/TikThots/comments/jst652/new_The_Real_Britt_Fit_mile_high_ppv_video/
https://www.reddit.com/r/TikThots/comments/jtz1hk/The_Real_Britt_Fit_brand_new_cowgirl_masturbation/
https://www.reddit.com/r/TikThots/comments/jtz5mn/The_Real_Britt_Fit_schoolgirl_sextape_link_in/
https://www.reddit.com/r/TikThots/comments/juj5uu/new_The_Real_Britt_Fit_stocking_dildo_video_link_in/
https://www.reddit.com/r/TikThots/comments/jzjel6/new_The_Real_Britt_Fit_bj_video_link_in_comments/
https://www.reddit.com/r/TikThots/comments/lyvwa5/The_Real_Britt_Fit/
https://www.reddit.com/r/TikTok_Ass/comments/j89gjk/The_Real_Britt_Fit_rare_bubble_bath_video_link_in/
https://www.reddit.com/r/TikTok_Ass/comments/jcjipe/The_Real_Britt
Fit_new_sexy_maid_outfit_masturbation/
https://www.reddit.com/r/TikTok_Ass/comments/jtz2a9/The_Real_Britt_Fit_new_cowgirl_masturbation_video/
https://www.reddit.com/r/tiktoknsfw/comments/gwp0sm/The_Real_Britt_Fit/
https://www.reddit.com/r/tiktoknsfw/comments/gwp1t0/The_Real_Britt_Fit_2/
https://www.reddit.com/r/tiktoknsfw/comments/j6fk4d/brittfit_compilation_The_Real_Britt_Fit_full_10_min/
https://www.reddit.com/r/tiktoknsfw/comments/jbfn60/the_britt_fit_chronicles/
https://www.reddit.com/r/tiktoknsfw/comments/jr05rw/The_Real_Britt_Fit_new_90_ppv_anal_sex_video_full/
https://www.reddit.com/r/TikTokNude/comments/jbjgth/The_Real_Britt_Fit_new_leaked_skinny_dipping_video/
https://www.reddit.com/r/TikTokNudes/comments/jqf1ve/new_The_Real_Britt_Fit_sextape_link_in_comments/
https://www.reddit.com/r/TikTokNudes/comments/jsv5m3/new_The_Real_Britt
Fit_mile_high_sextape_full_video/
https://www.reddit.com/r/tiktokporn/comments/j6fkft/brittfit_compilation_The_Real_Britt_Fit_full_10_min/
https://www.reddit.com/r/tiktokthots/comments/fw6dfh/The_Real_Britt_Fit/
https://www.reddit.com/r/tiktokthots/comments/jjfvrl/The_Real_Britt_Fit/
https://www.reddit.com/r/tiktokthots/comments/jk038i/The_Real_Britt_Fit/
https://www.reddit.com/r/tiktokthots/duplicates/jk038i/The_Real_Britt_Fit/
https://www.reddit.com/r/TikTokUnderboob/comments/jk1xv4/The_Real_Britt_Fit/
https://www.reddit.com/r/TikTokUnderboob/duplicates/jk1xv4/The_Real_Britt_Fit/
https://www.reddit.com/r/TikTokXXX/comments/jsp4qa/new_The_Real_Britt
Fit_anal_video_link_in_comments/
https://www.reddit.com/r/TikTokXXX/comments/jtz623/The_Real_Britt_Fit_schoolgirl_sextape_link_in/
https://www.reddit.com/r/Tomxcontents/comments/hzayz5/The_Real_Britt_Fit_onlyfans_video/
https://www.reddit.com/r/TomxcontentsX/comments/m12vjv/The_Real_Britt_Fit_v/
https://www.reddit.com/r/u_2high4lifedal/comments/itu5yx/brittany_aka_The_Real_Britt_Fit/
https://www.reddit.com/r/u_alucardsilva/comments/j3rl8h/The_Real_Britt_Fit/
https://www.reddit.com/r/u_FlippItStackIt/comments/jap5v3/The_Real_Britt_Fit_only_fans_mega_10/
https://www.reddit.com/r/u_lovingtinkerbell/comments/j0qrh9/brittney_The_Real_Britt_Fit/
https://www.reddit.com/r/UpvotedBecauseButt/comments/kkp88d/brittany_The_Real_Britt_Fit/
https://www.reddit.com/r/UpvotedBecauseButt/comments/lsayo0/britt_fit/
https://www.reddit.com/r/VerticalGifs/comments/jmpyvd/The_Real_Britt_Fit_school_girl/
https://www.reddit.com/r/VerticalGifs/comments/jsioor/The_Real_Britt_Fit_rabbit_toy_review/
https://www.reddit.com/r/WorldPacks/comments/jsomku/new_The_Real_Britt
Fit_anal_video_link_in_comments/

https://www.reddit.com/r/WorldPacks/comments/lyzf0p/The Real Britt Fit_new_theatre_onlyfans_fuck_video/
https://www.reddit.com/r/WorldPacks/comments/m1y8rx/nalaray_and_brittfit_d_m/
https://www.reddit.com/r/youngporn/comments/kbg1oz/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/YoungPrettyHoes/comments/j1fxrn/The Real Britt Fit_onlyfans_leak/
https://www.reddit.com/user/2high4lifedal/comments/itu5yx/brittney_aka_The Real Britt Fit/
https://www.reddit.com/user/2high4lifedal/comments/ly6d5t/brittney_aka_The Real Britt Fit/
https://www.reddit.com/user/2high4lifedal/duplicates/ly6d5t/brittney_aka_The Real Britt Fit/
https://www.reddit.com/user/akskamxma/comments/jfhsjt/the_realbrittfit/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g7pcefz/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g7qe1bu/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g88zfjs/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g8atlup/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g8y5s6b/
https://www.reddit.com/user/alucardsilva/comments/j3rl8h/The Real Britt Fit/g90hcps/
https://www.reddit.com/user/CheekyCheeky849/comments/jepq84/The Real Britt Fit_oiled_up_boobies/
https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/
https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/g90ikoq/
https://www.reddit.com/user/FlippItStackIt/comments/jap5v3/The Real Britt Fit_only_fans_mega_10/gcdr118/
https://www.reddit.com/user/jackred329/comments/kq0klw/new_2021_brittfit_mega_over_21gb_pics_and_vids/
https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/
https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gkreom4/
https://www.reddit.com/user/Jm192107/comments/l0744y/the_real_britt_fit_mega_link/gr0z3uo/
https://www.reddit.com/user/MrRawH/comments/jleh1i/thereal_brittfit_anal_dildo_onlyfans/
https://www.reddit.com/user/rob1573/comments/htu35i/brittfit/
https://www.reddit.com/user/The Real Britt Fit
https://www.reddit.com/user/The Real Britt Fit_/comments/m33r6d/The Real Britt Fitcar_dildo/
https://www.reddit.com/video/0pyt3e52jxv51
https://www.reddit.com/video/0rrzkk613in51
https://www.reddit.com/video/phjwuya1ydr51
https://www.reddit.com/video/svh6mbhvj1t51
https://www.reddit.com/video/wu043z556ys51
https://www.reddit.com/video/xwxoga1linq51
https://www.reddit.com/r/The Real Britt Fit2/
https://www.reddit.com/r/The Real Britt FitOF/
https://www.reddit.com/r/DiscordNudes/comments/lch2pb/huge_of_discord_The Real Britt Fit_belle_delphine_etc/
https://www.reddit.com/r/nsfwTikTok/comments/jnc59a/new_The Real Britt Fit_leaked_harley_quinn_video/
https://www.reddit.com/r/iWantToFuckHer/comments/j9j3hc/The Real Britt Fit_11gb_uptodate_onlyfans_mega/
https://www.reddit.com/r/AnalGW/comments/j0bgz9/The Real Britt Fit_anal_dildo_show_onlyfree/
https://www.reddit.com/r/NSFW_Snapchat/comments/i0on8f/watch_The Real Britt Fit_on_rThe Real Britt Fit69_now/
https://www.reddit.com/r/DiscordNudes/comments/ljann8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BabesNSFW/comments/lx9hqa/The Real Britt Fit/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lx9fxg/The Real Britt Fit/
https://www.reddit.com/r/BonerMaterial/comments/kspelp/The Real Britt Fit_pink_see_through_lingerie/
https://www.reddit.com/r/HotGirls/comments/kspedv/The Real Britt Fit_pink_see_through_lingerie/
https://www.reddit.com/r/LingerieGW/comments/kspe5u/The Real Britt Fit_pink_see_through_lingerie/
https://www.reddit.com/r/lingerie/comments/kspdr5/The Real Britt Fit_pink_see_through_lingerie/

https://www.reddit.com/r/BabesNSFW/comments/kqgezu/The Real Britt Fit_shower_masturbation/
https://www.reddit.com/r/BabesNSFW/comments/jy1drg/The Real Britt Fit_sex_vid/
https://www.reddit.com/r/naughtyinpublic/comments/kbh6ea/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/O_Faces/comments/kbh4es/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/PetiteNSFW/comments/kbguqh/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/Slut/comments/kbgtby/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/Slutsofonlyfans/comments/kbgrwp/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/STAWG/comments/kbg7zx/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/TikTokNude/comments/kbg5ps/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/whooties/comments/kbg4qe/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/WifeSwapping/comments/kbg39d/The Real Britt Fit_12gb_file_in_comments/
https://www.reddit.com/r/NSFW_Social/comments/m41yws/d_m_for_The Real Britt Fit/
https://www.reddit.com/r/ThotNetwork/comments/ly6xhq/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ly6no9/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/ly6g4m/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/TittyDrop/comments/ly5lah/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ly5kyn/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/ly5ahy/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/ly58v6/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ly4mnr/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/ly3zrc/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ly3odc/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ly3ib7/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ly27ys/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ly21kr/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ly1nas/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ly1epk/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ly11da/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ly0avn/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/ly02me/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/ThotNetwork/comments/lxzkh9/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lxz6st/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lxywva/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/TittyDrop/comments/lxxr0h/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lxxqq2/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/lxxd3x/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/lxxb77/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/youngporn/comments/lxx7vf/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lxwiev/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lxvhmn/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lxvf96/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lxv06j/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lxuqf2/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lxtv75/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lxth86/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lxt9nj/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lxsj33/The Real Britt Fit_onlyfans_new_real_nude_videos/

https://www.reddit.com/r/BaddestGirls/comments/lxsa58/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lxrnhy/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lxrdo4/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lxqwuh/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/lwu80v/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/lwu5vl/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/youngporn/comments/lwu20q/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lwsqje/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lwrnt9/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwrlyj/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lwrb45/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwqwfs/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lwqe54/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwq3rq/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwpvf7/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwpf43/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwpa0b/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lwoyqp/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lworti/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwogtw/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/TittyDrop/comments/lwi6bb/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lwi60o/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/Slutsofonlyfans/comments/lwhxkn/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/lwhttx/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/lwhrvf/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/youngporn/comments/lwhopc/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lwgtpy/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/lwftoa/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lwfcsn/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwf5qw/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lweky5/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwe2mn/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwduf6/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwd5r1/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwcyus/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lwcdek/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwc0rt/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwbi1k/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lwakaa/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lwa95a/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/ThotNetwork/comments/lw9kpq/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lw8vdp/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lw8ipp/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/TittyDrop/comments/lw6sny/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lw6s1b/The Real Britt Fit_nude_real_sextape_leak_videos/

https://www.reddit.com/r/Slutsofonlyfans/comments/lw6fy2/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/lw6aa7/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/lw66gg/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/youngporn/comments/lw61fr/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lw581g/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu7msi/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lu77ye/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu6ywx/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lu5eaj/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu4xhf/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lu4bnb/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu42wq/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lu3kk8/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lu3bm5/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu2wq8/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/lu22wh/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu1sfc/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/ThotNetwork/comments/lu17tf/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/lu0n83/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/lu0e45/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/TittyDrop/comments/ltz7lj/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ltz758/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/Slutsofonlyfans/comments/ltyx5k/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansXXX/comments/ltyt6u/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/OnlyfansAmateurs/comments/ltyo4z/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/youngporn/comments/ltye6y/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/wifeporn/comments/ltxizy/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/ltwsec/The Real Britt
Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/ltwqf3/The Real Britt Fit_nude_real_sextape_leak_videos/
https://www.reddit.com/r/BaddestGirls/comments/ltw5o7/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ltvpbp/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ltvdvw/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ltufl3/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ltu8yd/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/lttwrs/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lttry5/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ltthms/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ltth9r/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ltt21r/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/nsfwTikTok/comments/jnc5p2/new_The Real Britt
Fit_harley_quinn_sexiest_twerking/
https://www.reddit.com/r/TikTokNude/comments/jnc4k8/new_The Real Britt Fit_leaked_harley_quinn_video/
https://reddit.com/r/AssBootyButt/comments/gj9hvm/cereal_butt_show/fqnk0go/
https://www.reddit.com/r/AssBootyButt/comments/gj9hvm/cereal_butt_show/fqnjyox/
https://www.reddit.com/r/The Real Britt Fit1
https://www.reddit.com/r/Blonde/comments/f3xcwt/The Real Britt Fit/
https://www.reddit.com/r/fitgirls/comments/f3xbw4/The Real Britt Fit/

https://www.reddit.com/r/NSFWverifiedamateurs/comments/lh0jc8/dianamitderbrille_The Real Britt Fit_und_viele_mehr/
https://www.reddit.com/r/tiktokporn/comments/l0tp4g/classic_tiktok/gjxa7wm/
https://reddit.com/r/pornID/comments/l121sw/who_is_she/gjxa4ox/
https://www.reddit.com/r/Mooning/comments/ip1ufa/hope_you_enjoy_my_tits_just_as_much_as_the_guys/g4kgj2x/
https://www.reddit.com/r/pornvids/comments/m64jdo/join_this_discord_multiple_videos_of/
https://www.reddit.com/r/OnlyfansAmateurs/comments/kwsp27/The Real Britt Fit_testing_new_dildo_with_her_wet/
https://www.reddit.com/r/pornID/comments/l10aom/anybody_know_who_this/gjz4s40/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/m67yfd/The Real Britt Fit_nude_new_theatre_sex_tape/gr45vql/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/m67yfd/The Real Britt Fit_nude_new_theatre_sex_tape/
https://www.reddit.com/r/TikTokNude/comments/jcrp2w/pm_for_The Real Britt Fit_october_update_mega_with/
https://www.reddit.com/r/GirlsShowering/comments/mjxs9p/photo_The Real Britt Fit/
https://www.reddit.com/r/pornID/comments/m2b27q/anyone_know_who/gqik116/
https://www.reddit.com/r/HotOnlyfans/comments/lbsysl/The Real Britt Fit_onlyfans_pack_update_48gb/
https://www.reddit.com/r/GolemSexy/comments/jxt23f/The Real Britt Fit_nude_cowgirl_dildo/
https://www.reddit.com/r/Slut/comments/jxsz4b/The Real Britt Fit_nude_cowgirl_dildo/
https://www.reddit.com/r/Slut/comments/jxswm9/The Real Britt Fit_nude_cowgirl_dildo_onlyfans_video/
https://www.reddit.com/r/GolemSexy/comments/jvbm8l/The Real Britt Fit_nude_striptease/
https://www.reddit.com/r/Slut/comments/jv6r3k/The Real Britt Fit_anal_dildo_mastrubation/
https://www.reddit.com/r/Waif/comments/jtjksq/The Real Britt Fit_pov_fucking_s_video/
https://www.reddit.com/r/Slut/comments/jtja5e/The Real Britt Fit_pov_fucking_s_video/
https://www.reddit.com/r/TikTokNude/comments/jzry5o/The Real Britt Fit_november_23rd_new_bj_video_check/
https://www.reddit.com/r/TikTokNude/comments/jtz2hk/The Real Britt Fit_brand_new_cowgirl_masturbation/
https://www.reddit.com/r/TikTokNude/comments/jsb52i/The Real Britt Fit_new_video/
https://www.reddit.com/r/AdorableOnlyfans/comments/m177dt/The Real Britt Fit_new_bg_video_fuck_in_birthday_boy/
https://www.reddit.com/r/FreeOnlyFansPage/comments/juq3vx/The Real Britt Fit_onlyfans_special_13gb_folder_link/
https://www.reddit.com/r/belledelphine_/comments/js1nz6/The Real Britt Fit_90_stuff_check_comment_link_now/
https://www.reddit.com/r/DiscordNudes/comments/l85s4v/The Real Britt Fit_updated_mega_on_our_server_join/
https://www.reddit.com/r/DiscordNudes/comments/l81ifc/The Real Britt Fit_mega_on_our_discord/
https://www.reddit.com/r/OnlyfansPacks/comments/ke41ip/The Real Britt Fit_file_in_the_comments/
https://www.reddit.com/r/Sheismichaela/comments/iwu1ta/The Real Britt Fit_latest_onlyfan_leakget_it/
https://www.reddit.com/r/onlyfanshottest/comments/jfajes/The Real Britt Fit_oiled_up_titties_onlyfans_vid/
https://www.reddit.com/r/DiscordNudes/comments/lgpr1m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgppad/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgpoaq/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgpmu4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgpkfx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgpjb7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgphsi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgpg3d/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgpen5/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lgpd4g/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgpcgr/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp8nx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp7vy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp5pd/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp4ii/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp2cw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgp17u/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgozlm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgoyag/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgox9u/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgovpm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgov69/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgouj4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgosop/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgoreb/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgopq6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgoob1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgonlp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgom6l/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgol2r/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgojyz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgojfk/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgoipw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgohns/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgog7m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgn7ya/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgn2ri/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgmx4v/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgmwcj/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgmuut/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgmq0m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgmjr6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgmegm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgm8c6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgm7kz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgm60j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgm2ee/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lglw6m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgltsb/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lglqaw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgloyq/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lglmbl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgliks/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lglhub/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lglh8w/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lglcer/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgcx5y/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgcvks/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgcruc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgcfrd/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lgceru/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgcdbz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgc9wl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgc7g1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgbudd/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgbr5g/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgbl91/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgbk86/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgbhtu/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgapc2/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgamkx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lgak1x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgaho8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgagw1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lgaawc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lga9v7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lga691/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lga4o9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lga199/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9zo7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9x3b/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9vj9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg9tse/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9r9d/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg9qrd/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9pik/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9mhr/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9eam/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg9d72/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg9ava/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg991e/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg96xx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg95v8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg94rx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg9340/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg90my/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg6ynl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg6s22/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg6qwe/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg6onz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg6hyv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg6gsp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg6e6i/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg687x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg675z/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg64u8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg5yz8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg5xv9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg5vc3/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg5qak/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg5p86/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lg5n0a/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg5hsn/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg5gqp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg5elz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg594n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg57x5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg55l0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4zjd/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg4yid/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4wab/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4rqw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg4qmo/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4pie/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4m4j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4hiq/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg4gef/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg4fa0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg49tr/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg48wd/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg46as/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg41xa/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg410c/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3zw6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3yut/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3wog/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3rhs/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3q0x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3p3a/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3oc7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3ngr/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3llu/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3kij/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3ink/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3hr2/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3g0f/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3dqc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3a4o/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg38p7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg3834/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg3453/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg32ji/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2smt/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2r19/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg2pvz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2o22/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2lei/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2k98/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg2iov/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2gpn/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg2f44/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg2dcf/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lg2cp5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg28sj/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg27z1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg25lh/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg24h0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg228c/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg20x9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1z6e/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1y0t/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg1wv0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1v4n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg1uww/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1rjx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1fj5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1a9n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg14he/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg1353/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg12gw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg112o/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg104j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg0z3l/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg0yrl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg0y4y/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lg0x70/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lg0vv9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfzh2n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfz0wo/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfytbg/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfyiyp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfydqi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfxjg8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfxd2q/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfwv6x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfwlo6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfw55v/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfvv50/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfvndc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfvjsg/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfvdds/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfuvju/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfuoek/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfulqy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfug6y/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfu3o4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lftyqv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lftsak/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lftbro/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfta5a/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lft5lt/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lft3pm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfszrb/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lfsxsl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfsv3j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfst3q/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfsrkl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfsok7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfsm45/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfsify/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfsdzj/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfs9i1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfs6lm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfs2ix/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfs08x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfrxbw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfruhe/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfrsjz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfrqvg/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfrpns/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfrnug/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfrlhh/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfpu5g/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfpnik/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfpm6v/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfpik1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfpd2n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfpbyn/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfp9qg/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfp490/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfp35f/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfp0y9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfovu5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfoubz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfos89/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfomrx/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfoloq/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfojib/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfoe79/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfod02/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfoat4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfo5sn/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfo4em/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfo24k/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnx2b/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnw1x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnu3j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnoxk/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfnnxh/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnn1l/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnjfc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfne9x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfndbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfnbyk/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lfn5nv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfn4hb/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfn1fl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmwhy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfmvf7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmuf8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfmtcy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmqmv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmkd7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfmio1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmhn7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmgr4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmfk6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfmd4h/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfmbpk/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfm99m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfm828/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfm5l9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfm2i2/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lflxa0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lflvae/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lflua8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lflodo/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lflnxz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfllsw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfl8n6/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfl6c8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfl4qz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfl2e1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkyl9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkwz0/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfkuhh/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfkrjk/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfkp9u/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkn2w/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkm51/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkfrf/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkep8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfkaor/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfk91k/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfk5lc/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfk46q/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfk1if/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjzue/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjxtm/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjvf9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjv2j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfju1r/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjr3w/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjpm1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjmzm/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/DiscordNudes/comments/lfjks5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjjoy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjhdi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjfq1/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfje5k/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfjdaq/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjc8w/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfjact/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfj83m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfhe4k/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfhand/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfgx4z/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfguba/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfgsgv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfgpn7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfglcu/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfgixl/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfggf3/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfgd4t/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfga9d/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfg6jz/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfg55n/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffyb3/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffwzs/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffsyt/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffqt5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffn6h/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffl2o/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffimo/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffggr/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lffea3/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lffbjv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lffang/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lff96z/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lff5yv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lff3cu/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lff09t/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfexi2/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfew6m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfetbv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lferd5/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfepct/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfeobv/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfen6v/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lfelf8/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lfej1h/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf369x/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf34y7/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf332q/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2zz3/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2yov/The Real Britt Fit_sextape_and_tits_new_onlyfans/

https://www.reddit.com/r/TikTokNude/comments/lf2wup/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf2t0w/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2r6d/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2qbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2ln4/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2hyy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2dtj/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2cjt/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf2ajy/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf297c/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf27wi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf266o/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf245m/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf1wx2/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf1w1b/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf1tpi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf1sbp/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf1qqi/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf1q8j/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/lf1pej/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/lf1mg9/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/leyyaw/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/leypzk/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/DiscordNudes/comments/leyk91/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokNude/comments/leyjcb/The Real Britt Fit_sextape_and_tits_new_onlyfans/
https://www.reddit.com/r/TikTokXXX/comments/ltftll/The Real Britt Fit_more_in_the_comments/
https://www.reddit.com/r/TikTokNude/comments/ltftbi/The Real Britt Fit_more_in_the_comments/
https://www.reddit.com/r/TikTokXXX/comments/lkt3ol/The Real Britt Fit_anal_sex_tape_below/
https://www.reddit.com/r/TikTokNude/comments/lkt2kf/The Real Britt Fit/
https://www.reddit.com/r/IWantToSuckCock/comments/jzrv45/The Real Britt Fit_november_23rd_new_bj_video_check/
https://www.reddit.com/r/iWantToFuckHer/comments/jzrv17/The Real Britt Fit_november_23rd_new_bj_video_check/
https://www.reddit.com/r/nsfwTikTok/comments/jtzika/The Real Britt Fit_brand_new_cowgirl_masturbation/
https://www.reddit.com/r/gettingherselfoff/comments/jshzpd/The Real Britt Fit_rabbit_toy_review/
https://www.reddit.com/r/TikTokNude/comments/jcjgrf/The Real Britt Fit_new_sexy_maid_outfit_masturbation/
https://www.reddit.com/r/tiktoknsfw/comments/jb5tkg/The Real Britt Fit_full_hoodie_sextape_732_minutes/
https://www.reddit.com/r/TikTokNude/comments/jb5s1v/The Real Britt Fit_full_hoodie_sextape_732_minutes/
https://www.reddit.com/r/tiktoknsfw/comments/j9x5hs/The Real Britt Fit_full_creampie_sextape_631_minutes/
https://www.reddit.com/r/TikTokNude/comments/j9x4je/The Real Britt Fit_full_creampie_sextape_631_minutes/
https://www.reddit.com/r/tiktokporn/comments/j9bdav/The Real Britt Fit_full_rabbit_sex_toy_review_429/
https://www.reddit.com/r/tiktokporn/comments/j9bcre/The Real Britt Fit_full_doggy_pov_video_link_in/
https://www.reddit.com/r/TikTokNude/comments/j95jpq/The Real Britt Fit_full_doggy_pov_video_link_in/
https://www.reddit.com/r/tiktoknsfw/comments/j91wug/The Real Britt Fit_full_doggy_pov_video_link_in/
https://www.reddit.com/r/tiktoknsfw/comments/j91ocl/The Real Britt Fit_full_rabbit_sex_toy_review_429/
https://www.reddit.com/r/TikTokNude/comments/j8q5p6/The Real Britt Fit_full_rabbit_sex_toy_review_429/
https://www.reddit.com/r/TikTokNude/comments/j89g71/The Real Britt Fit_rare_bubble_bath_video_link_in/
https://www.reddit.com/r/TikTokNude/comments/lnw16q/The Real Britt Fit_more_below/
https://www.reddit.com/r/TikTokXXX/comments/lnw0kd/The Real Britt Fit_more_in_the_comments/

https://www.reddit.com/r/hotclub/comments/lje8fz/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/hotclub/comments/ljdiyq/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/hotclub/comments/ljdiy6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/hotclub/comments/ljd04y/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/hotclub/comments/ljbw16/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/hotclub/comments/lj42p8/get_The Real Britt Fit_new_paid_fuck_video_her_full/
https://www.reddit.com/r/TikTokNude/comments/krzp51/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krzc06/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krzbbs/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kruqbg/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krubyl/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krub97/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krpthz/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krpi8g/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krphrf/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krm9r2/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krm1tn/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krm1mc/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krllw0/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krlfcl/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krlf4k/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krk294/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krjpc0/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/krjnns/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/krf8ai/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kreuht/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kret91/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kr9pkd/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kr9a6h/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kr98t9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kr3org/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kr39fp/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqyktg/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqy9q2/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqy952/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqv2pa/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqutmm/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqusy4/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqs2zn/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqrt7l/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqrssv/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqor8o/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqoh1e/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqogpz/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kql6yj/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqkw2w/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqkvpm/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqh40k/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqgqc9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqgppu/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kqcot9/tiktoker_The Real Britt Fit_onlyfans_nude_sextape/

https://www.reddit.com/r/TikTokNude/comments/kqccs3/tiktoker_The_Real_Britt_Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kqcc4t/tiktoker_The_Real_Britt_Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kq917w/tiktoker_The_Real_Britt_Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/TikTokNude/comments/kq8rfw/tiktoker_The_Real_Britt_Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/wifeporn/comments/kq8r34/tiktoker_The_Real_Britt_Fit_onlyfans_nude_sextape/
https://www.reddit.com/r/Sheismichaela/comments/k8mrxd/The_Real_Britt
Fit_new_video_in_commentcheck_it_now/
https://www.reddit.com/r/Slut/comments/juq8rm/The_Real_Britt_Fit_onlyfans_paid_12gb_folder_link_in/
https://www.reddit.com/r/hotclub/comments/lcj18b/The_Real_Britt_Fit/
https://www.reddit.com/r/hotclub/comments/klwcxf/The_Real_Britt_Fit/
https://www.reddit.com/r/TeenBeauties/comments/i0rzex/The_Real_Britt_Fit_dm/
https://www.reddit.com/r/thickloads/comments/i0rslj/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/tightdresses/comments/i0mnka/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/tiktokporn/comments/i0mlnt/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/snapleaks/comments/i0ldiq/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/AthleticBabes/comments/i0ld2s/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/NSFW_Snapchat/comments/i0l65r/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/TikTokNude/comments/hyits6/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/TikTokNude/comments/hyic4d/The_Real_Britt_Fit_dm_for_more/
https://www.reddit.com/r/Slutsofonlyfans/comments/jseymg/The_Real_Britt_Fit/
https://www.reddit.com/r/TikTokXXX/comments/lj4prt/get_The_Real_Britt_Fit_new_paid_fuck_video_her_full/
https://www.reddit.com/r/TikTokNude/comments/lj4eq1/new_The_Real_Britt
Fit_fuck_video_more_in_comment/
https://www.reddit.com/r/TikTokNude/comments/lj4cgm/The_Real_Britt_Fit_onlyfans_leaked_nudes_full_pack/
https://www.reddit.com/r/TikTokXXX/comments/lj43xi/get_The_Real_Britt_Fit_new_paid_fuck_video_her_full/
https://www.reddit.com/r/TikTokNude/comments/lj4394/get_The_Real_Britt
Fit_new_paid_fuck_video_her_full/
https://www.reddit.com/r/BaddestGirls/comments/lj3yf9/get_The_Real_Britt
Fit_new_paid_fuck_video_her_full/
https://www.reddit.com/r/TikTokXXX/comments/l3kudj/new_The_Real_Britt
Fit_nude_unreleased_tiktok_video/
https://www.reddit.com/r/TikTokNude/comments/l3ksxx/new_The_Real_Britt
Fit_nude_unreleased_tiktok_video/
https://www.reddit.com/r/TikTokNude/comments/l1wy8k/the_newest_The_Real_Britt_Fit_mega/
https://www.reddit.com/r/DiscordNudes/comments/ljqt57/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljqd5o/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljqbtq/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljq930/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljq8qg/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljq5om/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljq4lo/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljq3bi/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljq2yu/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljq1jw/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljq123/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpzpg/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpysf/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljptoi/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpt6v/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljps58/The_Real_Britt_Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljpqhe/The_Real_Britt_Fit_onlyfans_new_nude_videos/

https://www.reddit.com/r/DiscordNudes/comments/ljplk5/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpk11/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpggs/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljpf65/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljpe43/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljpaff/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljp3q3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljp23n/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljozwh/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljozbe/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljoxtg/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljowud/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljowa1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljouqd/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljotsf/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljot8m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljosau/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljordl/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljopfl/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljoovj/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljol8m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljoats/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljoa09/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljo5rx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljo5ep/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljo27j/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljo1ty/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljo10y/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljnxsp/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljnupn/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljnuay/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljnsid/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljns6n/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljnleh/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljnkle/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljnhdv/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljndw4/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljndhu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljn40r/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljmz19/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmypz/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmxpm/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmxb0/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmwv4/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmrn/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmor0/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmof9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmngu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmmk9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmjml/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmjb7/The Real Britt Fit_onlyfans_new_nude_videos/

https://www.reddit.com/r/TikTokNude/comments/ljmimr/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmico/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmhg6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljmdsq/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljmdja/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljmcng/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljma04/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljm9fb/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljm93g/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljm881/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljm190/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljm0md/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljm0c8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlzhv/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlwvx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljlw94/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljlvw1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlv1z/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljls4i/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljlrg9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljlr66/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlqt2/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljlpti/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlp11/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlmd2/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljllqt/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljlli6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljll89/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljlcw7/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljlcmz/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljlbz7/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljlboy/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljl5r2/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljl564/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljl4uu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljl3z3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljl3dh/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljl2my/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljl1bq/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljl110/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljl05m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljkz1w/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkyle/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkvw1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljkuvw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljkuji/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljku54/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkra4/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljkqta/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkpij/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkiq1/The Real Britt Fit_onlyfans_new_nude_videos/

https://www.reddit.com/r/DiscordNudes/comments/ljkh6z/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljkg4h/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljkfrl/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljkeow/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljk8r9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljk8di/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljk7h1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljk75b/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljk68v/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljk5mh/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljk01e/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjyy6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljjwxw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjvz1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjv0n/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljjtty/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjtiz/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjs1z/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljjqz2/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljjqcj/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjnc8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljjehp/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjdi1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljjcul/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljjchy/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljjblk/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljjatu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljj96z/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljj73y/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljj6te/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljj3nu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljj1yy/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljj1mr/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljiw3k/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljiv68/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljir4o/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljiqv4/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljin4w/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljimew/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljij4s/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljig6w/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljifwx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljie50/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljidtj/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lji7wc/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/lji782/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/lji3p7/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljhzha/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljhz55/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljhnxm/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljhi28/The Real Britt Fit_onlyfans_new_nude_videos/

https://www.reddit.com/r/BaddestGirls/comments/ljhhtd/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljhbb7/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljhavh/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljh9oz/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljh68d/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljh5x8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljh3np/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljgz8i/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgytk/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljgy3w/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljgxt0/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgwql/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljgs13/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgqoo/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgmmt/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljglw1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljgllm/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgkh6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgeom/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljgap0/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljg9xs/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljg9n3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljg8fj/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfya5/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljfxi0/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljfx83/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfx0m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljfvcc/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfu76/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljfpq3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljfph9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfp58/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfjww/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljfj3n/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljfi7z/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljfcd3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljfbvf/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljfau9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljfaj9/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljf9bt/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljezjx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljeyjw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljexnd/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljevc8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljeuwy/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljetkf/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljels7/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljelg5/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljel4q/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljeh4l/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljegsc/The Real Britt Fit_onlyfans_new_nude_videos/

https://www.reddit.com/r/BaddestGirls/comments/ljeghc/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljef6a/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/lje60t/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/lje591/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/lje3d3/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljdw4e/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljdv2m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljdudl/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljdt6b/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljdsmy/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljdrfu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljdqzv/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljdhr8/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljdf6w/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljde2x/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljdcwx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljdbdr/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljdb9n/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljda55/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljd8p6/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljd7se/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljd3zu/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljcsrw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljcrna/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljcrho/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljcq5d/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljcp0v/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljconf/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljcnff/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljcgap/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljce8h/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljcdyx/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljc7dw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljc6ji/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljc1jq/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljc12y/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljbxdw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljbx4f/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljbshw/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokXXX/comments/ljbo0p/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljbnvg/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/TikTokNude/comments/ljblde/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/wifeporn/comments/ljbl02/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/BaddestGirls/comments/ljbdxf/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljbd65/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/ThotNetwork/comments/ljb8g1/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljb3iq/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljb30m/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/DiscordNudes/comments/ljaq0p/The Real Britt Fit_onlyfans_new_nude_videos/
https://www.reddit.com/r/onlyfanspromo/comments/lfkhwk/anyone_have_subscribe_for_The Real Britt Fit_on/
https://www.reddit.com/r/PremiumCheeks/comments/lfkgl6/anyone_have_subscribe_for_The Real Britt Fit_on/

https://www.reddit.com/r/fitgirls/comments/jc8nvn/want_to_seen_me_naked_check_the_link_and_have_fun/
https://www.reddit.com/r/FitModels/comments/jc8nh6/want_to_see_me_naked_check_the_link_and_have_fun/
https://www.reddit.com/r/anal_gifs/comments/k2zeqy/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/AsianHotties/comments/k2zeq5/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/BoobsBetweenArms/comments/k2zeof/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/onlyfanschicks/comments/k2zej7/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/Slutsofonlyfans/comments/k2zeih/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/DirtySocialMedia/comments/k2z24x/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/YoungPrettyHoes/comments/k2yfk4/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/FreeOnlyFansPage/comments/k2yfim/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/Sheismichaela/comments/k2yfb8/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/PetiteGirls/comments/k2yf7t/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/BoobsAndTities/comments/k2y96b/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/BestSnapchatNudes/comments/k2y7zn/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/BonerAlert/comments/k2y7k9/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/brunette/comments/k2y798/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/O_Faces/comments/k2y76z/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/shavedpussies/comments/k2y75l/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/WifeSwapping/comments/k2y70m/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/freeusefamily/comments/k2y6rx/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/STAWG/comments/k2y6qc/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/onlyfanshottest/comments/k2y6o8/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/PetiteNSFW/comments/k2y6gy/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/Slut/comments/k2y6f5/The Real Britt Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/HugeHangers/comments/k2y6bk/The Real Britt
Fit_brittney_her_new_70_gb_of_posts/
https://www.reddit.com/r/BitedSizeSexy/comments/k2y1f7/The Real Britt
Fit_brittney_29112020_update_premium/
https://www.reddit.com/r/TikTokNude/comments/jc791e/The Real Britt Fit_50_gb_archive_16102020_link/
https://www.reddit.com/r/onlyfanshottest/comments/ggxetb/The Real Britt
Fit_nudes_with_solo_masturbation_mega/
https://www.reddit.com/r/Slutsofonlyfans/comments/ggxelo/The Real Britt
Fit_nudes_with_solo_masturbation_mega/
https://www.reddit.com/r/Onlyfans_Promo/comments/ggusqs/The Real Britt Fit_mega_files_with_full_of/
https://www.reddit.com/r/Slut/comments/jmpfc1/The Real Britt Fit_school_girl/
https://www.reddit.com/r/gettingherselfoff/comments/jmpco6/The Real Britt Fit_school_girl/

https://www.reddit.com/r/SchoolGirlSkirts/comments/jmpbc8/The Real Britt_school_girl/
https://www.reddit.com/r/Slut/comments/jl0qod/The Real Britt Fit_masturbation/
https://www.reddit.com/r/BoobsInAction/comments/jl0q6d/The Real Britt Fit_masturbation/
https://www.reddit.com/r/Selfie_Heaven/comments/g6xl9d/rThe Real Britt Fit1/
https://www.reddit.com/r/GoneWildPetite/comments/g6xk2z/rThe Real Britt Fit1/
https://www.reddit.com/r/nakedgirlsdancing/comments/g6xfot/The Real Britt Fit1/
https://www.reddit.com/r/FreeOnlyFansPage/comments/iw3ikz/The Real Britt
Fit_new_video_dressed_as_a_nurse/
https://www.reddit.com/r/gettingherselfoff/comments/kse0ld/The Real Britt Fit_nude_10_dildo/
https://www.reddit.com/r/GolemSexy/comments/klrxhg/The Real Britt Fit_nude_baby_oil/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/klrvrd/The Real Britt Fit_nude_baby_oil/
https://www.reddit.com/r/Slut/comments/klrvnp/The Real Britt Fit_nude_baby_oil/
https://www.reddit.com/r/Slut/comments/jzl4t7/The Real Britt Fit_nude_sextape/
https://www.reddit.com/r/Slut/comments/jwk8ug/The Real Britt Fit_blowjob/
https://www.reddit.com/r/The_Best_NSFW_GIFS/comments/kimpl0/The Real Britt
Fit_masturbating_with_10_dildo/
https://www.reddit.com/r/fitgirls/comments/j6lhs9/ig_The Real Britt Fit/
https://www.reddit.com/r/gymgirls/comments/j6lhqg/ig_The Real Britt Fit/
https://www.reddit.com/r/Blonde/comments/j6lhnm/ig_The Real Britt Fit/
https://www.reddit.com/r/BDSMGW/comments/mjruqa/The Real Britt Fit_exclusive_anal_sex_full_vid_link/
https://www.reddit.com/r/tiktoknsfw/comments/lu0qma/brittney_The Real Britt Fit/
https://www.reddit.com/r/hotclub/comments/lttjdn/The Real Britt Fit_onlyfans_new_real_nude_videos/
https://www.reddit.com/r/tiktoknsfw/comments/lsrejj/brittney_The Real Britt Fit/
https://www.reddit.com/r/TikTokNude/comments/lsre0r/brittney_The Real Britt Fit/
https://www.reddit.com/r/TikTokNude/comments/jzjez5/new_The Real Britt Fit_bj_video_link_in_comments/
https://www.reddit.com/r/TikTokNude/comments/juj5ze/new_The Real Britt Fit_stocking_dildo_video_link_in/
https://www.reddit.com/r/TikTokNude/comments/jtz5pl/The Real Britt Fit_schoolgirl_sextape_link_in/
https://www.reddit.com/r/TikTokNude/comments/jsv5gw/new_The Real Britt
Fit_mile_high_sextape_full_video/
https://www.reddit.com/r/TikTokNude/comments/jsolzz/new_The Real Britt
Fit_anal_video_link_in_comments/
https://www.reddit.com/r/TikTokNude/comments/jsde1m/new_The Real Britt Fit_anal_video/
https://www.reddit.com/r/TikTokNude/comments/jqf1pg/new_The Real Britt Fit_sextape_link_in_comments/
https://www.reddit.com/r/TikTokNude/comments/jafl6m/The Real Britt Fit_sextape_link_in_comments/
https://www.reddit.com/r/TikTokNude/comments/jadu57/The Real Britt Fit_sextape_link_in_comments/
https://www.reddit.com/r/SocialMediachicks/comments/m1bct3/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://www.reddit.com/r/DirtySocialMedia/comments/m1bcra/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://www.reddit.com/r/knockmeup/comments/m1bbsz/The Real Britt
Fit_15gb_mega_folder_in_comments_also/
https://www.reddit.com/r/butt/comments/m1b9ty/The Real Britt Fit_15gb_mega_folder_in_comments_also/
https://www.reddit.com/r/tiktoknsfw/comments/jr05rw/The Real Britt Fit_new_90_ppv_anal_sex_video_full/
https://www.reddit.com/r/TikTokNude/comments/jbjgth/The Real Britt Fit_new_leaked_skinny_dipping_video/
https://www.reddit.com/r/TikTokNude/comments/j9j1zc/The Real Britt
Fit_uptodate_of_pack_october_11th_2020/
https://www.reddit.com/r/OnlyFansLifestyle/comments/mgc6sm/The Real Britt
Fit_onlyfans_nude_dildo_masturbating/
https://www.reddit.com/r/Onlyfanspromotion/comments/mgc2vb/The Real Britt
Fit_onlyfans_nude_dildo_masturbating/

https://www.reddit.com/r/TikTokXXX/comments/mgbpp0/The Real Britt
Fit_onlyfans_nude_dildo_masturbating/
https://www.reddit.com/r/onlyfanschicks/comments/fixqj9/The Real Britt Fit/
https://www.reddit.com/r/cumsluts/comments/lx0hzj/The Real Britt Fit_rides_shower_dildo/
https://www.reddit.com/r/porn_gifs/comments/j6i0k9/brittfit_compilation_tiktok_The Real Britt Fit_full/
https://www.reddit.com/r/TikTokNude/comments/j6fkjk/brittfit_compilation_The Real Britt Fit_full_10_min/
https://www.reddit.com/r/tiktokporn/comments/j6fkft/brittfit_compilation_The Real Britt Fit_full_10_min/
https://www.reddit.com/r/tiktoknsfw/comments/j6fk4d/brittfit_compilation_The Real Britt Fit_full_10_min/
https://www.reddit.com/r/FreeOnlyFansPage/comments/lxy2l6/The Real Britt Fit_onlyfans_collection/
https://www.reddit.com/r/FreeOnlyFansPage/comments/ljy91o/The Real Britt Fit_onlyfans_huge_collection/

Jason Tucker
█████████
SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ████████████████████ |
| **Sent:** | Tuesday, May 4, 2021 10:28 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement - @Livvfitcheeks, @fitdonk |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement - @Livvfitcheeks, @fitdonk

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ████████, the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/livvalittle

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ████████████████████████████ USA
Email: jason@battleshipstance.com

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

1

Jason Tucker
Agent ███████████████████████████████

**Links to Infringing Material that we request be REMOVED:**
https://old.reddit.com/r/AllisonParkersexypics/comments/jtx34u/livvalittle_so_hot/
https://old.reddit.com/r/AllisonParkersexypics/comments/kb5yzj/livvalittle_sex_tape_with_nalafitness_7_hmu/
https://old.reddit.com/r/AllisonParkersexypics/comments/lcf7mj/livvalittle_sex_tape_with_nalafitness_7_hmu/
https://old.reddit.com/r/babesdirectory/comments/jgtxyj/liv_livvfitcheeks_instagram/
https://old.reddit.com/r/bathroomselfies/comments/i10fdu/sexy_iglivvfitt/
https://old.reddit.com/r/bigasses/comments/j8x929/ig_livvfitcheeks/
https://old.reddit.com/r/bigasses/comments/j9m3h0/ig_livvfitcheeks/
https://old.reddit.com/r/Blonde/comments/j7rxp3/ig_livvfitcheeks/
https://old.reddit.com/r/Blonde/comments/j8x9m3/ig_livvfitcheeks/
https://old.reddit.com/r/Blonde/comments/j9m3it/ig_livvfitcheeks/
https://old.reddit.com/r/booty/comments/j7egmy/ig_livvfitcheeks/
https://old.reddit.com/r/booty/comments/j8x96z/ig_livvfitcheeks/
https://old.reddit.com/r/booty/comments/j9m3l6/ig_livvfitcheeks/
https://old.reddit.com/r/booty_queens/comments/j7rv2i/ig_livvfitcheeks/
https://old.reddit.com/r/booty_queens/comments/kbguhl/liv_livvfitcheeks/
https://old.reddit.com/r/BrandBabes/comments/i10gau/sexy_iglivvfitt/
https://old.reddit.com/r/DiscordNudes/comments/kfgi59/livvalittle/
https://old.reddit.com/r/DressingRoomGW/comments/ifx33f/at_the_store_iglivvfitt/
https://old.reddit.com/r/FamosasGostosas/comments/ljniig/livvfitcheeks/
https://old.reddit.com/r/FamosasGostosas/comments/ljx1ph/livvfitcheeks_nsfw/
https://old.reddit.com/r/FitModels/comments/hf05yi/livvfitt/
https://old.reddit.com/r/FlashingAndFlaunting/comments/j8x9t5/ig_livvfitcheeks/
https://old.reddit.com/r/FreePremiumOnlyfanz/comments/l5c7cf/18_gb_worth_of_livvalittles_content_is_in_the/
https://old.reddit.com/r/FreePremiumOnlyfanz/duplicates/l5c7cf/18_gb_worth_of_livvalittles_content_is_in_the/
https://old.reddit.com/r/girlsflashing/comments/ifi9tp/at_the_store_iglivvfitt/
https://old.reddit.com/r/hotclub/comments/kmvn2w/livvfitcheeks/
https://old.reddit.com/r/hotclub/comments/laxyvt/livvfitcheeks/
https://old.reddit.com/r/HotInTheKitchen/comments/js0wo8/livvfitcheeks/
https://old.reddit.com/r/Instagirlz/comments/idx55y/livvfitt/
https://old.reddit.com/r/Instagirlz/comments/ifh0gb/livvfitt/
https://old.reddit.com/r/Instagirlz/comments/iq3m7d/liv_livvfitt/
https://old.reddit.com/r/Instagirlz/comments/iq3nup/liv_livvfitt/
https://old.reddit.com/r/Instagirlz/comments/iq3ot6/liv_livvfitt/
https://old.reddit.com/r/Instagirlz/comments/jskhl7/liv_livvfitcheeks/
https://old.reddit.com/r/InstagramHotties/comments/fvsa81/livvfitt_rlivvalittle/
https://old.reddit.com/r/InstagramHotties/comments/fzl5f4/ig_livvfitt_rlivvalittle/
https://old.reddit.com/r/InstagramHotties/comments/fznpya/i_could_help_with_that_rlivvalittle/
https://old.reddit.com/r/InstagramHotties/comments/g4bhva/livvfitt_rlivvalittle/
https://old.reddit.com/r/InstagramHotties/comments/ij28ql/liv/
https://old.reddit.com/r/InstaSnapsAndMore/comments/fvstx1/rlivvalittle_livvfitt/
https://old.reddit.com/r/InstaSnapsAndMore/comments/fvsupk/rlivvalittle_livvfitt/
https://old.reddit.com/r/InstaSnapsAndMore/comments/fzl4pa/livvfitt_rlivvalittle/
https://old.reddit.com/r/InstaSnapsAndMore/comments/fznqc4/i_could_help_with_that_rlivvalittle/
https://old.reddit.com/r/InstaSnapsAndMore/comments/fzy8qd/rlivvalittle/
https://old.reddit.com/r/InstaSnapsAndMore/comments/g4bi6k/rlivvalittle/

https://old.reddit.com/r/InternetStars/comments/g4p754/liv_livvfitt/
https://old.reddit.com/r/InternetStars/comments/j7dymh/livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/j7h2us/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/j8qnri/livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/j9ajte/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/j9lo8f/livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jgg3c8/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jkirbw/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jonz3t/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jq2ekz/livvfitcheeks_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jtndgu/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jxhwjh/she_needs_sunscreen_on_her_buns_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/jy85em/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/kbgui5/liv_livvfitcheeks/
https://old.reddit.com/r/InternetStars/comments/ljwy2l/liv_livvfitcheeks/
https://old.reddit.com/r/LivStyler/comments/jirk9s/liv_livvfitcheeks/
https://old.reddit.com/r/LivStyler/comments/jy3evx/she_needs_sunscreen_on_her_buns_livvfitcheeks/
https://old.reddit.com/r/LivStyler/comments/kbpllx/liv_livvfitcheeks/
https://old.reddit.com/r/Livvalittle/
https://old.reddit.com/r/Livvalittle/comments/i1knvr/onlyfans_discord/
https://old.reddit.com/r/Livvalittle/comments/i1rc48/yuh/
https://old.reddit.com/r/Livvalittle/comments/i7scdn/httpsdiscordggvuad5p/
https://old.reddit.com/r/Livvalittle/comments/i8hycd/livvalittle_content/
https://old.reddit.com/r/Livvalittle/comments/iccl8v/mega/
https://old.reddit.com/r/Livvalittle/comments/ienn33/let_me_know_if_you_wanna_trade/
https://old.reddit.com/r/Livvalittle/comments/if3y5i/dropped_a_mega_of_her_free_in_my_gc_pm_4_link/
https://old.reddit.com/r/Livvalittle/comments/ihtlhi/yo_she_collab_with_bundle_of_bec_we_need_it/
https://old.reddit.com/r/Livvalittle/comments/iigbex/someone_who_want_make_me_happy_and_send_me_her/
https://old.reddit.com/r/Livvalittle/comments/iige9j/someone_who_want_make_me_happy_and_send_me_her/
https://old.reddit.com/r/Livvalittle/comments/ij3vks/if_yall_got_some_of_her_shit_send_em_and_ill/
https://old.reddit.com/r/Livvalittle/comments/ijnfmb/we_need_it/
https://old.reddit.com/r/Livvalittle/comments/ikovek/yw/
https://old.reddit.com/r/Livvalittle/comments/ikzdii/enjoy/
https://old.reddit.com/r/Livvalittle/comments/ioiflj/_/
https://old.reddit.com/r/Livvalittle/comments/ioifve/_/
https://old.reddit.com/r/Livvalittle/comments/ip4vhl/here_it_is_boys/
https://old.reddit.com/r/Livvalittle/comments/ip5bpd/more_of_nudes/
https://old.reddit.com/r/Livvalittle/comments/iqmmjs/here_yous_go/
https://old.reddit.com/r/Livvalittle/comments/iqsq1s/get_it/
https://old.reddit.com/r/Livvalittle/comments/ir730h/someone_send_me_this_full_vid_pls/
https://old.reddit.com/r/Livvalittle/comments/irt1c9/heres_what_u_want/
https://old.reddit.com/r/Livvalittle/comments/is396s/join_the_only_fans_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/is3nsp/her_only_fans/
https://old.reddit.com/r/Livvalittle/comments/is6yvs/pls_her_vids_for_free/
https://old.reddit.com/r/Livvalittle/comments/isc3iq/only_fans/
https://old.reddit.com/r/Livvalittle/comments/israv3/anyone_want_some_more/
https://old.reddit.com/r/Livvalittle/comments/iteqjj/heres_some_more/
https://old.reddit.com/r/Livvalittle/comments/itetut/_/
https://old.reddit.com/r/Livvalittle/comments/itiavg/httpsdiscordggbdhxzh/
https://old.reddit.com/r/Livvalittle/comments/itiaxp/httpsdiscordggbdhxzh/
https://old.reddit.com/r/Livvalittle/comments/itkk4p/ill_be_dropping_more_soon/

https://old.reddit.com/r/Livvalittle/comments/itschx/she_knows_what_she_likes/
https://old.reddit.com/r/Livvalittle/comments/iu0qre/selfie/
https://old.reddit.com/r/Livvalittle/comments/ivocza/discord/
https://old.reddit.com/r/Livvalittle/comments/ivokbn/join_the_snap_leaks_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/ivshkj/discord/
https://old.reddit.com/r/Livvalittle/comments/ivzhrr/discord_link/
https://old.reddit.com/r/Livvalittle/comments/iw3kxj/join_the_onlyfans_unlocked_discord_server/
https://old.reddit.com/r/Livvalittle/comments/iw7rm6/her_free_onlyfans_discord/
https://old.reddit.com/r/Livvalittle/comments/iw8eej/free_onlyfans/
https://old.reddit.com/r/Livvalittle/comments/iw9ioh/10tb_only_fans_content/
https://old.reddit.com/r/Livvalittle/comments/iw9i5g/of/
https://old.reddit.com/r/Livvalittle/comments/iwad1r/join_the_onlyfans_unlocked_discord_server/
https://old.reddit.com/r/Livvalittle/comments/iwadhl/10_terabyte_of_livvalittle_content_newest_server/
https://old.reddit.com/r/Livvalittle/comments/iwbs99/enjoy/
https://old.reddit.com/r/Livvalittle/comments/iwgu6n/join_the_onlyfans_leaks_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/iwgynm/ignore_all_the_discord_links_they_arent_real_if/
https://old.reddit.com/r/Livvalittle/comments/iwh38t/car_dildo/
https://old.reddit.com/r/Livvalittle/comments/iwh98i/livvalittle_mega_add_me_on_snapchat_if_you_want/
https://old.reddit.com/r/Livvalittle/comments/iwheri/livvalittle_discord/
https://old.reddit.com/r/Livvalittle/comments/iwi5vb/join_nsfw_content/
https://old.reddit.com/r/Livvalittle/comments/j93l70/mega_files/
https://old.reddit.com/r/Livvalittle/comments/j9wf87/_/
https://old.reddit.com/r/Livvalittle/comments/jao8fz/httpsmeganzfolder3zullklauyjtymcipwmzqv7_d4aka/
https://old.reddit.com/r/Livvalittle/comments/jares2/mega_link/
https://old.reddit.com/r/Livvalittle/comments/jawxyq/join_the_onlyfans_premium_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/jb6mbn/if_someone_send_me_her_mega_i_have_many_megas_i/
https://old.reddit.com/r/Livvalittle/comments/jb8ge5/discord/
https://old.reddit.com/r/Livvalittle/comments/jbhwsx/join_the_onlyfans_premium_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/jbog66/join_the_onlyfans_premium_nsfw_discord_server/
https://old.reddit.com/r/Livvalittle/comments/jbtwok/httpsdiscordggx8xkuh_join_discord/
https://old.reddit.com/r/Livvalittle/comments/jbvwqh/real/
https://old.reddit.com/r/Livvalittle/comments/jc5imm/join_the_%F0%9D%99%8A%F0%9D%99%A3%F0%9D%99%A1%F0%9D%99%AE%F0%9D%99%81%F0%9D%99%96%F0%9D%99%A3%F0%9D%99%A8_%F0%9D%98%BE%F0%9D%99%A1%F0%9D%99%AA%F0%9D%99%97_discord_server/
https://old.reddit.com/r/Livvalittle/comments/jc5t3f/join_the_discord_community_server_for_special/
https://old.reddit.com/r/Livvalittle/comments/jc6p6y/for_the_bois/
https://old.reddit.com/r/Livvalittle/comments/jc758z/never_before_seen_exclusive/
https://old.reddit.com/r/Livvalittle/comments/jcavra/for_the_lads/
https://old.reddit.com/r/Livvalittle/comments/jcxlc0/of_discord/
https://old.reddit.com/r/Livvalittle/comments/jdrhbc/i_need_invites_join_you_horny_asshats/
https://old.reddit.com/r/LivvalittleOF/comments/ksff80/mega_link_below/
https://old.reddit.com/r/LivvalittleOF/comments/kyqrgi/does_someone_have_this_for_free/
https://old.reddit.com/r/LivvalittleOF/comments/l4yfut/mega_link_below/
https://old.reddit.com/r/LivvalittleOF/comments/le2y2e/livvalittle_mega_link/
https://old.reddit.com/r/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/k5xg4h/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/k5xg6o/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/k5xg9b/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/k5xgkm/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/kc0ato/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/kc0ax0/livvfitcheeks/

https://old.reddit.com/r/livvfitcheeks/comments/kj4chs/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/kj4cuh/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/kj4cx6/livvfitcheeks/
https://old.reddit.com/r/livvfitcheeks/comments/kj4d0p/livvfitcheeks/
https://old.reddit.com/r/love4livvalittle/
https://old.reddit.com/r/love4livvalittle/comments/hncbg8/lets_get_started_livvalittle_livvfit/
https://old.reddit.com/r/love4livvalittle/comments/hr7ekf/livvalittle_livvfit/
https://old.reddit.com/r/MegalinkNSFW/comments/k64hjt/livvfitcheeks_mega/
https://old.reddit.com/r/MegalinkNSFW/comments/ku629p/livvfitcheeks_mega/
https://old.reddit.com/r/MyCalvins/comments/hf065g/livvfitt/
https://old.reddit.com/r/notonlyforfans/comments/igcq2l/httpsinstagramcomlivvfitt/
https://old.reddit.com/r/notonlyforfans/comments/imwqfh/livvfitt_request_link_in_instagram/
https://old.reddit.com/r/OnlyFansLeakedPhotos/comments/kt5yzi/i_got_some_livvalittles_onlyfan_pics_lmk/
https://old.reddit.com/r/pokies/comments/hf068u/livvfitt/
https://old.reddit.com/r/pornID/comments/iq4rpt/who_is_she/
https://old.reddit.com/r/pornID/comments/ldjerl/anybody_know_who_this_is/
https://old.reddit.com/r/SauceforNSFWads/comments/l8l7gs/sauce_to_the_video_the_person_is_livvfitcheeks/
https://old.reddit.com/r/SauceforNSFWads/comments/l8u4x1/its_livvfitcheeks_but_cant_this_find_the_video/
https://old.reddit.com/r/Sexdoll/comments/kkqdr7/livvfitcheeks/
https://old.reddit.com/r/Sexdoll/comments/kmvnro/livvfitcheeks/
https://old.reddit.com/r/Sexdoll/comments/laxzqx/livvfitcheeks/
https://old.reddit.com/r/SexyFrex/comments/jglwk0/liv_livvfitcheeks/
https://old.reddit.com/r/sillygirls/comments/i10fn1/sexy_iglivvfitt/
https://old.reddit.com/r/sillygirls/comments/ifi98a/at_the_store_iglivvfitt/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/koq70l/livvalittle_i_think_some_of_you_guys_have/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/ks87ux/anyone_got_some_stuff_from_livvalittle/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/lmvcz8/livvalittle_video/
https://old.reddit.com/r/SkylarMaeAndOtters/comments/lornou/lmk_5_pay_pal/
https://old.reddit.com/r/SkylarMaeAndOtters/duplicates/lmvcz8/livvalittle_video/
https://old.reddit.com/r/STAWG/comments/j9m3qg/ig_livvfitcheeks/
https://old.reddit.com/r/tipofmypenis/comments/id8bcl/who_is_the_girl_in_the_image_she_got_some_awesome/
https://old.reddit.com/r/tipofmypenis/comments/kftr3a/who_is_this_blonde_shaking_a_beer_bottle/
https://old.reddit.com/r/WorldPacks/comments/j6a6q7/livvfitcheeks/
https://old.reddit.com/r/WorldPacks/comments/klirzv/if_you_have_content_of_her_pm_me/
https://old.reddit.com/r/YOUNGPRETTYHOES2/comments/l5ccik/18_gb_of_livvalittles_content_is_in_the_comment/
https://old.reddit.com/r/user/markbr89/comments/ljyf9j/liv_livvfitcheeks_nsfw/
https://old.reddit.com/r/user/phineasglass/comments/hbc7d0/liv_livvfitt/
https://old.reddit.com/r/user/sleepwalker2344/comments/j7r93f/ig_livvfitcheeks/
https://www.reddit.com/gallery/ikzdii
https://www.reddit.com/gallery/le2y2e
https://www.reddit.com/gallery/ljniig
https://www.reddit.com/r/AllisonParkersexypics/comments/jtx34u/livvalittle_so_hot/
https://www.reddit.com/r/bathroomselfies/comments/i10fdu/sexy_iglivvfitt/
https://www.reddit.com/r/FreePremiumOnlyfanz/comments/l5c7cf/18_gb_worth_of_livvalittles_content_is_in_the/
https://www.reddit.com/r/InstagramHotties/comments/fzya0i/livvfitt_rlivvalittle/
https://www.reddit.com/r/InstagramHotties/comments/fzya0i/livvfitt_rlivvalittle/?utm_source=amp&utm_medium=&utm_content=post_vote
https://www.reddit.com/r/InstaSnapsAndMore/comments/fzl4pa/livvfitt_rlivvalittle/

https://www.reddit.com/r/InstaSnapsAndMore/comments/fzy8qd/rlivvalittle/
https://www.reddit.com/r/InstaSnapsAndMore/comments/g4bi6k/rlivvalittle/
https://www.reddit.com/r/InternetStars/comments/fyrbm3/livvfitt_rlivvalittle/
https://www.reddit.com/r/InternetStars/comments/fzl6k5/livvfitt_rlivvalittle/
https://www.reddit.com/r/InternetStars/comments/g00ozq/livvfitt_rlivvalittle/
https://www.reddit.com/r/InternetStars/comments/j7h2us/liv_livvfitcheeks/
https://www.reddit.com/r/LivStyler/comments/jirk9s/liv_livvfitcheeks/
https://www.reddit.com/r/livvalittle
https://www.reddit.com/r/Livvalittle/comments/fy3gbc/livvfitt/
https://www.reddit.com/r/Livvalittle/comments/g2xxe5/onlyfans/
https://www.reddit.com/r/Livvalittle/comments/g4bfqo/keep_adding_content_please/
https://www.reddit.com/r/Livvalittle/comments/g636wa/livvalittle/
https://www.reddit.com/r/Livvalittle/comments/g73hp8/an_interesting_title/
https://www.reddit.com/r/Livvalittle/comments/gjvo0h/livvalittle_nude_dildo_ride_onlyfans_video/
https://www.reddit.com/r/Livvalittle/comments/gkx0b0/livvalittle_nude_masturbation_onlyfans_video/
https://www.reddit.com/r/Livvalittle/comments/gtdmld/this_girl_is_scamer_pass_the_word/
https://www.reddit.com/r/Livvalittle/comments/gukx1j/get_nudes/
https://www.reddit.com/r/Livvalittle/comments/gy3pk6/last_post_important/
https://www.reddit.com/r/Livvalittle/comments/gzoi0b/of_page/
https://www.reddit.com/r/Livvalittle/comments/hmipyi/lets_make_dis_sub_interesting/
https://www.reddit.com/r/Livvalittle/comments/i8hycd/livvalittle_content/
https://www.reddit.com/r/Livvalittle/comments/imm660/livvfitt_nude/
https://www.reddit.com/r/Livvalittle/comments/ip5bpd/more_of_nudes/
https://www.reddit.com/r/Livvalittle/comments/iqmmjs/here_yous_go/
https://www.reddit.com/r/Livvalittle/comments/iqsq1s/get_it/
https://www.reddit.com/r/Livvalittle/comments/itkk4p/ill_be_dropping_more_soon/
https://www.reddit.com/r/Livvalittle/comments/itschx/she_knows_what_she_likes/
https://www.reddit.com/r/LivvalittleOF/comments/le2y2e/livvalittle_mega_link/
https://www.reddit.com/r/love4livvalittle/comments/hr7ekf/livvalittle_livvfit/
https://www.reddit.com/r/MegalinkNSFW/comments/k64hjt/livvfitcheeks_mega/
https://www.reddit.com/r/MyCalvins/comments/hf065g/livvfitt/
https://www.reddit.com/r/OnlyFansLeakedPhotos/comments/k5vojf/livvalittle/
https://www.reddit.com/r/pokies/comments/hf068u/livvfitt/
https://www.reddit.com/r/realonlyfansreviews/comments/hfqwpk/livvfit_onlyfans_trash/
https://www.reddit.com/r/sillygirls/comments/i10fn1/sexy_iglivvfitt/
https://www.reddit.com/r/sillygirls/comments/ifi98a/at_the_store_iglivvfitt/
https://www.reddit.com/r/SkylarMaeAndOtters/comments/koq70l/livvalittle_i_think_some_of_you_guys_have/
https://www.reddit.com/user/kalih420/comments/i2ji1m/livvalittle/

Jason Tucker

SKYPE: ███████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ████████████████████ |
| **Sent:** | Tuesday, May 4, 2021 10:32 AM |
| **To:** | 'copyright@reddit.com'; 'abuse@fastly.com' |
| **Subject:** | DMCA Takedown Notice for Copyright Infringement – sweettcheeksxo |

Copyright Agent
Reddit, Inc.
1455 Market Street, Suite 1600
San Francisco, CA  94103
Phone: 4156662330
Via Email: copyright@reddit.com; abuse@fastly.com

RE: DMCA Takedown Notice for Copyright Infringement – sweettcheeksxo

Dear Copyright Agent,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the following is true and correct and I have the authority to act on behalf of the owner of the copyrights involved.

It has come to our attention and that of the copyright owners that their content, identified below, has been reproduced and published without permission. We are an Agent for the Copyright Owner and ████████████ ████████, the exclusive licensor of the content at issue.

I have a good faith belief that the use of materials identified below is not authorized by the Owner and therefore infringes on its rights pursuant to copyright law. Pursuant to this notification, you should immediately take steps to locate and remove and/or disable access to the content that is on your system.

If you are a service provider, you may otherwise be liable for copyright infringement if, upon obtaining knowledge or awareness of infringing material being stored upon your network, you do not act expeditiously to remove, or disable access to, the material.

Location of the original works published through the copyright owner's premium fan sites:
https://onlyfans.com/itskhloeexoxo

My contact information is as follows:
Battleship Stance, Inc. - Jason Tucker
Address: ██████████████████████████ USA
Email: ████████████████████

This correspondence and all of its contents is without prejudice to the copyright owner, ████████████ ████████ or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker

Agent for ███████████████████ and sweettcheeksxo

**Links to Infringing Material that we request be REMOVED:**

https://old.reddit.com/r/itskhloeexoxo/ (All Content Links)
https://old.reddit.com/r/itskhloeexoxo/comments/lig5jh/follow_rchaturbate_babes/
https://old.reddit.com/r/itskhloeexoxo/comments/litjmi/mega_link_to_sloppy_bj_follow_rchaturbate_babes/
https://old.reddit.com/r/itskhloeexoxo/comments/lj03nn/dont_forget_rchaturbate_babes_is_getting_all_the/
https://old.reddit.com/r/itskhloeexoxo/comments/lk3x07/giveaway_started_at_rchaturbate_babes_come_quickly/
https://www.reddit.com/r/itskhloeexoxo/comments/m370he/discord_2/
https://www.reddit.com/r/itskhloeexoxo/comments/m410qt/khloee_video_link_below/

Jason Tucker

SKYPE: ████████
Twitter: @IntelPropHQ

The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

# Exhibit C

**EXHIBIT C**
**To Subpoena Commanding Production to Reddit, Inc.**

**DOCUMENTS TO BE PRODUCED**

Items and information requested pursuant to this subpoena are any and all information, documents[1] and records in your possession pertaining to the identity of the individuals who posted the content previously appearing and/or currently appearing at the URL's listed in EXHIBIT A and sent to Reddit, Inc. via DMCA Takedown Notices as identified on EXHIBIT B.

The information requested herein includes but is not limited to

1. The individuals' usernames/account names;

2. The individuals' actual names;

3. The individuals' email addresses;

4. The individuals' physical addresses;

5. The individuals' phone numbers;

6. The individuals' IP Addresses (including dates and times of access);

7. Billing information for the individual accounts.

---

[1] Definitions.  The term "document" as used herein, means any and all materials falling within subparagraphs (1) through (4) of Rule 1001, Federal Rules of Evidence, including without limitation computer logs, summaries, account records, invoices, receipts, spreadsheets, charts, reports, agreements, correspondence, facsimile messages, electronic mail, memoranda, notes, data, notations, reports and records of any communications (including telephone or other conversations, interviews, conferences or committee or other meetings), letters, affidavits, statements, plans, specifications, contracts, licenses, photographs, objects, tangible things, journals, books or other records of accounts, summaries of accounts, balance sheets, income statements, bills, lists, tabulations, graphs, recordings, computer records and all other records kept by electronic, photographic or mechanical means, and things similar to any of the foregoing, however denominated.